Exhibit A – Statement of Financial Affairs

3. List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.

All such payments made during the month of April, 2023 are listed herein:

| Transaction | Amount | Next ... |
|---|---:|---|
| Monthly Check:A JACOBOWITZ IRREVOCABLE TRUST | -3,680.84 | |
| Monthly Check:A. JACOBOWITZ LIVING TRUST | -5,980.00 | |
| Monthly Check:ARONSON FAMILY RESIDENCE TRUST | -2,500.00 | |
| Monthly Check:ARONSON, BARBARA | -3,000.00 | |
| Monthly Check:BARBARA ARONSON, IRA | -31,250.26 | |
| Monthly Check:BARR, MICHAEL | -500.00 | |
| Monthly Check:BARUCH, DORAIN | -5,822.00 | |
| Monthly Check:BELOGORSKA, VICTOR JR. | -7,375.00 | |
| Monthly Check:BOUY, BRETT | -5,172.62 | |
| Monthly Check:BOUY, MARK T. | -5,172.62 | |
| Monthly Check:BRINKLEY, SUSAN | -4,933.33 | |
| Monthly Check:CHAIM RABHAN, IRA | -687.50 | |
| Monthly Check:CHU, NICOLE | -1,083.33 | |
| Monthly Check:CHU, RANDY | -13,614.26 | |
| Monthly Check:DOBBS, MICHAEL | -208.33 | |
| Monthly Check:DOLGOFF, NORMAN | -6,358.33 | |
| Monthly Check:EPHRAIM RABHAN, IRA | -57.50 | |
| Monthly Check:ESTER RABHAN, IRA | -1,029.99 | |
| Monthly Check:EVA LOCKER, IRA | -550.00 | |
| Monthly Check:FEEHLEY, JAN | -1,216.66 | |
| Monthly Check:FREDERICK HALPERIN, IRA | -10,416.66 | |
| Monthly Check:FREDERICK HALPERIN, IRA 2 | -9,583.33 | |
| Monthly Check:GEFFEN, MORRIS | -3,500.00 | |
| Monthly Check:GEORGE FEEHLEY, IRA | -833.33 | |
| Monthly Check:GORDON, MARJORIE | -833.33 | |
| Monthly Check:H.E.Y. FAMILY TRUST DTD 9/17/08 | -1,000.00 | |
| Monthly Check:HALL, WILLIAM J. JR. | -9,166.66 | |
| Monthly Check:HALPERIN, FREDERICK | -9,166.67 | |
| Monthly Check:HALPERIN, RENIE C. | -1,666.67 | |
| Monthly Check:HIRSCH, MARCIA | -2,583.33 | |
| Monthly Check:HOWARD, LOUISE | -16,486.92 | |
| Monthly Check:JACOBOWITZ, ADAM | -4,492.48 | |
| Monthly Check:JACOBOWITZ, MARSHALL | -3,083.33 | |
| Monthly Check:JAMES C WILSON JR | -16,666.67 | |
| Monthly Check:JAMES C. WILSON, IRA | -2,873.83 | |
| Monthly Check:JAN FEEHLEY, IRA | -564.53 | |
| Monthly Check:JAN FEEHLEY, ROTH IRA | -287.53 | |
| Monthly Check:JAVETZ, ANDREA | -826.67 | |
| Monthly Check:JAVETZ, ROCHELLE | -6,189.96 | |
| Monthly Check:JOHNNY G. FEEHLEY, IRA | -225.00 | |
| Monthly Check:JONES, JAMES E. | -30,958.31 | |
| Monthly Check:KAHN, DAVID | -3,900.00 | |
| Monthly Check:KAHN, DIANE | -625.00 | |
| Monthly Check:KAMINSKY, DALE | -3,333.33 | |
| Monthly Check:KAMINSKY, DANNY | -1,166.67 | |

| Transaction | Amount | Next ... |
|---|---:|---|
| Monthly Check:KAMINSKY, LISA | -2,500.00 | |
| Monthly Check:KELLY, BROUGHTON R. SR. | -1,000.00 | |
| Monthly Check:KLUGMAN INVESTMENTS, LLC. | -5,833.34 | |
| Monthly Check:KLUGMAN, DANNY | -4,125.00 | |
| Monthly Check:KLUGMAN, DORIS | -2,500.00 | |
| Monthly Check:KLUGMAN, MURRAY | -2,083.33 | |
| Monthly Check:KOODEN, BARBARA | -6,375.00 | |
| Monthly Check:KOODEN, MICHAEL | -4,166.66 | |
| Monthly Check:LIPSITZ, ALAN | -1,250.00 | |
| Monthly Check:LISA GAY | -3,333.33 | |
| Monthly Check:LOCKER, MOTTI | -1,833.34 | |
| Monthly Check:LOUIS YOUNG, IRA | -2,548.20 | |
| Monthly Check:LOVITZ, ROBERT | -625.00 | |
| Monthly Check:LUIS, BALDOMERO R. | -833.33 | |
| Monthly Check:MALMACHER, AVIGAIL | -2,595.84 | |
| Monthly Check:MARKOWITZ, NEAL | -208.34 | |
| Monthly Check:MAZO, JULIE | -2,458.33 | |
| Monthly Check:MICHAEL DOBBS, IRA | -541.67 | |
| Monthly Check:MICHELLE JACOBOWITZ REV TRUST | -11,421.66 | |
| Monthly Check:PHILIP ROSENBAUM EXEMPT TRUST | -4,797.66 | |
| Monthly Check:R.D.F. | -1,125.00 | |
| Monthly Check:RABHAN, CHANA | -190.00 | |
| Monthly Check:RABHAN, DAVID | -100.00 | |
| Monthly Check:RABHAN, EPHRAIM | -750.00 | |
| Monthly Check:RABHAN, EVE | -1,000.00 | |
| Monthly Check:RABHAN, EVE | -2,725.84 | |
| Monthly Check:RABHAN, FRED | -8,000.00 | |
| Monthly Check:RABHAN, MATTEL | -83.33 | |
| Monthly Check:RABHAN, MOSHE | -190.00 | |
| Monthly Check:RABHAN, SABRINA | -1,920.83 | |
| Monthly Check:RABHAN, SHOSHANA | -231.67 | |
| Monthly Check:RABHAN, TZVI | -100.00 | |
| Monthly Check:RABHAN, YAAKOV | -208.33 | |
| Monthly Check:RABHAN, YEDIDAH | -100.00 | |
| Monthly Check:REDFISH, LLC. | -600.00 | |
| Monthly Check:ROYAL, CATHERINE | -833.33 | |
| Monthly Check:ROYAL, KATHERINE | -1,250.00 | |
| Monthly Check:SEGALL, ROBERT M. | -10,695.99 | |
| Monthly Check:SIMCHA, BAILA | -100.30 | |
| Monthly Check:SIMCHA, MATEL | -83.33 | |
| Monthly Check:SIMCHA, MORDECHAI | -83.33 | |
| Monthly Check:SIMCHA, MOSHE | -100.30 | |
| Monthly Check:SIMCHA, SARAH | -83.33 | |
| Monthly Check:SIMCHA, SHAYA | -93.33 | |
| Monthly Check:SIMCHA, YEHUDIS | -2,604.17 | |
| Monthly Check:SIMOWITZ, HARRIET | -3,748.16 | |

| Transaction | Amount | Next ... |
|---|---:|---|
| Monthly Check:SKEADAS, JOHN P. | -48.33 | |
| Monthly Check:SLATUS, ALTER YESHAYA | -83.33 | |
| Monthly Check:SLATUS, AVIGDOR | -18,570.84 | |
| Monthly Check:SLATUS, JEREMY | -83.33 | |
| Monthly Check:SLATUS, JOSEPH | -83.33 | |
| Monthly Check:SLATUS, MATTI | -83.33 | |
| Monthly Check:SLATUS, RITA | -1,666.67 | |
| Monthly Check:SLATUS, SHLOMO | -2,329.17 | |
| Monthly Check:SLATUS, TZVI | -2,124.04 | |
| Monthly Check:SLATUS, TZVI - 2 | -2,000.00 | |
| Monthly Check:SLATUS, YAAKOV | -1,695.83 | |
| Monthly Check:SUSAN S. YOUNG, IRA | -159.86 | |
| Monthly Check:TERRI JONES | -9,166.67 | |
| Monthly Check:VANESSA JONES | -10,833.33 | |
| Monthly Check:VICTOR BELOGORSKA ROTH IRA | -250.00 | |
| Monthly Check:WARDLAW, JACK | -2,083.33 | |
| Monthly Check:WARDLAW, JERRY | -2,083.33 | |
| Monthly Check:WARDLAW, TERESA L. | -2,500.00 | |
| Monthly Check:YOUNG, AMANDA | -1,466.66 | |
| Monthly Check:YOUNG, LOUIS III | -1,000.00 | |
| Monthly Check:YOUNG, MARY AMANDA | -1,187.50 | |
| Monthly Check:YOUNG, MATTHEW | -1,000.00 | |

Exhibit A – Statement of Financial Affairs

3. List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.

All such payments made during the month of May, 2023 are listed herein:

| Transaction | Amount |
|---|---|
| Monthly Check:A JACOBOWITZ IRREVOCABLE TRUST | -3,680.84 |
| Monthly Check:A. JACOBOWITZ LIVING TRUST | -5,980.00 |
| Monthly Check:ARONSON FAMILY RESIDENCE TRUST | -2,500.00 |
| Monthly Check:ARONSON, BARBARA | -3,000.00 |
| Monthly Check:BARBARA ARONSON, IRA | -31,250.26 |
| Monthly Check:BARR, MICHAEL | -500.00 |
| Monthly Check:BARUCH, DORAIN | -5,822.00 |
| Monthly Check:BELOGORSKA, VICTOR JR. | -7,375.00 |
| Monthly Check:BOUY, BRETT | -5,172.62 |
| Monthly Check:BOUY, MARK T. | -5,172.62 |
| Monthly Check:BRINKLEY, SUSAN | -4,933.33 |
| Monthly Check:CHAIM RABHAN, IRA | -687.50 |
| Monthly Check:CHU, NICOLE | -1,083.33 |
| Monthly Check:CHU, RANDY | -13,614.26 |
| Monthly Check:DOBBS, MICHAEL | -208.33 |
| Monthly Check:DOLGOFF, NORMAN | -6,358.33 |
| Monthly Check:EPHRAIM RABHAN, IRA | -57.50 |
| Monthly Check:ESTER RABHAN, IRA | -1,029.99 |
| Monthly Check:EVA LOCKER, IRA | -550.00 |
| Monthly Check:FEEHLEY, JAN | -1,216.66 |
| Monthly Check:FREDERICK HALPERIN, IRA | -10,416.66 |
| Monthly Check:FREDERICK HALPERIN, IRA 2 | -9,583.33 |
| Monthly Check:GEFFEN, MORRIS | -3,500.00 |
| Monthly Check:GEORGE FEEHLEY, IRA | -833.33 |
| Monthly Check:GORDON, MARJORIE | -833.33 |
| Monthly Check:H.E.Y. FAMILY TRUST DTD 9/17/08 | -1,000.00 |
| Monthly Check:HALL, WILLIAM J. JR. | -9,166.66 |
| Monthly Check:HALPERIN, FREDERICK | -9,166.67 |
| Monthly Check:HALPERIN, RENIE C. | -1,666.67 |
| Monthly Check:HIRSCH, MARCIA | -2,583.33 |
| Monthly Check:HOWARD, LOUISE | -16,486.92 |
| Monthly Check:JACOBOWITZ, ADAM | -4,492.48 |
| Monthly Check:JACOBOWITZ, MARSHALL | -3,083.33 |
| Monthly Check:JAMES C WILSON JR | -16,666.67 |
| Monthly Check:JAMES C. WILSON, IRA | -2,873.83 |
| Monthly Check:JAN FEEHLEY, IRA | -564.53 |
| Monthly Check:JAN FEEHLEY, ROTH IRA | -287.53 |
| Monthly Check:JAVETZ, ANDREA | -826.67 |
| Monthly Check:JAVETZ, ROCHELLE | -6,189.96 |
| Monthly Check:JOHNNY G. FEEHLEY, IRA | -225.00 |
| Monthly Check:JONES, JAMES E. | -30,958.31 |
| Monthly Check:KAHN, DAVID | -3,900.00 |
| Monthly Check:KAHN, DIANE | -625.00 |
| Monthly Check:KAMINSKY, DALE | -3,333.33 |
| Monthly Check:KAMINSKY, DANNY | -1,166.67 |

| Transaction | Amount | Next ... |
|---|---:|---|
| Monthly Check:KAMINSKY, LISA | -2,500.00 | |
| Monthly Check:KELLY, BROUGHTON R. SR. | -1,000.00 | |
| Monthly Check:KLUGMAN INVESTMENTS, LLC. | -5,833.34 | |
| Monthly Check:KLUGMAN, DANNY | -4,125.00 | |
| Monthly Check:KLUGMAN, DORIS | -2,500.00 | |
| Monthly Check:KLUGMAN, MURRAY | -2,083.33 | |
| Monthly Check:KOODEN, BARBARA | -6,375.00 | |
| Monthly Check:KOODEN, MICHAEL | -4,166.66 | |
| Monthly Check:LIPSITZ, ALAN | -1,250.00 | |
| Monthly Check:LISA GAY | -3,333.33 | |
| Monthly Check:LOCKER, MOTTI | -1,833.34 | |
| Monthly Check:LOUIS YOUNG, IRA | -2,548.20 | |
| Monthly Check:LOVITZ, ROBERT | -625.00 | |
| Monthly Check:LUIS, BALDOMERO R. | -833.33 | |
| Monthly Check:MALMACHER, AVIGAIL | -2,595.84 | |
| Monthly Check:MARKOWITZ, NEAL | -208.34 | |
| Monthly Check:MAZO, JULIE | -2,458.33 | |
| Monthly Check:MICHAEL DOBBS, IRA | -541.67 | |
| Monthly Check:MICHELLE JACOBOWITZ REV TRUST | -11,421.66 | |
| Monthly Check:PHILIP ROSENBAUM EXEMPT TRUST | -4,797.66 | |
| Monthly Check:R.D.F. | -1,125.00 | |
| Monthly Check:RABHAN, CHANA | -190.00 | |
| Monthly Check:RABHAN, DAVID | -100.00 | |
| Monthly Check:RABHAN, EPHRAIM | -750.00 | |
| Monthly Check:RABHAN, EVE | -1,000.00 | |
| Monthly Check:RABHAN, EVE | -2,725.84 | |
| Monthly Check:RABHAN, FRED | -8,000.00 | |
| Monthly Check:RABHAN, MATTEL | -83.33 | |
| Monthly Check:RABHAN, MOSHE | -190.00 | |
| Monthly Check:RABHAN, SABRINA | -1,920.83 | |
| Monthly Check:RABHAN, SHOSHANA | -231.67 | |
| Monthly Check:RABHAN, TZVI | -100.00 | |
| Monthly Check:RABHAN, YAAKOV | -208.33 | |
| Monthly Check:RABHAN, YEDIDAH | -100.00 | |
| Monthly Check:REDFISH, LLC. | -600.00 | |
| Monthly Check:ROYAL, CATHERINE | -833.33 | |
| Monthly Check:ROYAL, KATHERINE | -1,250.00 | |
| Monthly Check:SEGALL, ROBERT M. | -10,695.99 | |
| Monthly Check:SIMCHA, BAILA | -100.30 | |
| Monthly Check:SIMCHA, MATEL | -83.33 | |
| Monthly Check:SIMCHA, MORDECHAI | -83.33 | |
| Monthly Check:SIMCHA, MOSHE | -100.30 | |
| Monthly Check:SIMCHA, SARAH | -83.33 | |
| Monthly Check:SIMCHA, SHAYA | -93.33 | |
| Monthly Check:SIMCHA, YEHUDIS | -2,604.17 | |
| Monthly Check:SIMOWITZ, HARRIET | -3,748.16 | |

| Transaction | Amount | Next ... |
|---|---:|---|
| Monthly Check:SKEADAS, JOHN P. | -48.33 | |
| Monthly Check:SLATUS, ALTER YESHAYA | -83.33 | |
| Monthly Check:SLATUS, AVIGDOR | -18,570.84 | |
| Monthly Check:SLATUS, JEREMY | -83.33 | |
| Monthly Check:SLATUS, JOSEPH | -83.33 | |
| Monthly Check:SLATUS, MATTI | -83.33 | |
| Monthly Check:SLATUS, RITA | -1,666.67 | |
| Monthly Check:SLATUS, SHLOMO | -2,329.17 | |
| Monthly Check:SLATUS, TZVI | -2,124.04 | |
| Monthly Check:SLATUS, TZVI - 2 | -2,000.00 | |
| Monthly Check:SLATUS, YAAKOV | -1,695.83 | |
| Monthly Check:SUSAN S. YOUNG, IRA | -159.86 | |
| Monthly Check:TERRI JONES | -9,166.67 | |
| Monthly Check:VANESSA JONES | -10,833.33 | |
| Monthly Check:VICTOR BELOGORSKA ROTH IRA | -250.00 | |
| Monthly Check:WARDLAW, JACK | -2,083.33 | |
| Monthly Check:WARDLAW, JERRY | -2,083.33 | |
| Monthly Check:WARDLAW, TERESA L. | -2,500.00 | |
| Monthly Check:YOUNG, AMANDA | -1,466.66 | |
| Monthly Check:YOUNG, LOUIS III | -1,000.00 | |
| Monthly Check:YOUNG, MARY AMANDA | -1,187.50 | |
| Monthly Check:YOUNG, MATTHEW | -1,000.00 | |

Exhibit A – Statement of Financial Affairs

3. List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.

No such payments made during the month of June, 2023.