FILED - US Bankruptcy Court - SAV
2023 JUL 6 PM3:23

Pamela S. Lipsitz
401 Wheeler Street
Savannah, GA 31405
912-352-8405

US Bankruptcy Court
Southern District of Georgia
124 Barnard Street 2nd Floor
Savannah, GA 31401

Attention: Clerk of Court

7-6-2023

I, Pam Lipsitz, request a change of address in Case #23-40569 on behalf of my mother, Harriet G. Simowitz, who is a creditor in the bankruptcy case. I hold a Power of Attorney on her behalf and manage her medical and financial affairs due to her declined cognition.

The address change is requested from Harriet Simowitz @ 6501 Habersham Street #9, Savannah GA. 31405 to my address c/o Pamela S. Lipsitz @ 401 Wheeler Street, Savannah, GA 31405.

I can provide any additional information needed. Thank you for your prompt attention.

Pamela S. Lipsitz
Signature

July 6, 2023
Date

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

### NOTICE OF CHANGE OF ADDRESS

**Case Name:** Master Lending, LLC

**Case No.:** 23-40569

**Change of Address for:**

Debtor ☐   Joint Debtor ☐   Creditor ☑   Attorney for Debtor ☐   Attorney for Creditor ☐

**Change for:**

Notices ONLY ☐     Payments ONLY ☐     Notices and Payments ☑

**EFFECTIVE DATE OF CHANGE:** 7/6/2023

**Name:** Harriet G. Simowitz

**Prior Address:** 6501 Habersham Street #9

Savannah, GA 31405

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**New Address:** 401 Wheeler Street

Savannah, GA 31405

**Date:** 7/6/2023

**Signature of Filer:** POA: Pamela S. Lipsitz / Harriet G. Simowitz

**Telephone Number:** 912-352-8405

| IF FILED BY AN ATTORNEY |
|---|

**Attorney Name:**

**Bar ID:**

**Address:**