## DESIGNATION OF AGENT

FILED - US Bankruptcy Court - SAV
2023 JUL 6 PM 4:19

I, **GREGORY M. HIRSCH**, name the following person as my agent:

Name of agent: **JUDITH D. HIRSCH**
Agent's address: **308 Megan Court, Savannah, GA 31405**
Agent's telephone number: **912-441-7730 (mobile)**
Agent's e-mail address: **ghirsch3@comcast.net**

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my agent is unable or unwilling to act for me, I name as my successor agent:

Name of successor agent: **JONATHAN C. HIRSCH**
Successor agent's address: **45 West 60th Street #30F, New York, NY 10023**
Successor agent's telephone number: **912-272-0066**
Successor agent's e-mail address: **jhirsch39@comcast.net**

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:
Name of second successor agent: **LENA M. HIRSCH**
Second successor agent's address: **608 Ralph McGill Blvd., Apt 124, Atlanta, GA 30312**
Second successor agent's telephone number: **912-306-5232**
Second successor agent's e-mail address: **lenahirsch@comcast.net**

## GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in O.C.G.A. Chapter 6B of Title 10:

(INITIAL each subject you want to include in the agent's general authority. If you wish to grant general authority over all of the subjects you may initial "all preceding subjects" instead of initialing each subject.)

(____) Real property
(____) Tangible personal property
(____) Stocks and bonds
(____) Commodities and options
(____) Banks and other financial institutions
(____) Operation of entity or business
(____) Insurance and annuities
(____) Estates, trusts, and other beneficial interests
(____) Claims and litigation
(____) Personal and family maintenance
(____) Benefits from governmental programs or civil or military service

ATTEST: A TRUE COPY
Certified to July 6th 20 23
Deputy Clerk, United States Bankruptcy Court
Southern District of Georgia

(\_\_\_) Retirement plans
(\_\_\_) Taxes
(*GWH*) All preceding subjects

## GRANT OF SPECIFIC AUTHORITY (OPTIONAL)

My agent SHALL NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent. You should give your agent specific instructions in the Special Instructions when you authorize your agent to make gifts.)

(*GWH*) Create, amend, revoke, or terminate an inter vivos trust
(*GWH*) Make a gift, subject to the limitations of O.C.G.A. § 10-6B-56 and any Special Instructions in this power of attorney
(*GWH*) Create or change rights of survivorship
(*GWH*) Create or change a beneficiary designation
(*GWH*) Authorize another person to exercise the authority granted under this power of attorney
(*GWH*) Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan
(*GWH*) Access the content of electronic communications
(*GWH*) Exercise fiduciary powers that the principal has authority to delegate
(*GWH*) Disclaim or refuse an interest in property, including a power of appointment

## LIMITATION ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse, or descendant SHALL NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support unless I have included that authority in the Special Instructions.

## SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines (you may add lines or place your special instructions in a separate document and attach it to the power of attorney):

_____
_____
_____
_____
_____
_____



## EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

## NOMINATION OF CONSERVATOR (OPTIONAL)

If it becomes necessary for a court to appoint a conservator of my estate, I nominate the following person(s) for appointment:

Name of nominee for conservator of my estate: **JUDITH D. HIRSCH**
Nominee's address: **308 Megan Court, Savannah, GA 31405**
Nominee's telephone number: **912-441-7730 (mobile)**
Nominee's e-mail address: **ghirsch3@comcast.net**

## DESIGNATION OF SUCCESSOR CONSERVATOR (OPTIONAL)

If my nominated conservator is unable or unwilling to act for me, I name as my successor nominee as conservator:

Name of nominee for successor conservator: **JONATHAN C. HIRSCH**
Successor nominee's address: **45 West 60th Street #30F, New York, NY 10023**
Successor nominee's telephone number: **912-272-0066**
Successor nominee's e-mail address: **jhirsch39@comcast.net**

If my successor nominee is unable or unwilling to act for me, I name as my second successor nominee as conservator:
Name of second successor nominee: **LENA M. HIRSCH**
Second successor nominee's address: **608 Ralph McGill Blvd., Apt 124, Atlanta, GA 30312**
Second successor nominee's telephone number: **912-306-5232**
Second successor nominee's e-mail address: **lenahirsch@comcast.net**

## RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person has actual knowledge it has terminated or is invalid.



**SIGNATURE AND ACKNOWLEDGMENT**

In witness whereof, I have executed this durable power of attorney on this ____ day of November, 2022.

_____
**GREGORY M. HIRSCH**

Signed, sealed and delivered
in the presence of:

_____
Witness

_____
Witness

_____
Notary Public                                    [NOTARY SEAL]

This document prepared by: Jeffrey W. Rubnitz
Rubnitz Thompson Ziblut, LLC
617 Stephenson Avenue, Suite 202
Savannah, GA 31405