IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MASTER LENDING GROUP, LLC | ) Chapter 7 |
| | ) Case No. 23-40569-EJC |
| Debtor(s) | ) |

NOTICE OF APPEARANCE

TO:   Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that Margaret S. Puccini and BOUHAN FALLIGANT LLP, have been retained by Louise M. Howard, a creditor of the debtor, and hereby appear in the above captioned case as attorneys for said creditor, and pursuant to Rule 2002(g) of the Rules of Bankruptcy Procedure, request that copies of all papers and of all notices of the matters arising herein be duly served on the undersigned at the address hereinunder noted.

This ___7th___ day of July, 2023.

BOUHAN FALLIGANT LLP

BY: _____
Margaret S. Puccini

Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000