# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **In the matter of:** ) | |
| Master Lending Group, LLC, ) | CHAPTER 7 |
| ) | CASE NO. 23-40569-EJC |
| ) | |
| **Debtor,** ) | |

## NOTICE OF POSSIBLE ASSETS
## AND REQUEST TO SET CLAIMS BAR DATE

**To:** Ms. Dana Wilson
Clerk of the Court
U.S. Bankruptcy Court
P.O. Box 8347
Savannah, GA 31412

Comes now, Tiffany E. Caron, duly appointed and qualified Trustee of the above-caption estate and hereby requests that a claims bar date be set in the above-entitled case and notice of the same be sent to all creditors and other parties in interest.

Dated this: July 10, 2023

*/s/ Tiffany E. Caron*
Chapter 7 Trustee
Savannah Division

P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Georgia State Bar No. 745089