# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
   Debtor.

Case No.: 23−40569−EJC

Judge: Edward J. Coleman III

Chapter: 7

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds **MUST FILE A PROOF OF CLAIM ("OFFICIAL FORM B 410")** with the Clerk of the Bankruptcy Court at the address below on or before:

***October 10, 2023***

Creditors who do not file a proof of claim on or before this date might not share any distribution from the debtor's estate.

**PLEASE NOTE:** Claimants are now able to complete and file Proof of Claim forms electronically. A CM/ECF login is not required. Visit the Court's website, www.gasb.uscourts.gov to find the ELECTRONIC CLAIMS link and filing instructions.

To file by mail, the Proof of Claim form ("Official Form B 410") can be obtained from the website of the United States Courts at http://www.uscourts.gov or from any bankruptcy clerk's office. To receive acknowledgement of your filing, enclose a stamped self−addressed envelope and a copy of your proof of claim, or you may access the court's PACER system (https://pacer.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

***Any creditor who has filed a proof of claim already need not file another proof of claim.***

Dated July 10, 2023

*Dana M. Wilson, Acting Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

**If filing by mail, mail executed Proof of Claim to:**

**Claims Clerk**
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

*7−32 (Rev.2/19)* **LLE**