# **GASTIN & HILL**

## *Attorneys at Law*

1020 Drayton Street
Suite 201
Savannah, GA 31401
(912) 232-0203

R. Wade Gastin (Ret.)
Judson C. Hill
Jeremiah B. Gastin

FAX (912) 236-3123

July 11, 2023

U.S. Bankruptcy Court Clerk

    RE:    Master Lending Group, LLC
             Chapter 7, Case No. 23-40569

To Whom It May Concern:

    Please be advised that the below outlined creditors have had the following change of address:

David G. Kahn
315 Waterfowl Road
Bluffton, SC  29910

Daniel Kahn
315 Waterfowl Road
Bluffton, SC  29910

DGK Real Estate
315 Waterfowl Road
Bluffton, SC  29910

    Please make the necessary changes to the Court's mailing matrix.

    Thank you for your assistance and consideration.

    Sincerely,

    */s/ Karen D. Taggart*

    Karen D. Taggart, Paralegal
    Gastin & Hill