**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Master Lending Group, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 23-40569 |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                       **Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address

Abe Klugman IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405-4000

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: Unknown**

---

**3.2**   Nonpriority creditor's name and mailing address

Adam Jacobowitz
16891-D Isle of Palms Drive
Delray Beach, FL 33484

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $505,000.00**

---

**3.3**   Nonpriority creditor's name and mailing address

Alan Lipsitz
401 Wheeler Street
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $120,000.00**

---

**3.4**   Nonpriority creditor's name and mailing address

Albert Jacobowitz Irrevocable Trust
c/o Michelle Jacobowitz, Trustee
16891-D Isle of Palms Drive
Delray Beach, FL 33484

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Amount of claim: $1,114,400.00**

Debtor    **Master Lending Group, LLC**                    Case number (if known)    **23-40569**
_____
Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Alter Yeshaya Slatus**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |

**Amanda Young**
10769 FM 822
Edna, TX 77957

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arlene G. Jaffie**
6 Roundtree Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arlene Yellin IRA**
c/o Workmen's Circle CU
527 Stephenson Ave.,, Ste. 2
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,000.00 |

**Aronson Family Residence Trust**
1 Diamond Causeway, Ste 21-308
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,000.00 |

**Avigail Slatus**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Baila Simcha**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Master Lending Group, LLC**
_____
Name

Case number (if known)   23-40569
_____

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**Baldomero R. Luis**
P.O. Box 402202
Miami Beach, FL 33140

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$102,000.00

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Barbara Aronson**
One Diamond Causeway, Ste 21-3008
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$290,000.00

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**Barbara Aronson IRA**
One Diamond Causeway, Ste 21-3008
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,000,000.00

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Barbara Kooden**
6401 Habersham Street
Unit 1B
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$765,000.00

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**Barbara Kooden IRA**
c/o Workmens' Circle CU
527 Stephenson Ave., Ste 2
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**Beryl & Susan F. Lovitz Trust**
c/o Bob Lovitz
2020 SW Abercrombie Place
Portland, OR 97225

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**Brett Bouy**
31 Bartow Point Drive
Savannah, GA 31404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$500,000.00

---

Debtor   **Master Lending Group, LLC**
_____   Case number (if known)   23-40569
Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **$100,000.00** |

**Broughton Kelly, Sr.**
**401 Jackson Woods Blvd.**
**Savannah, GA 31405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **$80,000.00** |

**Catherine Royal**
**1367 La Vista Circle**
**Pooler, GA 31322**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **$70,000.00** |

**Chaim Rabhan IRA**
**303 Johnson Street**
**Savannah, GA 31405**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **$19,300.00** |

**Chana Rabhan**
**308 McLaws Street**
**Savannah, GA 31405**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **$8,000.00** |

**Charles Grossman**
**5450 Abercorn Street**
**Apt. 414**
**Savannah, GA 31405**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **$300,000.00** |

**Colonial Shoe Co. Profit Sharing Plan**
**4701 Riverview Road**
**Atlanta, GA 30327**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **$325,000.00** |

**Dale Kaminsky**
**103 Lee Blvd.**
**Savannah, GA 31405**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Daniel Kahn**
315 Waterfowl Road
Bluffton, SC 29910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495,000.00 |
|---|---|---|---|

**Daniel Klugman**
401 Lee Blvd.
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,000.00 |
|---|---|---|---|

**Danny Kaminsky**
402 Megan Court
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375,000.00 |
|---|---|---|---|

**David Kahn**
315 Waterfowl Road
Bluffton, SC 29910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,200.00 |
|---|---|---|---|

**David Rabhan**
303 Johnson Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DGK Real Estate**
315 Waterfowl Road
Bluffton, SC 29910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diane L. Kahn**
513 Waterfowl Road
Bluffton, SC 29910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Master Lending Group, LLC** | Case number (if known) | **23-40569** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Dorain Baruch**
**100 Stuart Street**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$550,000.00**

---

**3.34** | Nonpriority creditor's name and mailing address

**Doris Klugman**
**P.O. Box 1596**
**Tybee Island, GA 31328**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35** | Nonpriority creditor's name and mailing address

**Doris Klugman IRA**
**c/o Workmen's Circle CU**
**527 Stephenson Ave., Ste. 2**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36** | Nonpriority creditor's name and mailing address

**Dr. Fred E. Rabhan & Ester Rabhan**
**314 Johnston Street**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$805,000.00**

---

**3.37** | Nonpriority creditor's name and mailing address

**Dr. Kalman Baruch**
**100 Stuart Street**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$700,000.00**

---

**3.38** | Nonpriority creditor's name and mailing address

**Dr. Morris Geffen**
**5 Breckenridge Lane**
**Savannah, GA 31411**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$325,000.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**Elizabeth M. Jones**
**224 Oatland Island Road**
**Savannah, GA 31410**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Skeadas IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,000.00 |
|---|---|---|---|

**Ephraim Rabhan**
308 McLaws Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Ephraim Rabhan IRA**
308 McLaws Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Estate of Dr. Leon Aronson**
One Diamond Causeway, Ste. 21-308
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $763,000.00 |
|---|---|---|---|

**Estate of Norman Dolgoff**
c/o Marcey Dolgoff Alter
740 Park Manor Drive SE
Smyrna, GA 30082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,000.00 |
|---|---|---|---|

**Ester Rabhan IRA**
314 Johnston Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,000.00 |
|---|---|---|---|

**Eva Locker IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.47**

Nonpriority creditor's name and mailing address

Eve Rabhan
303 Johnson Street
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$372,000.00**

---

**3.48**

Nonpriority creditor's name and mailing address

Francis Bouy IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste 2
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,600.00**

---

**3.49**

Nonpriority creditor's name and mailing address

Frederick M. Halperin IRA
c/o Jeffrey N. Berman, Esq.
3475 Piedmont Road NE, Suite 1460
Atlanta, GA 30305

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,185,000.00**

---

**3.50**

Nonpriority creditor's name and mailing address

George Feehley IRA
306 Jackson Woods Blvd.
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$27,000.00**

---

**3.51**

Nonpriority creditor's name and mailing address

H.E.Y. Family Trust
c/o Dr. Fred E. Rabhan
303 McLaws Street
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$101,000.00**

---

**3.52**

Nonpriority creditor's name and mailing address

Harriet Simowitz
c/o Pamela S. Lipsitz
401 Wheeler Street
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$360,000.00**

---

**3.53**

Nonpriority creditor's name and mailing address

Harry Howard & Louise Howard
1 Savannah Square Drive
#207
Savannah, GA 31406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,000,000.00**

---

| Debtor | Master Lending Group, LLC | | Case number (if known) | 23-40569 |
|---|---|---|---|---|
| | Name | | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**
Harry Yellin IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
 GA 31450

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**
I.L. Aronson P.C. Employee Pension Plan
1 Diamond Causeway, Ste 21-308
Savannah, GA 31404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56**

**Nonpriority creditor's name and mailing address**
I.L. Aronson Pension Plan
One Diamond Causeway, Suite 21-3008
Savannah, GA 31404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57**

**Nonpriority creditor's name and mailing address**
Isaac Rabhan
220 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**
Jack Wardlaw
2702 Whatley Avenue
Unit B-1
Savannah, GA 31404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
James C. Wilson IRA
c/o Workmen's Circle CU
527 Stephenson Ave, Ste. 2
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$275,000.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**
James C. Wilson, Jr.
7370 Hodgson Mem Blvd.
Suite D-12

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000,000.00**

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

**3.61** Nonpriority creditor's name and mailing address
James E. Jones
224 Oatland Island Road
Savannah, GA 31410

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,000,000.00

---

**3.62** Nonpriority creditor's name and mailing address
Jan Feehley
306 Jackson Woods Blvd
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.63** Nonpriority creditor's name and mailing address
Jan Feehley IRA
306 Jackson Woods Blvd
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$21,300.00

---

**3.64** Nonpriority creditor's name and mailing address
Jan Feehley Roth IRA
306 Jackson Woods Blvd
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$9,000.00

---

**3.65** Nonpriority creditor's name and mailing address
JEJ, Inc.
4607 Habersham Street
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.66** Nonpriority creditor's name and mailing address
Jeremy Slatus
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.67** Nonpriority creditor's name and mailing address
Jerry Wardlaw
2702 Whatley Avenue
Unit B-1
Savannah, GA 31404

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

Debtor  **Master Lending Group, LLC**                    Case number (if known)  23-40569
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**JGJ, Inc.**
4607 Habersham Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,000.00 |
|---|---|---|---|

**John P. Skeadas**
10 Liberty Creek Drive
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Johnny G. Feehley IRA**
c/o Workmen's Circle CU
527 Stephenson Ave, Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Jones on 17th, LLC**
4607 Habersham Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Joseph Slatus**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235,000.00 |
|---|---|---|---|

**Julie Mazo**
309 Wickersham Drive
Savannah, GA 31411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**K. Russell Simpson**
**Attorney at Law**
2225 Norwood Avenue, Suite A
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Master Lending Group, LLC__
Name

Case number (if known) __23-40569__

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

Katherine Royal
124 High Cotton Drive
Statesboro, GA 30461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575,000.00 |
|---|---|---|---|

Klugman Investments LLC
401 Lee Blvd.
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

Lisa Kaminsky
402 Megan Court
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

Louis Young IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |
|---|---|---|---|

Louis Young, III
261 Long Bridge Road
Springfield, GA 31329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

Louis Young, Jr.
7370 Hodgson Mem Blvd.
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500,000.00 |
|---|---|---|---|

Louise Howard
11 Savannah Square Drive
Unit 21
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Master Lending Group, LLC**
_____
        Name

Case number (if known)   23-40569

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |

**Marcia Hirsch**
2913 Ryton Court
Raleigh, NC 27613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,000.00 |

**Marjorie C. Gordon**
c/o Mrs. Susan Klugman
P.O. Boxn 1229
Tybee Island, GA 31328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |

**Mark T. Bouy**
31 Bartow Point Drive
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Marlene Dobbs IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450,000.00 |

**Marshall Jacobowitz**
4902 Sarazen Drive
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |

**Mary Amanda Young**
83 Brown Pelican Drive
Savannah, GA 31419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Matel Simcha**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,200.00

Mattel Rabhan
303 Johnson Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00

Matthew Young
7370 Hodgson Memorial Drive
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00

Matti Slatus
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00

Michael Dobbs IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00

Michael Kooden
P.O. Box 2388
Tybee Island, GA 31328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,198,000.00

Michelle Jacobowitz
16891-D Isle of Palms Drive
Delray Beach, FL 33484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00

Mike Barr
Lowcountry Accounting, LLC
4 Crossing Drive
Richmond Hill, GA 31324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| Miriam Kreisel | ☐ Contingent | |
| 218 Groveland Circle | ☐ Unliquidated | |
| Savannah, GA 31405 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|
| Mordecai Simcha | ☐ Contingent | |
| 233 Groveland Circle | ☐ Unliquidated | |
| Savannah, GA 31405 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,200.00 |
|---|---|---|
| Moshe Rabhan | ☐ Contingent | |
| 308 McLaws Street | ☐ Unliquidated | |
| Savannah, GA 31405 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|
| Moshe Simcha | ☐ Contingent | |
| 233 Groveland Circle | ☐ Unliquidated | |
| Savannah, GA 31405 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|
| Murray Klugman | ☐ Contingent | |
| P.O. Box 1596 | ☐ Unliquidated | |
| Tybee Island, GA 31328 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|
| Neal Markowitz | ☐ Contingent | |
| 16 Bartow Point Drive | ☐ Unliquidated | |
| Savannah, GA 31404 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| Nicole Chu | ☐ Contingent | |
| 7640 Abercorn Street | ☐ Unliquidated | |
| Savannah, GA 31406 | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.103**

Nonpriority creditor's name and mailing address
**Norman Dolgoff**
c/o Marcey Dolgoff Alter
339 Oxford Drive
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$600,000.00

---

**3.104**

Nonpriority creditor's name and mailing address
**Philip Rosenbaum Trust**
c/o Marshall Jacobowitz, Trustee
4902 Sarazen Dr.
Hollywood, FL 33021

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$518,000.00

---

**3.105**

Nonpriority creditor's name and mailing address
**Rabbi Avigdor Slatus**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,000,000.00

---

**3.106**

Nonpriority creditor's name and mailing address
**Randolph Chu**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.107**

Nonpriority creditor's name and mailing address
**Randy Chu**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,500,000.00

---

**3.108**

Nonpriority creditor's name and mailing address
**Randy Chu SEP IRA**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.109**

Nonpriority creditor's name and mailing address
**RBB Jacob R.D.F.**
223 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$90,000.00

---

| Debtor | Master Lending Group, LLC | | Case number (if known) | 23-40569 |
|---|---|---|---|---|
| | Name | | | |

**3.110**

Nonpriority creditor's name and mailing address
Redfish, LLC
306 Jackson Woods Blvd.
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$60,000.00

---

**3.111**

Nonpriority creditor's name and mailing address
Renie Halperin
4701 Riverview Road NW
Atlanta, GA 30327

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$100,000.00

---

**3.112**

Nonpriority creditor's name and mailing address
Restaurant Equipment Company of Savannah
Profit Sharing Plan and Pension Plan
2601 Whitaker Street
Savannah, GA 31401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.113**

Nonpriority creditor's name and mailing address
Rita Slatus
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$150,000.00

---

**3.114**

Nonpriority creditor's name and mailing address
River Street Liquor, LLC
425 E. River Street
Savannah, GA 31401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.115**

Nonpriority creditor's name and mailing address
Robert M. Segall
405 Jackson Woods Blvd.
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$1,601,000.00

---

**3.116**

Nonpriority creditor's name and mailing address
Rochelle Javetz
1 South Grant Street
Savannah, GA 31419

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

$650,000.00

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.117** Nonpriority creditor's name and mailing address

Sabrina Rabhan
308 McLaws Street
Savannah, GA 31405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$245,000.00

---

**3.118** Nonpriority creditor's name and mailing address

Sarah Simcha
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.119** Nonpriority creditor's name and mailing address

Shaya Simcha
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,000.00

---

**3.120** Nonpriority creditor's name and mailing address

Shlomo Slatus
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$200,000.00

---

**3.121** Nonpriority creditor's name and mailing address

Shoshana Rabhan
303 Johnson Street
Savannah, GA 31405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24,500.00

---

**3.122** Nonpriority creditor's name and mailing address

Susan S. Brinkley f/k/a Susan S. Young
36 St. Augustine Bend
Savannah, GA 31404

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$500,000.00

---

**3.123** Nonpriority creditor's name and mailing address

Susan S. Young IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Master Lending Group, LLC** | | Case number *(if known)* | **23-40569** |
|---|---|---|---|---|
| | Name | | | |

---

**3.124**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|

Teresa Wardlaw
2702 Whatley Avenue
Unit B-1
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900,000.00 |
|---|---|---|

Terry Jones
131 Falligant Avenue
Savannah, GA 31410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502,250.00 |
|---|---|---|

Troy & Frances Bouy
31 Bartow Point Drive
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,300.00 |
|---|---|---|

Troy Bouy IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,200.00 |
|---|---|---|

Tzvi Rabhan
303 Johnson Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|

Tzvi Slatus
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |
|---|---|---|

Vanessa Jones
4607 Habersham Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Master Lending Group, LLC**          Case number *(if known)*   23-40569
_____
Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

Victor Belegorska Roth IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
GA 31400-5000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875,000.00 |

Victor Belogorska, Jr.
P.O. Box 462
Eden, GA 31307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850,000.00 |

William Hall, Jr.
27 Bartow Point Drive
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

Yaakov Rabhan
136 Stratford Place
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |

Yaakov Slatus
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

Yedidah Rabhan
220 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |

Yehudis Simcha
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Master Lending Group, LLC | | Case number (if known) | 23-40569 |
|---|---|---|---|---|
| | Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jay Javetz<br>308 Jackson Woods Blvd.<br>Savannah, GA 31406 | Line  3.116 <br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jeffrey Berman, Attorney<br>3475 Piedmont Road NE<br>Suite 1640<br>Atlanta, GA 30305 | Line  3.49 <br>☐ Not listed. Explain ____ | _ |
| 4.3 | JGJ Inc.<br>403 N Duval St<br>Claxton, GA 30417 | Line  3.68 <br>☐ Not listed. Explain ____ | _ |
| 4.4 | John Carson, Attorney<br>1901 Abercorn Street<br>Savannah, GA 31401 | Line  3.60 <br>☐ Not listed. Explain ____ | _ |
| 4.5 | Rabbi Avigdor Slatus<br>5444 Abercorn Street<br>Savannah, GA 31405 | Line  3.105 <br>☐ Not listed. Explain ____ | _ |
| 4.6 | Scott W. Peters<br>1100 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA 30309 | Line  3.115 <br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 43,877,950.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 43,877,950.00 |

**Fill in this information to identify the case:**

Debtor name    **Master Lending Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-40569**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 11, 2023     X /s/ Gregory M. Hirsch (Via POA held by Judith Hirsch)
                                      Signature of individual signing on behalf of debtor

                                 Gregory M. Hirsch (Via POA held by Judith Hirsch)
                                 Printed name

                                 Owner
                                 Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Master Lending Group, LLC<br><br>Debtor | Chapter 7<br>Case No.:  23-40569-EJC |

SOUTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the **Amended Schedule E/F and 341 notice** to the parties outlined below in Exhibit "A" pursuant to Local ECF Rule 9, and I have this day served all interested parties outlined below in Exhibit "B" as required by the Local Bankruptcy Rules, by placing a copy of said documents in the United States Mail with adequate postage, thereon to insure prompt delivery:

This 11th day of July, 2023.

_____
KAREN D. TAGGART, PARALEGAL

GASTIN & HILL
1020 Drayton Street
Suite 201
Savannah, Georgia 31401
(912) 232-0203

### EXHIBIT "A"

Tiffany Caron, Chapter 7 Trustee
U.S. Trustee

### EXHIBIT "B"

Mike Barr, Lowcountry Accounting, LLC, Attn:  Bankruptcy Officer, 4 Crossing Hill Drive, Richmond Hill, GA  31324.

Matthew Young, Attn:  Bankruptcy Officer, 7370 Hodgson Memorial Drive, Savannah, GA  31406.

Louis Young, III, Attn:  Bankruptcy Officer, 261 Long Bridge Road, Springfield, GA  31329.

Amanda Young, Attn:  Bankruptcy Officer, 10769 FM 822, Edna, TX  77957.

K. Russell Simpson, Attn:  Bankruptcy Officer, 2225 Norwood Avenue, Suite A, Savannah, GA  31406.

Susan S. Brinkley f/k/a Susan S. Young, Attn:  Bankruptcy Officer, 36 St. Augustine Bend, Savannah, GA  31404.