IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MASTER LENDING GROUP, LLC,

    Debtor,

CHAPTER 7

CASE NO. 23-40569-EJC

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

TO: Clerk, United States Bankruptcy Court

    PLEASE TAKE NOTICE that Daniel C. Jenkins been retained by Creditor Morris Geffen in the above-styled case, and hereby appears as the attorney for said defendant and, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, requests that copies of all papers and of all notices of the matters arising herein be duly served on the undersigned at the address hereinunder noted.

    This day, July 12, 2023.

<u>/s/ Daniel C. Jenkins</u>
Daniel C. Jenkins
State Bar No. 142345
*Attorney for Creditor Morris Geffen*

Law Offices of Daniel C. Jenkins, LLC
24 Drayton St., Ste. 204
Savannah, GA 31401
912.480.9999
daniel@djenkinslaw.com