United States Bankruptcy Court

Southern District of Georgia

In re:   Case No. 23-40569-EJC

Master Lending Group, LLC   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113J-4   User: admin   Page 1 of 4
Date Rcvd: Jul 10, 2023   Form ID: GAS732   Total Noticed: 135

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| intp | + | Jonathan C Hirsch, 45 West 60th Street #30F, New York, NY 10023-7948 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |
| intp | + | Lena M Hirsch, 608 Ralph McGill Blvd., Apt. 124, Atlanta, GA 30312-1334 |
| 7830644 | + | Abe Klugman IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830645 | + | Adam Jacobowitz, 16891-D Isle of Palms Drive, Delray Beach FL 33484-7011 |
| 7830646 | + | Alan Lipsitz, 401 Wheeler Street, Savannah GA 31405-5957 |
| 7830647 | + | Albert Jacobowitz Irrevocable Trust, c/o Michelle Jacobowitz, Trustee, 16891-D Isle of Palms Drive, Delray Beach FL 33484-7011 |
| 7830648 | + | Alter Yeshaya Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830649 | + | Arlene G. Jaffie, 6 Roundtree Circle, Savannah GA 31405-5990 |
| 7830650 | + | Arlene Yellin IRA, c/o Workmen's Circle CU, 527 Stephenson Ave.,, Ste. 2, Savannah GA 31405-5922 |
| 7830651 | + | Aronson Family Residence Trust, 1 Diamond Causeway, Ste 21-308, Savannah GA 31406-7417 |
| 7830652 | + | Avigail Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830653 | + | Baila Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830654 | + | Baldomero R. Luis, P.O. Box 402202, Miami Beach FL 33140-0202 |
| 7830655 | + | Barbara Aronson, One Diamond Causeway, Ste 21-3008, Savannah GA 31406-7417 |
| 7830656 | + | Barbara Aronson IRA, One Diamond Causeway, Ste 21-3008, Savannah GA 31406-7417 |
| 7830657 | + | Barbara Kooden, 6401 Habersham Street, Unit 1B, Savannah GA 31405-5632 |
| 7830658 | + | Barbara Kooden IRA, c/o Workmens' Circle CU, 527 Stephenson Ave., Ste 2, Savannah GA 31405-5922 |
| 7830659 | + | Beryl & Susan F. Lovitz Trust, c/o Bob Lovitz, 2020 SW Abercrombie Place, Portland OR 97225-4504 |
| 7830660 | + | Brett Bouy, 31 Bartow Point Drive, Savannah GA 31404-1120 |
| 7830661 | + | Broughton Kelly, Sr., 401 Jackson Woods Blvd., Savannah GA 31405-5954 |
| 7830662 | + | Catherine Royal, 1367 La Vista Circle, Pooler GA 31322-1303 |
| 7830663 | + | Chaim Rabhan IRA, 303 Johnson Street, Savannah GA 31405-5608 |
| 7830664 | + | Chana Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830665 | + | Charles Grossman, 5450 Abercorn Street, Apt. 414, Savannah GA 31405-6925 |
| 7830666 | + | Colonial Shoe Co. Profit Sharing Plan, 4701 Riverview Road, Atlanta GA 30327-4231 |
| 7830673 | + | DGK Real Estate, 5 Sir Lancelot Court, Savannah GA 31405-5967 |
| 7830667 | + | Dale Kaminsky, 103 Lee Blvd., Savannah GA 31405-5611 |
| 7830670 | + | Danny Kaminsky, 402 Megan Court, Savannah GA 31405-5955 |
| 7830671 | | David Kahn, 227 Waterfowl Road, Bluffton SC 29910 |
| 7830672 | + | David Rabhan, 303 Johnson Street, Savannah GA 31405-5608 |
| 7830674 | + | Dorain Baruch, 100 Stuart Street, Savannah GA 31405-5600 |
| 7830675 | + | Doris Klugman, P.O. Box 1596, Tybee Island GA 31328-1596 |
| 7830676 | + | Doris Klugman IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830677 | + | Dr. Fred E. Rabhan & Ester Rabhan, 314 Johnston Street, Savannah GA 31405-5609 |
| 7830678 | + | Dr. Kalman Baruch, 100 Stuart Street, Savannah GA 31405-5600 |
| 7830679 | + | Dr. Morris Geffen, 5 Breckenridge Lane, Savannah GA 31411-1701 |
| 7830680 | + | Elizabeth M. Jones, 224 Oatland Island Road, Savannah GA 31410-1159 |
| 7830681 | + | Elizabeth Skeadas IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830682 | + | Ephraim Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830683 | + | Ephraim Rabhan IRA, 308 McLaws Street, Savannah GA 31405-5621 |

Case:23-40569-EJC   Doc#:16   Filed:07/12/23   Entered:07/13/23 00:34:39   Page:2 of 5

| District/off: 113J-4 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 10, 2023 | Form ID: GAS732 | Total Noticed: 135 |

| | | |
| --- | --- | --- |
| 7830684 | + | Estate of Dr. Leon Aronson, One Diamond Causeway, Ste. 21-308, Savannah GA 31406-7417 |
| 7830685 | + | Estate of Norman Dolgoff, c/o Marcey Dolgoff Alter, 740 Park Manor Drive SE, Smyrna GA 30082-2819 |
| 7830686 | + | Ester Rabhan IRA, 314 Johnston Street, Savannah GA 31405-5609 |
| 7830687 | + | Eva Locker IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830688 | + | Eve Rabhan, 303 Johnson Street, Savannah GA 31405-5608 |
| 7830689 | + | Francis Bouy IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste 2, Savannah GA 31405-5922 |
| 7830690 | + | Frederick M. Halperin IRA, c/o Jeffrey N. Berman, Esq., 3475 Piedmont Road NE, Suite 1460, Atlanta GA 30305-2954 |
| 7830691 | + | George Feehley IRA, 306 Jackson Woods Blvd., Savannah GA 31405-5913 |
| 7830692 | + | H.E.Y. Family Trust, c/o Dr. Fred E. Rabhan, 303 McLaws Street, Savannah GA 31405-5620 |
| 7830693 | + | Harriet Simowitz, c/o Pamela S. Lipsitz, 401 Wheeler Street, Savannah, GA 31405-5957 |
| 7830694 | + | Harry Howard & Louise Howard, 1 Savannah Square Drive, #207, Savannah GA 31406-6706 |
| 7830696 | + | I.L. Aronson P.C. Employee Pension Plan, 1 Diamond Causeway, Ste 21-308, Savannah GA 31406-7417 |
| 7830697 | + | I.L. Aronson Pension Plan, One Diamond Causeway, Suite 21-3008, Savannah GA 31406-7417 |
| 7830698 | + | Isaac Rabhan, 220 Groveland Circle, Savannah GA 31405-5602 |
| 7830708 | + | JEJ, Inc., 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830711 | + | JGJ Inc., 403 N Duval St, Claxton GA 30417-5939 |
| 7830712 | + | JGJ, Inc., 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830699 | + | Jack Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah GA 31404-4541 |
| 7830700 | + | James C. Wilson IRA, c/o Workmen's Circle CU, 527 Stephenson Ave, Ste. 2, Savannah GA 31405-5922 |
| 7830702 | + | James E. Jones, 224 Oatland Island Road, Savannah GA 31410-1159 |
| 7830703 | + | Jan Feehley, 306 Jackson Woods Blvd, Savannah GA 31405-5913 |
| 7830704 | + | Jan Feehley IRA, 306 Jackson Woods Blvd, Savannah GA 31405-5913 |
| 7830705 | + | Jan Feehley Roth IRA, 306 Jackson Woods Blvd, Savannah GA 31405-5913 |
| 7830706 | + | Jay Javetz, 308 Jackson Woods Blvd., Savannah GA 31405-5913 |
| 7830707 | + | Jeffrey Berman, Attorney, 3475 Piedmont Road NE, Suite 1640, Atlanta GA 30305-2992 |
| 7830709 | + | Jeremy Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830710 | + | Jerry Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah GA 31404-4541 |
| 7830713 | + | John Carson, Attorney, 1901 Abercorn Street, Savannah GA 31401-8138 |
| 7830714 | + | John P. Skeadas, 10 Liberty Creek Drive, Savannah GA 31406-3224 |
| 7830715 | + | Johnny G. Feehley IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830716 | + | Jones on 17th, LLC, 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830717 | + | Joseph Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830718 | + | Julie Mazo, 309 Wickersham Drive, Savannah GA 31411-1377 |
| 7830719 | + | Katherine Royal, 124 High Cotton Drive, Statesboro GA 30461-0770 |
| 7830721 | + | Lisa Kaminsky, 402 Megan Court, Savannah GA 31405-5955 |
| 7830722 | + | Louis Young IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830723 | + | Louis Young, Jr., 7370 Hodgson Mem Blvd., Savannah GA 31406-2536 |
| 7830724 | | Louise Howard, 11 Savannah Square Drive, Unit 21, Savannah GA 31406 |
| 7830725 | + | Marcia Hirsch, 2913 Ryton Court, Raleigh NC 27613-5463 |
| 7830726 | + | Marjorie C. Gordon, c/o Mrs. Susan Klugman, P.O. Boxn 1229, Tybee Island GA 31328-1229 |
| 7830727 | + | Mark T. Bouy, 31 Bartow Point Drive, Savannah GA 31404-1120 |
| 7830728 | + | Marlene Dobbs IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830729 | + | Marshall Jacobowitz, 4902 Sarazen Drive, Hollywood FL 33021-2249 |
| 7830730 | + | Mary Amanda Young, 83 Brown Pelican Drive, Savannah GA 31419-2955 |
| 7830731 | + | Matel Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830732 | + | Mattel Rabhan, 303 Johnson Street, Savannah GA 31405-5608 |
| 7830733 | + | Matti Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830734 | + | Michael Dobbs IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830735 | + | Michael Kooden, P.O. Box 2388, Tybee Island GA 31328-2388 |
| 7830736 | + | Michelle Jacobowitz, 16891-D Isle of Palms Drive, Delray Beach FL 33484-7011 |
| 7830737 | #+ | Miriam Kreisel, 218 Groveland Circle, Savannah GA 31405-5602 |
| 7830738 | + | Mordecai Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830739 | + | Moshe Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830740 | + | Moshe Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830741 | + | Murray Klugman, P.O. Box 1596, Tybee Island GA 31328-1596 |
| 7830742 | + | Neal Markowitz, 16 Bartow Point Drive, Savannah GA 31404-1119 |
| 7830743 | + | Nicole Chu, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830744 | + | Norman Dolgoff, c/o Marcey Dolgoff Alter, 339 Oxford Drive, Savannah GA 31405-5466 |
| 7830745 | + | Philip Rosenbaum Trust, c/o Marshall Jacobowitz, Trustee, 4902 Sarazen Dr., Hollywood FL 33021-2249 |
| 7830751 | + | RBB Jacob R.D.F., 223 Groveland Circle, Savannah GA 31405-5601 |
| 7830747 | + | Rabbi Avigdor Slatus, 5444 Abercorn Street, Savannah GA 31405-6902 |
| 7830746 | + | Rabbi Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830748 | + | Randolph Chu, 7640 Abercorn Street, Savannah GA 31406-2464 |

Case:23-40569-EJC  Doc#:16  Filed:07/12/23  Entered:07/13/23 00:34:39  Page:3 of 5

| District/off: 113J-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: GAS732 | Total Noticed: 135 |

| | | |
|---|---|---|
| 7830749 | + | Randy Chu, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830750 | + | Randy Chu SEP IRA, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830752 | + | Redfish, LLC, 306 Jackson Woods Blvd., Savannah GA 31405-5913 |
| 7830753 | + | Renie Halperin, 4701 Riverview Road NW, Atlanta GA 30327-4231 |
| 7830754 | + | Restaurant Equipment Company of Savannah, Profit Sharing Plan and Pension Plan, 2601 Whitaker Street, Savannah GA 31401-8980 |
| 7830755 | + | Rita Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830756 | + | River Street Liquor, LLC, 425 E. River Street, Savannah GA 31401-1222 |
| 7830757 | + | Robert M. Segall, 405 Jackson Woods Blvd., Savannah GA 31405-5954 |
| 7830758 | + | Rochelle Javetz, 1 South Grant Street, Savannah GA 31419-3357 |
| 7830759 | + | Sabrina Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830760 | + | Sarah Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830761 | + | Scott W. Peters, 1100 Peachtree Street, NE, Suite 800, Atlanta GA 30309-4516 |
| 7830762 | + | Shaya Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830763 | + | Shlomo Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830764 | + | Shoshana Rabhan, 303 Johnson Street, Savannah GA 31405-5608 |
| 7830765 | + | Susan S. Young IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830766 | + | Teresa Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah GA 31404-4541 |
| 7830767 | + | Terry Jones, 131 Falligant Avenue, Savannah GA 31410-1411 |
| 7830768 | + | Troy & Frances Bouy, 31 Bartow Point Drive, Savannah GA 31404-1120 |
| 7830769 | + | Troy Bouy IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830770 | + | Tzvi Rabhan, 303 Johnson Street, Savannah GA 31405-5608 |
| 7830771 | + | Tzvi Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830772 | + | Vanessa Jones, 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830774 | + | Victor Belogorska, Jr., P.O. Box 462, Eden GA 31307-0462 |
| 7830776 | + | Yaakov Rabhan, 136 Stratford Place, Lakewood NJ 08701-1467 |
| 7830777 | + | Yaakov Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830778 | + | Yedidah Rabhan, 220 Groveland Circle, Savannah GA 31405-5602 |
| 7830779 | + | Yehudis Simcha, 233 Groveland Circle, Savannah GA 31405-5601 |

TOTAL: 133

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BTECARON | Jul 10 2023 22:33:00 | Tiffany E. Caron, P.O. Box 711, West Palm Beach, FL 33402-0711 |
| 7831451 | Email/Text: USAGAS.BNCbankruptcy@usdoj.gov | Jul 10 2023 18:37:00 | United States Attorney, P.O. Box 8970, Savannah GA 31412 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Louise M. Howard |
| 7830695 | | Harry Yellin IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, GA 31450 |
| 7830701 | | James C. Wilson, Jr., 7370 Hodgson Mem Blvd., Suite D-12 |
| 7830773 | | Victor Belogorska Roth IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, GA 31400-5000 |
| aty | *+ | Tiffany E. Caron, P.O. Box 711, West Palm Beach, FL 33402-0711 |
| 7830643 | *+ | Master Lending Group, LLC, 308 Megan Court, Savannah GA 31405-5956 |
| 7830668 | ##+ | Daniel Kahn, 674 S. Franklin St, Apt A, Denver CO 80209-4585 |
| 7830669 | ##+ | Daniel Klugman, 401 Lee Blvd., Savannah GA 31405-5616 |
| 7830720 | ##+ | Klugman Investments LLC, 401 Lee Blvd., Savannah GA 31405-5616 |
| 7830775 | ##+ | William Hall, Jr., 27 Bartow Point Drive, Savannah GA 31404-1120 |

TOTAL: 4 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 10, 2023 | Form ID: GAS732 | Total Noticed: 135 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Judson C. Hill | on behalf of Debtor Master Lending Group LLC bankruptcy@gastinhill.net, hilljr66100@notify.bestcase.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com mharper@bouhan.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Tiffany E. Caron | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
    Debtor.

Case No.:   23−40569−EJC

Judge:   Edward J. Coleman III

Chapter:   7

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds **MUST FILE A PROOF OF CLAIM ("OFFICIAL FORM B 410")** with the Clerk of the Bankruptcy Court at the address below on or before:

**October 10, 2023**

Creditors who do not file a proof of claim on or before this date might not share any distribution from the debtor's estate.

**PLEASE NOTE:** Claimants are now able to complete and file Proof of Claim forms electronically. A CM/ECF login is not required. Visit the Court's website, www.gasb.uscourts.gov to find the ELECTRONIC CLAIMS link and filing instructions.

To file by mail, the Proof of Claim form ("Official Form B 410") can be obtained from the website of the United States Courts at http://www.uscourts.gov or from any bankruptcy clerk's office. To receive acknowledgement of your filing, enclose a stamped self−addressed envelope and a copy of your proof of claim, or you may access the court's PACER system (https://pacer.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated July 10, 2023

*Dana M. Wilson, Acting Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

**If filing by mail, mail executed Proof of Claim to:**

**Claims Clerk**
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

7−32 (Rev.2/19) **LLE**