UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-40569-EJC |
| | : | |
| MASTER LENDING GROUP, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

### ORDER APPROVING EMPLOYMENT OF HAYS FINANCIAL CONSULTING, LLC, ACCOUNTANTS AND FINANCIAL CONSULTANTS FOR TRUSTEE, SUBJECT TO OBJECTION

On July 13, 2023, Tiffany E. Caron, in her capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Hays Financial Consulting, LLC ("**HFC**") as accountants for Trustee (the "**Application**"). The Application and accompanying verified statement demonstrate that HFC is a firm of professionals qualified to serve as Trustee's accountants and financial consultants in this case, that HFC is disinterested and represents no interest adverse to Debtor, the estate, or any other parties in interest. As this case justifies employment of a professional for the purposes specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ HFC as Trustee's accountant and financial consultants during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to HFC upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed accountants and financial consultants for Trustee. If an objection is timely filed, then Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, HFC, and the objecting party.

**[END OF DOCUMENT]**

**Prepared by:**

By:  */s/ Tiffany E. Caron*
Tiffany E. Caron, Chapter 7 Trustee

Tiffany E. Caron, Esq.
GA Bar No. 745089
Chapter 7 Trustee
P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Tiffany.caron@hotmail.com

**Identification of parties to be served:**

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Judson C. Hill
Gastin & Hill
P.O. Box 8012
Savannah, GA 31412

Master Lending Group, LLC
308 Megan Court
Savannah, GA 31405

Tiffany E. Caron, Esq.
P.O. Box 711
West Palm Beach, FL 33402

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305

Neil C. Gordon
Taylor English Duma, LLP
1600 Parkwood Circle
Atlanta, GA 30339
(Trustee's proposed counsel)