UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CASE NO. 23-40569-EJC |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

Please take notice that, pursuant to Bankruptcy Rule 9010(b), John A. Christy of the law firm of Schreeder, Wheeler & Flint, LLP, all of whose office addresses and telephone numbers appear below, enter appearances in the above-referenced case as an interested party and authorizes you to enter such appearance and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, the undersigned requests that copies of all notices and pleadings given or filed in this case be given and served upon the following individual at the following addresses, telephone and facsimile numbers, and email:

> John A. Christy, Esq.
> SCHREEDER, WHEELER & FLINT, LLP
> 1100 Peachtree Street, NE, Suite 800
> Atlanta, Georgia 30309
> Telephone:   (404) 681-3450
> Facsimile:   (404) 681-1046
> Email:        jchristy@swfllp.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-reference case and the proceedings.

Please take further notice that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final orders in noncore matters entered only after <u>de novo</u> review by the judge; (2) trial by jury in a proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) having the court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the undersgiend, is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

This the 13th day of July, 2023.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone:  (404) 681-3450
Facsimile:  (404) 681-1046
Email:      jchristy@swfllp.com
K:\10828\1\23-40569\Pleadings\NOA [JAC].docx

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF electronic filing system.

This the 13th day of July, 2023.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 681-3450
Facsimile: (404) 681-1046
Email: jchristy@swfllp.com