# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Master Lending Group, LLC, | ) CHAPTER 7 CASE NO.: 23-40569-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

## APPLICATION FOR ADMISSION PRO HAC VICE
## AND REQUEST TO DEFER FILING FEE

*Petitioner*, Neil C. Gordon hereby requests permission to appear *pro hac vice* in the subject case filed in the Savannah Division of the United States Bankruptcy Court for the Southern District of Georgia. The Trustee, Tiffany E. Caron, has filed a separate Application to Employ *Petitioner* as Special Counsel in this case. *Petitioner* states under penalty of perjury that he is a member in good standing of the Bar of the United States District Court for the Northern District of Georgia.

The original Certificate of Good Standing from the U.S. District Court for the Northern District of Georgia is attached as Exhibit A. *Petitioner* states further that he is eligible for admission under Local Rule 83.4 and that he does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates Tiffany E. Caron, Chapter 7 Trustee, as local counsel. Her business address is provided below in the Consent of Designated Local Counsel. Petitioner further certifies that he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

*Petitioner* further request the filing fee for this Application be deferred.

Dated this the July 13, 2023.

_____
NEIL C. GORDON

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Tiffany E. Caron, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This  13th  day of July, 2023.

/s/ Tiffany E. Caron
TIFFANY E. CARON, Trustee/Petitioner

TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
912-234-1215
TIFFANY.CARON@HOTMAIL.COM



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **NEIL C. GORDON, State Bar No. 302387,** was duly admitted to practice in said Court on 10/30/1980 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 12th day of July, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Master Lending Group, LLC, | ) CHAPTER 7 CASE NO.: 23-40569-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing, **APPLICATION FOR ADMISSION PRO HAC VICE,** through CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Judson C. Hill
Gaston & Hill
Gastin & Hill, P O Box 8012
Savannah, GA 31412

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Master Lending Group, LLC
308 Megan Court
Savannah, GA 31405

Daniel C. Jenkins
Law Offices of Daniel C. Jenkins, LLC
24 Drayton St., Ste 204
Savannah, GA 31401

Margaret S. Puccini
Bouhan Falligant LLP
P O Box 2139
Savannah, GA 31402-2139

This the 13th day of July, 2023.

/s/ Tiffany E. Caron
TIFFANY E. CARON, Trustee

Prepared by:
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711

WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM