# IN THE UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MASTER LENDING GROUP, LLC,<br><br>　　　　Debtor, | CHAPTER 7<br><br>CASE NO. 4:23-bk-40569-EJC |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO: Clerk, United States Bankruptcy Court

**PLEASE TAKE NOTICE** that Mark S. Horoupian and Greenspoon Marder LLP have been retained by Creditors Marshall Jacobowitz, Adam Jacobowitz, and Michelle Jacobowitz ("Creditors") in the above-styled case, and hereby appear as the attorney for said Creditors, and pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and requests that all notices, pleadings, motions, applications, and other documents filed or served in this case (including, without limitation, all notices described in Bankruptcy Rule 2002, all disclosure statements and all plans of reorganization) be sent to the following:

> Mark S. Horoupian
> Greenspoon Marder LLP
> 1875 Century Park East, Suite 1900
> Los Angeles, CA 90067
> Telephone: (213) 626-2311
> Email: mark.horoupian@gmlaw.com

Neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) any rights to have the reference

withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and requirements Creditors expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that Mark S. Horoupian hereby consents to electronic notification.

DATED: July 14, 2023　　　　　　　Respectfully submitted,

By: Mark S. Horoupian (CA Bar No. 175373)
Greenspoon Marder LLP
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (213) 626-2311
Email: mark.horoupian@gmlaw.com