UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER**

The matter arose on the Application of Tiffany E. Caron, in her capacity as Chapter 7 Trustee ("**Trustee**") in the above-captioned bankruptcy case (the "**Case**") for the bankruptcy estate of Master Lending Group, LLC (the "**Estate**"). Trustee filed an application (the "**Application**") for appointment of Neil C. Gordon, John K. Rezac, Jason L. Pettie, and Natalie Rowland of Taylor English Duma LLP ("**TED**" or "**Special Counsel**") as Special Counsel for Trustee during the period of her service as Trustee in the Case. The Application and accompanying verified statements demonstrate that TED is a firm of attorneys qualified to practice in this Court, that Neil C. Gordon, John K. Rezac, Jason L. Pettie, and Natalie Rowland are disinterested and represent

no interest adverse to Debtor or the Estate. The U.S. Trustee has been served with the Application. As this Case justifies employment of a professional for the purpose specified, it is hereby

ORDERED that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is GRANTED. Trustee is authorized to employ Neil C. Gordon, John K. Rezac, Jason L. Pettie, and Natalie Rowland as Special Counsel to Trustee in this Case during the period of her service as Trustee. It is further

ORDERED that compensation shall be paid to Neil C. Gordon, John K. Rezac, Jason L. Pettie, and Natalie Rowland upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

ORDERED that this Order is entered subject to the objection of the United States Trustee, which objection must be filed with the Court within twenty-one (21) days after the date of entry hereof.

[END OF DOCUMENT]

Prepare and presented by:

By: */s/ Tiffany E. Caron*
    Tiffany E. Caron
    State Bar No. 745089
P. O. Box 711
West Palm Beach, FL 33402
Phone: (404) 647-4917
E-mail: tiffany.caron@hotmail.com