**Fill in this information to identify the case:**

Debtor name: **Master Lending Group, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF GEORGIA**

Case number (if known): **23-40569**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Truist Bank | Checking | 6810 | $92,418.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$92,418.00

## Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 1

Debtor  **Master Lending Group, LLC**  Case number *(If known)* **23-40569**
      Name

☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                                           **Current value of debtor's interest**

71.   **Notes receivable**
       Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property           page 2

| Debtor | Master Lending Group, LLC | Case number (If known) 23-40569 |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| | Unvested, Equitable Interest in Prudential Life Insurance Policy (Judith Hirsch, Beneficiary) | $5,000,000.00 |

| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
|---|---|---:|
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| | Breach of promissory note claims against Rison Advisory Group, LP; HCI Missouri Holdings Company, Inc; Idaho Home Care Holdings, Inc.; RTJ Real Estate Development, LTD; RDR Real Estate, LLC; Robin Deanne Riddle Children's Trust March 2009; Robin D. Riddle; William Riddle, Jr. | |
| | Balance @ $16,000,000 as of June 2013 / present balance unknown. | Unknown |

| Nature of claim | Unpaid debt arising from Revolving Loan Agreement executed June, 2011 |
|---|---|
| Amount requested | $0.00 |

| | | |
|---|---|---:|
| | Breach of promissory note claims against Synergy Homes of Georgia, LLC; Synergy Homes of South Carolina, LLC & Affiliates; J. Read Brennan | Unknown |

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

| 76. | Trusts, equitable or future interests in property | |
|---|---|---:|
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | $5,000,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year? | |
| | ■ No | |
| | ☐ Yes | |

Debtor __Master Lending Group, LLC__  Case number *(If known)* __23-40569__
 Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $92,418.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $5,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,092,418.00 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $5,092,418.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Master Lending Group, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **23-40569** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 17, 2023**      X /s/ **Gregory M. Hirsch (Via POA held by Judith Hirsch)**
                                     Signature of individual signing on behalf of debtor

**Gregory M. Hirsch (Via POA held by Judith Hirsch)**
Printed name

**Owner**
Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

| IN RE:<br><br>Master Lending Group, LLC<br><br>Debtor | Chapter 7<br>Case No.: 23-40569-EJC |
|---|---|

SOUTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the **Amended Schedule A/B** to the parties outlined below in Exhibit "A" pursuant to Local ECF Rule 9.

This 17th day of July, 2023.

_____
KAREN D. TAGGART, PARALEGAL

GASTIN & HILL
1020 Drayton Street
Suite 201
Savannah, Georgia 31401
(912) 232-0203

## EXHIBIT "A"

Tiffany E. Caron, Chapter 7 Trustee
U.S. Trustee