**IT IS ORDERED as set forth below:**

**Date: July 17, 2023**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
    Debtor.

Case No.: 23−40569−EJC

Judge: Edward J. Coleman III

Chapter: 7

## *ORDER APPOINTING ACCOUNTANTS AND FINANCIAL CONSULTANTS*

   The Application of Trustee Tiffany E. Caron for appointment of *Hays Financial Consulting, LLC* as Accountants and Financial Consultants for the Trustee having been considered and it appearing to the Court that the employment of *Hays Financial Consulting, LLC* is necessary and beneficial to this estate,

   It further appearing that the Accountants and Financial Consultants have no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that Trustee Tiffany E. Caron is authorized to employ the services of *Hays Financial Consulting, LLC* as Accountants and Financial Consultants for Trustee Tiffany E. Caron subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Accountants and Financial Consultants will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

*[END OF DOCUMENT]*

B−04e [02−23]