# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Master Lending Group, LLC, | ) CHAPTER 7 CASE NO.:  23-40569-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

## ORDER ON APPLICATION FOR ADMISSION PRO HAC VICE
## AND REQUEST TO DEFER FILING FEE

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, *Petitioner* Jason L. Pettie's request to appear *pro hac vice* in the United States Bankruptcy Court for the Southern District of Georgia in the subject case is GRANTED.

| | |
|---|---|
| NAME OF PETITIONER: | Jason L. Pettie |
| | Georgia Bar No. 574783 |
| | Taylor English Duma LLP |
| Business Address: | 1600 Parkwood Circle, Suite 200 |
| | Atlanta, GA 30339 |
| | (678) 336-7226 |
| | jpettie@taylorenglish.com |

Further, it is hereby ORDERED that the filing fee for the Application shall be deferred unless or until there are liquid funds available to the estate from which to pay the fee.

END OF DOCUMENT

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM