**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Master Lending Group, LLC, | ) CHAPTER 7 CASE NO.:  23-40569-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

### **ORDER**

The within and foregoing petition having been considered, and it appearing to the Court that the employment of an attorney for the petitioner is necessary and beneficial to the interest of this estate, and

It further appearing that the attorney proposed has no adverse interest to those of this estate, and that this employment is proper.

**IT IS THEREFORE ORDERED** that the petitioner is authorized to employ the services of Tiffany E. Caron, as her attorney at law for the purposes and representations stated in the foregoing petition, the compensation for such attorney(s) to be later fixed and determined by the Court in such manner as the Court may from time to time direct.

END OF DOCUMENT

Prepared by:
/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM