**Fill in this information to identify the case:**

Debtor name    **Master Lending Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-40569**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507.)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address **Abe Klugman IRA** c/o Workmen's Circle CU 527 Stephenson Ave., Ste. 2 Savannah, GA 31405-4000 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address **Adam Jacobowitz** 16891-D Isle of Palms Drive Delray Beach, FL 33484 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☑ No ☐ Yes | **$505,000.00** |
| **3.3** | Nonpriority creditor's name and mailing address **Alan Lipsitz** 401 Wheeler Street Savannah, GA 31405 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☑ No ☐ Yes | **$120,000.00** |
| **3.4** | Nonpriority creditor's name and mailing address **Albert Jacobowitz Irrevocable Trust** c/o Michelle Jacobowitz, Trustee 16891-D Isle of Palms Drive Delray Beach, FL 33484 Date(s) debt was incurred _ Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed Basis for the claim: _ Is the claim subject to offset? ☑ No ☐ Yes | **$1,114,400.00** |

Debtor   __Master Lending Group, LLC_____     Case number (if known) ___23-40569_____
                Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Alter Yeshaya Slatus**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |

**Amanda Young**
10769 FM 822
Edna, TX 77957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arlene G. Jaffie**
6 Roundtree Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Arlene Yellin IRA**
c/o Workmen's Circle CU
527 Stephenson Ave.,, Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,000.00 |

**Aronson Family Residence Trust**
15 Sweet Fern Retreat
Savannah, GA 31411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,000.00 |

**Avigail Slatus**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Baila Simcha**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Master Lending Group, LLC**
Name

Case number (if known)   23-40569

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,000.00 |
|---|---|---|---|
| | Baldomero R. Luis<br>P.O. Box 402202<br>Miami Beach, FL 33140 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,000.00 |
|---|---|---|---|
| | Barbara Aronson<br>15 Sweet Fern Retreat<br>Savannah, GA 31411 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|
| | Barbara Aronson IRA<br>15 Sweet Fern Retreat<br>Savannah, GA 31411 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765,000.00 |
|---|---|---|---|
| | Barbara Kooden<br>6401 Habersham Street<br>Unit 1B<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Barbara Kooden IRA<br>c/o Workmens' Circle CU<br>527 Stephenson Ave., Ste 2<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Beryl & Susan F. Lovitz Trust<br>c/o Bob Lovitz<br>2020 SW Abercrombie Place<br>Portland, OR 97225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|
| | Brett Bouy<br>31 Bartow Point Drive<br>Savannah, GA 31404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

**3.19**

Nonpriority creditor's name and mailing address
**Broughton Kelly, Sr.**
**401 Jackson Woods Blvd.**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.20**

Nonpriority creditor's name and mailing address
**Catherine Royal**
**1367 La Vista Circle**
**Pooler, GA 31322**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$80,000.00

---

**3.21**

Nonpriority creditor's name and mailing address
**Chaim Rabhan IRA**
**303 Johnson Street**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$70,000.00

---

**3.22**

Nonpriority creditor's name and mailing address
**Chana Rabhan**
**308 McLaws Street**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$19,300.00

---

**3.23**

Nonpriority creditor's name and mailing address
**Charles Grossman**
**5450 Abercorn Street**
**Apt. 414**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**3.24**

Nonpriority creditor's name and mailing address
**Colonial Shoe Co. Profit Sharing Plan**
**4701 Riverview Road**
**Atlanta, GA 30327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$300,000.00

---

**3.25**

Nonpriority creditor's name and mailing address
**Dale Kaminsky**
**103 Lee Blvd.**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$325,000.00

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Dana F. Braun
Attorney at Law
P. O Box 9946
Savannah, GA 31412

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  notice for Daniel Klugman and Klugman Investments LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00

Daniel Kahn
315 Waterfowl Road
Bluffton, SC 29910

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495,000.00

Daniel Klugman
P. O. Box 1229
Tybee Island, GA 31328

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,000.00

Danny Kaminsky
402 Megan Court
Savannah, GA 31405

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375,000.00

David Kahn
315 Waterfowl Road
Bluffton, SC 29910

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,200.00

David Rabhan
303 Johnson Street
Savannah, GA 31405

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

DGK Real Estate
315 Waterfowl Road
Bluffton, SC 29910

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Master Lending Group, LLC**
_____
      Name

Case number (if known)   **23-40569**
_____

| | 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**3.33**

Nonpriority creditor's name and mailing address
**Diane L. Kahn**
**513 Waterfowl Road**
**Bluffton, SC 29910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address
**Dorain Baruch**
**100 Stuart Street**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$550,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address
**Doris Klugman**
**P.O. Box 1596**
**Tybee Island, GA 31328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**

Nonpriority creditor's name and mailing address
**Doris Klugman IRA**
**c/o Workmen's Circle CU**
**527 Stephenson Ave., Ste. 2**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address
**Dr. Fred E. Rabhan & Ester Rabhan**
**314 Johnston Street**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$805,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**

Nonpriority creditor's name and mailing address
**Dr. Kalman Baruch**
**100 Stuart Street**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$700,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

Nonpriority creditor's name and mailing address
**Dr. Morris Geffen**
**5 Breckenridge Lane**
**Savannah, GA 31411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$325,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Elizabeth M. Jones<br>224 Oatland Island Road<br>Savannah, GA 31410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Elizabeth Skeadas IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,000.00 |
|---|---|---|---|
| | Ephraim Rabhan<br>308 McLaws Street<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|
| | Ephraim Rabhan IRA<br>308 McLaws Street<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Estate of Dr. Leon Aronson<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $763,000.00 |
|---|---|---|---|
| | Estate of Norman Dolgoff<br>c/o Marcey Dolgoff Alter<br>740 Park Manor Drive SE<br>Smyrna, GA 30082 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,000.00 |
|---|---|---|---|
| | Ester Rabhan IRA<br>314 Johnston Street<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Master Lending Group, LLC** | Case number *(if known)* | 23-40569 |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206,000.00 |
|---|---|---|---|

**Eva Locker IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372,000.00 |
|---|---|---|---|

**Eve Rabhan**
303 Johnson Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**Francis Bouy IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,185,000.00 |
|---|---|---|---|

**Frederick M. Halperin IRA**
c/o Jeffrey N. Berman, Esq.
3475 Piedmont Road NE, Suite 1460
Atlanta, GA 30305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**George Feehley IRA**
306 Jackson Woods Blvd.
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,000.00 |
|---|---|---|---|

**H.E.Y. Family Trust**
c/o Dr. Fred E. Rabhan
303 McLaws Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360,000.00 |
|---|---|---|---|

**Harriet Simowitz**
c/o Pamela S. Lipsitz
401 Wheeler Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Master Lending Group, LLC**                                   Case number (if known)    23-40569
            Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000,000.00 |
|---|---|---|---|

**Harry Howard & Louise Howard**
1 Savannah Square Drive
#207
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Harry Yellin IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
   GA 31450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**I.L. Aronson P.C. Employee Pension Plan**
1 Diamond Causeway, Ste 21-308
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**I.L. Aronson Pension Plan**
One Diamond Causeway, Suite 21-3008
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Isaac Rabhan**
220 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Jack Wardlaw**
2702 Whatley Avenue
Unit B-1
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275,000.00 |
|---|---|---|---|

**James C. Wilson IRA**
c/o Workmen's Circle CU
527 Stephenson Ave, Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ◼ No ☐ Yes

---

Debtor    **Master Lending Group, LLC**
_____
Name

Case number (if known)    23-40569
_____

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**James C. Wilson, Jr.**
**7370 Hodgson Mem Blvd.**
**Suite D-12**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |
|---|---|---|---|

**James E. Jones**
**224 Oatland Island Road**
**Savannah, GA 31410**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jan Feehley**
**306 Jackson Woods Blvd**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,300.00 |
|---|---|---|---|

**Jan Feehley IRA**
**306 Jackson Woods Blvd**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Jan Feehley Roth IRA**
**306 Jackson Woods Blvd**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**JEJ, Inc.**
**4607 Habersham Street**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Jeremy Slatus**
**233 Groveland Circle**
**Savannah, GA 31405**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | | Case number (if known) | 23-40569 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|
| | **Jerry Wardlaw**<br>**2702 Whatley Avenue**<br>**Unit B-1**<br>**Savannah, GA 31404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|
| | **JGJ, Inc.**<br>**4607 Habersham Street**<br>**Savannah, GA 31405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280,000.00 |
|---|---|---|---|
| | **John P. Skeadas**<br>**10 Liberty Creek Drive**<br>**Savannah, GA 31406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Johnny G. Feehley IRA**<br>**c/o Workmen's Circle CU**<br>**527 Stephenson Ave, Ste. 2**<br>**Savannah, GA 31405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|
| | **Jones on 17th, LLC**<br>**4607 Habersham Street**<br>**Savannah, GA 31405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **Joseph Slatus**<br>**233 Groveland Circle**<br>**Savannah, GA 31405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235,000.00 |
|---|---|---|---|
| | **Julie Mazo**<br>**309 Wickersham Drive**<br>**Savannah, GA 31411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

K. Russell Simpson
Attorney at Law
2225 Norwood Avenue, Suite A
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _notice_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00

Katherine Royal
124 High Cotton Drive
Statesboro, GA 30461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575,000.00

Klugman Investments LLC
P. O. Box 1229
Tybee Island, GA 31328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00

Lisa Kaminsky
402 Megan Court
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225,000.00

Louis Young IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00

Louis Young, III
261 Long Bridge Road
Springfield, GA 31329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00

Louis Young, Jr.
7370 Hodgson Mem Blvd.
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Louise Howard**
**11 Savannah Square Drive**
**Unit 21**
**Savannah, GA 31406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,500,000.00

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Marcia Hirsch**
**2913 Ryton Court**
**Raleigh, NC 27613**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Marjorie C. Gordon**
**c/o Mrs. Susan Klugman**
**P.O. Boxn 1229**
**Tybee Island, GA 31328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$102,000.00

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Mark T. Bouy**
**31 Bartow Point Drive**
**Savannah, GA 31404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$500,000.00

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Marlene Dobbs IRA**
**c/o Workmen's Circle CU**
**527 Stephenson Ave., Ste. 2**
**Savannah, GA 31405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Marshall Jacobowitz**
**4902 Sarazen Drive**
**Hollywood, FL 33021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$450,000.00

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Mary Amanda Young**
**83 Brown Pelican Drive**
**Savannah, GA 31419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$125,000.00

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Matel Simcha**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Mattel Rabhan**
303 Johnson Street
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,200.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Matthew Young**
7370 Hodgson Memorial Drive
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Matti Slatus**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Michael Dobbs IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Michael Kooden**
P.O. Box 2388
Tybee Island, GA 31328

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500,000.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Michelle Jacobowitz**
16891-D Isle of Palms Drive
Delray Beach, FL 33484

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,198,000.00**

---

| Debtor | Master Lending Group, LLC | | Case number (if known) | 23-40569 |
|---|---|---|---|---|
| | Name | | | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,000.00 |
|---|---|---|

Mike Barr
Lowcountry Accounting, LLC
4 Crossing Drive
Richmond Hill, GA 31324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

Miriam Kreisel
218 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|

Mordecai Simcha
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,200.00 |
|---|---|---|

Moshe Rabhan
308 McLaws Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|

Moshe Simcha
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|

Murray Klugman
P.O. Box 1596
Tybee Island, GA 31328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|

Neal Markowitz
16 Bartow Point Drive
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Master Lending Group, LLC**                                    Case number (if known)   23-40569
_____
Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Nicole Chu**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
|---|---|---|---|

**Norman Dolgoff**
c/o Marcey Dolgoff Alter
339 Oxford Drive
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518,000.00 |
|---|---|---|---|

**Philip Rosenbaum Trust**
c/o Marshall Jacobowitz, Trustee
4902 Sarazen Dr.
Hollywood, FL 33021

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000,000.00 |
|---|---|---|---|

**Rabbi Avigdor Slatus**
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randolph Chu**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500,000.00 |
|---|---|---|---|

**Randy Chu**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Chu SEP IRA**
7640 Abercorn Street
Savannah, GA 31406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Master Lending Group, LLC | | Case number (if known) | 23-40569 |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | Nonpriority creditor's name and mailing address

RBB Jacob R.D.F.
223 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$90,000.00**

---

**3.111** | Nonpriority creditor's name and mailing address

Redfish, LLC
306 Jackson Woods Blvd.
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.112** | Nonpriority creditor's name and mailing address

Renie Halperin
4701 Riverview Road NW
Atlanta, GA 30327

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.113** | Nonpriority creditor's name and mailing address

Restaurant Equipment Company of Savannah
Profit Sharing Plan and Pension Plan
2601 Whitaker Street
Savannah, GA 31401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114** | Nonpriority creditor's name and mailing address

Rita Slatus
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.115** | Nonpriority creditor's name and mailing address

River Street Liquor, LLC
425 E. River Street
Savannah, GA 31401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116** | Nonpriority creditor's name and mailing address

Robert M. Segall
405 Jackson Woods Blvd.
Savannah, GA 31405

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,601,000.00**

---

Debtor   **Master Lending Group, LLC**          Case number (if known)   23-40569
_____                              _____
Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650,000.00 |

Rochelle Javetz
1 South Grant Street
Savannah, GA 31419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245,000.00 |

Sabrina Rabhan
308 McLaws Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

Sarah Simcha
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

Shaya Simcha
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |

Shlomo Slatus
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,500.00 |

Shoshana Rabhan
303 Johnson Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |

Susan S. Brinkley f/k/a Susan S. Young
36 St. Augustine Bend
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Master Lending Group, LLC** | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan S. Young IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Teresa Wardlaw**
2702 Whatley Avenue
Unit B-1
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900,000.00** |
|---|---|---|---|

**Terry Jones**
131 Falligant Avenue
Savannah, GA 31410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502,250.00** |
|---|---|---|---|

**Troy & Frances Bouy**
31 Bartow Point Drive
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,300.00** |
|---|---|---|---|

**Troy Bouy IRA**
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,200.00** |
|---|---|---|---|

**Tzvi Rabhan**
303 Johnson Street
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**Tzvi Slatus**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address

Vanessa Jones
4607 Habersham Street
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000,000.00**

---

**3.132** | Nonpriority creditor's name and mailing address

Victor Belegorska Roth IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
  GA 31400-5000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.133** | Nonpriority creditor's name and mailing address

Victor Belogorska, Jr.
P.O. Box 462
Eden, GA 31307

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$875,000.00**

---

**3.134** | Nonpriority creditor's name and mailing address

William Hall, Jr.
27 Bartow Point Drive
Savannah, GA 31404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850,000.00**

---

**3.135** | Nonpriority creditor's name and mailing address

Yaakov Rabhan
136 Stratford Place
Lakewood, NJ 08701

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.136** | Nonpriority creditor's name and mailing address

Yaakov Slatus
233 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$175,000.00**

---

**3.137** | Nonpriority creditor's name and mailing address

Yedidah Rabhan
220 Groveland Circle
Savannah, GA 31405

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

| Debtor | Master Lending Group, LLC | Case number (if known) | 23-40569 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Yehudis Simcha**
233 Groveland Circle
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|----------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | Jay Javetz<br>308 Jackson Woods Blvd.<br>Savannah, GA 31406 | Line 3.117<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jeffrey Berman, Attorney<br>3475 Piedmont Road NE<br>Suite 1640<br>Atlanta, GA 30305 | Line 3.50<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | JGJ Inc.<br>403 N Duval St<br>Claxton, GA 30417 | Line 3.69<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | John Carson, Attorney<br>1901 Abercorn Street<br>Savannah, GA 31401 | Line 3.61<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Rabbi Avigdor Slatus<br>5444 Abercorn Street<br>Savannah, GA 31405 | Line 3.106<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Scott W. Peters<br>1100 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA 30309 | Line 3.116<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 43,877,950.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 43,877,950.00 |

**Fill in this information to identify the case:**

Debtor name      **Master Lending Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF GEORGIA

Case number (if known)   **23-40569**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2023**        X /s/  **Gregory M. Hirsch (Via POA held by Judith Hirsch)**
                                                              Signature of individual signing on behalf of debtor

                                                              **Gregory M. Hirsch (Via POA held by Judith Hirsch)**
                                                              Printed name

                                                              **Owner**
                                                              Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Master Lending Group, LLC<br><br>Debtor | Chapter 7<br>Case No.:  23-40569-EJC |

SOUTHERN DISTRICT OF GEORGIA
STATE OF GEORGIA

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a true and correct copy of the **Amended Schedule E/F and 341 notice** to the parties outlined below in Exhibit "A" pursuant to Local ECF Rule 9, and I have this day served all interested parties outlined below in Exhibit "B" as required by the Local Bankruptcy Rules, by placing a copy of said documents in the United States Mail with adequate postage, thereon to insure prompt delivery:

This 18th day of July, 2023.

_____
KAREN D. TAGGART, PARALEGAL

GASTIN & HILL
1020 Drayton Street
Suite 201
Savannah, Georgia 31401
(912) 232-0203

### EXHIBIT "A"

Tiffany E. Caron, Chapter 7 Trustee
U.S. Trustee

### EXHIBIT "B"

Dana F. Braun, Attorney at Law, P. O. Box 9946, Savannah, GA  31419.