IT IS ORDERED as set forth below:

Date: July 24, 2023

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Master Lending Group, LLC,**  
    Debtor.

Case No.:   23−40569−EJC  
Judge:   Edward J. Coleman III  
Chapter:   7

## *ORDER APPOINTING ATTORNEY*

    The Application of Trustee for appointment of **Tiffany E. Caron** as Attorney for the Trustee having been considered and it appearing to the Court that the employment of **Tiffany E. Caron** is necessary and beneficial to this estate,

    It further appearing that the Attorney has no adverse interest to those of this estate, and that the employment is proper,

    IT IS THEREFORE ORDERED that Trustee is authorized to employ the services of **Tiffany E. Caron** as Attorney for Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Attorney will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

*[END OF DOCUMENT]*

B−04e [02−23]