IT IS ORDERED as set forth below:



Date: July 26, 2023

*Edward J. Coleman III, Chief Judge*
United States Bankruptcy Court
Southern District of Georgia

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| **MASTER LENDING GROUP, LLC** | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | JUDGE EDWARD J COLEMAN, III |

### ORDER GRANTING MOTION TO REDACT AMENDED CLAIM NUMBER 6-2

In accordance with Federal Rule of Bankruptcy Procedure 9037, upon consideration of the Motion filed by Rochelle Javetz, it is hereby ORDERED that the Clerk's Office is hereby authorized and directed to take steps necessary to prevent future public access to the document identified as Amended Claim 6-2 on the Court's claim register. Properly redacted documentation is included with Amended Claim 6-3.

[END OF DOCUMENT]

**Prepared by:**
Rochelle Javetz
1 South Grant St
Savannah, GA 31419