# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE NO. |
| MASTER LENDING GROUP, LLC Debtor. | 23-40569-EJC |

## NOTICE of APPEARANCE and REQUEST for NOTICES

PLEASE TAKE NOTICE that **CHRISTIAN J. STEINMETZ III** of **GANNAM, GNANN & STEINMETZ, LLC** enters this appearance as counsel of record for **ALAN LIPSITZ** a creditor in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and said counsel hereby requests, pursuant to *Bankruptcy Rules 2002, 3017,* and *9007* and *11 U.S.C. §342* that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

Christian J. Steinmetz, III, Esq.
**GANNAM, GNANN & STEINMETZ, LLC**
Post Office Box 10085
Savannah, Georgia  31412-0285
Tel:  912.232.1192
Fax:  912.238.9917
Email: cjs@ggsattorneys.com

This day, July 26, 2023.

GANNAM, GNANN & STEINMETZ, LLC

*C.J. Steinmetz III*

Post Office Box 10085
Savannah, Georgia 31412-0285
Tel:  912.232.1192
Fax:  912.238.9917
Email: cjs@ggsattorneys.com

By:  CHRISTIAN J. STEINMETZ III
     Georgia Bar No. 278260

ATTORNEYS FOR ALAN LIPSITZ

# CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing was on this day served upon:

| | | |
|---|---|---|
| Jud Hill, Esq. | Tiffany Caron, Esq. | Matt Mills, Esq. |
| Atty for Debtor | Chapter 7 Trustee | Asst U.S. Trustee |

and all other registered participants of the Electronic Case Filing System via Notice of Electronic Filing.

Served on this day, July 26, 2023.

GANNAM, GNANN & STEINMETZ, LLC

*C.J. Steinmetz III*

Post Office Box 10085                By:   CHRISTIAN J. STEINMETZ III
Savannah, Georgia 31412-0285              Georgia Bar No. 278260
Tel:   912.232.1192
Fax:   912.238.9917                  ATTORNEYS FOR ALAN LIPSITZ
Email: cjs@ggsattorneys.com