UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| IN RE: | | CHAPTER 7 CASE NO. |
|---|---|---|
| MASTER LENDING GROUP, LLC Debtor. | | 23-40569-EJC |

OBJECTION to TRUSTEE's APPLICATION
for APPOINTMENT of SPECIAL COUNSEL and ALL AMENDMENTS

**ALAN LIPSITZ**, a creditor in the above-referenced case, by and through undersigned counsel, herewith timely objects to Trustee's Applications for Appointment of Special Counsel and Amendments (Doc. #s 17, 30, and 44) ("Trustee's Applications"), and in support thereof shows:

1. Trustee's Applications propose to engage counsel from Atlanta, Georgia for a case in which all Court appearances and activity will occur in Savannah, Georgia. Thus, for Special Counsel to appear live in Court, there will be a minimum of 8 hours' travel time (4 down and 4 back) from Atlanta for counsel to appear.

2. The proposed rates of putative counsel range from $595.00 for lead counsel to $495.00 to $485.00 to $425.00 an hour. (Doc. #44, pp. 1-2)  On top of this, paralegals proposed billing rate is $260.00 per hour. (Id.)

3. Under this, if the highest and lowest paid putative counsel appear together for a hearing in Savannah, it will cost over $1,150.00 *per hour* in fees in

travel time alone. If a paralegal accompanies them, the cost escalates to over $1,400.00 per hour in travel fees alone. With no less than 8 hours' travel (via car), a Court appearance in Savannah in this example could incur over $11,000.00 in costs *before any Court appearance time is assessed*.

3. Removing all but lead counsel still projects to incur no less than $4,700.00 in travel fees, and we have not even begun to discuss lodging, meals, and other expenses that Atlanta-based counsel would be expected to incur.

4. With over 130 different putative creditors holding nearly $43,000,000.00 potential claims, and with less than $6,000,000.00 in identifiable assets, the expense associated engaging with proposed counsel will have a disproportionate impact on the assets expected to be recovered until the engagement of such putative counsel, without express limitations and substantial modifications to the fee schedule as proposed, is not in the best interests of the unsecured creditors such as Creditor.

5. Potential alternatives that would be in the much better interests of unsecured creditors include, but are not limited to:

    a. engaging local counsel in the Savannah area or the Coastal area to avoid substantial travel costs;

    b. engaging counsel whose hourly rates are consistent with this

Court's lodestar rate (which the undersigned presently understands to be $425.00 per hour), an amount significantly less than lead counsel and all but one of the proposed counsel; and

      c.    limitations on hourly rates for travel time, the number of lawyers/paralegals permitted to travel and appear at once and implementing hybrid hourly/contingency fee agreements with counsel where possible and appropriate.

6.    Creditor is in no manner objecting to Trustee being permitted to engage competent counsel to advise her and perform legal services for the benefit of the Chapter 7 Estate and the unsecured creditors. Indeed, Creditor and all others similarly situated stand to benefit from the Trustee engaging good counsel.

7.    Additionally, Creditor acknowledges that Special Counsel is entitled to be paid a fair fee and expenses naturally incurred for all services rendered in benefit to the Estate and unsecured creditors.

8.    However, the proposed engagement's terms, as exampled above in some detailed scenarios, could result in the dissipation of the Estate's projected assets all-too-quickly and disproportionate to the projected benefit to the Estate and (over 130) unsecured creditors.

9.    Accordingly, and for the foregoing reasons, Creditor objects to the Appointment of Special Counsel as proposed by the Trustee.

WHEREFORE< Creditor prays that this Court will DENY Trustee's Application to Employ Special Counsel as proposed and for such other and further relief as this Honorable Court deems mete, just, equitable, and appropriate under all circumstances.

This day, July 26, 2023.

GANNAM, GNANN & STEINMETZ, LLC



Post Office Box 10085　　　　　　　By:　CHRISTIAN J. STEINMETZ III
Savannah, Georgia 31412-0285　　　　　　Georgia Bar No. 278260
Tel:　912.232.1192
Fax:　912.238.9917　　　　　　　　ATTORNEYS FOR ALAN LIPSITZ
Email: cjs@ggsattorneys.com

# **CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing was on this day served upon:

| | | |
|---|---|---|
| Jud Hill, Esq. | Tiffany Caron, Esq. | Matt Mills, Esq. |
| Atty for Debtor | Chapter 7 Trustee | Asst U.S. Trustee |

and all other registered participants of the Electronic Case Filing System via Notice of Electronic Filing.

Served on this day, July 26, 2023.

GANNAM, GNANN & STEINMETZ, LLC

*C.J. Steinmetz III*

Post Office Box 10085  
Savannah, Georgia 31412-0285  
Tel:   912.232.1192  
Fax:  912.238.9917  
Email: cjs@ggsattorneys.com

By:   CHRISTIAN J. STEINMETZ III  
        Georgia Bar No. 278260

ATTORNEYS FOR ALAN LIPSITZ