IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANAH DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.: 23-40569-EJC |
| | § | |
| MASTER LENDING GROUP, LLC, | § | (Chapter 7) |
| | § | |
| Debtor | § | |

## MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

COMES NOW, Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Master Lending Group, LLC ("**Debtor**"), and files this *Motion for Examination of and Document Production by Hirsch & Tucker, LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**"), seeking an Order authorizing the examination of Hirsh & Tucker, LLC ("**Hirsch & Tucker**") under Rule 2004 of the Federal Rules of Bankruptcy Procedure, and in support thereof respectfully shows this Court as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

### Background

2. On July 6, 2023 (the "**Petition Date**"), Debtor initiated this case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

3. Trustee was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

4.      At the commencement of the Bankruptcy Case, a bankruptcy estate was created pursuant to 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all Debtor's legal or equitable interests in property as of the commencement of the bankruptcy case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7) (2018). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2018).

5.      Debtor filed this case as asset case. [Doc. No. 1 at Page 3 of 50].

6.      The Section 341 Meeting of Creditors (the "**341 Meeting**") is schedule for August 9, 2023.

### Relief Requested

7.      Trustee requests authority to examine Hirsh & Tucker with respect to the financial affairs of the Debtor. Trustee requests that the examination commence on August 14, 2023 at 10:00 AM or at such other mutually agreeable time, at the Office of the United States Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, or at such other mutually agreeable place.

8.      Trustee also requests an order from the Court requiring Hirsh & Tucker to produce, on or before August 4, 2023 at 10:00 a.m. at the Office of the United States Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, or some other mutually agreeable time and place, for review by counsel for Trustee, any and all records and items listed on Exhibit "A," attached hereto and incorporated herein by reference.

### Basis for Relief

9.      Rule 2004 provides that any party in interest, including a creditor, may examine any other entity about the financial affairs of a debtor. Fed. R. Bankr. P. 2004.

10. Because Trustee is a party in interest, it is well within the Court's discretion to grant the relief requested in this Motion. Indeed, such an examination is necessary for Trustee to evaluate fully the interest of the Bankruptcy Estate, if any, along with the circumstances that led to the bankruptcy filing of the Debtor.

WHEREFORE, Trustee respectfully requests that this Court:

(a) Enter an order authorizing Trustee to conduct the examination of Hirsch & Tucker and directing Hirsch & Tucker to produce the documents and items requested herein at a mutually agreeable time and place; and

(b) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 31st day of July, 2023.

Respectfully submitted,

/s/ Tiffany E. Caron
Tiffany E. Caron
Ga. Bar # 745089
*Attorney for Trustee*

P.O. Box 711
West Palm Beach, FL 33402
404.647.4917
Tiffany.caron@hotmail.com

# EXHIBIT "A"

## Definitions

A. As used herein, the term "**document**" is intended to have the broadest permissible meaning under the Federal Rules of Civil Procedure and shall mean any written, printed, recorded, taped, electromagnetically recorded or encoded, electronically stored, graphic or other matter of every type and description that is or has been in the possession, custody, or control of you or any of your agents and attorneys, or of which you have knowledge, and shall include without limitation, the following: letters, correspondence, affidavits, declarations, statements, books, articles, reprints, resolutions, minutes, communications, messages, e-mails, electronic communications, electronically stored information, notes, loan documents, collateral documents, stenographic or handwritten notes, memoranda, diaries, contracts, subcontracts, bids, worksheets, drafts, agreements, records, resumes, invoices, receipts, bills, cancelled checks, financial statements, audit reports, tax returns, calendars, schedules, summaries, studies, calculations, estimates, diagrams, sketches, drawings, plans, photographs, tapes, videotapes, movies, recordings, transcriptions, work orders, computer print-outs, computer disks, data processing cards, data storage cards, and the like; and where originals of such documents are not available or are not in your possession, custody or control, every copy of every such document; and every copy of every such document where such copy is not an identical copy of the original or where such copy contains any commentary or notation whatsoever which does not appear on the original.

B. As used herein, the term "**Debtor**" or "**MLG**" shall refer to Master Lending Group, LLC.

C. As used herein, the term "**Petition Date**" shall refer to July 6, 2023.

Document and Information Request

All electronic records of MLG stored on any Hirsh & Tucker computer or server.

All email, Outlook files, and Documents of partner Gregory Hirsch at the email address greg@cpa-ht.com in connection with MLG investments.

All emails, Outlook files, and Documents of employee Angela Dietz at email address Angela@cpa-ht.com in connection with her work on MLG including her employee records

All emails, Outlook files, and Documents of former employee Dean Emmerson Flake in connection with his work on MLG including employee records

All emails, Outlook files, and Documents of any employee or partner of Hirsh & Tucker that had any contact with investors in MLG in connection with their purchase of Promissory Notes or interest payments.

Any Errors & Omission (E&O) claims or notice to insurance companies made by Hirsh & Tucker for the period of January 1, 2018 to present;

Any E&O insurance policies held by Hirsch & Tucker for the period of January 1, 2018 to present;

Any claim filed with CNA Insurance in connection with theft by Dean Emmerson Flake

All Documents regarding Gregory Hirsh's partnership interest in and distributions from Hirsch & Tucker.

All invoices for services provided to MLG and payment of same.

Any correspondence with Master Lending Group note owners including those that are client of Hirsch & Tucker

Documents on all business owed by Gregory Hirsch and Jeffrey Tucker including Hirsch & Tucker, GHJT Enterprise, LLC, and 4116 Ogeechee Road, LLC

Documents regarding Hirsch & Company, LLC and any bank account it may have had with Truist or Colony Bank

All QuickBooks filed prepared for MLG by any Hirsch & Tucker employee or partner. Records of note owners visiting the office of Master Lending Group and any calendars or schedules of visitors.

Records of any legal fees paid in conjunction with the claim against Dean Flake or any other issues re MLG.

Any records of real property sales that involved MLG assets or that were controlled by Gregory Hirsch.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Master Lending Group, LLC, | ) CHAPTER 7 CASE NO.: 23-40569-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served the foregoing, **Motion for Examination of and Document Production by Hirsch & Tucker, LLC under Rule 2004 of the Federal Rules of Bankruptcy Procedure,** through CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Judson C. Hill
Gastin & Hill
Gastin & Hill, P O Box 8012
Savannah, GA 31412

Robert M. Brennan
Parker Hudson Rainer & Dobbs, LLP
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Attorney for Hirsh & Tucker, LLC

Office of the U.S. Trustee
33 Bull Street, Suite 400
Savannah, GA 31401

Hirsh & Tucker, LLC
Attn: Jeffrey Tucker
440 Mall Blvd., Suite A
Savannah, GA 31406

And all other creditors and parties in interest receiving notice through the Court's CM/ECF Filing System.

This the 31st day of July, 2023.

/s/ Tiffany E. Caron
TIFFANY E. CARON, Trustee/Petitioner

Prepared by:
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089

CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM