IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANAH DIVISION

| | | |
|---|---|---|
| **In Re:** § | | **Case No.: 23-40569-EJC** |
| § | | |
| **MASTER LENDING GROUP, LLC,** § | | **(Chapter 7)** |
| § | | |
| **Debtor** § | | |

### ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

Upon the motion filed by the Trustee pursuant to Bankruptcy Rule 2004,

IT IS HEREBY ORDERED that Robin DeAnne Riddle Robertson shall appear for examination under oath at the Office of the U.S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, on September 8, 2023 at 11:00 AM, or as otherwise agreed upon by the parties.

IT IS FURTHER ORDERED that Robin DeAnne Riddle Robertson shall produce to the Trustee the documents listed in Appendix A on or before September 8, 2023 at 11:00 a.m., or as otherwise agreed upon by the parties.

**END OF DOCUMENT**

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM