**IT IS ORDERED as set forth below:**



**Date: August 2, 2023**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANAH DIVISION

| | | |
|---|---|---|
| **In Re:** | § | **Case No.: 23-40569-EJC** |
| | § | |
| **MASTER LENDING GROUP, LLC,** | § | **(Chapter 7)** |
| | § | |
| **Debtor** | § | |

### ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS
### PURSUANT TO BANKRUPTCY RULE 2004

Upon the motion filed by the Trustee pursuant to Bankruptcy Rule 2004,

IT IS HEREBY ORDERED that Hirsh & Tucker, LLC shall appear for examination under oath at the Office of the U.S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, on August 14, 2023 at 10:00 AM, or as otherwise agreed upon by the parties.

IT IS FURTHER ORDERED that Hirsh & Tucker, LLC shall produce to the Trustee the documents listed in Appendix A on or before August 4, 2023 at 10:00 a.m., or as otherwise agreed upon by the parties.

**END OF DOCUMENT**

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM