**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Master Lending Group, LLC, | ) CHAPTER 7 CASE NO.: 23-40569-EJC |
| | ) |
| | ) |
| DEBTOR | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served the **Motion for Examination of and Document Production by William Wilson Riddle, Jr. under Rule 2004 of the Federal Rules of Bankruptcy Procedure (Doc No. 59),** through CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

William Wilson Riddle, Jr.
64575 PALISADE DR APT 16108,
BOZEMAN, MT, 59718

This the 2nd day of August, 2023.

/s/ Tiffany E. Caron
TIFFANY E. CARON, Trustee/Petitioner

Prepared by:
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM