# **GASTIN & HILL**
## *Attorneys at Law*
**1020 Drayton Street**
**Suite 201**
**Savannah, GA 31401**
**(912) 232-0203**

**R. Wade Gastin (Ret.)**
**Judson C. Hill**
**Jeremiah B. Gastin**

**FAX (912) 236-3123**

August 2, 2023

U.S. Bankruptcy Court Clerk

RE:     Master Lending Group, LLC
          Chapter 7, Case No. 23-40569

To Whom It May Concern:

Please be advised that the below outlined creditor has had the following change of address:

Eva Locker IRA
c/o Workmen's Circle CU
209 Kensington Drive
Savannah, GA  31405

Please make the necessary changes to the Court's mailing matrix.

Thank you for your assistance and consideration.

Sincerely,

Karen D. Taggart, Paralegal
Gastin & Hill