IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| MASTER LENDING GROUP, LLC | : | |
| | : | |
| | : | CHAPTER 7 |
| Debtor, | : | CASE NO.  4:23-bk-40569-EJC |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

To:     Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that James L. Drake, Jr., has been retained by Marcey Dolgoff Alter, Executor of the estate of Norman Dolgoff, deceased, in the above-styled case, and hereby appears for Marcey Dolgoff, Executor, and pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, and requests that all notices, pleadings, motions, applications, and other documents filed or served in this case including, without limitation, all notices described in Bankruptcy Rule 2002, all disclosure statements and all plans of reorganization be sent to the following:

Dated: August 3, 2023

<u>/s/James L. Drake, Jr.</u>
James L. Drake, Jr.
Georgia State Bar No. 229250
James L. Drake, P.C.
10 Gale Break Circle
Savannah, Georgia 31406
jdrake@drakefirmpc.com
(912) 655-9882