IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MASTER LENDING GROUP, LLC | ) Chapter 7 |
| | ) Case No. 23-40569-EJC |
| Debtor(s) | ) |

## OBJECTION TO TRUSTEE'S APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL (AND ALL AMENDMENTS THERETO)

Now comes Louise M. Howard ("Howard"), unsecured creditor of the Debtor Master Lending Group, LLC, and objects to the Trustee's Application for Appointment of Special Counsel (and amendments thereto). In support of this Objection, Howard adopts and incorporates herein the Objection to Trustee's Application for Appointment of Special Counsel and All Amendments filed by creditor Alan Lipsitz on July 26, 2023, Doc. #49.

WHEREFORE, Howard prays that the Court decline to approve the Trustee's Application for Appointment of Special Counsel.

This the 4th day of August, 2023.

_____
Margaret S. Puccini
State Bar No. 645880
Attorneys for Louise M. Howard

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000

CERTIFICATE OF SERVICE

I hereby certify that on August ___4___, 2023, I electronically filed the Objection to Trustee's Application for Appointment of Special Counsel using the CM/ECF system which will send notification of such filings to the following:

Judson C. Hill                                  Tiffany Caron

U.S. Trustee

and all other registered participants of the Electronic Case Filing System via Notice of Electronic Filing.

This the __4th__ day of August, 2023.

_____
Margaret S. Puccini, attorney for
Louise M. Howard

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000