IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Master Lending Group, LLC | § § | Chapter 7 |
| Debtor | § § § | Case No. 23-40569-EJC |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO: CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE TAKE NOTICE that Dana F. Braun of Ellis, Painter, Ratterree & Adams, LLP, has been retained by the following creditors of the debtor: Abe Klugman, IRA; Danny Klugman; Doris Klugman, deceased; Klugman Investments, LLC; Marjorie C. Gordon; and Murray Klugman. Dana F. Braun hereby appears in the above captioned case as counsel for said creditors and, pursuant to Rule 2002(a) of the Rules of Bankruptcy Procedure, requests that copies of all papers and notices of the matters arising herein be duly served on the undersigned at the address hereinunder noted and via the Court's CM/ECF system.

This 6th day of August 6, 2023.

/S/ Dana F. Braun
Dana F. Braun
Attorney for Abe Klugman, IRA;
Danny Klugman; Doris Klugman,
deceased; Klugman Investments,
LLC; Marjorie C. Gordon; and
Murray Klugman.
Georgia Bar No. 078512

Ellis, Painter, Ratterree & Adams, LLP
PO Box 9946
Savannah, GA 31412
(912) 233-9700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Master Lending Group, LLC | § § | Chapter 7 |
| Debtor | § § § | Case No. 23-40569-EJC |

CERTIFICATE OF SERVICE

I, Dana F. Braun, do hereby certify that I have this date served the foregoing Notice of Appearance upon the following by depositing a copy of the same in the United States mail with proper postage affixed or by Notice of Electronic Filing where indicated:

James L. Drake, Jr.
BY ELECTRONIC NOTICE

Judson C. Hill
BY ELECTRONIC NOTICE

Tiffany E. Caron
BY ELECTRONIC NOTICE

This 6th day of August, 2023.

/S/ Dana F. Braun
Dana F. Braun

Ellis, Painter, Ratterree & Adams, LLP
PO Box 9946
Savannah, GA 31412
(912) 233-9700