**IT IS ORDERED as set forth below:**



**Date: August 7, 2023**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANAH DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.: 23-40569-EJC |
| | § | |
| MASTER LENDING GROUP, LLC, | § | (Chapter 7) |
| | § | |
| Debtor | § | |

### ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS
### PURSUANT TO BANKRUPTCY RULE 2004

Upon the motion filed by the Trustee pursuant to Bankruptcy Rule 2004,

IT IS HEREBY ORDERED that Workmen's Circle Credit Union, LLC shall appear for examination under oath at the Office of the U.S. Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, on September 7, 2023 at 10:00 AM, or as otherwise agreed upon by the parties.

IT IS FURTHER ORDERED that Workmen's Circle Credit Union shall produce to the Trustee the documents listed in Appendix A on or before September 7, 2023 at 10:00 a.m., or as otherwise agreed upon by the parties.

**END OF DOCUMENT**

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM