**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| **MASTER LENDING GROUP,** | ) | **Case No. 23-40569-EJC** |
| **Debtor** | ) | **Chapter: 7** |
| | ) | |

**OBJECTION TO TRUSTEE'S APPLICATION**
**FOR APPOINTMENT OF SPECIAL COUNSEL AND (ALL AMENDMENTS THERETO)**

Now come Barbara Aronson, individually, Barbara Aronson IRA, Estate of Dr. Leon Aronson and Aronson Family Residence Trust (collectively referred to as "Aronson") and object to the Trustee's Application for Appointment of Special Counsel (and amendments thereto). In support of this Objection, Aronson adopts and incorporates herein the Objection to Trustee's Application for Appointment of Special Counsel and All Amendments filed by creditor Alan Lipsitz on July 26, 2023, Doc. #49.

WHEREFORE, Aronson prays that the Court decline to approve the Trustee's Application for Appointment of Special Counsel.

This 8th day of August, 2023.

/s/ Mark A. Bandy
Mark A. Bandy
GA Bar No. 035974
Attorney for Aronson

Mark A. Bandy
The Law Offices of Mark A. Bandy, P.C.
340 Eisenhower Dr., Ste. 800
Savannah, Georgia 31406
(912)509-7015

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **In Re:** | ) |
| **MASTER LENDING GROUP,** | ) **Case No. 23-40569-EJC** |
| **Debtor** | ) **Chapter: 7** |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing OBJECTION TO TRUSTEE'S APPLICATION FOR APPOINTMENT OF SPECIAL COUNSEL (AND ALL AMENDMENTS THERETO) was filed electronically this day with the Clerk of the Court using the CM/ECF system and that a copy of said filing was served either electronically or mailed via first, class U.S. Mail to the following as indicated:

Office of the U.S. Trustee
Ustpregion21.sv.ecf@usdoj.gov

Judson Hill
jhill@gastinhill.com

Tiffany Caron
Chapter 7 Trustee
Tiffany.caron@hotmail.com

This 8th day of August, 2023.

/s/ Mark A. Bandy
Mark A. Bandy
Georgia Bar No. 035974
Attorney for Aronson

Mark A. Bandy
The Law Offices of Mark A. Bandy, P.C.
340 Eisenhower Dr., Ste. 800
Savannah, Georgia 31406
(912)509-7015