**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

IN RE:                                          :
                                                :     Chapter 7
MASTER LENDING GROUP, LLC,                      :
                                                :     Case No. 23-40569-EJC
         Debtor.                                :
_____:

**NOTICE OF APPEARANCE**

Please take notice that, pursuant to F.R.B.P. 9010(b), David L. Bury, Jr., of Stone & Baxter, LLP, files his Notice of Appearance in these proceedings as counsel for Barbara Aronson, the Barbara Aronson IRA, the Aronson Family Residence Trust, the Estate of Dr. Leon Aronson, and the I.L. Aronson P.C. Employee Pension Plan, the I.L. Aronson Pension Plan, all of which are named creditors in this Chapter 7 case. Pursuant F.R.B.P. 2002, he respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, or otherwise, be given to and served on him at the office, postal address, and telephone number set forth below:

David L. Bury, Jr.
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
dbury@stoneandbaxter.com

Respectfully submitted this 9th day of August, 2023.

[*signature page to follow*]

**STONE & BAXTER, LLP**
BY:


*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

577 Third Street
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 fax
dbury@stoneandbaxter.com

*Counsel for Barbara Aronson, the Barbara*
*Aronson IRA, the Aronson Family Residence*
*Trust, the Estate of Dr. Leon Aronson, the*
*I.L. Aronson Employee Pension Plan, and*
*the I.L. Aronson Pension Plan*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Appearance was served this day using the

CM/ECF filing system.

This 9th day of August, 2023.

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.

G:\CLIENTS\Aronson, Barbara\Notices of Appearance\NOA for DLB (8.9.23).docx