# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE NO. |
| MASTER LENDING GROUP, LLC Debtor. | 23-40569-EJC |

## NOTICE of APPEARANCE and REQUEST for NOTICES

PLEASE TAKE NOTICE that **CHRISTIAN J. STEINMETZ III** of **GANNAM, GNANN & STEINMETZ, LLC** enters this appearance as counsel of record for **JAMES E. JONES, TERRI JONES, VANESSA JONES, JEJ, LLC, JGJ, LLC, JONES ON 17TH, LLC, LISA GAY, CATHY ROYAL, and KATHERINE ROYAL**, listed creditors in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and said counsel hereby requests, pursuant to *Bankruptcy Rules 2002, 3017,* and *9007* and *11 U.S.C. §342* that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

Christian J. Steinmetz, III, Esq.
**GANNAM, GNANN & STEINMETZ, LLC**
Post Office Box 10085
Savannah, Georgia  31412-0285
Tel:  912.232.1192
Fax:  912.238.9917
Email:cjs@ggsattorneys.com

This day, August 15, 2023.

GANNAM, GNANN & STEINMETZ, LLC

*C.J. Steinmetz III*

By:    CHRISTIAN J. STEINMETZ III
Georgia Bar No. 278260

Post Office Box 10085
Savannah, Georgia 31412-0285
Tel:   912.232.1192
Email:cjs@ggsattorneys.com

ATTORNEYS FOR JAMES E. JONES, et al

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing was on this day served upon:

| | | | |
|---|---|---|---|
| Jud Hill, Esq. | Tiffany Caron, Esq. | Matt Mills, Esq. | Neil Gordon, Esq. |
| Atty for Debtor | Chapter 7 Trustee | Asst U.S. Trustee | Atty for Chapter 7 Trustee |

and all other registered participants of the Electronic Case Filing System via Notice of Electronic Filing.

Served on this day, August 15, 2023.

GANNAM, GNANN & STEINMETZ, LLC

*C.J. Steinmetz III*

Post Office Box 10085　　　　　　By:　CHRISTIAN J. STEINMETZ III
Savannah, Georgia 31412-0285　　　　Georgia Bar No. 278260
Tel:　912.232.1192
Email: cjs@ggsattorneys.com　　　ATTORNEYS FOR JAMES E. JONES, et al