**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| In re: § | |
| § | **Chapter 7** |
| **MASTER LENDING GROUP, LLC,** § | **Case No. 23-40569-EJC** |
| § | |
| Debtor. § | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the persons named below by sending a copy of the Motion for Authority to Compromise Pursuant To Bankruptcy Rule 9019, Notice of Motion to Approve Compromise or Settlement and Opportunity for a Hearing (Doc No. 202) by electronic service or by regular U.S. Mail to the address indicated, in envelopes bearing adequate postage:

All Creditors and Parties in Interest listed on the attached Mailing Matrix.

This 17th day of January, 2024.

/s/ Tiffany E. Caron
Tiffany E. Caron
Attorney for Chapter 7 Trustee

TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-4<br>Case 23-40569-EJC<br>Southern District of Georgia<br>Savannah<br>Wed Jan 17 11:39:59 EST 2024 | Abe Klugman IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Adam Jacobowitz<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 |
| Alan Lipsitz<br>401 Wheeler Street<br>Savannah GA 31405-5957 | Albert Jacobowitz Irrevocable Trust<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 | Albert Jacobowitz Living Trust<br>c/o Michelle Jacobowitz, Trustee<br>16891-D Isle of Palms Drive<br>Delray Beach, FL 33484-7011 |
| Albert Jacobowitz Living Trust<br>Mark S. Horoupian<br>1875 Century Park Wast, Suite 1900<br>Los Angeles, CA 90067-2519 | Alter Yeshaya Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 | Amanda Young<br>10769 FM 822<br>Edna TX 77957-5164 |
| Andrea Javetz<br>160 Weatherly Woods Drive<br>Winterville, GA 30683-3922 | Arlene G. Jaffie<br>6 Roundtree Circle<br>Savannah GA 31405-5990 | Arlene Yellin IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave.,, Ste. 2<br>Savannah GA 31405-5922 |
| Barbara Aronson<br>15 Sweet Fern Retreat<br>Savannah, GA 31411-2949 | Aronson Family Residence Trust<br>15 Sweet Fern Retreat<br>Savannah GA 31411-2949 | Aronson Family Residence Trust<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406-7417 |
| Avigail Malmacher<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405-5601 | Avigail Slatus<br>233 Groveland Circle<br>Savannah, GA 31405-5601 | Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| Baila Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Baldomero R. Luis<br>9295 NE 12th Ave.<br>Miami Shores, FL 33138-2928 | Mark A. Bandy<br>The Law Offices of Mark A. Bandy, P.C.<br>340 Eisenhower Drive<br>Suite 800<br>Savannah, GA 31406-1611 |
| James F. Banter<br>James-Bates-Brannan-Groover-LLP<br>231 Riverside Drive<br>Macon, GA 31201-3416 | Barbara Aronson<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406-7417 | Barbara Aronson IRA<br>15 Sweet Fern Retreat<br>Savannah GA 31411-2949 |
| Barbara Aronson IRA<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406-7417 | Barbara Kooden<br>6401 Habersham Street<br>Unit 1B<br>Savannah GA 31405-5632 | Barbara Kooden IRA<br>c/o Workmens' Circle CU<br>527 Stephenson Ave., Ste 2<br>Savannah GA 31405-5922 |
| Michael Barr<br>4 Crossing Drive<br>Richmond Hill, GA 31324-3942 | Beryl & Susan F. Lovitz Trust<br>c/o Bob Lovitz<br>2020 SW Abercrombie Place<br>Portland OR 97225-4504 | Brett Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 |

| | | |
|---|---|---|
| Mark Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Troy Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Troy and Francis Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 |
| Francis Bouy, Estate of<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Dana F. Braun<br>Ellis, Painter, Ratterree & Adams, LLP<br>P.O. Box 9946<br>Savannah, GA 31412-0146 | Robert M. Brennan<br>Parker, Hudson, Rainer & Dobbs<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308-3225 |
| Broughton Kelly, Sr.<br>401 Jackson Woods Blvd.<br>Savannah GA 31405-5954 | Broughton R. Kelly, Sr. and<br>Josephine R. Kelly<br>401 Jackson Woods Blvd.<br>Savannah, GA 31405-5954 | David L. Bury Jr.<br>Stone & Baxter, LLP<br>577 Third Street<br>Macon, GA 31201-8256 |
| Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | Catherine Royal<br>1367 La Vista Circle<br>Pooler GA 31322-1303 | Chaim Rabhan<br>303 Johnston Street<br>Savannah, GA 31405-5608 |
| Chana Rabhan<br>308 McLaws Street<br>Savannah GA 31405-5621 | Charles Grossman<br>5450 Abercorn Street<br>Apt. 414<br>Savannah GA 31405-6925 | John Christy<br>1100 Peachtree Street<br>Suite 800<br>atlanta, GA 30309-4516 |
| John Anthony Christy<br>Schreeder Wheelern & Flint LLP<br>1100 Peachtree Street<br>Ste 800<br>Atlanta, GA 30309-4516 | Colonial Shoe Co. Profit Sharing Plan<br>4701 Riverview Road<br>Atlanta GA 30327-4231 | James Coursey Jr.<br>James Coursey<br>337 Commercial Dr<br>Ste 500<br>Savannah, GA 31406-9025 |
| DGK Real Estate<br>315 Waterfowl Road<br>Bluffton SC 29910-7750 | Dale Kaminsky<br>Jeremy Springer Mckenzie<br>21 West Park Avenue<br>Savannah, GA 31401-6440 | Dana F. Braun<br>Attorney at Law<br>P. O Box 9946<br>Savannah GA 31412-0146 |
| Daniel Kahn<br>315 Waterfowl Road<br>Bluffton, SC 29910-7750 | Daniel Klugman<br>P. O. Box 1229<br>Tybee Island GA 31328-1229 | Danny Kaminsky<br>402 Megan Court<br>Savannah GA 31405-5955 |
| David Kahn<br>Henry F. Sewell, Jr., Esq.<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305-4909 | David Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Diane L. Kahn<br>Henry F. Sewell, Jr., Esq.<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305-4909 |
| Dorain Baruch<br>100 Stuart Street<br>Savannah GA 31405-5600 | Dorain Ruben Baruch<br>100 Stuart Street<br>Savannah GA 31405-5600 | Doris Klugman<br>P.O. Box 1596<br>Tybee Island GA 31328-1596 |

Doris Klugman IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah GA 31405-5922

Adam Dozier
Dozier Law, P.C.
430 Silverwood Centre Drive
P.O. Box 410
Rincon, GA 31326-0410

Dr. Fred E. Rabhan & Ester Rabhan
314 Johnston Street
Savannah GA 31405-5609

Dr. Kalman Baruch
100 Stuart Street
Savannah GA 31405-5600

Dr. Morris Geffen
5 Breckenridge Lane
Savannah GA 31411-1701

James L. Drake Jr.
10 Gale Break Circle
Savannah, GA 31406-5205

James L. Drake Jr.
P. O. Box 9945
Savannah, GA 31412-0145

Howard M. Ehrenberg
Greenspoon Marder LLP
1875 Century Park East
Suite 1900
Los Angeles, CA 90067-2519

Elizabeth M. Jones
224 Oatland Island Road
Savannah GA 31410-1159

Elizabeth Skeadas IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah GA 31405-5922

Ephraim Rabhan
308 McLaws Street
Savannah, GA 31405-5621

Ephraim Y. Rabhan
308 McLaws Street
Savannah, GA 31405-5621

Estate of Dr. Leon Aronson
One Diamond Causeway, Ste. 21-308
Savannah GA 31406-7417

Estate of Gregory Martin Hirsch
James-Bates-Brannan-Groover-LLP
231 Riverside Drive
Macon, Georgia 31201-3427

(p)ESTATE OF NORMAN DOLGOFF
MARCEY DOLGOFF ALTER
740 PARK MANOR DR SE
SMYRNA GA 30082-2819

Ester Y. Rabhan
314 Johnston Street
Savannah, GA 31405-5609

Ester Y. Rabhan IRA Account
314 Johnston Street
Savannah GA 31405-5609

Eva Locker IRA
c/o Workmen's Circle CU
209 Kensington Drive
Savannah, GA 31405-5422

Eve Rabhan
303 Johnston Street
Savannah GA 31405-5608

Francis Bouy IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste 2
Savannah GA 31405-5922

Fred E. Rabhan
314 Johnston Street
Savannah, GA 31405-5609

Frederick Halperin IRA
Robl Law Group, LLC
3754 Lavista Road
Suite 250
Tucker, GA 30084-5623

Frederick M. Halperin IRA
c/o Jeffrey N. Berman, Esq.
3475 Piedmont Road, NE
Suite 1640
Atlanta, GA 30305-2992

George Feehley IRA
306 Jackson Woods Blvd.
Savannah GA 31405-5913

Neil C. Gordon I
Taylor English Duma
1600 Parkwood Circle SE
Suite 200
Atlanta, GA 30339-2119

H.E.Y. Family Trust
c/o Dr. Fred E. Rabhan
303 McLaws Street
Savannah GA 31405-5620

H.E.Y. Family Trust
c/o Dr. Fred E. Rabhan Co-Trustee
314 Johnston Street
Savannah GA 31405-5609

Susan Elizabeth Hall
James Bates Brannan Groover LLP
231 Riverside Drive
Macon, GA 31201-3416

Brian F. Hansen
Greenspoon Marder LLP
1230 Peachtree Street NE
Ste 1900
Atlanta, GA 30309-3578

Harriet Simowitz
c/o Pamela S. Lipsitz
401 Wheeler Street
Savannah, GA 31405-5957

| | | |
|---|---|---|
| Harry Howard & Louise Howard<br>1 Savannah Square Drive<br>#207<br>Savannah GA 31406-6706 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NE, Suite 555<br>Atlanta, GA 30305 | Judson C Hill<br>Gastin & Hill<br>1020 Drayton Street<br>Suite 201<br>Savannah, GA 31401-6535 |
| Jonathan C Hirsch<br>45 West 60th Street #30F<br>New York, NY 10023-7948 | Judith D Hirsch<br>308 Megan Court<br>Savannah, GA 31405-5956 | Lena M Hirsch<br>608 Ralph McGill Blvd., Apt. 124<br>Atlanta, GA 30312-1334 |
| Hirsch & Company<br>Thomas J. Ratcliffe, Jr.<br>Executor of the Estate of Gregory Hirsch<br>103 North Main Street<br>Hinesville, GA 31313-3215 | Hirsh & Tucker, LLC<br>Attn: Jeffrey Tucker<br>440 Mall Blvd., Suite A<br>Savannah, GA 31406-4868 | Mark S. Horoupian<br>Greenspoon Marder, PA<br>1875 Century Park East<br>Los Angeles, CA 90067-2508 |
| Mark S. Horoupian<br>Greenspoon Marder, PA<br>1875 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2519 | I.L. Aronson P.C. Employee Pension Plan<br>1 Diamond Causeway, Ste 21-308<br>Savannah GA 31406-7417 | I.L. Aronson Pension Plan<br>One Diamond Causeway, Suite 21-3008<br>Savannah GA 31406-7417 |
| Isaac Rabhan<br>220 Groveland Circle<br>Savannah GA 31405-5602 | JEJ, Inc.<br>4607 Habersham Street<br>Savannah GA 31405-4212 | JGJ Inc.<br>403 N Duval St<br>Claxton GA 30417-5939 |
| JGJ, Inc.<br>4607 Habersham Street<br>Savannah GA 31405-4212 | Jack Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah GA 31404-4541 | James C. Wilson IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave, Ste. 2<br>Savannah GA 31405-5922 |
| James C. Wilson, Jr.<br>7370 Hodgson Memorial Drive, Suite D-10<br>Savannah, GA 31406-2541 | James E. Jones<br>224 Oatland Island Road<br>Savannah GA 31410-1159 | Jan Feehley<br>306 Jackson Woods Blvd<br>Savannah GA 31405-5913 |
| Jan K. Feehley<br>306 Jackson Woods Blvd.<br>Savannah, GA 31405-5913 | Jay Javetz<br>308 Jackson Woods Blvd.<br>Savannah GA 31405-5913 | Jeffrey Berman, Attorney<br>3475 Piedmont Road NE<br>Suite 1640<br>Atlanta GA 30305-2992 |
| Daniel C. Jenkins<br>Law Offices of Daniel C. Jenkins, LLC<br>24 Drayton St.<br>Ste 204<br>Savannah, GA 31401-2733 | Jeremy Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 | Jerry Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah GA 31404-4541 |
| John Carson, Attorney<br>1901 Abercorn Street<br>Savannah GA 31401-8138 | John P. Skeadas<br>10 Liberty Creek Drive<br>Savannah GA 31406-3224 | Johnny G. Feehley<br>300 Hampton St., Unit 2<br>Savannah, GA 31405-5993 |

| | | |
|---|---|---|
| Leon S. Jones<br>Jones & Walden, LLC<br>699 Piedmont Avenue, NE<br>Atlanta, GA 30308-1400 | Jones on 17th, LLC | Jones on 17th, LLC<br>4607 Habersham Street<br>Savannah GA 31405-4212 |
| Joseph Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 | Julie Mazo<br>309 Wickersham Drive<br>Savannah GA 31411-1377 | K. Russell Simpson<br>Attorney at Law<br>2225 Norwood Avenue, Suite A<br>Savannah GA 31406-5148 |
| Katherine Royal<br>124 High Cotton Drive<br>Statesboro GA 30461-0770 | Klugman Investments LLC<br>P. O. Box 1229<br>Tybee Island GA 31328-1229 | Lisa Gay<br>P.O. Box 75<br>Pooler, GA 31322-0075 |
| Lisa Kaminsky<br>402 Megan Court<br>Savannah GA 31405-5955 | Louis C. Young<br>261 Long Bridge Road<br>Springfield, GA 31329-5111 | Louis Young<br>9409 Whitfield Avenue<br>Savannah, GA 31406-6946 |
| Louis Young, III<br>261 Long Bridge Road<br>Springfield GA 31329-5111 | Louis Young, Jr.<br>7370 Hodgson Mem Blvd.<br>Savannah GA 31406-2536 | Louise Howard<br>1 Savannah Square Drive, Apt. #207<br>Savannah GA 31406-6706 |
| Low Country Development Group, LLC<br>Gregory Hirsch, RA<br>Thomas J. Ratcliffe, Jr.<br>Executor of the Estate of Gregory Hirsch<br>103 North Main Street<br>Hinesville, GA 31313-3215 | Marcey D. Alter, Executor of the<br>Estate of Norman Dolgoff<br>740 Park Manor Drive, SE<br>Smyrna, GA 30082-2819 | Marcia Hirsch<br>Susan Hirsch Goldstein<br>2913 Ryton Court<br>Raleigh NC 27613-5463 |
| Marcy D. Alter<br>740 Park Manor Drive, SE<br>Smyrna, Georgia 30082-2819 | Marjorie C. Gordon<br>c/o Mrs. Susan Klugman<br>P.O. Boxn 1229<br>Tybee Island GA 31328-1229 | Mark A. Bandy<br>340 Eisenhower Dr., Ste. 800<br>Savannah, GA 31406-1611 |
| Mark T. Bouy<br>31 Bartow Point Drive<br>Savannah GA 31404-1120 | Marlene Dobbs IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Marshall Jacobowitz<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 |
| Mary Amanda Young<br>83 Brown Pelican Drive<br>Savannah GA 31419-2955 | Master Lending Group, LLC<br>308 Megan Court<br>Savannah, GA 31405-5956 | Master Lending Group, LLC<br>c/o Thomas J. Ratcliffe, Jr.<br>as Personal Representative<br>for the Estate of Gregory M. Hirsch<br>103 North Main Street<br>Hinesville, GA 31313-3215 |
| Matel Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Mattel Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Matthew Young<br>7370 Hodgson Memorial Drive<br>Savannah GA 31406-2536 |

| | | |
|---|---|---|
| Matti Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 | Jeremy S. McKenzie<br>McKenzie Law Firm, LLC<br>21 W. Park Avenue<br>Savannah, GA 31401-6440 | Michael Kooden<br>P.O. Box 2388<br>Tybee Island GA 31328-2388 |
| Michael M. Dobbs IRA<br>260 Wiley Bottom Road<br>Savannah, GA 31411-1537 | Michelle Jacobowitz<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 | Mike Barr<br>Lowcountry Accounting, LLC<br>4 Crossing Drive<br>Richmond Hill GA 31324-3942 |
| Matthew E. Mills<br>Office of The U S Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Miriam Kreisel<br>218 Groveland Circle<br>Savannah GA 31405-5602 | Mordecai Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| Moshe Rabhan<br>308 McLaws Street<br>Savannah GA 31405-5621 | Moshe Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Murray Klugman<br>P.O. Box 1596<br>Tybee Island GA 31328-1596 |
| Neal Markowitz<br>16 Bartow Point Drive<br>Savannah GA 31404-1119 | Nicole Chu<br>7640 Abercorn Street<br>Savannah GA 31406-2464 | Norman Dolgoff<br>c/o Marcey Dolgoff Alter<br>339 Oxford Drive<br>Savannah GA 31405-5466 |
| Thomas B. Norton<br>Stone & Baxter<br>577 Third Street<br>Macon, GA 31201-8256 | Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Jason L. Pettie<br>Taylor English Duma<br>1600 Parkwood Circle SE<br>Suite 200<br>Atlanta, GA 30339-2119 |
| Philip Rosenbaum Exempt Trust<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 | Margaret S. Puccini<br>Bouhan Falligant LLP<br>P O Box 2139<br>Savannah, GA 31402-2139 | RBB Jacob R.D.F<br>233 Groveland Circle<br>Savannah, GA 31405-5601 |
| RBB Jacob R.D.F.<br>223 Groveland Circle<br>Savannah GA 31405-5601 | Rabbi Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Rabbi Avigdor Slatus<br>5444 Abercorn Street<br>Savannah GA 31405-6902 |
| Rabbi's Discretionary Fund (RDF)<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405-5601 | Randolph Chu<br>7640 Abercorn Street<br>Savannah GA 31406-2464 | Randy Chu<br>7640 Abercorn Street<br>Savannah GA 31406-2464 |
| Randy Chu SEP IRA<br>7640 Abercorn Street<br>Savannah GA 31406-2464 | Redfish, LLC<br>306 Jackson Woods Blvd.<br>Savannah GA 31405-5913 | Renie Halperin<br>4701 Riverview Road NW<br>Atlanta GA 30327-4231 |

| | | |
|---|---|---|
| John K. Rezac<br>Taylor English Duma LLP<br>1600 Parkwood Cir, Ste 200<br>Atlanta, GA 30339-2119 | William Wilson Riddle, Jr.<br>6405 Ladbrook Ct.<br>Plano, TX 75024-7460 | William Wilson Riddle Jr<br>64575 Palisade Dr., Apt. 16108<br>Bozeman, MT 59718 |
| Rita Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | River Street Liquor, LLC<br>425 E. River Street<br>Savannah GA 31401-1222 | Robert Lovitz<br>Henry F. Sewell, Jr., Esq.<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305-4909 |
| Robert M. Segall<br>405 Jackson Woods Blvd.<br>Savannah GA 31405-5954 | Robin DeAnne Riddle Robertson<br>3791 Broadmoor Way<br>Frisco, TX 75033-2850 | Robl Law Group, LLC<br>3754 Lavista Road<br>Suite 250<br>Tucker, GA 30084-5623 |
| Rochelle Javetz<br>1 South Grant Street<br>Savannah GA 31419-3357 | Natalie Rowland<br>Taylor English Duma<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, GA 30339-2119 | Sabrina Rabhan<br>308 McLaws Street<br>Savannah GA 31405-5621 |
| Sarah Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Scott W. Peters<br>1100 Peachtree Street, NE<br>Suite 800<br>Atlanta GA 30309-4516 | Shaya Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| Shlomo Slatus<br>202 Johnston St.<br>Savannah, GA 31405-5607 | Shoshana Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Christian J. Steinmetz III<br>Gannam, Gnann & Steinmetz, LLC<br>P O Box 10085<br>Savannah, GA 31412-0285 |
| Susan S. Brinkley f/k/a Susan S. Young<br>36 St. Augustine Bend<br>Savannah, GA 31404-1123 | Susan S. Young IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Teresa Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah GA 31404-4541 |
| Terry Jones<br>131 Falligant Avenue<br>Savannah GA 31410-1411 | Troy & Frances Bouy<br>31 Bartow Point Drive<br>Savannah GA 31404-1120 | Troy Bouy IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 |
| Truist Bank, Inc.<br>Attn: Officer or Agent, Kevin J. Patroni<br>214 North Tryon St.<br>Charlotte, NC 28202-2374 | Tzvi Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Tzvi Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 |
| U.S. Securities and Exchange Commission<br>950 East Paces Ferry Road, N.E., Suite 9<br>Attn: William M. Uptegrove<br>Atlanta, GA 30326-1180 | (p)U S  ATTORNEY'S OFFICE<br>P O BOX 8970<br>SAVANNAH GA 31412-8970 | Vanessa Jones<br>4607 Habersham Street<br>Savannah GA 31405-4212 |

| | | |
|---|---|---|
| Vanessa Jones<br>5 Judson Ct.<br>Savannah, GA 31410-1060 | Victor Belogorska<br>P.O. Box 462<br>Eden, GA 31307-0462 | Victor Belogorska Jr<br>P.O. Box 462<br>Eden, GA 31307-0462 |
| Virginia Rahn<br>401 Kinzie Avenue<br>Savannah, GA 31404-2447 | Jack Wardlaw<br>2702 Whatley Ave.<br>Savannah, GA 31404-4540 | Daniel Weigel<br>Taylor English Duma LLP<br>1600 Parkwood Circle SE, Suite 200<br>Atlanta, GA 30339-2119 |
| William Hall, Jr.<br>27 Bartow Point Drive<br>Savannah GA 31404-1120 | William J. Hall Jr.<br>8001 US Highway 80 East, Unit 603<br>Savannah, GA 31410-2975 | William M. Uptegrove<br>U.S. Securities and Exchange Commission<br>950 East Paces Ferry Road, N.E., Suite 9<br>Atlanta, GA 30326-1180 |
| Workermen's Circle Credit Union<br>Attn: Donna A. Smith, Registered Agent<br>527 Stephenson Avenue, Suite 2<br>Savannah, GA 31405-5922 | Doroteya N Wozniak<br>James-Bates-Brannan-Groover-LLP<br>2827 Peachtree Rd NE<br>Suite 300<br>Atlanta, GA 30305 | Yaakov Rabhan<br>136 Stratford Place<br>Lakewood NJ 08701-1467 |
| Yaakov Slatus<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Yedidah Rabhan<br>220 Groveland Circle<br>Savannah GA 31405-5602 | Yehudis Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Estate of Norman Dolgoff<br>c/o Marcey Dolgoff Alter<br>740 Park Manor Drive SE<br>Smyrna GA 30082 | United States Attorney<br>P.O. Box 8970<br>Savannah GA 31412 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Abe Klugman IRA | (u)Marcey Dolgoff Alter<br>Executor of the estate of Norman Dolgoff | (d)Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405-5601 |
| (d)Barbara Aronson<br>15 Sweet Fern Retreat<br>Savannah GA 31411-2949 | (d)Barbara Aronson<br>One Diamond Causeway, Suite 21-308<br>Savannah, GA 31406-7417 | (d)Brett Bouy<br>31 Bartow Point Drive<br>Savannah GA 31404-1120 |

| | | |
|---|---|---|
| (u)Susan Brinkley | (d)Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | (d)Howard M. Ehrenberg<br>Greenspoon Marder LLP<br>1875 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2519 |
| (u)Lisa Gay | (u)Morris Geffen | (u)Marjorie C. Gordon |
| (u)Harry Yellin IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>GA 31450 | (d)Judson C. Hill<br>Gastin & Hill<br>1020 Drayton Street<br>Ste. 201<br>Savannah, GA 31401-6535 | (u)Gregory M Hirsch |
| (u)Louise M. Howard | (u)JEJ, LLC | (u)JGJ, LLC |
| (u)Adam Jacobowitz | (u)Marshall Jacobowitz | (u)Michelle Jacobowitz |
| (u)James E. Jones | (u)Terri Jones | (u)Vanessa Jones |
| (u)Dale Kaminsky | (u)Danny Kaminsky | (u)Lisa Kaminsky |
| (u)Danny Klugman | (u)Doris Klugman | (u)Murray Klugman |
| (u)Klugman Investments | (u)Alan Lipsitz | (d)Michael Barr<br>4 Crossing Drive,<br>Richmond Hill, GA 31324-3942 |
| (u)Cathy Royal | (u)Katherine Royal | (u)Avigdor Slatus |

```
(d)Victor Belegorska, Jr.        (d)Jerry Wardlaw                    (d)Teresa Wardlaw
P.O. Box 462                     2702 Whatley Ave., Unit B-1         2702 Whatley Avenue, Unit B-1
Eden GA 31307-0462               Savannah, GA 31404-4541             Savannah, GA 31404-4541


(u)Louis C. Young                End of Label Matrix
                                 Mailable recipients   224
                                 Bypassed recipients    40
                                 Total                 264
```