United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf004 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |

Case:23-40569-EJC Doc#:208 Filed:01/19/24 Entered:01/20/24 00:32:21 Page:2 of 8

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf004 | Total Noticed: 3 |

Brian F. Hansen
    on behalf of Attorney Howard M. Ehrenberg brian.hansen@gmlaw.com yillian.sarmiento@gmlaw.com

Brian F. Hansen
    on behalf of Attorney Mark S. Horoupian brian.hansen@gmlaw.com yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III
    on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor JEJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor JGJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christopher Brent Wardrop
    on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun
    on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins
    on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.
    on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak
    on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Howard M. Ehrenberg
    howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com

James Coursey, Jr.
    on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com

Case:23-40569-EJC Doc#:208 Filed:01/19/24 Entered:01/20/24 00:32:21 Page:3 of 8

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf004 | Total Noticed: 3 |

| | |
|---|---|
| James Coursey, Jr. | on behalf of Creditor Francis Bouy Estate of jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |

District/off: 113J-4 User: admin Page 4 of 4
Date Rcvd: Jan 17, 2024 Form ID: pdf004 Total Noticed: 3

Susan Elizabeth Hall
                           on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com

Thomas B. Norton
                           on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com
lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com

Tiffany E. Caron
                           on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Tiffany E. Caron
                           tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

TOTAL: 60

**IT IS ORDERED as set forth below:**



**Date: January 17, 2024**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **In Re:** | § | **Case No.:  23-40569-EJC** |
| | § | |
| **MASTER LENDING GROUP, LLC,** | § | **(Chapter 7)** |
| | § | |
| **Debtor** | § | |

## ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

Upon the motion filed by the Trustee pursuant to Bankruptcy Rule 2004,

IT IS HEREBY ORDERED that Judith Hirsch shall produce to the Trustee the documents listed in Appendix A on or before February 16, 2024 or as otherwise agreed upon by the parties; and

IT IS FURTHER ORDERED that Judith Hirsch shall appear for examination under oath at the Office of the United States Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, on **February 28, 2024 at 10:00 AM**, or as otherwise agreed upon by the parties.

**END OF DOCUMENT**

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM

## APPENDIX "A"

### Definitions

A. As used herein, the term "**Document**" is intended to have the broadest permissible meaning under the Federal Rules of Civil Procedure and shall mean any written, printed, recorded, taped, electromagnetically recorded or encoded, electronically stored, graphic or other matter of every type and description that is or has been in the possession, custody, or control of you or any of your agents and attorneys, or of which you have knowledge, and shall include without limitation, the following: letters, correspondence, affidavits, declarations, statements, books, articles, reprints, resolutions, minutes, communications, messages, e-mails, electronic communications, electronically stored information, notes, loan documents, collateral documents, stenographic or handwritten notes, memoranda, diaries, contracts, subcontracts, bids, worksheets, drafts, agreements, records, resumes, invoices, receipts, bills, cancelled checks, financial statements, audit reports, tax returns, calendars, schedules, summaries, studies, calculations, estimates, diagrams, sketches, drawings, plans, photographs, tapes, videotapes, movies, recordings, transcriptions, work orders, computer print-outs, computer disks, data processing cards, data storage cards, and the like; and where originals of such documents are not available or are not in your possession, custody or control, every copy of every such document; and every copy of every such document where such copy is not an identical copy of the original or where such copy contains any commentary or notation whatsoever which does not appear on the original.

B. As used herein, the term "**Debtor**" or "**MLG**" shall refer to Master Lending Group, LLC.

C. As used herein, the term "**Petition Date**" shall refer to July 6, 2023.

Document and Information Request

**Financials:**

For the period of January 1, 2016 to January 15, 2023:

(1) all bank statements, deposit slips, canceled checks, and signature cards for any account over which Judith Hirsch has or had signatory authority (including but not limited to Wells Fargo Accounts ending 7761, 1316 and 3586, including investment accounts (including, but not limited to, Raymond James and Coinbase);
(2) all credit card statements for accounts on which Judith Hirsch was an authorized user; and

(3) any personal financial statements or loan applications submitted by Judith Hirsch.

**Tax Returns:**

Federal and State Income Tax Returns whether filed as Married Filing Jointly or Married Filing Separately for the years of 2014 to 2021 for Judith Hirsch.

**Life Insurance:**

For the period of January 1, 2021 to January 15, 2024:

A list of all life insurance policies insured on the life of Gregory M. Hirsch on which Judith Hirsch is a named beneficiary, including:  Name of Insurance Company, Policy Number, Amount of Death Benefit, and Status of Proceeds.

A list of all life insurance policies on the life of Gregory M. Hirsch with premiums paid by Judith Hirsch including:  Name of Insurance Company, Policy Number, Amount of Death Benefit, and Status of Proceeds.

Copies of the Sale Agreements with Trelog, Inc. for the sale of New York Life Insurance Policies with Death Benefits of:

- $7,000,000 New York Life – Sold to Trelog, Inc. for approximately $3,575,000 on or around February 10, 2023;
- $5,000,000 New York Life – Sold to Trelog, Inc. for approximately $2,500,000 on or around February 14, 2023; and
- $2,500,000 New York Life – Sold to Trelog, Inc. for approximately $1,375,000 on or around February 14, 2023.

**7 18th Street, Tybee Island, Georgia 31328 (the "Property"):**

Any and all documents related to the real estate transactions involving the Property for the period of January 1, 2017 to January 15, 2024.