# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 23-40569-EJC | Trustee Name: | (300630) Tiffany E. Caron |
|---|---|---|---|
| Case Name: | MASTER LENDING GROUP, LLC | Date Filed (f) or Converted (c): | 07/06/2023 (f) |
| | | § 341(a) Meeting Date: | 08/09/2023 |
| For Period Ending: | 12/31/2023 | Claims Bar Date: | 10/10/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | VOID - Cash on hand (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Truist Bank, xxxxxx6810 | 95,100.00 | 92,418.38 | | 92,966.64 | FA |
| 3* | VOID - 2701 Bull Street, Savannah GA 31401, Deed to Secure Debt& $300,000 note executed by 2701 Bull Street, LLC in June 2018 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4* | VOID - 10 West Victory Drive, Savannah GA 31405, Deed to Secure Debt& $339,574 note executed by 10 West Victory LLC in June 2018 (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5* | VOID - 423 East River Street, Savannah GA 31401, Deed to Secure Debt and Note - Balance Unknown (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6* | Unvested, Equitable Interest in Prudential Life Insurance Policy (Judith Hirsch, Beneficiary) (See Footnote) | 5,000,000.00 | 5,000,000.00 | | 0.00 | 5,000,000.00 |
| 7* | Breach of promissory note claims against Rison Advisory Group, LP; HCI Missouri Holdings Company, Inc; Idaho Home Care Holdings, Inc.; RTJ Real Estate Development, LTD; RDR Real Estate, LLC; Robin Deanne Riddle Children's Trust March 2009; Robin D. Riddle; William Riddle, Jr. Balance @ $16,000,000 as of June 2013 / present balance unknown., Unpaid debt arising from Revolving Loan Agreement executed June, 2011. Amount Requested: $0.00 (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Breach of promissory note claims against Synergy Homes of Georgia, LLC; Synergy Homes of South Carolina, LLC & Affiliates; J. Read Brennan. Amount Requested: $0.00 | 0.00 | 5,000,000.00 | | 0.00 | 3,200,000.00 |
| 9 | Cash Value Life Insurance - NW Mutual John Brannen (u) | 41,783.51 | 41,783.51 | | 0.00 | 41,783.51 |
| 10 | Dean Flake Restitution Payments (u) | 650,000.00 | 650,000.00 | | 400.00 | 649,600.00 |
| 11* | Claim Against Probate Estate of Gregory Hirsch (u) (See Footnote) | 42,573,714.89 | 42,573,714.89 | | 0.00 | 42,573,714.89 |
| 11 | Assets     Totals     (Excluding unknown values) | **$48,360,598.40** | **$53,357,916.78** | | **$93,366.64** | **$51,465,098.40** |

| | |
|---|---|
| RE PROP# 1 | Void Asset - Debtor filed Amended Schedules to Remove Asset |
| RE PROP# 3 | Void Asset - Debtor filed Amended Schedules to Remove Asset |
| RE PROP# 4 | Void Asset - Debtor filed Amended Schedules to Remove Asset |
| RE PROP# 5 | Void Asset - Debtor filed Amended Schedules to Remove Asset |
| RE PROP# 6 | Debtor filed Amended Schedules to Remove Asset, however, signature on amendment was unauthorized due to death of Greg Hirsch - POA no longer valid |
| RE PROP# 7 | Confirmed from Debtor's bank statements this was paid in full |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 23-40569-EJC | **Trustee Name:** (300630) Tiffany E. Caron |
| **Case Name:** MASTER LENDING GROUP, LLC | **Date Filed (f) or Converted (c):** 07/06/2023 (f) |
| | **§ 341(a) Meeting Date:** 08/09/2023 |
| **For Period Ending:** 12/31/2023 | **Claims Bar Date:** 10/10/2023 |

RE PROP# 11   Claim filed in Probate Case, Mailed on 12/11/23

---

**Major Activities Affecting Case Closing:**

Meeting of Creditors Held on 8/15/23.  Trustee is investigating various assets including interests in insurance policies, notes receivable, unpaid loans, and transfers.  Special Counsel and forensic accountant hired to assist in investigation.  8/17/23

Investigating Assets and working on discovery including collecting bank statements for all accounts with transfers tracing funds from debtor bank account and access to emails and company computer.  11/16/23

Submitted Synergy Settlement for Court Approval 1/12/24

**Initial Projected Date Of Final Report (TFR):** 07/09/2025     **Current Projected Date Of Final Report (TFR):** 07/09/2025

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-40569-EJC | Trustee Name: | Tiffany E. Caron (300630) |
|---|---|---|---|
| Case Name: | MASTER LENDING GROUP, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7148 | Account #: | ******3981 Checking Account |
| For Period Ending: | 12/31/2023 | Blanket Bond (per case limit): | $1,415,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/23 | {2} | Master Lending Group, LLC | Checking Account Balance | 1129-000 | 92,300.00 | | 92,300.00 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.17 | 92,240.83 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 162.62 | 92,078.21 |
| 09/15/23 | {2} | Truist Bank | Refund from Truist Bank for Balance of Bank Account | 1129-000 | 666.64 | | 92,744.85 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 143.15 | 92,601.70 |
| 10/27/23 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 92,801.70 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 158.35 | 92,643.35 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.48 | 92,494.87 |
| 12/08/23 | {10} | US Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 92,694.87 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 143.49 | 92,551.38 |
| | | | COLUMN TOTALS | | 93,366.64 | 815.26 | $92,551.38 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 93,366.64 | 815.26 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $93,366.64 | $815.26 | |

{ } Asset Reference(s)                                                                                                   ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-2

| | |
|---|---|
| **Case No.:** | 23-40569-EJC |
| **Case Name:** | MASTER LENDING GROUP, LLC |
| **Taxpayer ID #:** | **-***7148 |
| **For Period Ending:** | 12/31/2023 |

| | |
|---|---|
| **Trustee Name:** | Tiffany E. Caron (300630) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3981 Checking Account |
| **Blanket Bond (per case limit):** | $1,415,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $93,366.64 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $93,366.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3981 Checking Account | $93,366.64 | $815.26 | $92,551.38 |
| | $93,366.64 | $815.26 | $92,551.38 |