# UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | |
|---|---|
| In re:<br>**Master Lending Group, LLC,**<br>    Debtor. | Case No.:  23–40569–EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

## NOTICE OF DEFICIENCY

Leon Jones served via electronic noticing

The pleading or document, Request for Audio CD Filed by Leon S. Jones on behalf of Judith D Hirsch (docket #211), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

   * Document does not contain original or electronic signature. Please amend.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before February 1, 2024,*** the matter may be stricken, dismissed or denied.

*** 
***Dana M. Wilson, Clerk***
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **January 25, 2024**
*B−57[04/20]* ***EKB***