# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

## ORDER FORM FOR COURT HEARING RECORDING

**Print Form**

**Save Form**

**INSTRUCTIONS:** Use this form to order a CD recording of a bankruptcy proceeding. A separate form is required for each case number for which a CD is ordered. When you finish completing the form***, (1) print it out, (2) sign and date it, and (3) mail or bring the form, along with your payment, to the Bankruptcy Clerk's office location where the hearing was held. Court addresses are provided below.

*** *If you are a registered filer in the CM/ECF system, sign the form with your electronic signature, and date. Docket the form in CM/ECF using the event* **Bankruptcy (or Adversary) > Miscellaneous > Request for Transcript or Audio CD,** *which will prompt you for payment at the time of filing.*

The Court will notify you when your order is ready.

| Debtor's Name: Master Lending Group, LLC | Bankruptcy Case No.: 23-40569-EJC | Adversary Number: (if applicable) | Court Date and Time: Date: 01/10.24 Time: |
|---|---|---|---|
| Ordering Party: Leon Jones and Carson Parker (Assistant to Leon Jones) cparker@joneswalden.com | Phone Number: 404-564-9300 | Mailing Address: 699 Piedmont Avenue, NE Atlanta, GA 30308 | |

| Portions Being Requested: | Entire Hearing [X] | Testimony of Specific Witness: [ ] |
|---|---|---|
| | Ruling Only [ ] | Other: [ ] |

| Number of Copies: 1 | $34.00 per CD  One meeting/hearing per CD. Request for multiple meetings/hearings will require multiple CDs. | Total Cost: $34.00 |
|---|---|---|

**CERTIFICATION**

By signing, I certify that I will pay all charges upon completion of order.

Leon Jones
_____
Signature

01/23/24
_____
Date

**PROCESSED BY:**

_____
Case Administrator

_____
Date

| | DATE: | BY: | **UNITED STATES BANKRUPTCY COURT** |
|---|---|---|---|
| ORDER RECEIVED | | | **Southern District of Georgia** |
| COPY OF HEARING RECORDING ON CD | | | |
| DEPOSIT PAID $ _____ | | | 124 Barnard St, 2nd Fl, Savannah, GA 31401 |
| NAME OF PARTY NOTIFIED TO PICK UP ORDER: _____ | | | **OR** 600 James Brown Blvd, Augusta, GA 30903 |
| PARTY RECEIVED ORDER TOTAL CHARGES $ _____ | | | **OR** 801 Gloucester St, 3rd Fl, Brunswick, GA 31520 |

*12/01/2023*