# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
   Debtor.

Case No.:  23–40569–EJC

Judge:  Edward J. Coleman III

Chapter:  7

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*February 27, 2024, at 11:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

Motion to Approve Compromise or Settlement filed January 12, 2024 by Tiffany Caron

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **February 5, 2024**

*B−33 [Rev. 11/23]* **LLE**