United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 05, 2024 | Form ID: GASB33 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| aty | + | Judson C Hill, Gastin & Hill, 1020 Drayton Street, Suite 201, Savannah, GA 31401-6535 |
| aty | + | Mark S. Horoupian, Greenspoon Marder, PA, 1875 Century Park East, Los Angeles, CA 90067-2508 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com |

**Case:23-40569-EJC Doc#:220 Filed:02/07/24 Entered:02/08/24 00:32:27 Page:2 of 5**

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 05, 2024 | Form ID: GASB33 | Total Noticed: 4 |

| | |
|---|---|
| | sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Brian F. Hansen | on behalf of Attorney Howard M. Ehrenberg brian.hansen@gmlaw.com yillian.sarmiento@gmlaw.com |
| Brian F. Hansen | on behalf of Attorney Mark S. Horoupian brian.hansen@gmlaw.com yillian.sarmiento@gmlaw.com |
| Christian J. Steinmetz, III | on behalf of Creditor Cathy Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor JEJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor JGJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Terri Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Katherine Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor James E. Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Lisa Gay cjs@ggsattorneys.com |
| Christopher Brent Wardrop | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Christopher Brent Wardrop | on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Dana F. Braun | on behalf of Creditor Klugman Investments dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Doris Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Danny Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Murray Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com |
| Daniel C. Jenkins | on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net |
| David L. Bury, Jr. | on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Doroteya N Wozniak | on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com |
| Ellen Louise Ash | on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Ellen Louise Ash | |

Case:23-40569-EJC   Doc#:220   Filed:02/07/24   Entered:02/08/24 00:32:27   Page:3 of 5

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 05, 2024 | Form ID: GASB33 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Howard M. Ehrenberg | howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |

Case:23-40569-EJC Doc#:220 Filed:02/07/24 Entered:02/08/24 00:32:27 Page:4 of 5

| District/off: 113J-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: GASB33 | Total Noticed: 4 |

Natalie Rowland
    on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com

Natalie Rowland
    on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com

Natalie Rowland
    on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com

Neil C. Gordon, I
    on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com

Office of the U. S. Trustee
    Ustpregion21.sv.ecf@usdoj.gov

Robert M. Brennan
    on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com

Susan Elizabeth Hall
    on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com

Thomas B. Norton
    on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com

Tiffany E. Caron
    on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Tiffany E. Caron
    tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Timothy D. Roberts
    on behalf of Defendant Judith Hirsch troberts@olivermaner.com

Timothy D. Roberts
    on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com

TOTAL: 67

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Master Lending Group, LLC,**  
   Debtor.

Case No.: 23−40569−EJC

Judge: Edward J. Coleman III

Chapter: 7

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*February 27, 2024, at 11:00 AM*  
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

Motion to Approve Compromise or Settlement filed January 12, 2024 by Tiffany Caron

*Dana M. Wilson, Clerk*  
United States Bankruptcy Court  
124 Barnard Street, 2nd Floor  
P.O. Box 8347  
Savannah, GA 31412

Dated: **February 5, 2024**

*B−33 [Rev. 11/23]* **LLE**