IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MASTER LENDING GROUP, LLC, | § | |
| | § | Case No. 23-40569-EJC |
| Debtor. | § | |

**MOTION TO CONTINUE HEARING ON
TRUSTEE'S MOTION TO APPROVE COMPROMISE
OR SETTLEMENT FILED JANUARY 11, 2024 [DOC. NO. 2024]**

COME NOW Synergy Homes of Georgia, LLC, Synergy Designer Homes, Inc. and John Reid Brennan (hereinafter collectively referred to as "**Synergy**") and move this Court for an order continuing the hearing on the Trustee's *Motion for Authority to Compromise Claim of the Estate Pursuant to Bankruptcy Rule 9019* filed January 12, 2024 [Doc. No. 202] ("**Motion**") and in support hereof show this Court as follows:

1.

On January 12, 2024, the Trustee filed the Motion. Accompanying the Motion was a *Notice of Motion to Approve Compromise or Settlement and Opportunity for Hearing* providing the parties an opportunity to object to the Motion and further providing "if a timely the request is filed, you will receive notice of the date, time, and place of hearing."

2.

1

The Notice and Motion were served on January 12, 2024 and the twenty-one (21) day period for objection expired on February 2, 2024.  No objections were filed to the Motion.

3.

In the interim, the Court set a hearing on the Motion by a *Notice of Hearing* filed February 5, 2024 [Doc. No. 218].

4.

Counsel for Synergy was scheduled to be out of the country on the date of the hearing, February 27, 2024, and is unavailable to participate in the hearing.

5.

The availability was scheduled prior to the date of the *Notice of Hearing* on the assumption that if no objection was filed to the Motion, a hearing would be unnecessary.

6.

Counsel for Synergy understands that the Court can reset this matter on its March 6, 2024 calendar and moves the Court  to reschedule the hearing Synergy understands that the Trustee is available for the March 6, 2024 hearing.

7.

This Motion is not made for the purpose of delay and is the first request for resetting a hearing on the Motion.

8.

WHEREFORE, Synergy Homes of Georgia, LLC, Synergy Designer Homes, Inc. and John Reid Brennan request this Court to reset the hearing on the Trustee's *Motion for*

*Authority to Compromise Claim of the Estate Pursuant to Bankruptcy Rule 9019* from February 27, 2024 to March 6, 2024 at 10:00 a.m.  A proposed order granting this motion is filed herewith.

This the 13th day of February, 2024.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
*Attorney for Synergy Homes of Georgia, LLC,*
*Synergy Designer Homes, Inc. and*
*John Reid Brennan*

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-4516
Telephone:    (404) 681-3450
Email:          jchristy@swfllp.com
*Attorney for Synergy Homes of Georgia, LLC,*
*Synergy Designer Homes, Inc. and*
*John Reid Brennan*
K:\10843\1\23-40569\Pleadings\Motion to Continue Hearing.docx

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

In re:                              §
                                    §          Chapter 7
MASTER LENDING GROUP, LLC,          §
                                    §          Case No. 23-40569-EJC
            Debtor.                 §
                                    §

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the persons named below by sending a copy of the foregoing Motion for Authority to Compromise Pursuant To Bankruptcy Rule 9019, Notice of Motion to Approve Compromise or Settlement and Opportunity for a Hearing by electronic service or by regular U.S. Mail to the address indicated, in envelopes bearing adequate postage:

| | |
|---|---|
| Matthew E. Mills<br>OFFICE OF THE U. S. TRUSTEE<br>33 Bull Street, Suite 400<br>Savannah, GA 31401 | Tiffany E. Caron, Esq.<br>PO Box 711<br>West Palm Beach, Florida 33402 |
| Mark A. Bandy<br>LAW OFFICES OF MARK A. BANDY, P.C.<br>340 Eisenhower Drive, Suite 800<br>Savannah, GA 31406-1611 | James F. Banter<br>Susan Elizabeth Hall<br>JAMES-BATES-BRANNAN-GROOVER-LLP<br>231 Riverside Drive<br>Macon, GA 31201 |
| Dana F. Braun<br>ELLIS, PAINTER, RATTERREE<br>& ADAMS, LLP<br>P.O. Box 9946<br>Savannah, GA 31412-0146 | David L. Bury Jr.<br>Thomas B. Norton<br>STONE & BAXTER<br>577 Third Street<br>Macon, GA 31201-8256 |
| Robert M. Brennan<br>PARKER, HUDSON, RAINER & DOBBS<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308-3225 | James Coursey Jr.<br>JAMES COURSEY<br>337 Commercial Drive, Ste 500<br>Savannah, GA 31406-9025 |

4

James L. Drake Jr.
10 Gale Break Circle
Savannah, GA 31406-5205

Adam Dozier
DOZIER LAW, P.C.
430 Silverwood Centre Drive
P.O. Box 410
Rincon, GA 31326-0410

Brian F. Hansen
GREENSPOON MARDER LLP
1230 Peachtree Street, NE
Suite 1900
Atlanta, GA 30309-3578

Mark S. Horoupian
GREENSPOON MARDER, PA
1875 Century Park East
Los Angeles, CA 90067-2508

Leon S. Jones
JONES & WALDEN, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308-1400

Margaret S. Puccini
BOUHAN FALLIGANT LLP
P.O. Box 2139
Savannah, GA 31402-2139

Christopher Brent Wardrop
Ellen L. Ash
QUINTAIROS, PRIETO, WOOD & BOYER, PA
365 Northridge Road, Suite 230
Atlanta, Georgia 30350

Judith D Hirsch
308 Megan Court
Savannah, GA 31405-5956

Howard M. Ehrenberg
GREENSPOON MARDER LLP
1875 Century Park East
Suite 1900
Los Angeles, CA 90067-2519

Judson C. Hill
GASTIN & HILL
1020 Drayton Street
Suite 201
Savannah, GA 31401-6535

Daniel C. Jenkins
LAW OFFICES OF DANIEL C. JENKINS, LLC
24 Drayton Street, Ste 204
Savannah, GA 31401-2733

Jeremy S. McKenzie
MCKENZIE LAW FIRM, LLC
21 W. Park Avenue
Savannah, GA 31401-6440

Christian J. Steinmetz III
GANNAM, GNANN & STEINMETZ, LLC
P.O. Box 10085
Savannah, GA 31412-0285

Doroteya N Wozniak
JAMES-BATES-BRANNAN-GROOVER-LLP
2827 Peachtree Rd, NE, Suite 300
Atlanta, GA 30305

Neil C. Gordon, I
Jason L. Pettie
John K. Rezac
Natalie Rowland
Daniel Weigel
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, SE, Suite 200
Atlanta, GA 30339

And

All Creditors and Parties in Interest receiving notice through the Court's CM/ECF Filing System.

This the 12th day of February, 2024.

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-4516
Telephone:   (404) 681-3450
Email:        jchristy@swfllp.com
*Attorney for Synergy Homes of Georgia, LLC,*
*Synergy Designer Homes, Inc. and*
*John Reid Brennan*