**IT IS ORDERED as set forth below:**

**Date: February 14, 2024**



Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MASTER LENDING GROUP, LLC, | § | |
| | § | Case No. 23-40569-EJC |
| Debtor. | § | |

### ORDER RESETTING HEARING ON TRUSTEE'S MOTION TO APPROVE COMPROMISE OR SETTLEMENT FILED JANUARY 11, 2024 [DOC. NO. 202]

Upon Motion for Synergy Homes of Georgia, LLC, Synergy Designer Homes, Inc. and John Reid Brennan, the hearing on the Trustee's *Motion for Authority to Compromise Claim of the Estate Pursuant to Bankruptcy Rule 9019* is continued from February 27, 2024 to March 6, 2024 at 10:00 a.m., in the Second Floor Hearing Room 124 Barnard Street, Savannah, Georgia 31401.

[END OF DOCUMENT]

Prepared and presented by:

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800

Atlanta, Georgia 30309-4516
Telephone: (404) 681-3450
Email: jchristy@swfllp.com
*Attorney for Synergy Homes of Georgia, LLC,*
*Synergy Designer Homes, Inc. and John Reid Brennan*
K:\10843\1\23-40569\Pleadings\Order [Continue Hearing].docx