## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | |
|---|---|
| In re:<br>**Master Lending Group, LLC,**<br>    Debtor. | Case No.:  23–40569–EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

### NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*March 6, 2024 at 10:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

1. Motion to Quash Non–Party Subpoena of the U.S. Trustee (Dkt. #67), filed on August 3, 2023 by Gregory M. Hirsh;

2. Motion for Turnover of Property Pursuant to 11 U.S.C. Section 542 (Dkt. #140), filed on October 2, 2023 by Trustee, Tiffany E. Caron;

3. Response to Motion for Turnover of Property (Dkt. #157), filed on October 16, 2023 by Debtor;

4. Motion to Strike Amended Schedule A/B for Non-Individual at Dkt #160 (Dkt. #170), filed on October 31, 2023 by Trustee, Tiffany E. Caron;

5. Amended Motion for Protective Order and to Vacate Order for Examination and Production of Documents (entered January 17, 2024 at Dkt. #206), filed on February 5, 2024 by Judith D. Hirsh (Dkt. #219).

Dated: **February 14, 2024**

*B–33 [Rev. 11/23]* **LLE**

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412