**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Tuesday, February 13, 2024 3:48 PM
**To:** GASDml_BankruptcySAV_BNC <bnc_sav@gas.uscourts.gov>
**Subject:** U.S. Bankruptcy Court, Southern District of Georgia - Returned Mail Notice, In re: Master Lending Group, LLC, Case Number: 23-40569, EJC, Ref: [p-207995631]

**CAUTION - EXTERNAL:**


Notice of Returned Mail to Debtor/Debtor's Attorney

February 13, 2024

From: United States Bankruptcy Court, Southern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Master Lending Group, LLC, Case Number 23-40569, EJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Savannah Courthouse**
**124 Barnard Street, 2nd Floor**
**P.O. Box 8347**
**Savannah, GA 31412**

| | |
|---|---|
| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
| Master Lending Group, LLC<br>308 Megan Court<br>Savannah, GA 31405-5956 | _____<br>_____<br>_____<br>_____ |

_____   _____
Signature of Debtor or Debtor's Attorney                                Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.