United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| aty | + | Mark S. Horoupian, Greenspoon Marder, PA, 1875 Century Park East, Los Angeles, CA 90067-2508 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ehrenbergtrustee@sulmeyerlaw.com | Feb 14 2024 18:25:00 | Howard M. Ehrenberg, Greenspoon Marder LLP, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 16, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |

Case:23-40569-EJC    Doc#:228    Filed:02/16/24    Entered:02/17/24 00:29:29    Page:2 of 6

| District/off: 113J-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 4 |

Adam Dozier
 on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

Adam Dozier
 on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

Brian F. Hansen
 on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Brian F. Hansen
 on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III
 on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor JEJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor JGJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christopher Brent Wardrop
 on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com

Christopher Brent Wardrop
 on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun
 on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins
 on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.
 on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak

Case:23-40569-EJC  Doc#:228  Filed:02/16/24  Entered:02/17/24 00:29:29  Page:3 of 6

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com  bhenderson@jamesbatesllp.com |
| Ellen Louise Ash | |
| | on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Ellen Louise Ash | |
| | on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Howard M. Ehrenberg | |
| | howard.ehrenberg@gmlaw.com  denise.walker@gmlaw.com |
| James Coursey, Jr. | |
| | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | |
| | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | |
| | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | |
| | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | |
| | on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | |
| | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | |
| | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com |
| James L. Drake, Jr. | |
| | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com |
| Jason L. Pettie | |
| | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | |
| | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | |
| | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John Anthony Christy | |
| | on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com |
| John Anthony Christy | |
| | on behalf of Interested Party John Read Brennan jchristy@swfllp.com |
| John Anthony Christy | |
| | on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com |
| John K. Rezac | |
| | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | |
| | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | |
| | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | |
| | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | |
| | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com |
| Leon S. Jones | |
| | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com  jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | |
| | on behalf of Defendant Judith Hirsch ljones@joneswalden.com  jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | |
| | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com  jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | |
| | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com |

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 4 |

Mark A. Bandy
    on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Mark A. Bandy
    on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Mark A. Bandy
    on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Mark S. Horoupian
    mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com

Matthew E. Mills
    on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov

Natalie Rowland
    on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com

Natalie Rowland
    on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com

Natalie Rowland
    on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com

Neil C. Gordon, I
    on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com

Office of the U. S. Trustee
    Ustpregion21.sv.ecf@usdoj.gov

Robert M. Brennan
    on behalf of Interested Party Hirsh & Tucker  LLC bbrennan@phrd.com

Susan Elizabeth Hall
    on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com

Thomas B. Norton
    on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com

Tiffany E. Caron
    on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Tiffany E. Caron
    tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Timothy D. Roberts
    on behalf of Defendant Judith Hirsch troberts@olivermaner.com

Timothy D. Roberts
    on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com

TOTAL: 71

**IT IS ORDERED as set forth below:**



**Date: February 14, 2024**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MASTER LENDING GROUP, LLC, | § | |
| | § | Case No. 23-40569-EJC |
| Debtor. | § | |

**ORDER RESETTING HEARING ON
TRUSTEE'S MOTION TO APPROVE COMPROMISE
OR SETTLEMENT FILED JANUARY 11, 2024 [DOC. NO. 202]**

Upon Motion for Synergy Homes of Georgia, LLC, Synergy Designer Homes, Inc. and John Reid Brennan, the hearing on the Trustee's *Motion for Authority to Compromise Claim of the Estate Pursuant to Bankruptcy Rule 9019* is continued from February 27, 2024 to March 6, 2024 at 10:00 a.m., in the Second Floor Hearing Room 124 Barnard Street, Savannah, Georgia 31401.

[END OF DOCUMENT]

Prepared and presented by:

/s/ John A. Christy
John A. Christy
Georgia Bar No. 125518
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800

Atlanta, Georgia 30309-4516
Telephone: (404) 681-3450
Email: jchristy@swfllp.com
*Attorney for Synergy Homes of Georgia, LLC,*
*Synergy Designer Homes, Inc. and John Reid Brennan*
K:\10843\1\23-40569\Pleadings\Order [Continue Hearing].docx