United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| aty | + | Mark S. Horoupian, Greenspoon Marder, PA, 1875 Century Park East, Los Angeles, CA 90067-2508 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ehrenbergtrustee@sulmeyerlaw.com | Feb 14 2024 18:25:00 | Howard M. Ehrenberg, Greenspoon Marder LLP, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 16, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com |

Case:23-40569-EJC Doc#:229 Filed:02/16/24 Entered:02/17/24 00:29:29 Page:2 of 5

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 5 |

| | |
|---|---|
| Adam Dozier | sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com<br>sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com<br>sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Brian F. Hansen | |
| | on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |
| Brian F. Hansen | |
| | on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Cathy Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor JEJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor JGJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Terri Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Katherine Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor James E. Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Lisa Gay cjs@ggsattorneys.com |
| Christopher Brent Wardrop | |
| | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Christopher Brent Wardrop | |
| | on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Dana F. Braun | |
| | on behalf of Creditor Klugman Investments dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Doris Klugman dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Danny Klugman dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Murray Klugman dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com |
| Daniel C. Jenkins | |
| | on behalf of Creditor Morris Geffen daniel@djenkinslaw.com<br>djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net |
| David L. Bury, Jr. | |
| | on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com<br>tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com |

Case:23-40569-EJC Doc#:229 Filed:02/16/24 Entered:02/17/24 00:29:29 Page:3 of 5

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 5 |

Doroteya N Wozniak
    on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com

Ellen Louise Ash
    on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Howard M. Ehrenberg
    howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com

James Coursey, Jr.
    on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Francis Bouy Estate of jcoursey@tmahoneylaw.com

James F. Banter
    on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com

James L. Drake, Jr.
    on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com jamynjul3@aol.com

James L. Drake, Jr.
    on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com jamynjul3@aol.com

Jason L. Pettie
    on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com

Jeremy S. McKenzie
    on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com

John Anthony Christy
    on behalf of Interested Party John Christy jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party Synergy Designer Homes LLC jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party John Read Brennan jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party Synergy Homes of Georgia LLC jchristy@swfllp.com

John K. Rezac
    on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com

Judson C. Hill
    on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net hilljr66100@notify.bestcase.com

Leon S. Jones
    on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Leon S. Jones
    on behalf of Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Leon S. Jones
    on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com

Margaret S. Puccini
    on behalf of Creditor Louise M. Howard mpuccini@bouhan.com mharper@bouhan.com

Case:23-40569-EJC  Doc#:229  Filed:02/16/24  Entered:02/17/24 00:29:29  Page:4 of 5

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: pdf004 | Total Noticed: 5 |

| | |
|---|---|
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com |
| Thomas B. Norton | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |

TOTAL: 71

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

| | |
|---|---|
| In re:<br>**Master Lending Group, LLC,**<br>    Debtor. | Case No.:   23−40569−EJC<br>Judge:   Edward J. Coleman III<br>Chapter:   7 |

### NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*March 6, 2024 at 10:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

1. Motion to Quash Non−Party Subpoena of the U.S. Trustee (Dkt. #67), filed on August 3, 2023 by Gregory M. Hirsh;

2. Motion for Turnover of Property Pursuant to 11 U.S.C. Section 542 (Dkt. #140), filed on October 2, 2023 by Trustee, Tiffany E. Caron;

3. Response to Motion for Turnover of Property (Dkt. #157), filed on October 16, 2023 by Debtor;

4. Motion to Strike Amended Schedule A/B for Non-Individual at Dkt #160 (Dkt. #170), filed on October 31, 2023 by Trustee, Tiffany E. Caron;

5. Amended Motion for Protective Order and to Vacate Order for Examination and Production of Documents (entered January 17, 2024 at Dkt. #206), filed on February 5, 2024 by Judith D. Hirsh (Dkt. #219).

Dated: **February 14, 2024**

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

*B−33 [Rev. 11/23]* **LLE**