United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 7830674 | + | Dorain Ruben Baruch, 100 Stuart Street, Savannah GA 31405-5600 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Brian F. Hansen | |
| | on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |
| Brian F. Hansen | |
| | on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |

Case:23-40569-EJC    Doc#:230    Filed:02/16/24    Entered:02/17/24 00:29:29    Page:2 of 5

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 14, 2024 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| Christian J. Steinmetz, III | on behalf of Creditor Cathy Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor JEJ  LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor JGJ  LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Terri Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Katherine Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor James E. Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Jones on 17th  LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Lisa Gay cjs@ggsattorneys.com |
| Christopher Brent Wardrop | on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Christopher Brent Wardrop | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Dana F. Braun | on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Doris Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Danny Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Murray Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Klugman Investments dbraun@epra-law.com |
| Daniel C. Jenkins | on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net |
| David L. Bury, Jr. | on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Doroteya N Wozniak | on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com  bhenderson@jamesbatesllp.com |
| Ellen Louise Ash | on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Ellen Louise Ash | on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Howard M. Ehrenberg | howard.ehrenberg@gmlaw.com  denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |

| | |
|---|---|
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John K. Rezac | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com  cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |

Natalie Rowland
    on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com

Neil C. Gordon, I
    on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com

Office of the U. S. Trustee
    Ustpregion21.sv.ecf@usdoj.gov

Robert M. Brennan
    on behalf of Interested Party Hirsh & Tucker  LLC bbrennan@phrd.com

Susan Elizabeth Hall
    on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com

Thomas B. Norton
    on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com

Tiffany E. Caron
    on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Tiffany E. Caron
    tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Timothy D. Roberts
    on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com

Timothy D. Roberts
    on behalf of Defendant Judith Hirsch troberts@olivermaner.com


TOTAL: 68

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Georgia
Case No. 23-40569-EJC
Chapter 7

In re: Debtor(s) (including Name and Address)

Master Lending Group, LLC
308 Megan Court
Savannah GA 31405

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/13/2024.

Name and Address of Alleged Transferor(s):

Claim No. 4: Dorain Ruben Baruch, 100 Stuart Street, Savannah GA 31405

Name and Address of Transferee:

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/16/24

Dana M. Wilson
**CLERK OF THE COURT**