### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **MASTER LENDING GROUP, LLC** | : | CHAPTER 7 |
| | : | CASE NO.:  4:23-BK-40569-EJC |
| **Debtor,** | : | |

### NOTICE OF WITHDRAWAL OF MOTION TO QUASH THE NON-PARTY SUBPOENA OF UNITED STATES TRUSTEE

COMES NOW the Probate Estate of Gregory M. Hirsch, as Successor to the Interests of Gregory M. Hirsch (the "Estate"), a non-debtor to the above-captioned matter, and hereby files this Notice of Withdrawal of Motion to Quash the Non-Party Subpoena of United States Trustee (Doc. 67) filed on August 3, 2023, without prejudice.

Respectfully submitted this 6th day of March, 2024.

/s/ S. Elizabeth Hall_____
S. ELIZABETH HALL
Georgia Bar No. 141718
JAMES F. BANTER
Georgia Bar No. 581797
*Counsel for the Probate Estate of*
*Gregory M. Hirsch*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
P. O. Box 4283
Macon, GA  31208-4283
ehall@jamesbatesllp.com
jbanter@jamesbatesllp.com
Telephone:  478-742-4280
Facsimile:   478-742-8720

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Notice of Withdrawal of Motion to Quash the Non-Party Subpoena of United States Trustee* through the Court's CM/ECF System which will send email notifications to all counsel of record and have emailed a copy of the motion to:

Matthew E. Mills
Office of the U.S. Trustee
33 Bull Street
Suite 400
Savannah, GA 31401
Matthew.E.Mills@usdoj.gov

This 6th day of March, 2024.

/s/ S. Elizabeth Hall_____
S. ELIZABETH HALL
Georgia Bar No. 141718
JAMES F. BANTER
Georgia Bar No. 581797
*Counsel for the Probate Estate of Gregory M. Hirsch*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
P. O. Box 4283
Macon, GA  31208-4283
ehall@jamesbatesllp.com
jbanter@jamesbatesllp.com
Telephone:  478-742-4280
Facsimile:   478-742-8720

2