# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| MASTER LENDING GROUP, LLC, § | Case No. 23-40569-EJC |
| § | |
| Debtor. § | |
| § | |

## WITHDRAWAL OF DOCUMENT #170

COMES NOW, Tiffany E. Caron, ("Trustee") in above captioned case, and hereby files this Withdrawal of the Motion to Strike (Doc No. 170)

This 7th day of March, 2024.            Respectfully submitted,

                                                                 By: _s/ Tiffany E. Caron_
                                                                 Tiffany E. Caron
                                                                 Georgia Bar Number 745089
                                                                 Attorney for Chapter 7 Trustee

P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Tiffany.caron@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **MASTER LENDING GROUP, LLC,** | § | **Case No. 23-40569-EJC** |
| | § | |
| Debtor. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the persons named below by sending a copy of the foregoing Withdrawal by electronic service to:

All parties receiving notice electronically through the Court's CM/ECF Filing System.

This 7th day of March, 2024.

                                                                Respectfully submitted,

                                                                By: /s/ Tiffany E. Caron
                                                                Tiffany E. Caron
                                                               Georgia Bar Number 745089
                                                               Attorney for Chapter 7 Trustee

P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Tiffany.caron@hotmail.com