IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANAH DIVISION

| | | |
|---|---|---|
| In Re: § | Case No.: 23-40569-EJC | |
| § | | |
| MASTER LENDING GROUP, LLC, § | (Chapter 7) | |
| § | | |
| Debtor § | | |

ORDER FOR EXAMINATION
PURSUANT TO BANKRUPTCY RULE 2004

Upon the motion filed by the Trustee pursuant to Bankruptcy Rule 2004,

IT IS HEREBY ORDERED Judson Hill shall appear for examination under oath at the Office of the United States Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, on **April 2, 2024 at 8:30 AM**, or as otherwise agreed upon by the parties.

END OF DOCUMENT

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE

P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
tiffany.caron@hotmail.com