**IT IS ORDERED as set forth below:**

**Date: March 11, 2024**

Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**MASTER LENDING GROUP, LLC,**<br><br>        **Debtor.** | **CHAPTER 7**<br><br>**CASE NO. 23-40569-EJC** |

**CONSENT ORDER ON 2004 ORDER AND THE AMENDED MOTION FOR
PROTECTIVE ORDER AND TO VACATE ORDER FOR EXAMINATION
AND PRODUCTION OF DOCUMENTS**

On January 16, 2024, Tiffany E. Caron, as Chapter 7 Trustee (the "Trustee") for the

bankruptcy estate of Master Lending Group, LLC ("Debtor" or "MLG"), filed a *Motion for*

*Examination and Document Production by Judith Hirsch Pursuant to Rule 2004 of the Federal*

*Rules of Bankruptcy Procedure* (Doc. No. 204) (the "2004 Motion") in this bankruptcy case. The

2004 Motion requested "authority to examine Judith Hirsch with respect to the financial affairs of

the Debtor." 2004 Motion at ¶ 8. The Trustee also requested the production of documents and

information relating to Mrs. Hirsch's financials, tax returns, life insurance policies, and other

property. On January 17, 2024, this Court entered an *Order for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004* (Doc. No. 206) (the "2004 Order") granting the Trustee's 2004 Motion. On January 25, 2024, Mrs. Hirsch filed a *Motion for Protective Order and to Vacate Order for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004* (Doc. No. 212), as later amended by the *Amended Motion for Protective Order and to Vacate Order for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004* (Doc. No. 219) (as amended, the "Motion for Protective Order") filed on February 5, 2024.

The Trustee and Judith Hirsch have resolved, by consent, certain issues raised by the 2004 Motion and the Motion for Protective Order. Such resolution is set forth in this Consent Order. Based upon the consent of the parties and consideration of the record in this bankruptcy case, the Court enters this Order. It is hereby **ORDERED AND ADJUDGED** as follows:

1.      By agreement of the Trustee and Judith Hirsch (collectively, the "Parties"), the examination of Judith Hirsch under Bankruptcy Rule 2004 (the "Examination") has been rescheduled to April 2, 2024, at 10:00 a.m. The Examination shall occur in the offices of the U.S. Trustee in Savannah, Georgia. The only parties in attendance at the Examination shall be: (a) the Trustee (and her counsel), (b) Mrs. Hirsch (and her counsel), and (c) the Assistant U.S. Trustee, Auditor and/or Attorney for the U.S. Trustee.

2.      The Examination shall be the Rule 2004 Examination of Judith Hirsch in the Master Lending Group, LLC Case No. 23-40569-EJC. as well as  the deposition of Judith Hirsch in Adversary Proceeding No. 23-04021-EJC.

3.      Judith Hirsch has produced documents to the Trustee. Certain of the documents have been produced in redacted format. To the extent that any dispute may arise between the Trustee or Mrs. Hirsch with respect to the form and content of Mrs. Hirsch's production of

documents, either the Trustee or Mrs. Hirsch may seek further relief form the Court. Production of documents by Mrs. Hirsch does not concede the relevance or admissibility of any such documents at any hearing in this case. Without limitation, the Court is contemporaneously entering the "Confidentiality Order" which governs the confidential nature of certain documents.

4.     Pursuant to the 2004 Motion, the Trustee requested Mrs. Hirsch to produce personal credit card statements. Mrs. Hirsch and the Trustee have stipulated that Mrs. Hirsch will produce redacted versions of her American Express credit card statements that redact all transaction details on charges of $1,000 or less except for any charges related to life insurance policies and any payments to current and/or former creditors of the Debtor. Such stipulation is approved based upon the terms of this Consent Order.

5.     Except as set forth in this Order, the Trustee and Mrs. Hirsch reserve their rights to seek further relief with respect to the 2004 Motion, the 2004 Order, and the Motion for Protective Order.

**[END OF ORDER]**

Prepared and Consented to by:
**JONES & WALDEN LLC**
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com
*Attorney for Judith Hirsch*

Consented to by:

*/s/ Tiffany E. Caron*
Tiffany E. Caron
Georgia Bar No. 745089
P.O. Box 711
West Palm Beach, FL 33402
404.647.4917
tiffany.caron@hotmail.com
*Attorney for Trustee*