United States Bankruptcy Court

Southern District of Georgia

In re:   Case No. 23-40569-EJC

Master Lending Group, LLC   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113J-4     User: admin     Page 1 of 4

Date Rcvd: Mar 11, 2024     Form ID: pdf004     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

**Name**     **Email Address**

Adam Dozier
    on behalf of Creditor Susan Brinkley adam@dozierlawpc.com
    sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

Adam Dozier
    on behalf of Creditor Louis C. Young adam@dozierlawpc.com
    sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

Adam Dozier
    on behalf of Creditor Michael Barr adam@dozierlawpc.com
    sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

Case:23-40569-EJC Doc#:240 Filed:03/13/24 Entered:03/14/24 00:33:11 Page:2 of 7

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

Brian F. Hansen
    on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Brian F. Hansen
    on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III
    on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor JEJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor JGJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christopher Brent Wardrop
    on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com

Christopher Brent Wardrop
    on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun
    on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins
    on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.
    on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak
    on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com

Ellen Louise Ash
    on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Case:23-40569-EJC  Doc#:240  Filed:03/13/24  Entered:03/14/24 00:33:11  Page:3 of 7

| District/off: 113J-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

| | |
|---|---|
| Howard M. Ehrenberg | howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party John Read Brennan jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com |
| John K. Rezac | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |

Case:23-40569-EJC Doc#:240 Filed:03/13/24 Entered:03/14/24 00:33:11 Page:4 of 7

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

| | |
|---|---|
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com |
| Thomas B. Norton | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |

TOTAL: 72

**IT IS ORDERED as set forth below:**



Date: March 11, 2024

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 7** |
| **MASTER LENDING GROUP, LLC,** | § | **Case No. 23-40569-EJC** |
| | § | |
| Debtor. | § | |

_____

### ORDER ON MOTION FOR AUTHORITY TO COMPROMISE
### PURSUANT TO BANKRUPTCY RULE 9019
_____

Chapter 7 Trustee, Tiffany E. Caron ("**Trustee**"), having filed a Motion for Authority to Compromise Claim Pursuant to Bankruptcy Rule 9019 ("**Motion**"), proper notice having been given, and it appearing that such motion should be granted; it is therefore,

ORDERED, ADJUDGED, and DECREED that the Motion filed by the Trustee is granted as follows: The Trustee is hereby authorized to compromise and settle with Synergy Homes of Georgia, LLC (hereinafter "**SHG**"), Synergy Designer Homes, Inc. (hereinafter "**SDH**") and John Read Brennan (hereinafter "**Brennan**") (hereinafter, collectively, "**Synergy**") (altogether, the "**Parties**") to resolve, by agreement, amounts due from Synergy to the MLG bankruptcy estate, as set forth in the Motion, on the following terms:

a. Synergy shall pay and the Trustee shall accept, in full satisfaction of the Claims, as defined in the Settlement Agreement between the Parties, against Synergy in this bankruptcy case, the total amount of **$3,500,000 (the "Settlement Payment")** to be paid by Synergy on the following schedule:

  i. $50,000 on or before March 1, 2024;

  ii. $200,000 on or before June 1, 2024;

  iii. $500,000 on or before December 31, 2024;

  iv. $750,000 on or before December 31, 2025;

  v. $750,000 on or before December 31, 2026; and

  vi. $1,250,000 on or before December 31, 2027 (as reduced by the amount in paragraph vii below). Synergy may pre-pay the amounts due in paragraph (a) at any time.

  vii. John Read Brennan shall immediately, upon the entry of this Order, cause the withdrawal of or take a loan against the Cash Value in Northwestern Mutual Life Insurance Policy No. ****4437 (Insured: John R Brennan) with an estimated Net Accumulated Value of $42,207.60, and turn these proceeds over to the Trustee; such payment shall be applied to the total balance due and deducted from the final installment payment in paragraph vi. above and, upon payment in full of the Settlement Payment, the assignment of the policy to the Trustee and/or Master Lending Group shall be relinquished and canceled;

b. Upon the entry of this Order, the Settlement Agreement in the form attached as *Exhibit A* to the Motion [Doc. No.    ] and signed by the Trustee and Synergy Homes of Georgia, LLC and Synergy Designer Homes, Inc., which includes the personal guaranty executed by John Read Brennan, is approved by the Court and the Trustee is authorized to execute,

deliver and perform the Settlement Agreement

c. Upon payment in full of the Settlement Payment, Synergy and the following officers, employees, agents, representatives, managers and members shall be released from liability for the Claims:

  i. John Read Brennan;
  ii. Timothy M. Brennan;
  iii. Caroline B. Brennan;
  iv. Lauren McCraw; and
  v. Nancy Applebaum

d. The Trustee, MLG and Synergy shall waive and release all claims against each other and their affiliates as set forth in the Motion and Settlement Agreement.

**END OF DOCUMENT**

PREPARED BY:

_/s/ Tiffany E. Caron_____
Tiffany E. Caron
GA Bar No. 745089
P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM
*Attorney for Chapter 7 Trustee*

Consented to by:

/s/  John A. Christy____
John A. Christy
GA Bar No. 125518
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-4516
(404) 681-3450
jchristy@swfllp.com
*Attorney for Synergy Homes of Georgia, LLC*
*Synergy Designer Homes, Inc. and John Read Brennan*