United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 13, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |

Case:23-40569-EJC Doc#:241 Filed:03/13/24 Entered:03/14/24 00:33:11 Page:2 of 7

| District/off: 113J-4 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

Brian F. Hansen
  on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Brian F. Hansen
  on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III
  on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor JEJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor JGJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
  on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christopher Brent Wardrop
  on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com

Christopher Brent Wardrop
  on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun
  on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun
  on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun
  on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun
  on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun
  on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun
  on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins
  on behalf of Creditor Morris Geffen daniel@djenkinslaw.com
    djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.
  on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com
    tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak
  on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com

Ellen Louise Ash
  on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
  on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Case:23-40569-EJC   Doc#:241   Filed:03/13/24   Entered:03/14/24 00:33:11   Page:3 of 7

| District/off: 113J-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

| | |
|---|---|
| Howard M. Ehrenberg | howard.ehrenberg@gmlaw.com  denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party John Read Brennan jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com |
| John K. Rezac | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |

Case:23-40569-EJC Doc#:241 Filed:03/13/24 Entered:03/14/24 00:33:11 Page:4 of 7

| District/off: 113J-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 3 |

| | |
|---|---|
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com |
| Thomas B. Norton | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |

TOTAL: 72

**IT IS ORDERED as set forth below:**

Date: March 11, 2024

Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **MASTER LENDING GROUP, LLC,** | **CHAPTER 7** |
| Debtor. | **CASE NO. 23-40569-EJC** |

**CONSENT ORDER ON 2004 ORDER AND THE AMENDED MOTION FOR PROTECTIVE ORDER AND TO VACATE ORDER FOR EXAMINATION AND PRODUCTION OF DOCUMENTS**

On January 16, 2024, Tiffany E. Caron, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Master Lending Group, LLC ("Debtor" or "MLG"), filed a *Motion for Examination and Document Production by Judith Hirsch Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (Doc. No. 204) (the "2004 Motion") in this bankruptcy case. The 2004 Motion requested "authority to examine Judith Hirsch with respect to the financial affairs of the Debtor." 2004 Motion at ¶ 8. The Trustee also requested the production of documents and information relating to Mrs. Hirsch's financials, tax returns, life insurance policies, and other

property. On January 17, 2024, this Court entered an *Order for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004* (Doc. No. 206) (the "2004 Order") granting the Trustee's 2004 Motion. On January 25, 2024, Mrs. Hirsch filed a *Motion for Protective Order and to Vacate Order for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004* (Doc. No. 212), as later amended by the *Amended Motion for Protective Order and to Vacate Order for Examination and Production of Documents Pursuant to Bankruptcy Rule 2004* (Doc. No. 219) (as amended, the "Motion for Protective Order") filed on February 5, 2024.

The Trustee and Judith Hirsch have resolved, by consent, certain issues raised by the 2004 Motion and the Motion for Protective Order. Such resolution is set forth in this Consent Order. Based upon the consent of the parties and consideration of the record in this bankruptcy case, the Court enters this Order. It is hereby **ORDERED AND ADJUDGED** as follows:

1. By agreement of the Trustee and Judith Hirsch (collectively, the "Parties"), the examination of Judith Hirsch under Bankruptcy Rule 2004 (the "Examination") has been rescheduled to April 2, 2024, at 10:00 a.m. The Examination shall occur in the offices of the U.S. Trustee in Savannah, Georgia. The only parties in attendance at the Examination shall be: (a) the Trustee (and her counsel), (b) Mrs. Hirsch (and her counsel), and (c) the Assistant U.S. Trustee, Auditor and/or Attorney for the U.S. Trustee.

2. The Examination shall be the Rule 2004 Examination of Judith Hirsch in the Master Lending Group, LLC Case No. 23-40569-EJC. as well as the deposition of Judith Hirsch in Adversary Proceeding No. 23-04021-EJC.

3. Judith Hirsch has produced documents to the Trustee. Certain of the documents have been produced in redacted format. To the extent that any dispute may arise between the Trustee or Mrs. Hirsch with respect to the form and content of Mrs. Hirsch's production of

2

documents, either the Trustee or Mrs. Hirsch may seek further relief form the Court. Production of documents by Mrs. Hirsch does not concede the relevance or admissibility of any such documents at any hearing in this case. Without limitation, the Court is contemporaneously entering the "Confidentiality Order" which governs the confidential nature of certain documents.

4. Pursuant to the 2004 Motion, the Trustee requested Mrs. Hirsch to produce personal credit card statements. Mrs. Hirsch and the Trustee have stipulated that Mrs. Hirsch will produce redacted versions of her American Express credit card statements that redact all transaction details on charges of $1,000 or less except for any charges related to life insurance policies and any payments to current and/or former creditors of the Debtor. Such stipulation is approved based upon the terms of this Consent Order.

5. Except as set forth in this Order, the Trustee and Mrs. Hirsch reserve their rights to seek further relief with respect to the 2004 Motion, the 2004 Order, and the Motion for Protective Order.

**[END OF ORDER]**

| | |
|---|---|
| Prepared and Consented to by: | Consented to by: |
| **JONES & WALDEN LLC** | |
| */s/ Leon S. Jones* | */s/ Tiffany E. Caron* |
| Leon S. Jones | Tiffany E. Caron |
| Georgia Bar No. 003980 | Georgia Bar No. 745089 |
| 699 Piedmont Avenue, NE | P.O. Box 711 |
| Atlanta, GA 30308 | West Palm Beach, FL 33402 |
| (404) 564-9300 | 404.647.4917 |
| ljones@joneswalden.com | tiffany.caron@hotmail.com |
| *Attorney for Judith Hirsch* | *Attorney for Trustee* |