United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 13, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Brian F. Hansen | |

Case:23-40569-EJC Doc#:243 Filed:03/13/24 Entered:03/14/24 00:33:11 Page:2 of 6

| District/off: 113J-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |
| Brian F. Hansen | |
| | on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Cathy Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor JEJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor JGJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Terri Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Katherine Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor James E. Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | |
| | on behalf of Creditor Lisa Gay cjs@ggsattorneys.com |
| Christopher Brent Wardrop | |
| | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Christopher Brent Wardrop | |
| | on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Dana F. Braun | |
| | on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Doris Klugman dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Danny Klugman dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Murray Klugman dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com |
| Dana F. Braun | |
| | on behalf of Creditor Klugman Investments dbraun@epra-law.com |
| Daniel C. Jenkins | |
| | on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net |
| David L. Bury, Jr. | |
| | on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Doroteya N Wozniak | |
| | on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com |
| Ellen Louise Ash | |
| | on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Ellen Louise Ash | |
| | on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Howard M. Ehrenberg | |

Case:23-40569-EJC Doc#:243 Filed:03/13/24 Entered:03/14/24 00:33:11 Page:3 of 6

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 2 |

| | |
|---|---|
| | howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Designer Homes LLC jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party John Read Brennan jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Homes of Georgia LLC jchristy@swfllp.com |
| John K. Rezac | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | |

Case:23-40569-EJC    Doc#:243    Filed:03/13/24    Entered:03/14/24 00:33:11    Page:4 of 6

| District/off: 113J-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2024 | Form ID: pdf004 | Total Noticed: 2 |

| | |
|---|---|
| Mark A. Bandy | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com |
| Thomas B. Norton | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |

TOTAL: 72

**IT IS ORDERED as set forth below:**

Date: March 11, 2024



Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANAH DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.: 23-40569-EJC |
| | § | |
| **MASTER LENDING GROUP, LLC,** | § | (Chapter 7) |
| | § | |
| Debtor | § | |

## ORDER FOR EXAMINATION
## PURSUANT TO BANKRUPTCY RULE 2004

Upon the motion filed by the Trustee pursuant to Bankruptcy Rule 2004,

IT IS HEREBY ORDERED Judson Hill shall appear for examination under oath at the Office of the United States Trustee, 33 Bull Street, Suite 400, Savannah, GA 31401, on **April 2, 2024 at 8:30 AM**, or as otherwise agreed upon by the parties.

**END OF DOCUMENT**

Prepared by:

/s/ Tiffany E. Caron
TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE

P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM