UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-40569-EJC |
| | : | |
| MASTER LENDING GROUP, LLC, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**TRUSTEE'S APPLICATION FOR APPOINTMENT OF ACCOUNTANTS
AND FORENSIC ADVISORS**

COMES NOW Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Master Lending Group, LLC ("**Debtor**"), and, pursuant to 11 U.S.C. § 327 and FRBP 2014, hereby files *Trustee's Application for Appointment of Accountants and Financial Consultants* (the "**Application**"). In support of the Application, Trustee respectfully shows the Court the following:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

**Background Facts and Relief Requested**

2. Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on July 6, 2023 (the "**Petition Date**"), initiating Case No. 23-40569-EJC (the "**Case**").

3. Shortly thereafter, Trustee was appointed to the Case as the interim Chapter 7 trustee pursuant to 11 U.S.C. § 701(a)(1).

***Employment of Accountants and Financial Consultants***

4. To administer this case in a proper, efficient, and economical manner, Trustee shows that it is necessary to retain accountants and financial consultants to render the following services:

a. To prepare and file any and all tax returns which may be required and to provide assistance, advice and consultation with regard to state and federal income taxes and impact on assets;

b. To analyze holdings of the Debtor including analysis of transactions, valuation of assets including business holdings, cash flow and equity in the Debtor's assets for recovery by the Bankruptcy Estate;

c. To analyze financial impact of any settlements between Debtor and case parties;

d. To provide accounting and other financial services to the Trustee as needed;

e. To investigate and analyze funds owed to the Debtor and reconcile same;

f. To assist with the determination and resolution of claims asserted by the various parties, investors, employees and taxing agencies;

g. To advise and assist Applicant and attorneys for the Applicant in connection with an investigation of the affairs of the Debtor to assist in the administration of this estate and/or liquidation of the assets of the Bankruptcy Estate;

h. To advise and assist Applicant and Applicant's legal counsel in connection with the investigation, analysis, and compilation of data relating to financial and accounting matters or issues in connection with any proceeding in this case, and to prepare such reports, summaries, documents and exhibits as may be required in connection therewith;

i. To analyze records and claims submitted by creditors and payments of same;

j. To perform any other services that may be required as accountants and financial consultant to Applicant to assist Applicant and Applicant's attorneys in the

performance of Applicant's duties and exercise of Applicant's rights and powers under the Bankruptcy Code.

5. Trustee wishes to employ KapilaMukamal LLC Forensic and Insolvency Advisors ("**KapilaMukamal**"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316, (954) 761-1011, as Trustee's accountants and financial consultants herein. Trustee shows that the employees employed by KapilaMukamal have knowledge and experience with regard to the matters for which KapilaMukamal is to be engaged and are well qualified to represent Trustee. Attached hereto as Exhibit "A" are the Resumes of Soneet Kapila and Kevin McCoy and a Rate Sheet listing the KapilaMukamal's current fee schedule. Attached as Exhibit "B" is the Rule 2014 Verification of KapilaMukamal.

6. To the best of Trustee's knowledge, and except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification, KapilaMukamal and its employees represent no interest adverse to Debtor, Trustee, creditors, any other party in interest, their respective attorneys, and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or the estate, in the matter for which KapilaMukamal is to be engaged. KapilaMukamal is disinterested under 11 U.S.C. § 101(14), with regard to the matters upon which it is to be engaged, and KapilaMukamal's employment is in the best interests of this estate, Debtor, Trustee, creditors and other parties in interest. Disclosure is made, however, that Soneet Kapila, the managing principal of KapilaMukamal, has been appointed by the United States Trustee for Region 21 to act as a panel trustee in the United States Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division. As a result, employees of KapilaMukamal have regular contacts with employees of the Office of the United States Trustee. Further, KapilaMukamal has no connection with the debtor, creditors, any other party in interest, or their respective attorney and

accountants, United States Trustee or any person employed in the office of the United States Trustee.

7. To expedite the evaluation of the Bankruptcy Estate's assets, KapilaMukamal has already performed certain accounting services and financial consulting services for the Bankruptcy Estate or plans to perform such services, which may be rendered prior to the signing of any order resulting from this Application.

8. Applicant proposes that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law. No compensation will be paid by Applicant to said firm except upon application to and approval by the Court after notice and hearing as required by law.

WHEREFORE, Applicant prays for authority to retain and employ KapilaMukamal to provide accounting and financial consulting services to Trustee for the purposes specified hereinabove and that such authorization continue if said firm should assist any successor Trustee.

Respectfully submitted this 14th day of March, 2024.

By: /s/ Tiffany E. Caron
Tiffany E. Caron, Chapter 7 Trustee

Tiffany E. Caron, Esq.
GA Bar No. 745089
Chapter 7 Trustee
P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Tiffany.caron@hotmail.com

# EXHIBIT A

### KapilaMukamal Rate Schedule

| Staff | Title | Current Rate/Range | Discount | Proposed Rate |
|---|---|---|---|---|
| **KapilaMukamal, LLP Schedule of Proposed Rates** | | | | |
| Soneet Kapila | Partner | $820 | 20% | $660 |
| Kevin McCoy | Partner | $610 | 15% | $520 |
| All Other Partners | | $610-$660 | 15% | $520-$560 |
| Senior Consultants/Principals | | $460-$590 | 0% | $460-$590 |
| Consultants | | $220-$490 | 0% | $220-$490 |
| Analysts | | $180-$306 | 0% | $180-$306 |
| Paraprofessionals | | $206-$304 | 0% | $206-$304 |

# *Soneet R. Kapila*, CPA, CIRA, CFE, CFF

kapila@kapilamukamal.com



Soneet R. Kapila, of East Indian origin, born in Kenya, Africa, is a founding partner of *KapilaMukamal, LLP* . For over 25 years, he has concentrated his efforts in the areas of consulting in insolvency, fiduciary and creditors' right matters. Recognized for his acumen as a "business man", he has been appointed in Federal District Court, Bankruptcy Court and Florida State Court and served in the roles of Chief Restructuring Officer, S.E.C. Corporate Monitor, Examiner, Chapter 11 Trustee of Operating Businesses, Liquidating Trustee and Receiver. among others.

## *Professional Experience*

Mr. Kapila's practice is focused on restructuring, creditors' rights, bankruptcy, fiduciary matters and financial transactions litigation. He represents other bankruptcy trustees, debtors and both secured and unsecured creditors in and out of bankruptcy court. He also regularly advises clients about insolvency and implications involved in business transactions and the operation of distressed businesses. As a Trustee plaintiff, Mr. Kapila has managed complex litigation in significant cases.

As a fiduciary, he has advised and represented debtors and creditors' committees in formulating, analyzing and negotiating plans of reorganization. Recognized as a expert in fraudulent conveyance, Ponzi schemes and insolvency issues, Mr. Kapila has provided expert testimony and extensive litigation support services to law firms involving complex insolvency issues and commercial damages. He is a sitting trustee on the panel of U.S. Bankruptcy Trustees (Southern District of Florida) and has served in numerous matters in both the Southern and Middle Districts of Florida.

He has conducted numerous forensic and fraud investigations and has worked with the Securities and Exchange Commission (SEC), Federal Trade Commission (FTC), Federal Bureau of Investigation (FBI) and the United States Attorney's Office.

### ROLES
Bankruptcy Trustee—Chapter 7, 11 & Subchapter V
Liquidating Trustee / Plan Administrator
Chief Restructuring Officer
Corporate Monitor / Examiner
Receiver / Assignee

### AREAS OF EXPERTISE
Bankruptcy and Insolvency
Creditors Rights
Restructuring
Financial Transactions Litigation
Complex Commercial Litigation

### EDUCATION / QUALIFICATIONS
Certified Public Accountant (CPA) - Florida
Certified Insolvency and Restructuring Advisor (CIRA)
Certified Fraud Examiner (CFE)
Certified in Financial Forensics (CFF)
Certified in Bankruptcy Mediation—Training
—St. John's University (2014)
MBA, Cranfield School of Management Studies, England
Institute of Chartered Accountants in England and Wales

### ACCOMPLISHMENTS
* **President, American Bankruptcy Institute**-2023
* **Fellow, American College of Bankruptcy**-2013
* **Association of Insolvency and Restructuring Advisors Distinguished Fellow—**Class of 2022
* **Top CPAs and Litigation Support Professionals**, South Florida Legal Guide—multiple years
* **Power Leaders in Law and Accounting** – South Florida Business Journal – 2014, 2015
* **Best Trustee** – Daily Business Review's Best of 2012
* **Key Partners Award Honoree** – South Florida Business Journal – 2010
* **Bronze Medal Award** – 3rd highest score, Examination of the Association of Insolvency And Restructuring Advisors—1996

### PROFESSIONAL AFFILIATIONS
American Institute of Certified Public Accountants
Florida Institute of Certified Public Accountants
Association of Insolvency & Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute
National Association of Bankruptcy Trustees
National Association of Federal Equity Receivers



# Soneet R. Kapila, CPA, CIRA, CFE, CFF
kapila@kapilamukamal.com

## REPRESENTATIVE MATTERS

| | |
|---|---|
| **Laser Spine Institute, et al** | *Assignee* |
| **Global Asset Rental, LLC** | *CRO, Liquidating Trustee* |
| **FF Fund I, LLC** | *CRO, Liquidating Trustee* |
| **City of Detroit, Michigan** | *Financial Advisors to Fee Examiner* |
| **SMF Energy Corporation** | *CRO, Liquidating Trustee* |
| **Fontainebleau Las Vegas, LLC** | *Chapter 7 Trustee* |
| **Universal Health Care Group, LLC / American Managed Care, Inc.** | *Chapter 11 / Liquidating Trustee* |
| **Simply Fashion Stores, LLC** | *Chief Restructuring Officer* |
| **Spear & Jackson, Inc** | *Corporate Monitor – SEC Appointment* |
| **Miami Neurological Institute, LLC** | *Chapter 11/Chapter7 Trustee* |
| **Louis J. Pearlman / TransContinental Airlines, et al** | *Chapter 11 Trustee / Liquidating Trustee* |
| **Levitt Homes** | *Chief Administrator* |
| **Planet Hollywood International, Inc** | *Examiner* |
| **Banco Latino International** | *Financial Consultants to Official Committee of Unsecured Creditors* |
| **Southeast Bank Corp** | *Financial Advisors to Chapter 7 Trustee* |
| **SEC v. Christopher Freeman Brogdon** | *Corporate Monitor - SEC Appointment* |

## PUBLICATIONS

*"New Receivership Act Streamlines Receiver's Role for Lenders, Other Stakeholders"* - Daily Business Review (Sept. 2020)

*"Eye of the Evaluator—The Role of Contingent Liabilities in an Insolvency Analysis"* - American Bankruptcy Institute Journal— (April, 2018)

*"Best Practices in the Treasury Functions of a Chapter 7 Trustee's Office"* – American Bankruptcy Trustee Journal (NABT) (Fall, 2015)

*"Fraud and Forensics: Piercing Through The Deception In A Commercial Fraud Case"* – American Bankruptcy Institute – 2015

*"Ponzi Schemes: Fiduciaries May Be The Saving Grace"*, ABI Journal (2014)

*"A Health Care Fraud and Bankruptcy Primer"*, Southern District of Florida Bankruptcy Bar Association Journal (2014)

*"Hidden Resources in a Small Business"*

## SPEAKING ENGAGEMENTS

American Bankruptcy Institute
American Bar Association
American College of Bankruptcy
Association of Insolvency & Restructuring Advisors
Bankruptcy Bar Association for the Southern District of Florida
Central Florida Bankruptcy law Association
Florida Bankruptcy Bar
Florida Institute of Certified Public Accountants
Florida International University, School of Law
National Association of Bankruptcy Trustees
National Bankruptcy Conference
National Business Institute
National Conference of Bankruptcy Judges
New York Law School
St. Thomas University Law School
Stetson College of Law, Insolvency Symposium – Germany
Southeastern Bankruptcy Law Institute
Turnaround Management Association
University of Miami, School of Law

## CIVIC, VOLUNTEER AND PHILANTHROPIC
### - Past and Present

**The Kapila Family Foundation** - Director

**American Bankruptcy Institute** -
   President—2023-2024
   President Elect—2022-2023
   Management Committee — 2021—2023
   Treasurer—2020—2022
   Finance Committee—2016-2020
   Member of the Executive Committee—2019
   Member of Board of Directors - 2016
   Southeast Regional Conference:
      Co-Chair of Advisory Board, 2016
      Advisory Board, - 2012-2017 and Co-Chair 2015
   Caribbean Insolvency Symposium -
      Advisory Board—2010-2014 and Co-Chair 2015

**Association of Insolvency and Restructuring Advisors** -
   Board of Directors
   Past Chairman and Past President

**The Florida Bar**, Member, Grievances Committee

**Hialeah-Miami Springs, NW Dade Chamber of Commerce** -
   Board of Directors



CPAs, Forensic and Insolvency Advisors

**1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
954-761-1011**
*www.kapilamukamal.com*



# Kevin McCoy, CPA, CIRA, CFE
kmccoy@kapilamukamal.com



Kevin McCoy is a Partner at KapilaMukamal, LLP and joined the firm in 2012 after fifteen years in private industry and operating his own business.

*Professional Experience*

Mr. McCoy concentrates on providing forensic investigation, bankruptcy consulting and litigation support services to debtors, creditors, receivers, bankruptcy trustees and other fiduciaries.  His expertise encompasses insolvency, investigating preferential payments/fraudulent transfers, Ponzi schemes, check kiting and financial fraud.  He is seasoned in analyzing budgets, projections, and feasibility studies for distressed businesses and Chapter 11 and Sub V reorganizations.

He has provided litigation support services to law firms involving solvency analysis, investigation of Ponzi schemes and financial statement fraud and has worked with fiduciaries in conjunction with the Federal Bureau of Investigation (FBI), Securities and Exchange Commission (SEC), Federal Trade Commission (FTC) and the United States Attorney's Office.  His experience is in a wide range of industries including healthcare, assisted living facilities/nursing homes and real estate.

Mr. McCoy is a member of the Board of Directors of the Association of Insolvency and Restructuring Advisors (AIRA).

**AREAS OF EXPERTISE**

Forensic Accounting
Bankruptcy and Insolvency
Creditors Rights
Restructuring
Financial Transactions Litigation
Complex Commercial Litigation

**PROFESSIONAL AFFILIATIONS**

American Institute of Certified Public Accountants
Florida Institute of Certified Public Accountants
Association of Insolvency & Restructuring Advisors
Association of Certified Fraud Examiners
National Association of Federal Equity Receivers

**EDUCATION / QUALIFICATIONS**

Certified Public Accountant (CPA) - Florida
Certified Insolvency and Restructuring Advisor (CIRA)
Certified Fraud Examiner (CFE)

**Masters of Accounting**, *with a concentration in Forensic Accounting,* Florida Atlantic University, Fort Lauderdale, FL

**Bachelor of Business Administration, Major in Accounting,** Florida Atlantic University, Boca Raton, Florida—Graduated with Honors—Summa Cum Laude

**Recipient Certificate of Distinguished Performance Award** presented to individuals with exceptional scores on the Association of Insolvency & Restructuring Advisors CIRA exam

KapilaMukamal, LLP
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Main   954-761-1011
Direct 954-712-3205
www.kapilamukamal.com



<u>Exhibit "B"</u>

### RULE 2014 VERIFICATION OF KAPILAMUKAMAL
### WITH REGARD TO EMPLOYMENT AS ACCOUNTANTS AND FINANCIAL
### CONSULTANTS TO THE TRUSTEE

I, Soneet Kapila, hereby declare under penalty of perjury:

1. I am a duly licensed certified public accountant in the State of Florida and a shareholder of the independent public accounting firm of KapilaMukamal, LLP ("KM"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of KM as accountants for the Trustee.

2. The Trustee has requested KM to represent him for the reasons stated in the said application.

3. While employed by the Trustee, KM will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. 327(a). To the best of my knowledge, KM does not have nor has it had any connection with the Debtor, its affiliates, creditors and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S. Trustee, as required by Fed. R. Bank, 2014.

4. Soneet R. Kapila and Barry E. Mukamal, both partners of KM, are both members of the Chapter 7 Panel of Trustees in the Southern District of Florida. Soneet R. Kapila is also in the pool of the Sub Chapter V Trustees. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

5. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Soneet R. Kapila is also a Certified Insolvency & Restructuring Advisor (CIRA), Certified in Financial Forensics (CFF) and is a Certified Fraud Examiner (CFE).

6. The foregoing constitutes the statement of KapilaMukamal pursuant to section 327 of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

This 12 th day of March, 2024.

Soneet Kapila

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Trustee's Application for Appointment of Accountants and Financial Consultants* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class mail to the following entities at the addresses stated:

>Office of the U.S. Trustee
>33 Bull Street, Suite 400
>Savannah, GA 31401
>
>Judson C. Hill
>Gastin & Hill
>P.O. Box 8012
>Savannah, GA 31412
>
>Master Lending Group, LLC
>308 Megan Court
>Savannah, GA 31405

And all other creditors and parties in interest receiving notice through the Court's CM/ECF filing system.

This 14th day of March, 2024.

By: */s/ Tiffany E. Caron*
Tiffany E. Caron, Chapter 7 Trustee

Tiffany E. Caron, Esq.
GA Bar No. 745089
Chapter 7 Trustee
P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Tiffany.caron@hotmail.com