UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE: : CASE NO. 23-40569-EJC

:

MASTER LENDING GROUP, LLC, : CHAPTER 7

:

Debtor. :

## ORDER APPROVING EMPLOYMENT OF KAPILAMUKAMAL LLC, ACCOUNTANTS AND FORENSIC ADVISORS FOR TRUSTEE

On March 14, 2024, Tiffany E. Caron, in her capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of KapilaMukamal, LLC ("**KapilaMukamal**") as accountants and forensic advisors for Trustee (the "**Application**"). The Application and accompanying verified statement demonstrate that KapilaMukamal is a firm of professionals qualified to serve as Trustee's accountants and forensic advisors in this case, that KapilaMukamal is disinterested and represents no interest adverse to Debtor, the estate, or any other parties in interest. As this case justifies employment of a professional for the purposes specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Trustee is authorized to employ KapilaMukamal as Trustee's accountant and forensic advisors during this Chapter 7 case. It is further

**ORDERED** that compensation shall be paid to KapilaMukamal upon notice, hearing, and approval of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. Any objection to this Order shall be served on the United States Trustee, Trustee, and proposed accountants and forensic advisors for Trustee. If an objection is timely filed, the Court shall schedule a hearing on the Application and such objection, and shall provide notice of such hearing to the United States Trustee, KapilaMukamal, and the objecting party.

**[END OF DOCUMENT]**

**Prepared by:**

By:  */s/ Tiffany E. Caron*
Tiffany E. Caron, Chapter 7 Trustee

Tiffany E. Caron, Esq.
GA Bar No. 745089
Chapter 7 Trustee
P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
Tiffany.caron@hotmail.com