**IT IS ORDERED as set forth below:**

**Date: March 18, 2024**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Master Lending Group, LLC,**<br>    Debtor. | Case No.:  23−40569−EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

## *ORDER APPOINTING ACCOUNTANTS AND FORENSIC ADVISORS*

   The Application of Trustee, Tiffany E. Caron, for appointment of ***KapilaMukamal LLC*** as Accountants and Forensic Advisors for the Trustee having been considered and it appearing to the Court that the employment of ***KapilaMukamal LLC*** is necessary and beneficial to this estate,

   It further appearing that the Accountants and Forensic Advisors have no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that Trustee, Tiffany E. Caron, is authorized to employ the services of ***KapilaMukamal LLC*** as Accountants and Forensic Advisors for the Trustee, Tiffany E. Caron, subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Accountants and Forensic Advisors will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

*[END OF DOCUMENT]*

B−04e [12−23]