United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf004 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 21, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |

Case:23-40569-EJC Doc#:251 Filed:03/21/24 Entered:03/22/24 00:32:29 Page:2 of 7

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf004 | Total Noticed: 3 |

Brian F. Hansen
 on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Brian F. Hansen
 on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III
 on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor JEJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor JGJ LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
 on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christopher Brent Wardrop
 on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com

Christopher Brent Wardrop
 on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun
 on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun
 on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins
 on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.
 on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak
 on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com

Ellen Louise Ash
 on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
 on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Case:23-40569-EJC  Doc#:251  Filed:03/21/24  Entered:03/22/24 00:32:29  Page:3 of 7

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf004 | Total Noticed: 3 |

| | |
|---|---|
| Howard M. Ehrenberg | howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party John Read Brennan jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com |
| John K. Rezac | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |

Case:23-40569-EJC Doc#:251 Filed:03/21/24 Entered:03/22/24 00:32:29 Page:4 of 7

| District/off: 113J-4 | User: admin | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf004 | Total Noticed: 3 |

Mark A. Bandy
    on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Mark A. Bandy
    on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Mark S. Horoupian
    mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com

Matthew E. Mills
    on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov

Natalie Rowland
    on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com

Natalie Rowland
    on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com

Natalie Rowland
    on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com

Neil C. Gordon, I
    on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com

Office of the U. S. Trustee
    Ustpregion21.sv.ecf@usdoj.gov

Robert M. Brennan
    on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com

Susan Elizabeth Hall
    on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com

Thomas B. Norton
    on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com

Tiffany E. Caron
    on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Tiffany E. Caron
    tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

Timothy D. Roberts
    on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com

Timothy D. Roberts
    on behalf of Defendant Judith Hirsch troberts@olivermaner.com

TOTAL: 72

**IT IS ORDERED as set forth below:**



Date: March 19, 2024

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANAH DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No.: 23-40569-EJC |
| | § | |
| MASTER LENDING GROUP, LLC, | § | Chapter 7 |
| | § | |
| Debtor | § | |

### ORDER ON TRUSTEE'S MOTION FOR TURNOVER
### PURSUANT TO 11 U.S.C. §542

On October 2, 2023, the Trustee filed a *Motion for Turnover Pursuant to 11 U.S.C. §542* (Doc. No. 140) (the "Motion"). On October, 16, 2023, Judson Hill, as counsel for Debtor, filed a response to the Motion (at Doc. No. 157) (the "Hill Response"). Pursuant to such Hill Response, Mr. Hill identified that Judith Hirsch had objected to Mr. Hill's production of documents pursuant to the Motion. Specifically, the Hill Response stated that Mrs. Hirsch asserted the existence of an attorney-client relationship between Mr. Hill and Mrs. Hirsch. The Motion came on for a duly noticed hearing on March 6, 2024 (the "Hearing"). At the Hearing, Neil Gordon and Tiffany Caron appeared on behalf of the Trustee. Judson Hill appeared on his own behalf. Leon Jones appeared on behalf of Mrs. Hirsch.

The Court having considered the Motion and the announcements of counsel at the Hearing, proper notice having been given, and it appearing that such Motion should be granted upon the terms set forth herein; it is therefore:

ORDERED, ADJUDGED, and DECREED that the Motion filed by the Trustee in the above-captioned Chapter 7 case is granted as follows:

1. The Trustee in this case has made the determination to waive the Debtor's attorney-client privilege between Master Lending Group, LLC and Judson Hill. Therefore, it shall be deemed waived.

2. At the hearing, Mrs. Hirsch announced, through counsel, that Mrs. Hirsch did not waive her right to assert the existence of an attorney-client relationship between Judson Hill and Mrs. Hirsch; however, Mrs. Hirsch stipulated that: (a) Mrs. Hirsch waived any claim of attorney-client privilege with respect to the documents which Trustee will obtain pursuant to this Order on the Motion, and (b) Mrs. Hirsch agreed not to refuse to answer questions at her Examination[1] by the Trustee based upon the assertion of an attorney-client privilege between Judson Hill and Mrs. Hirsch[2].

3. Mr. Hill shall, immediately upon the entry of this Order, turn over all Records, as requested by the Trustee, as the term Records is defined in the Trustee's Motion.

[END OF DOCUMENT]

---

[1] On March 11, 2024 the Court entered a *Consent Order on 2004 Order and the Amended Motion for Protective Order and to Vacate Order for Examination and Production of Documents* (Doc. No. 236) which set the Trustee's examination of Mrs. Hirsch under F.R.B.P. 2004, on April 2, 2024, and provided that such oral examination shall also constitute the deposition of Mrs. Hirsch in the Interpleader Adversary Proceeding No. 23-04021-EJC. "Examination" in this Order shall mean such examination.

[2] As stated above, Mrs. Hirsch has not waived a right to assert the existence of an attorney-client relationship between Mrs. Hirsch and Judson Hill, but Mrs. Hirsch waives the right to assert any such privilege with respect to questions at the Examination.

Prepared by:

*/s/ Tiffany E. Caron*
Tiffany E. Caron, Esq.
GA Bar No. 745089
P.O. Box 711
West Palm Beach, FL 33402
404-647-4917
tiffany.caron@hotmail.com
*Attorney for Trustee*

Consented to by:

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com
Attorneys for Judith Hirsch