# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case 23-40569-EJC |
| | ) | |
| **Master Lending Group, LLC** | ) | Notice of Appearance & Request |
| | ) | For Notices |
| Debtor(s). | ) | |

### NOTICE OF APPEARANCE AS COUNSEL FOR
### NON-PARTY WITNESS JUDSON C. HILL

PLEASE TAKE NOTICE that Timothy M. O'Brien hereby appears as counsel of record for non-party witness Judson C. Hill. Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, I hereby request that all notices, pleadings, motions, applications, and other documents filed in this case be served upon the undersigned at following address:

> Timothy M. O'Brien
> Levin, Papantonio, Rafferty,
> Proctor, Buchanan, O'Brien,
> Barr & Mougey, P.A.
> 316 South Baylen St., Suite 600
> Pensacola, FL 32502
> (850) 435-7084

PLEASE TAKE FURTHER NOTICE that Timothy M. O'Brien consents to electronic notification and service at the following e-mail address: tobrien@levinlaw.com.

1

Respectfully Submitted this 27th day of March, 2024.

/s/ Timothy M. O'Brien
Timothy O'Brien, Georgia Bar #548714
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.
316 South Baylen St., Suite 600
Pensacola, FL 32502
(850) 435-7084 (direct dial)
tobrien@levinlaw.com