# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

### NOTICE OF CHANGE OF ADDRESS

FILED - US Bankruptcy Court - SAV
2024 MAR 27 PM 12:14

**Case Name:** Master Lending, LLC

**Case No.:** 23-40569-EJC

**Change of Address for:**

Debtor [ ]   Joint Debtor [ ]   Creditor [✔]   Attorney for Debtor [ ]   Attorney for Creditor [ ]

**Change for:**

Notices ONLY [ ]   Payments ONLY [ ]   Notices and Payments [✔]

**EFFECTIVE DATE OF CHANGE:** 3/27/2024

**Name:** Rochelle Javetz

**Prior Address:** 1 South Grant St
Savannah, GA 31419

****************************************************************************

**New Address:** 2 Perriwinkle Lane
Savannah, GA 31411

**Date:** 3/27/2024

**Signature of Filer:** Rochelle Javetz

**Telephone Number:** 912-224-5324

### IF FILED BY AN ATTORNEY

**Attorney Name:**

**Bar ID:**

**Address:**