# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA

## ORDER FORM FOR COURT HEARING RECORDING

[Print Form]  [Save Form]

**INSTRUCTIONS:** Use this form to order a CD recording of a bankruptcy proceeding. A separate form is required for each case number for which a CD is ordered. When you finish completing the form***, (1) print it out, (2) sign and date it, and (3) mail or bring the form, along with your payment, to the Bankruptcy Clerk's office location where the hearing was held. Court addresses are provided below.

***If you are a registered filer in the CM/ECF system, sign the form with your electronic signature, and date. Docket the form in CM/ECF using the event **Bankruptcy (or Adversary) > Miscellaneous > Request for Transcript or Audio CD,** which will prompt you for payment at the time of filing.

The Court will notify you when your order is ready.

| Debtor's Name: Master Lending Group, LLC | Bankruptcy Case No.: 23-40569 EJC | Adversary Number: (if applicable) | Court Date and Time: Date: 11/8/2023  Time: 2:00 p.m. |
|---|---|---|---|
| Ordering Party: Mark S. Horoupian  Atty for Creditors: Marshall Jacobowitz, Adam Jacobowitz, Michelle Jacobowitz | Phone Number: 213.626.2311 | Mailing Address: Greenspoon Marder LLP  1875 Century Parkk East, Suite 1900  Los Angeles, CA 90067 | |
| Portions Being Requested: | Entire Hearing [X]  Ruling Only [ ] | Testimony of Specific Witness: [ ]  Other: [ ] | |
| Number of Copies: 1 | $34.00 per CD  One meeting/hearing per CD. Request for multiple meetings/hearings will require multiple CDs. | | Total Cost: $34.00 |

**CERTIFICATION**

By signing, I certify that I will pay all charges upon completion of order.

/s/Mark S. Horoupian
_____
Signature

3/27/2024
_____
Date

**PROCESSED BY:**

_____
Case Administrator

_____
Date

|  | DATE: | BY: |
|---|---|---|
| ORDER RECEIVED | | |
| COPY OF HEARING RECORDING ON CD | | |
| DEPOSIT PAID $ _____ | | |
| NAME OF PARTY NOTIFIED TO PICK UP ORDER: _____ | | |
| PARTY RECEIVED ORDER TOTAL CHARGES $ _____ | | |

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Georgia**

124 Barnard St, 2nd Fl, Savannah, GA 31401
**OR**
600 James Brown Blvd, Augusta, GA 30903
**OR**
801 Gloucester St, 3rd Fl, Brunswick, GA 31520

*12/01/2023*