# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN RE:<br><br>**MASTER LENDING GROUP, LLC,**<br><br>Debtor. | Chapter 7<br><br>Case No. 23-40569-EJC |

## REQUEST FOR LEAVE OF ABSENCE

Leon S. Jones, attorney for Judith Hirsch in the above-styled Bankruptcy Case, submits this notice of leave of absence under LR 83.9 (the Local Rule).

1. The periods of leave during which time I will be away from the practice of law are: May 1 – 3, 2024; June 3-7 and June 10-14, 2024. During these periods, I will be out of the office and away from my law practice.

2. To the best of my knowledge, there is no hearing or other proceeding presently scheduled before the Court on any of the dates of my leave.

Respectfully submitted this 8th day of April, 2024.

JONES & WALDEN LLC

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Judith Hirsch
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
ljones@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE:<br><br>MASTER LENDING GROUP, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-40569-EJC |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Request for Absence* (the "Request") using the Bankruptcy Court's Electronic Case Filing program which sends a notice of and an accompanying link to the Request to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Ellen Louise Ash**     ellen.ash@qpwblaw.com
- **Mark A. Bandy**     bkdocs@markbandylaw.com, mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com
- **James F. Banter**     jbanter@jamesbatesllp.com
- **Dana F. Braun**     dbraun@epra-law.com
- **Robert M. Brennan**     bbrennan@phrd.com
- **David L. Bury**     dbury@stoneandbaxter.com, tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Tiffany E. Caron**     tiffany.caron@hotmail.com, tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com
- **John Anthony Christy**     jchristy@swfllp.com
- **James Coursey**     jcoursey@tmahoneylaw.com
- **Adam Dozier**     adam@dozierlawpc.com, sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com
- **James L. Drake**     jdrake@drakefirmpc.com, jamynjul3@aol.com
- **Howard M. Ehrenberg**     howard.ehrenberg@gmlaw.com, denise.walker@gmlaw.com
- **Neil C. Gordon**     pbicknell@taylorenglish.com, aford@taylorenglish.com;ngordon@taylorenglish.com
- **Susan Elizabeth Hall**     ehall@jamesbatesllp.com, cblizzard@jamesbatesllp.com
- **Brian F. Hansen**     bhansenllc@gmail.com, yillian.sarmiento@gmlaw.com
- **Judson C. Hill**     bankruptcy@gastinhill.net, hilljr66100@notify.bestcase.com
- **Mark S. Horoupian**     mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Daniel C. Jenkins**     daniel@djenkinslaw.com, djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net
- **Jeremy S. McKenzie**     jeremy@kmtrial.com
- **Matthew E. Mills**     ustpregion21.sv.ecf@usdoj.gov
- **Thomas B. Norton**     tnorton@stoneandbaxter.com, lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com
- **Timothy Michael O'Brien**     tobrien@levinlaw.com
- **Office of the U. S. Trustee**     Ustpregion21.sv.ecf@usdoj.gov
- **Jason L. Pettie**     jpettie@taylorenglish.com

- **Margaret S. Puccini**    mpuccini@bouhan.com, mharper@bouhan.com
- **John K. Rezac**    jrezac@taylorenglish.com
- **Timothy D. Roberts**    troberts@olivermaner.com
- **Natalie Rowland**    nrowland@taylorenglish.com
- **Christian J. Steinmetz**    cjs@ggsattorneys.com
- **Christopher Brent Wardrop**    justin.plean@qpwblaw.com
- **Doroteya N Wozniak**    dwozniak@jamesbatesllp.com, bhenderson@jamesbatesllp.com

This 8th day of April, 2024.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Judith Hirsch
699 Piedmont Avenue, N.E.
Atlanta, Georgia 30308
(404) 564-9300
ljones@joneswalden.com