United States Bankruptcy Court

Southern District of Georgia

In re:  Case No. 23-40569-EJC

Master Lending Group, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113J-4      User: admin      Page 1 of 8

Date Rcvd: Apr 18, 2024      Form ID: pdf004      Total Noticed: 197

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| aty | + | Judson C Hill, Gastin & Hill, 1020 Drayton Street, Suite 201, Savannah, GA 31401-6535 |
| aty | + | Mark S. Horoupian, Greenspoon Marder, PA, 1875 Century Park East, Los Angeles, CA 90067-2508 |
| cr | + | Albert Jacobowitz Living Trust, c/o Michelle Jacobowitz, Trustee, 16891-D Isle of Palms Drive, Delray Beach, FL 33484-7011 |
| cr | + | Francis Bouy, Estate of, 31 Bartow Point Drive, Savannah, Ga 31404-1120 |
| acc | | Hays Financial Consulting, LLC, 2964 Peachtree Road NE, Suite 555, Atlanta, GA 30305 |
| intp | + | Hirsch & Company, Thomas J. Ratcliffe, Jr., Executor of the Estate of Gregory Hirsch, 103 North Main Street, Hinesville, GA 31313-3215 |
| intp | + | Hirsh & Tucker, LLC, Attn: Jeffrey Tucker, 440 Mall Blvd., Suite A, Savannah, GA 31406-4868 |
| cr | + | Jack Wardlaw, 2702 Whatley Ave., Savannah, GA 31404-4540 |
| intp | + | John Christy, 1100 Peachtree Street, Suite 800, atlanta, GA 30309, UNITED STATES 30309-4516 |
| intp | + | Jonathan C Hirsch, 45 West 60th Street #30F, New York, NY 10023-7948 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |
| intp | + | Lena M Hirsch, 608 Ralph McGill Blvd., Apt. 124, Atlanta, GA 30312-1334 |
| intp | + | Low Country Development Group, LLC, Gregory Hirsch, RA, Thomas J. Ratcliffe, Jr., Executor of the Estate of Gregory Hirsch, 103 North Main Street Hinesville, GA 31313-3215 |
| cr | + | Mark Bouy, 31 Bartow Point Drive, Savannah, Ga 31404-1120 |
| intp | + | Master Lending Group, LLC, c/o Thomas J. Ratcliffe, Jr., as Personal Representative, for the Estate of Gregory M. Hirsch, 103 North Main Street Hinesville, GA 31313-3215 |
| intp | + | Robin DeAnne Riddle Robertson, 3791 Broadmoor Way, Frisco, TX 75033-2850 |
| cr | + | Troy Bouy, 31 Bartow Point Drive, Savannah, Ga 31404-1120 |
| cr | + | Troy and Francis Bouy, 31 Bartow Point Drive, Savannah, Ga 31404-1120 |
| cr | + | Truist Bank, Inc., Attn: Officer or Agent, Kevin J. Patroni, 214 North Tryon St., Charlotte, NC 28202-2374 |
| intp | | William Wilson Riddle, Jr., 64575 Palisade Dr., Apt. 16108, Bozeman, MT 59718 |
| intp | + | William Wilson Riddle, Jr., 6405 Ladbrook Ct., Plano, TX 75024-7460 |
| intp | | Workermen's Circle Credit Union, Attn: Donna A. Smith, Registered Agent, 527 Stephenson Avenue, Suite 2, Savannah, GA 31405-5922 |
| 7830644 | + | Abe Klugman IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830645 | + | Adam Jacobowitz, Mark S. Horoupian, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| 7830646 | + | Alan Lipsitz, 401 Wheeler Street, Savannah GA 31405-5957 |
| 7830647 | + | Albert Jacobowitz Irrevocable Trust, Mark S. Horoupian, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| 7862301 | + | Albert Jacobowitz Living Trust, Mark S. Horoupian, 1875 Century Park Wast, Suite 1900, Los Angeles, CA 90067-2519 |
| 7830648 | + | Alter Yeshaya Slatus, 212 Groveland Circle, Savannah GA 31405-5602 |
| 7832302 | + | Amanda Young, 10769 FM 822, Edna TX 77957-5164 |
| 7842678 | + | Andrea Javetz, 160 Weatherly Woods Drive, Winterville, GA 30683-3922 |
| 7906534 | + | Argo Partners, 12 West 37th Street, Ste 900, New York, NY 10018-7381 |
| 7830649 | + | Arlene G. Jaffie, 6 Roundtree Circle, Savannah GA 31405-5990 |
| 7830650 | + | Arlene Yellin IRA, c/o Workmen's Circle CU, 527 Stephenson Ave.,, Ste. 2, Savannah GA 31405-5922 |
| 7865006 | + | Aronson Family Residence Trust, One Diamond Causeway, Ste. 21-308, Savannah, GA 31406-7417 |
| 7834962 | + | Aronson Family Residence Trust, 15 Sweet Fern Retreat, Savannah GA 31411-2949 |
| 7842257 | + | Avigail Malmacher, c/o Avigdor Slatus, 233 Groveland Circle, Savannah, GA 31405-5601 |
| 7842911 | + | Avigail Slatus, 233 Groveland Circle, Savannah, GA 31405-5601 |
| 7830652 | + | Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830653 | + | Baila Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830654 | + | Baldomero R. Luis, 9295 NE 12th Ave., Miami Shores, FL 33138-2928 |
| 7835497 | + | Barbara Aronson, One Diamond Causeway, Suite 21-308, Savannah, GA 31406-7417 |
| 7834966 | + | Barbara Aronson, 15 Sweet Fern Retreat, Savannah GA 31411-2949 |

Case:23-40569-EJC    Doc#:257    Filed:04/20/24    Entered:04/21/24 00:28:21    Page:2 of 11

| District/off: 113J-4 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

| | | |
|---|---|---|
| 7865004 | + | Barbara Aronson IRA, One Diamond Causeway, Ste. 21-308, Savannah, GA 31406-7417 |
| 7834967 | + | Barbara Aronson IRA, 15 Sweet Fern Retreat, Savannah GA 31411-2949 |
| 7830657 | + | Barbara Kooden, 6401 Habersham Street, Unit 1B, Savannah GA 31405-5632 |
| 7830658 | + | Barbara Kooden IRA, c/o Workmens' Circle CU, 527 Stephenson Ave., Ste 2, Savannah GA 31405-5922 |
| 7830659 | + | Beryl & Susan F. Lovitz Trust, c/o Bob Lovitz, 2020 SW Abercrombie Place, Portland OR 97225-4504 |
| 7830660 | + | Brett Bouy, 31 Bartow Point Drive, Savannah GA 31404-1120 |
| 7830661 | + | Broughton Kelly, Sr., 401 Jackson Woods Blvd., Savannah GA 31405-5954 |
| 7850092 | + | Broughton R. Kelly, Sr. and, Josephine R. Kelly, 401 Jackson Woods Blvd., Savannah, GA 31405-5954 |
| 7830662 | + | Catherine Royal, 1367 La Vista Circle, Pooler GA 31322-1303 |
| 7830663 | + | Chaim Rabhan, 303 Johnston Street, Savannah, GA 31405-5608 |
| 7830664 | + | Chana Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830665 | + | Charles Grossman, 5450 Abercorn Street, Apt. 414, Savannah GA 31405-6925 |
| 7830666 | + | Colonial Shoe Co. Profit Sharing Plan, 4701 Riverview Road, Atlanta GA 30327-4231 |
| 7832327 | + | DGK Real Estate, 315 Waterfowl Road, Bluffton SC 29910-7750 |
| 7830667 | + | Dale Kaminsky, Jeremy Springer Mckenzie, 21 West Park Avenue, Savannah, GA 31401-6440 |
| 7834979 | + | Dana F. Braun, Attorney at Law, P. O Box 9946, Savannah GA 31412-0146 |
| 7832322 | + | Daniel Kahn, 315 Waterfowl Road, Bluffton, SC 29910-7750 |
| 7834981 | + | Daniel Klugman, P. O. Box 1229, Tybee Island GA 31328-1229 |
| 7830670 | + | Danny Kaminsky, 402 Megan Court, Savannah GA 31405-5955 |
| 7832325 | + | David Kahn, Henry F. Sewell, Jr., Esq., 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305-4909 |
| 7830672 | + | David Rabhan, 303 Johnston Street, Savannah GA 31405-5608 |
| 7832328 | + | Diane L. Kahn, Henry F. Sewell, Jr., Esq., 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305-4909 |
| 7832329 | + | Dorain Baruch, 100 Stuart Street, Savannah GA 31405-5600 |
| 7830674 | + | Dorain Ruben Baruch, 100 Stuart Street, Savannah GA 31405-5600 |
| 7830675 | + | Doris Klugman, P.O. Box 1596, Tybee Island GA 31328-1596 |
| 7830676 | + | Doris Klugman IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830677 | + | Dr. Fred E. Rabhan & Ester Rabhan, 314 Johnston Street, Savannah GA 31405-5609 |
| 7830678 | + | Dr. Kalman Baruch, 100 Stuart Street, Savannah GA 31405-5600 |
| 7830679 | + | Dr. Morris Geffen, 5 Breckenridge Lane, Savannah GA 31411-1701 |
| 7830680 | + | Elizabeth M. Jones, 224 Oatland Island Road, Savannah GA 31410-1159 |
| 7830681 | + | Elizabeth Skeadas IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830682 | + | Ephraim Rabhan, 308 McLaws Street, Savannah, GA 31405-5621 |
| 7830683 | + | Ephraim Y. Rabhan, 308 McLaws Street, Savannah, GA 31405-5621 |
| 7830684 | + | Estate of Dr. Leon Aronson, One Diamond Causeway, Ste. 21-308, Savannah GA 31406-7417 |
| 7865844 | + | Estate of Gregory Martin Hirsch, James-Bates-Brannan-Groover-LLP, 231 Riverside Drive, Macon, Georgia 31201-3427 |
| 7832341 | + | Ester Y. Rabhan, 314 Johnston Street, Savannah, GA 31405-5609 |
| 7830686 | + | Ester Y. Rabhan IRA Account, 314 Johnston Street, Savannah GA 31405-5609 |
| 7830687 | + | Eva Locker IRA, c/o Workmen's Circle CU, 209 Kensington Drive, Savannah, GA 31405-5422 |
| 7830688 | + | Eve Rabhan, 303 Johnston Street, Savannah GA 31405-5608 |
| 7830689 | + | Francis Bouy IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste 2, Savannah GA 31405-5922 |
| 7834247 | + | Fred E. Rabhan, 314 Johnston Street, Savannah, GA 31405-5609 |
| 7865403 | + | Frederick Halperin IRA, Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084-5623 |
| 7835503 | + | Frederick M. Halperin IRA, c/o Jeffrey N. Berman, Esq., 3475 Piedmont Road, NE, Suite 1640, Atlanta, GA 30305-2992 |
| 7830691 | + | George Feehley IRA, 306 Jackson Woods Blvd., Savannah GA 31405-5913 |
| 7832347 | + | H.E.Y. Family Trust, c/o Dr. Fred E. Rabhan, 303 McLaws Street, Savannah GA 31405-5620 |
| 7830692 | + | H.E.Y. Family Trust, c/o Dr. Fred E. Rabhan Co-Trustee, 314 Johnston Street, Savannah GA 31405-5609 |
| 7830693 | + | Harriet Simowitz, c/o Pamela S. Lipsitz, 401 Wheeler Street, Savannah, GA 31405-5957 |
| 7830694 | + | Harry Howard & Louise Howard, 1 Savannah Square Drive, #207, Savannah GA 31406-6706 |
| 7830696 | + | I.L. Aronson P.C. Employee Pension Plan, 1 Diamond Causeway, Ste 21-308, Savannah GA 31406-7417 |
| 7830697 | + | I.L. Aronson Pension Plan, One Diamond Causeway, Suite 21-3008, Savannah GA 31406-7417 |
| 7830698 | + | Isaac Rabhan, 220 Groveland Circle, Savannah GA 31405-5602 |
| 7830708 | + | JEJ, Inc., 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830711 | + | JGJ Inc., 403 N Duval St, Claxton GA 30417-5939 |
| 7830712 | + | JGJ, Inc., 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830699 | + | Jack Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah GA 31404-4541 |
| 7830700 | + | James C. Wilson IRA, c/o Workmen's Circle CU, 527 Stephenson Ave, Ste. 2, Savannah GA 31405-5922 |
| 7830701 | + | James C. Wilson, Jr., 7370 Hodgson Memorial Drive, Suite D-10, Savannah, GA 31406-2541 |
| 7830702 | + | James E. Jones, 224 Oatland Island Road, Savannah GA 31410-1159 |
| 7830703 | + | Jan Feehley, 306 Jackson Woods Blvd, Savannah GA 31405-5913 |
| 7830704 | + | Jan K. Feehley, 306 Jackson Woods Blvd., Savannah, GA 31405-5913 |
| 7830706 | + | Jay Javetz, 308 Jackson Woods Blvd., Savannah GA 31405-5913 |
| 7830707 | + | Jeffrey Berman, Attorney, 3475 Piedmont Road NE, Suite 1640, Atlanta GA 30305-2992 |
| 7830709 | + | Jeremy Slatus, 212 Groveland Circle, Savannah GA 31405-5602 |

Case:23-40569-EJC    Doc#:257    Filed:04/20/24    Entered:04/21/24 00:28:21    Page:3 of 11

| District/off: 113J-4 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

| | | |
|---|---|---|
| 7830710 | + | Jerry Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah GA 31404-4541 |
| 7830713 | + | John Carson, Attorney, 1901 Abercorn Street, Savannah GA 31401-8138 |
| 7830714 | + | John P. Skeadas, 10 Liberty Creek Drive, Savannah GA 31406-3224 |
| 7830715 | + | Johnny G. Feehley, 300 Hampton St., Unit 2, Savannah, GA 31405-5993 |
| 7830716 | + | Jones on 17th, LLC, 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830717 | + | Joseph Slatus, 212 Groveland Circle, Savannah GA 31405-5602 |
| 7830718 | + | Julie Mazo, 309 Wickersham Drive, Savannah GA 31411-1377 |
| 7832374 | + | K. Russell Simpson, Attorney at Law, 2225 Norwood Avenue, Suite A, Savannah GA 31406-5148 |
| 7830719 | + | Katherine Royal, 124 High Cotton Drive, Statesboro GA 30461-0770 |
| 7835034 | + | Klugman Investments LLC, P. O. Box 1229, Tybee Island GA 31328-1229 |
| 7862679 | + | Lisa Gay, P.O. Box 75, Pooler, GA 31322-0075 |
| 7830721 | + | Lisa Kaminsky, 402 Megan Court, Savannah GA 31405-5955 |
| 7865434 | + | Louis C. Young, 261 Long Bridge Road, Springfield, GA 31329-5111 |
| 7830722 | + | Louis Young, 9409 Whitfield Avenue, Savannah, GA 31406-6946 |
| 7832379 | + | Louis Young, III, 261 Long Bridge Road, Springfield GA 31329-5111 |
| 7830723 | + | Louis Young, Jr., 7370 Hodgson Mem Blvd., Savannah GA 31406-2536 |
| 7830724 | + | Louise Howard, 1 Savannah Square Drive, Apt. #207, Savannah GA 31406-6706 |
| 7830643 | + | Marcey D. Alter, Executor of the, Estate of Norman Dolgoff, 740 Park Manor Drive, SE, Smyrna, GA 30082-2819 |
| 7830725 | + | Marcia Hirsch, Susan Hirsch Goldstein, 2913 Ryton Court, Raleigh NC 27613-5463 |
| 7852895 | + | Marcy D. Alter, 740 Park Manor Drive, SE, Smyrna, Georgia 30082-2819 |
| 7830726 | + | Marjorie C. Gordon, c/o Mrs. Susan Klugman, P.O. Boxn 1229, Tybee Island GA 31328-1229 |
| 7848384 | + | Mark A. Bandy, 340 Eisenhower Dr., Ste. 800, Savannah, GA 31406-1611 |
| 7830727 | + | Mark T. Bouy, 31 Bartow Point Drive, Savannah GA 31404-1120 |
| 7830728 | + | Marlene Dobbs IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830729 | + | Marshall Jacobowitz, Mark S. Horoupian, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| 7830730 | + | Mary Amanda Young, 83 Brown Pelican Drive, Savannah GA 31419-2955 |
| 7830731 | + | Matel Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830732 | + | Mattel Rabhan, 303 Johnston Street, Savannah GA 31405-5608 |
| 7832390 | + | Matthew Young, 7370 Hodgson Memorial Drive, Savannah GA 31406-2536 |
| 7830733 | + | Matti Slatus, 212 Groveland Circle, Savannah GA 31405-5602 |
| 7841245 | + | Michael Barr, 4 Crossing Drive,, Richmond Hill, GA 31324-3942 |
| 7830735 | + | Michael Kooden, P.O. Box 2388, Tybee Island GA 31328-2388 |
| 7830734 | + | Michael M. Dobbs IRA, 260 Wiley Bottom Road, Savannah, GA 31411-1537 |
| 7830736 | + | Michelle Jacobowitz, Mark S. Horoupian, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| 7832395 | + | Mike Barr, Lowcountry Accounting, LLC, 4 Crossing Drive, Richmond Hill GA 31324-3942 |
| 7830737 | #+ | Miriam Kreisel, 218 Groveland Circle, Savannah GA 31405-5602 |
| 7830738 | + | Mordecai Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830739 | + | Moshe Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830740 | + | Moshe Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830741 | + | Murray Klugman, P.O. Box 1596, Tybee Island GA 31328-1596 |
| 7830742 | + | Neal Markowitz, 16 Bartow Point Drive, Savannah GA 31404-1119 |
| 7830743 | + | Nicole Chu, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830744 | + | Norman Dolgoff, c/o Marcey Dolgoff Alter, 339 Oxford Drive, Savannah GA 31405-5466 |
| 7830745 | + | Philip Rosenbaum Exempt Trust, Mark S. Horoupian, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| 7830690 | + | RBB Jacob R.D.F, 233 Groveland Circle, Savannah, GA 31405-5601 |
| 7830751 | + | RBB Jacob R.D.F., 223 Groveland Circle, Savannah GA 31405-5601 |
| 7830746 | + | Rabbi Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830747 | + | Rabbi Avigdor Slatus, 5444 Abercorn Street, Savannah GA 31405-6902 |
| 7842262 | + | Rabbi's Discretionary Fund (RDF), c/o Avigdor Slatus, 233 Groveland Circle, Savannah, GA 31405-5601 |
| 7830748 | + | Randolph Chu, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830749 | + | Randy Chu, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830750 | + | Randy Chu SEP IRA, 7640 Abercorn Street, Savannah GA 31406-2464 |
| 7830752 | + | Redfish, LLC, 306 Jackson Woods Blvd., Savannah GA 31405-5913 |
| 7830753 | + | Renie Halperin, 4701 Riverview Road NW, Atlanta GA 30327-4231 |
| 7830755 | + | Rita Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830756 | + | River Street Liquor, LLC, 425 E. River Street, Savannah GA 31401-1222 |
| 7864641 | + | Robert Lovitz, Henry F. Sewell, Jr., Esq., 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305-4909 |
| 7830757 | + | Robert M. Segall, 405 Jackson Woods Blvd., Savannah GA 31405-5954 |
| 7865402 | + | Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084-5623 |
| 7830758 | + | Rochelle Javetz, 2 Perriwinkle Lane, Savannah GA 31411-1329 |
| 7830759 | + | Sabrina Rabhan, 308 McLaws Street, Savannah GA 31405-5621 |
| 7830760 | + | Sarah Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830761 | + | Scott W. Peters, 1100 Peachtree Street, NE, Suite 800, Atlanta GA 30309-4516 |

Case:23-40569-EJC   Doc#:257   Filed:04/20/24   Entered:04/21/24 00:28:21   Page:4 of 11

| District/off: 113J-4 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

| | | |
|---|---|---|
| 7830762 | + | Shaya Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830763 | + | Shlomo Slatus, 202 Johnston St., Savannah, GA 31405-5607 |
| 7830764 | + | Shoshana Rabhan, 303 Johnston Street, Savannah GA 31405-5608 |
| 7832424 | + | Susan S. Brinkley f/k/a Susan S. Young, 36 St. Augustine Bend, Savannah, GA 31404-1123 |
| 7830765 | + | Susan S. Young IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830766 | + | Teresa Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah GA 31404-4541 |
| 7830767 | + | Terry Jones, 131 Falligant Avenue, Savannah GA 31410-1411 |
| 7830768 | + | Troy & Frances Bouy, 31 Bartow Point Drive, Savannah GA 31404-1120 |
| 7830769 | + | Troy Bouy IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, Savannah GA 31405-5922 |
| 7830770 | + | Tzvi Rabhan, 303 Johnston Street, Savannah GA 31405-5608 |
| 7830771 | + | Tzvi Slatus, 212 Groveland Circle, Savannah GA 31405-5602 |
| 7862681 | + | Vanessa Jones, 5 Judson Ct., Savannah, GA 31410-1060 |
| 7830772 | + | Vanessa Jones, 4607 Habersham Street, Savannah GA 31405-4212 |
| 7830773 | + | Victor Belogorska, P.O. Box 462, Eden, GA 31307-0462 |
| 7830774 | + | Victor Belogorska, Jr., P.O. Box 462, Eden GA 31307-0462 |
| 7846315 | + | Virginia Rahn, 401 Kinzie Avenue, Savannah, GA 31404-2447 |
| 7830775 | + | William Hall, Jr., 27 Bartow Point Drive, Savannah GA 31404-1120 |
| 7864982 | + | William J. Hall Jr., 8001 US Highway 80 East, Unit 603, Savannah, GA 31410-2975 |
| 7865655 | + | William M. Uptegrove, U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, N.E., Suite 9, Atlanta, GA 30326-1180 |
| 7830776 | + | Yaakov Rabhan, 136 Stratford Place, Lakewood NJ 08701-1467 |
| 7830777 | + | Yaakov Slatus, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |
| 7830778 | + | Yedidah Rabhan, 220 Groveland Circle, Savannah GA 31405-5602 |
| 7830779 | + | Yehudis Simcha, c/o Avigdor Slatus, 233 Groveland Circle, Savannah GA 31405-5601 |

TOTAL: 193

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ehrenbergtrustee@sulmeyerlaw.com | Apr 18 2024 18:26:00 | Howard M. Ehrenberg, Greenspoon Marder LLP, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |
| 7906534 | + | Email/Text: COURTS@ARGOPARTNERS.NET | Apr 18 2024 18:26:00 | Argo Partners, 12 West 37th Street, Ste 900, New York, NY 10018-7381 |
| 7830685 | | Email/Text: Marcey.Alter@gmail.com | Apr 18 2024 18:26:00 | Estate of Norman Dolgoff, c/o Marcey Dolgoff Alter, 740 Park Manor Drive SE, Smyrna GA 30082 |
| 7831451 | | Email/Text: USAGAS.BNCbankruptcy@usdoj.gov | Apr 18 2024 18:26:00 | United States Attorney, P.O. Box 8970, Savannah GA 31412 |
| 7865656 | + | Email/Text: atlreorg@sec.gov | Apr 18 2024 18:26:00 | U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, N.E., Suite 9, Attn: William M. Uptegrove, Atlanta, GA 30326-1180 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Abe Klugman IRA |
| cr | | Adam Jacobowitz |
| cr | | Alan Lipsitz |
| cr | | Avigdor Slatus |
| cr | | Cathy Royal |
| cr | | Dale Kaminsky |
| cr | | Danny Kaminsky |
| cr | | Danny Klugman |
| cr | | Doris Klugman |
| cr | | Gregory M Hirsch |
| cr | | JEJ, LLC |

Case:23-40569-EJC   Doc#:257   Filed:04/20/24   Entered:04/21/24 00:28:21   Page:5 of 11

| District/off: 113J-4 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

| | | |
|---|---|---|
| cr | | JGJ, LLC |
| cr | | James E. Jones |
| intp | | John Read Brennan |
| cr | | Jones on 17th, LLC |
| acc | | KapilaMukamal, LLC |
| cr | | Katherine Royal |
| cr | | Klugman Investments |
| cr | | Lisa Gay |
| cr | | Lisa Kaminsky |
| cr | | Louis C. Young |
| cr | | Louise M. Howard |
| cr | | Marcey Dolgoff Alter, Executor of the estate of Norman Dolgoff |
| cr | | Marjorie C. Gordon |
| cr | | Marshall Jacobowitz |
| cr | | Michelle Jacobowitz |
| cr | | Morris Geffen |
| cr | | Murray Klugman |
| cr | | Susan Brinkley |
| intp | | Synergy Designer Homes, LLC |
| intp | | Synergy Homes of Georgia, LLC |
| cr | | Terri Jones |
| cr | | Vanessa Jones |
| 7830695 | | Harry Yellin IRA, c/o Workmen's Circle CU, 527 Stephenson Ave., Ste. 2, GA 31450 |
| cr | *+ | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |
| cr | *+ | Barbara Aronson, 15 Sweet Fern Retreat, Savannah, GA 31411-2949 |
| cr | *+ | Brett Bouy, 31 Bartow Point Drive, Savannah, Ga 31404-1120 |
| cr | *+ | Jerry Wardlaw, 2702 Whatley Ave., Unit B-1, Savannah, GA 31404-4541 |
| cr | *+ | Michael Barr, 4 Crossing Drive, Richmond Hill, GA 31324-3942 |
| cr | *+ | Teresa Wardlaw, 2702 Whatley Avenue, Unit B-1, Savannah, GA 31404-4541 |
| 7842909 | *+ | Avigdor Slatus, 233 Groveland Circle, Savannah, GA 31405-5601 |
| 7865003 | *+ | Barbara Aronson, One Diamond Causeway, Ste. 21-308, Savannah, GA 31406-7417 |
| 7830705 | *+ | Jan K. Feehley, 306 Jackson Woods Blvd., Savannah, GA 31405-5913 |
| 7835090 | *+ | Vanessa Jones, 4607 Habersham Street, Savannah GA 31405-4212 |
| 7863172 | * | Victor Belogorska Jr, P.O. Box 462, Eden, GA 31307-0462 |

TOTAL: 34 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Dozier | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | on behalf of Creditor Louis C. Young adam@dozierlawpc.com |

Case:23-40569-EJC  Doc#:257  Filed:04/20/24  Entered:04/21/24 00:28:21  Page:6 of 11

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 6 of 8 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

Adam Dozier
    sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

    on behalf of Creditor Michael Barr adam@dozierlawpc.com
    sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com

Brian F. Hansen
    on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Brian F. Hansen
    on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III
    on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor JEJ  LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor JGJ  LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Jones on 17th  LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III
    on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christopher Brent Wardrop
    on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Christopher Brent Wardrop
    on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun
    on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun
    on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins
    on behalf of Creditor Morris Geffen daniel@djenkinslaw.com
    djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.
    on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com
    tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak
    on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com

Case:23-40569-EJC Doc#:257 Filed:04/20/24 Entered:04/21/24 00:28:21 Page:7 of 11

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 7 of 8 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

Ellen Louise Ash
    on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash
    on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Howard M. Ehrenberg
    howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com

James Coursey, Jr.
    on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com

James F. Banter
    on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com

James L. Drake, Jr.
    on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com jamynjul3@aol.com

James L. Drake, Jr.
    on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com jamynjul3@aol.com

Jason L. Pettie
    on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com

Jeremy S. McKenzie
    on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com

John Anthony Christy
    on behalf of Interested Party John Christy jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party John Read Brennan jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com

John K. Rezac
    on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com

Judson C. Hill
    on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net hilljr66100@notify.bestcase.com

Leon S. Jones
    on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Leon S. Jones
    on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Leon S. Jones
    on behalf of Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Leon S. Jones
    on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Margaret S. Puccini

Case:23-40569-EJC Doc#:257 Filed:04/20/24 Entered:04/21/24 00:28:21 Page:8 of 11

| District/off: 113J-4 | User: admin | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf004 | Total Noticed: 197 |

| | |
|---|---|
| | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com mharper@bouhan.com |
| Mark A. Bandy | |
| | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | |
| | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | |
| | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | |
| | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Mark S. Horoupian | |
| | on behalf of Attorney Mark S. Horoupian mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | |
| | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | |
| | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | |
| | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | |
| | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | |
| | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | |
| | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | |
| | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | |
| | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com |
| Thomas B. Norton | |
| | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | |
| | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | |
| | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | |
| | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | |
| | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |
| Timothy Michael O'Brien | |
| | on behalf of Attorney Judson C Hill tobrien@levinlaw.com |

TOTAL: 74

**IT IS ORDERED as set forth below:**

Date: April 18, 2024

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| **IN RE:** <br><br> **MASTER LENDING GROUP, LLC,** <br><br> Debtor. | **CHAPTER 7** <br><br> **CASE NO. 23-40569-EJC** |
| **PRUCO LIFE INSURANCE COMPANY,** <br><br> Plaintiff, <br><br> v. <br><br> **JUDITH HIRSCH, individually, and TIFFANY CARON, solely in her capacity as Chapter 7 Trustee for the bankruptcy estate of Master Lending Group, LLC,** <br><br> Defendants. | **Adv. Pro. No. 23-04021-EJC** |

**CONSENT ORDER AUTHORIZING AND DIRECTING MEDIATION OF DISPUTES**

On March 4, 2024, Tiffany E. Caron, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Master Lending Group, LLC ("Debtor" or "MLG") and Judith Hirsch ("Mrs.

Hirsch" and together with the Trustee, the "Parties") filed a *Joint Motion for Referral to Mediation* (the "Motion") in the above-styled bankruptcy case and adversary proceeding. It appears that the most productive form of mediation is to designate a current bankruptcy judge with no assignment or responsibility for these proceedings as a settlement judge to serve as a neutral mediator and that Bankruptcy Judge Mary Grace Diehl of the U.S. Bankruptcy Court, N.D.Ga. is qualified and suitable to serve in that capacity. For good cause shown, it is hereby ORDERED as follows:

1. The parties to this proceeding shall mediate the issues and disputes presented in these proceedings. Bankruptcy Judge Mary Grace Diehl is hereby designated as a settlement judge with regard to this matter for the purpose of conducting mediation proceedings as the neutral mediator. Such mediation shall be conducted at a time and place and in accordance with procedures mutually agreed upon by the parties and Judge Diehl.

2. Because Judge Diehl will be serving as the neutral mediator in this matter and because the nature of the mediation process requires ex parte contacts and communications between the neutral mediator and each of the sides, the prohibitions of FED. R. BANKR. P. 9003 do not apply to communications among the parties, their attorneys, and Judge Diehl in connection with the mediation proceedings. The parties and their attorneys may, therefore, have ex parte communications with Judge Diehl in her capacity as the neutral mediator in connection with the mediation proceedings.

3. All communications made by the parties or their attorneys to each other or to Judge Diehl in connection with the mediation process, the conduct and demeanor of the parties and their counsel during the mediation, and any documents prepared or produced in connection with the mediation process, including Judge Diehl's notes or records, shall be confidential and shall not be admissible in evidence or the subject of any discovery in any proceeding (unless admissible or

2

discoverable without regard to the mediation). The mediation sessions and any conferences or proceedings in connection therewith shall be treated as compromise negotiations for purposes of the Federal Rules of Evidence, the Georgia Rules of Evidence, or any rules of evidence of any other jurisdiction. No record will be made of the mediation proceedings. Judge Diehl is disqualified from appearing as a witness in any matter, and shall not be called as a witness, with regard to the mediation or any matter arising out of or related thereto.

### [END OF ORDER]

| | |
|---|---|
| Prepared and Consented to by:<br>**JONES & WALDEN LLC**<br>*/s/ Leon S. Jones*<br>Leon S. Jones<br>Georgia Bar No. 003980<br>699 Piedmont Avenue, NE<br>Atlanta, GA 30308<br>(404) 564-9300<br>ljones@joneswalden.com<br>*Attorney for Judith Hirsch* | Consented to by:<br><br>*/s/ Tiffany E. Caron*<br>Tiffany E. Caron<br>Georgia Bar No. 745089<br>P.O. Box 711<br>West Palm Beach, FL 33402<br>404.647.4917<br>tiffany.caron@hotmail.com<br>*Attorney for Trustee* |