# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re: | Case No.:  23–40569–EJC |
| **Master Lending Group, LLC,** | Judge:   Edward J. Coleman III |
|     Debtor. | Chapter:  7 |

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

***May 21, 2024, at 10:00 AM***
***124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401***

to consider and act upon the following:

Trustee's Application to Allow Reimbursement of Expenses and Payment of Ongoing Administrative Expenses of the Estate filed April 25, 2024 by Tiffany E. Caron which states the following:

Applicant is the duly qualified and acting Trustee in this case.

Applicant seeks authorization from the Court to disburse funds as follows:

a) To the Trustee/Attorney for Trustee for reimbursement of the following expenses paid by her on behalf of the Estate (Exhibit A has been filed with the Court):

1. $410.65 for the Trustee's Paid Expenses for: Trustee Bond, Copies and Postage

2. $772.09 for the Attorney for Trustee's Paid Expenses for: Copies, Postage and Notary Fee

3. $3,263.79 for Court Reporting Fees and Transcriptions paid to McKee Court Reporting for the 2004 Examination of Judson Hill and Judith Hirsch.

4. $4,191.36 paid to Gulfstream Legal Group for processing and hosting the Electronic Records from the computer of Gregory Hirsch.

b) To Hays Financial Consulting, LLC for reimbursement of the following expenses paid on behalf of the Estate (Exhibit B has been filed with the Court):

1. $11,567.42 paid to Gulfstream Legal Group for processing and hosting the Electronic Records from the computer of Gregory Hirsch.

c) To Gulfstream Legal Group for payment of charges for the ongoing hosting of the electronic records from the computer of Gregory Hirsch in the estimated amount of $1,383.68 per month. This is for the continued electronic storage and organization of the books and records (the "Electronic Records") of MLG.

3. The Trustee's investigation into the assets of the Estate is ongoing and hosting and organization of the Electronic Records are still necessary for the efficient administration of the case.

There are sufficient funds on hand in the Estate bank account available to pay the expenses set forth herein.

**Dana M. Wilson, Clerk**
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **April 25, 2024**

*B−33 [Rev. 11/23]* **LLE**