United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 23, 2024 | Form ID: GASB33 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |
| intp | + | Judith D Hirsch, 308 Megan Court, Savannah, GA 31405-5956 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 25, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Brian F. Hansen | |

Case:23-40569-EJC    Doc#:263    Filed:04/25/24    Entered:04/26/24 00:33:13    Page:2 of 5

| District/off: 113J-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: GASB33 | Total Noticed: 3 |

on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com  yillian.sarmiento@gmlaw.com

Brian F. Hansen

on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com  yillian.sarmiento@gmlaw.com

Christian J. Steinmetz, III

on behalf of Creditor Cathy Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor JEJ  LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor JGJ  LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Terri Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Katherine Royal cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor James E. Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Jones on 17th  LLC cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com

Christian J. Steinmetz, III

on behalf of Creditor Lisa Gay cjs@ggsattorneys.com

Christopher Brent Wardrop

on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com

Christopher Brent Wardrop

on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com

Dana F. Braun

on behalf of Creditor Klugman Investments dbraun@epra-law.com

Dana F. Braun

on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com

Dana F. Braun

on behalf of Creditor Doris Klugman dbraun@epra-law.com

Dana F. Braun

on behalf of Creditor Danny Klugman dbraun@epra-law.com

Dana F. Braun

on behalf of Creditor Murray Klugman dbraun@epra-law.com

Dana F. Braun

on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com

Daniel C. Jenkins

on behalf of Creditor Morris Geffen daniel@djenkinslaw.com
djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net

David L. Bury, Jr.

on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com
tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com

Doroteya N Wozniak

on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com  bhenderson@jamesbatesllp.com

Ellen Louise Ash

on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com

Ellen Louise Ash

on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com

Howard M. Ehrenberg

Case:23-40569-EJC  Doc#:263  Filed:04/25/24  Entered:04/26/24 00:33:13  Page:3 of 5

| District/off: 113J-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: GASB33 | Total Noticed: 3 |

| | |
|---|---|
| | howard.ehrenberg@gmlaw.com  denise.walker@gmlaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com |
| James Coursey, Jr. | on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com |
| James F. Banter | on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com |
| James L. Drake, Jr. | on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com |
| James L. Drake, Jr. | on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com |
| Jason L. Pettie | on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com |
| Jeremy S. McKenzie | on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com |
| John Anthony Christy | on behalf of Interested Party John Christy jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party John Read Brennan jchristy@swfllp.com |
| John Anthony Christy | on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com |
| John K. Rezac | on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com |
| John K. Rezac | on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com |
| Judson C. Hill | on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com |
| Leon S. Jones | on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com |
| Leon S. Jones | on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com |
| Leon S. Jones | on behalf of Defendant Judith Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com |
| Leon S. Jones | on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com |
| Margaret S. Puccini | on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com |
| Mark A. Bandy | on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | |

Case:23-40569-EJC  Doc#:263  Filed:04/25/24  Entered:04/26/24 00:33:13  Page:4 of 5

| District/off: 113J-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: GASB33 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark A. Bandy | |
| | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | |
| | on behalf of Attorney Mark S. Horoupian mark.horoupian@gmlaw.com  cheryl.caldwell@gmlaw.com |
| Mark S. Horoupian | |
| | mark.horoupian@gmlaw.com  cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | |
| | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | |
| | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | |
| | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | |
| | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | |
| | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com  aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | |
| | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | |
| | on behalf of Interested Party Hirsh & Tucker  LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | |
| | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com  cblizzard@jamesbatesllp.com |
| Thomas B. Norton | |
| | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | |
| | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com  tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | |
| | tiffany.caron@hotmail.com  tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | |
| | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | |
| | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |
| Timothy Michael O'Brien | |
| | on behalf of Attorney Judson C Hill tobrien@levinlaw.com |

TOTAL: 74

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
   Debtor.

Case No.: 23−40569−EJC

Judge: Edward J. Coleman III

Chapter: 7

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*May 21, 2024, at 10:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

Motion for 2004 Examination of KapilaMukamal LLP filed April 22, 2024 by Judith D. Hirsch

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **April 23, 2024**

*B−33 [Rev. 11/23]* **LLE**