**IT IS ORDERED as set forth below:**



**Date: June 1, 2024**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

The matter before the Court is the Trustee's Application to Allow Reimbursement of Expenses and Payment of Ongoing Administrative Expenses under 11 U.S.C. §330 (the "Application"), proper notice having been given, and it appearing that such Application should be granted; it is therefore,

ORDERED, ADJUDGED and DECREED that the Application filed by the Trustee in the captioned Chapter 7 case, is hereby granted as follows:

The Trustee is authorized to pay the following Administrative Expenses from funds on hand in the Estate bank account:

    a) To the Trustee/Attorney for Trustee for reimbursement of the following expenses paid

    by her on behalf of the Estate:

       i. $410.65 for Trustee's Paid Expenses for: Trustee Bond, Copies and Postage

       ii. $772.09 for the Attorney for Trustee's Paid Expenses for: Copies, Postage and Notary Fee

       iii. $3,263.79 for Court Reporting Fees and Transcriptions paid to McKee Court Reporting for the 2004 Examinations of Judson Hill and Judith Hirsch.

       iv. $4,191.36 paid to Gulfstream Legal Group for processing and hosting the Electronic Records from the computer of Gregory Hirsch.

b) To Hays Financial Consulting, LLC for reimbursement of the following expenses paid on behalf of the Estate:

       i. $11,567.24 paid to Gulfstream Legal Group for processing and hosting the electronic record from the computer of Gregory Hirsch.

c) To Gulfstream Legal Group for payment of charges for the ongoing hosting of the electronic records from the computer of Gregory Hirsch in the estimated amount of $1,383.68 per month. This is for the continued electronic storage and organization of the books and records (the "**Electronic Records**") of MLG.

END OF DOCUMENT

PREPARED BY:

 /s/ Tiffany E. Caron
Tiffany E. Caron
GA Bar No. 745089
Post Office Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com
Attorney for Trustee