United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-40569-EJC |
| Master Lending Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 03, 2024 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Master Lending Group, LLC, 308 Megan Court, Savannah, GA 31405-5956 |
| aty | + | Daniel Weigel, Taylor English Duma LLP, 1600 Parkwood Circle SE, Suite 200, Atlanta, GA 30339-2119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 05, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Dozier | |
| | on behalf of Creditor Susan Brinkley adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Louis C. Young adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Adam Dozier | |
| | on behalf of Creditor Michael Barr adam@dozierlawpc.com sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com |
| Brian F. Hansen | |
| | on behalf of Attorney Howard M. Ehrenberg bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |

Case:23-40569-EJC   Doc#:268   Filed:06/05/24   Entered:06/06/24 00:42:16   Page:2 of 6

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 03, 2024 | Form ID: pdf004 | Total Noticed: 2 |

| | |
|---|---|
| Brian F. Hansen | on behalf of Attorney Mark S. Horoupian bhansenllc@gmail.com yillian.sarmiento@gmlaw.com |
| Christian J. Steinmetz, III | on behalf of Creditor Cathy Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Alan Lipsitz cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Danny Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor JEJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor JGJ LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Terri Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Katherine Royal cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor James E. Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Vanessa Jones cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Jones on 17th LLC cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Lisa Kaminsky cjs@ggsattorneys.com |
| Christian J. Steinmetz, III | on behalf of Creditor Lisa Gay cjs@ggsattorneys.com |
| Christopher Brent Wardrop | on behalf of Counter-Defendant Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Christopher Brent Wardrop | on behalf of Plaintiff Pruco Life Insurance Company justin.plean@qpwblaw.com |
| Dana F. Braun | on behalf of Creditor Marjorie C. Gordon dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Doris Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Danny Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Murray Klugman dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Abe Klugman IRA dbraun@epra-law.com |
| Dana F. Braun | on behalf of Creditor Klugman Investments dbraun@epra-law.com |
| Daniel C. Jenkins | on behalf of Creditor Morris Geffen daniel@djenkinslaw.com djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net |
| David L. Bury, Jr. | on behalf of Creditor Barbara Aronson dbury@stoneandbaxter.com tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;lford@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Doroteya N Wozniak | on behalf of Creditor Gregory M Hirsch dwozniak@jamesbatesllp.com bhenderson@jamesbatesllp.com |
| Ellen Louise Ash | on behalf of Counter-Defendant Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Ellen Louise Ash | on behalf of Plaintiff Pruco Life Insurance Company ellen.ash@qpwblaw.com |
| Howard M. Ehrenberg | howard.ehrenberg@gmlaw.com denise.walker@gmlaw.com |

Case:23-40569-EJC  Doc#:268  Filed:06/05/24  Entered:06/06/24 00:42:16  Page:3 of 6

| District/off: 113J-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: pdf004 | Total Noticed: 2 |

James Coursey, Jr.
    on behalf of Creditor Troy and Francis Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Mark Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Brett Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Troy Bouy jcoursey@tmahoneylaw.com

James Coursey, Jr.
    on behalf of Creditor Francis Bouy  Estate of jcoursey@tmahoneylaw.com

James F. Banter
    on behalf of Creditor Gregory M Hirsch jbanter@jamesbatesllp.com

James L. Drake, Jr.
    on behalf of Interested Party Workermen's Circle Credit Union jdrake@drakefirmpc.com  jamynjul3@aol.com

James L. Drake, Jr.
    on behalf of Creditor Marcey Dolgoff Alter jdrake@drakefirmpc.com  jamynjul3@aol.com

Jason L. Pettie
    on behalf of Trustee Tiffany E. Caron jpettie@taylorenglish.com

Jeremy S. McKenzie
    on behalf of Creditor Dale Kaminsky jeremy@kmtrial.com

John Anthony Christy
    on behalf of Interested Party John Christy jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party Synergy Designer Homes  LLC jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party John Read Brennan jchristy@swfllp.com

John Anthony Christy
    on behalf of Interested Party Synergy Homes of Georgia  LLC jchristy@swfllp.com

John K. Rezac
    on behalf of Cross-Claimant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Trustee Tiffany E. Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Defendant Tiffany Caron jrezac@taylorenglish.com

John K. Rezac
    on behalf of Plaintiff Tiffany E Caron jrezac@taylorenglish.com

Judson C. Hill
    on behalf of Attorney Judson C Hill bankruptcy@gastinhill.net  hilljr66100@notify.bestcase.com

Leon S. Jones
    on behalf of Cross Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Leon S. Jones
    on behalf of Counter-Claimant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Leon S. Jones
    on behalf of Defendant Judith Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Leon S. Jones
    on behalf of Interested Party Judith D Hirsch ljones@joneswalden.com
    jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;bdernus@joneswalden.com

Margaret S. Puccini
    on behalf of Creditor Louise M. Howard mpuccini@bouhan.com  mharper@bouhan.com

Mark A. Bandy
    on behalf of Creditor Teresa Wardlaw bkdocs@markbandylaw.com
    mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Mark A. Bandy
    on behalf of Creditor Jerry Wardlaw bkdocs@markbandylaw.com
    mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com

Case:23-40569-EJC Doc#:268 Filed:06/05/24 Entered:06/06/24 00:42:16 Page:4 of 6

| | | |
|---|---|---|
| District/off: 113J-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 03, 2024 | Form ID: pdf004 | Total Noticed: 2 |

| | |
|---|---|
| Mark A. Bandy | on behalf of Creditor Jack Wardlaw bkdocs@markbandylaw.com mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com |
| Mark S. Horoupian | on behalf of Attorney Mark S. Horoupian mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Mark S. Horoupian | mark.horoupian@gmlaw.com cheryl.caldwell@gmlaw.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Natalie Rowland | on behalf of Plaintiff Tiffany E Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Defendant Tiffany Caron nrowland@taylorenglish.com |
| Natalie Rowland | on behalf of Trustee Tiffany E. Caron nrowland@taylorenglish.com |
| Neil C. Gordon, I | on behalf of Trustee Tiffany E. Caron pbicknell@taylorenglish.com aford@taylorenglish.com;ngordon@taylorenglish.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Robert M. Brennan | on behalf of Interested Party Hirsh & Tucker LLC bbrennan@phrd.com |
| Susan Elizabeth Hall | on behalf of Creditor Gregory M Hirsch ehall@jamesbatesllp.com cblizzard@jamesbatesllp.com |
| Thomas B. Norton | on behalf of Creditor Barbara Aronson tnorton@stoneandbaxter.com lchapman@stoneandbaxter.com;amoses@stoneandbaxter.com |
| Tiffany E. Caron | on behalf of Trustee Tiffany E. Caron tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Tiffany E. Caron | tiffany.caron@hotmail.com tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com |
| Timothy D. Roberts | on behalf of Counter-Claimant Judith Hirsch troberts@olivermaner.com |
| Timothy D. Roberts | on behalf of Defendant Judith Hirsch troberts@olivermaner.com |
| Timothy Michael O'Brien | on behalf of Attorney Judson C Hill tobrien@levinlaw.com |

TOTAL: 74

**IT IS ORDERED as set forth below:**



Date: June 1, 2024

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | CASE NO. | 23-40569-EJC |
| | ) | | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER | 7 |
| | ) | | |
| Debtor. | ) | | |
| | ) | | |

The matter before the Court is the Trustee's Application to Allow Reimbursement of Expenses and Payment of Ongoing Administrative Expenses under 11 U.S.C. §330 (the "Application"), proper notice having been given, and it appearing that such Application should be granted; it is therefore,

ORDERED, ADJUDGED and DECREED that the Application filed by the Trustee in the captioned Chapter 7 case, is hereby granted as follows:

The Trustee is authorized to pay the following Administrative Expenses from funds on hand in the Estate bank account:

a) To the Trustee/Attorney for Trustee for reimbursement of the following expenses paid

4

by her on behalf of the Estate:

　　i.　$410.65 for Trustee's Paid Expenses for: Trustee Bond, Copies and Postage

　　ii.　$772.09 for the Attorney for Trustee's Paid Expenses for: Copies, Postage and Notary Fee

　　iii.　$3,263.79 for Court Reporting Fees and Transcriptions paid to McKee Court Reporting for the 2004 Examinations of Judson Hill and Judith Hirsch.

　　iv.　$4,191.36 paid to Gulfstream Legal Group for processing and hosting the Electronic Records from the computer of Gregory Hirsch.

b) To Hays Financial Consulting, LLC for reimbursement of the following expenses paid on behalf of the Estate:

　　i.　$11,567.24 paid to Gulfstream Legal Group for processing and hosting the electronic record from the computer of Gregory Hirsch.

c) To Gulfstream Legal Group for payment of charges for the ongoing hosting of the electronic records from the computer of Gregory Hirsch in the estimated amount of $1,383.68 per month. This is for the continued electronic storage and organization of the books and records (the "**Electronic Records**") of MLG.

END OF DOCUMENT

PREPARED BY:

　/s/ Tiffany E. Caron　
Tiffany E. Caron
GA Bar No. 745089
Post Office Box 711
West Palm Beach, FL 33402
(404) 647-4917
Tiffany.caron@hotmail.com
Attorney for Trustee