# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Master Lending Group, LLC,**<br>    Debtor. | Case No.:  23−40569−EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*July 30, 2024, at 10:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

Motion to Approve Compromise/Settlement filed July 1, 2024 by Trustee

A copy of Movant's Motion is being served contemporaneously with the issuance of this notice.

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **July 2, 2024**

*B−33 [Rev. 11/23]* **LLE**