# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Master Lending Group, LLC,**  
   Debtor.

Case No.: 23–40569–EJC  
Judge: Edward J. Coleman III  
Chapter: 7

## ORDER REQUIRING SERVICE BY TRUSTEE

**IT IS ORDERED THAT:**

1) TRUSTEE shall serve , INSTANTER , a copy of Motion to Approve Compromise/Settlement by Trustee (Docket #269) and Notice of Hearing (Docket #270) to all parties required by the Bankruptcy Code and Rules.

2) TRUSTEE shall complete and file with the Court a Certificate of Service immediately upon serving the required document(s).



Edward J. Coleman III  
United States Bankruptcy Judge  
124 Barnard Street, 2nd Floor  
P.O. Box 8347  
Savannah, GA 31412

Dated: **July 2, 2024**

*B−07 [Rev. 01 /23]* **LLE**