IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| In re: § | |
| § | **Chapter 7** |
| **MASTER LENDING GROUP, LLC,** § | **Case No. 23-40569-EJC** |
| § | |
| Debtor. § | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the persons named below by sending a copy of the Motion for Authority to Compromise Pursuant To Bankruptcy Rule 9019 (Doc No. 269) and Notice of Hearing (Doc No. 270) by electronic service or by regular U.S. Mail to the address indicated, in envelopes bearing adequate postage:

All Creditors and Parties in Interest listed on the attached Mailing Matrix.

This 2nd day of July, 2024.

/s/ Tiffany E. Caron
Tiffany E. Caron
Attorney for Chapter 7 Trustee

TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM

```
Label Matrix for local noticing          Appliance Warehouse                        Appliance Warehouse
113J-4                                   3201 W. Royal Lane, Suite 100              c/o RS Clark & Associates
Case 23-40567-EJC                        Irving, TX 75063-3108                      12990 Pandora, Suite 150
Southern District of Georgia                                                        Dallas, TX 75238-5256
Savannah
Tue Jul  2 12:05:32 EDT 2024

Applicance Warehouse                     Auto Acceptance                            (p)AUTOMOBILE ACCEPTANCE CORPORATION
3201 West Royal Lane, Suite 100          749 Main Street                            PO BOX 961926
Irving, TX 75063-3108                    Riverdale GA 30274-2399                    RIVERDALE GA 30296-6914


Avant/Webbank                            Barclays Bank Delaware                     Best Buy Credit Services
222 Merchandise Mar Plz, Ste 900         125 S. West Street                         P.O. Box 70601
Chicago IL 60654-1105                    Wilmington, DE 19801-5014                  Philadelphia PA 19176-0601


Andrea Lynn Betts                        Heather Booth                              CBNA
Aldridge Pite, LLP                       Berkshire Hathaway Homes Services          P. O. Box 6497
3525 Piedmont Road, N.E.                 Cora Bett Thomas Realty                    Sioux Falls SD 57117-6497
Suite 700                                2 Skidaway Village Walk
Atlanta, GA 30305-1608                   Suite A
                                         Savannah, GA 31411-2916

CCCS                                     Candler Hospital c/o HIS Financial Services   Capital One
7505 Waters Avenue                       900 Circle 75 Parkway, Suite 1235             PO Box 31293
Suite C11                                Atlanta, GA 30339-3084                        Salt Lake City UT 84131-0293
Savannah GA 31406-3826


Capital One N.A.                         Tiffany E. Caron                           Credit One Bank
4515 N Santa Fe Ave                      P.O. Box 711                               P.O. Box 89193
Oklahoma City, OK 73118-7901             West Palm Beach, FL 33402-0711             Las Vegas NV 89193


Dept of ED/Nelnet                        Evan Owens Durkovic                        Evans & McLeod Appraisals
121 South 13th Street                    Aldridge Pite, LLP                         90 Williamson Drive
Lincoln, NE 68508-1904                   Six Piedmont Center                        Richmond Hill GA 31324-4818
                                         3525 Piedmont Road N.E.
                                         Ste 700
                                         Atlanta, GA 30305-1608

Gannam Appraisals                        Georgia Emergency Associates               Judson C. Hill
401 Mall Blvd.                           P. O. Box 12189                            Gastin & Hill
Savannah GA 31406-4862                   Daytona Beach FL 32120-2189                1020 Drayton Street
                                                                                    Ste. 201
                                                                                    Savannah, GA 31401-6535

J. Keith Berry, Jr.                      (p)JEFFERSON CAPITAL SYSTEMS LLC           James Johnson
Post Office Box 9004                     PO BOX 7999                                180 Village Lake Drive
Savannah, GA 31412-9004                  SAINT CLOUD MN 56302-7999                  Pooler, GA 31322-2146


Brian K Jordan                           Kathleen Aderhold Law Group                Kathleen Aderhold, PC
Aldridge Pite, LLP                       1 Johnson Street, Suite 1                  PO Box 2232
Six Piedmont Center                      Savannah, GA 31405-5532                    Savannah, GA 31402-2232
3525 Piedmont Road, N.E.
Ste 700
Atlanta, GA 30305-1608
```

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LANIER COLLECTION AGENCY & SERVICES<br>18 PARK OF COMMERCE BLVD<br>SAVANNAH GA 31405-7410 | Jennifer Laufgas<br>Aldridge Pite, LLP<br>Six Piedmont Center<br>3525 Piedmont Road, N.E.<br>Ste 700<br>Atlanta, GA 30305-1608 |
| Line 5, LLC<br>P.O. Box 112737<br>Naples, FL 34108-0146 | O. Byron Meredith, III<br>P O Box 10556<br>Savannah, GA 31412-0756 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| Navy FCU<br>Attn: Legal/Officer<br>820 Follin Lane Se<br>Vienna VA 22180-4907 | Navy Federal Credit Union<br>P.O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 |
| Paypal Credit/SYNCB<br>4125 Windward Plaza<br>Alpharetta GA 30005-8738 | PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Pennymac Loan Services<br>P.O. Box 514387<br>Los Angeles CA 90051-4387 |
| Pink Dogwood 13, LLC<br>PO Box 1931<br>Burlingame, CA 94011-1931 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Marketplace<br>221 Main Street<br>Suite 300<br>San Francisco CA 94105-1909 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Rick Gnann<br>425 East President Street<br>Suite A<br>Savannah GA 31401-3840 | Rick Gnann, Jr.<br>Attorney at Law<br>425 E. President Street, Ste. A<br>Savannah GA 31401-3840 |
| Philip L. Rubin<br>Lefkoff, Rubin, Gleason & Russo, PC<br>5555 Glenridge Connector, Ste 900<br>Atlanta, GA 30342-4762 | (p)ST JOESEPH CANDLER<br>5353 REYNOLDS ST<br>SAVANNAH GA 31405-6005 | SYNCB/Amazon<br>P. O. Box 965015<br>Orlando FL 32896-5015 |
| SYNCB/At Home DC<br>P. O. Box 71735<br>Philadelphia PA 19176-1734 | SYNCB/Care Credit<br>PO 950 Forrer Blvd<br>Dayton OH 45420 | SYNCB/PPC<br>P. O. Box 71727<br>Philadelphia PA 19176-1727 |
| Savannah Schools FCU<br>4673 US Highway 80, E<br>Savannah GA 31410-2941 | Savannah Schools Federal Credit Union<br>4073 US Highway 80 East<br>Savannah, GA 31410 | Southcoast Medical Imaging<br>1326 Eisenhower Dr.<br>Savannah GA 31406-3928 |
| St. Joseph's/Candler<br>Dept 2439<br>P.O. Box 11407<br>Birmingham AL 35246-2439 | Synchrony Bank<br>PO Box 71782<br>Philadelphia, PA 19176-1782 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

```
U.S. Department of Education              (p)U S  ATTORNEY'S OFFICE              (p)UPGRADE, INC
c/o FedLoan Servicing                     P O BOX 8970                           2 N CENTRAL AVE
P.O. Box 69184                            SAVANNAH GA 31412-8970                 10TH FLOOR
Harrisburg PA 17106-9184                                                         PHOENIX AZ 85004-4422


Upstart Network                           Upstart Network, Inc                   Weber Appraisals
2950 South Delaware Street                PO BOX 1931                            6605 Abercorn Street
San Mateo CA 94403-2577                   Burlingame, CA 94011-1931              Savannah GA 31405-5815



Westlake Financial Services               Westlake Financial Services            Westlake Portfolio Management
Attn: Legal/Officer                       c/o Corporate Creations Network, Inc.  ATTN: Legal/Officer
4751 Wilshire Blvd, Ste 100               2985 Gordy Parkway, 1st Floor          4751 Wilshire Blvd., Ste. 100
Los Angeles, CA 90010-3847                Marietta, GA 30066-3078                Los Angeles, CA 90010-3847



Jacqueline R. Xavier
2521 Osprey Point Circle
Pooler, GA 31322-2175
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Automobile Acceptance Corporation         Jefferson Capital Systems LLC          Lanier Collection Agency
PO Box 961926                             Po Box 7999                            P.O. Box 15519
Riverdale, GA 30296                       Saint Cloud MN 56302-9617              Savannah GA 31416



Mission Lane Tab Bank                     Portfolio Recovery Associates, LLC     ST.JOSEPH/CANDLER HEALTH SYSTEM
101 2nd Street, Ste 350                   C/O BEST BUY                           5353 Reynolds St
San Francisco CA 94105                    POB 41067                              Savannah, GA 31405
                                          Norfolk VA 23541



United States Attorney                    Upgrade Inc.
P.O. Box 8970                             275 Battery Street
Savannah GA 31412                         22nd Floor
                                          San Francisco CA 94111
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Tiffany E. Caron                       (d)J. Keith Berry, Jr.                 (d)Navy Federal Credit Union
P.O. Box 711                              Post Office Box 9004                   P.O. Box 3000
West Palm Beach, FL 33402-0711            Savannah,, GA 31412-9004               Merrifield, VA 22119-3000
```

```
(u)PennyMac Loan Services, LLC        (d)Bink Dogwood 13, LLC            End of Label Matrix
                                      PO BOX 1931                        Mailable recipients    69
                                      Burlingame, CA 94011-1931          Bypassed recipients     5
                                                                         Total                  74
```