# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 7 |
| MASTER LENDING GROUP, LLC, § | Case No. 23-40569-EJC |
| § | |
| Debtor. § | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the persons named below by sending a copy of the Motion for Authority to Compromise Pursuant To Bankruptcy Rule 9019 (Doc No. 269) and Notice of Hearing (Doc No. 270) by electronic service or by regular U.S. Mail to the address indicated, in envelopes bearing adequate postage:

All Creditors and Parties in Interest listed on the attached Mailing Matrix.

This 2nd day of July, 2024.

/s/ Tiffany E. Caron
Tiffany E. Caron
Attorney for Chapter 7 Trustee

TIFFANY E. CARON, ESQ.
GA BAR NO. 745089
CHAPTER 7 TRUSTEE
P.O. BOX 711
WEST PALM BEACH, FL 33402
404-647-4917
TIFFANY.CARON@HOTMAIL.COM

```
Label Matrix for local noticing          Abe Klugman IRA                          Adam Jacobowitz
113J-4                                   c/o Workmen's Circle CU                  Mark S. Horoupian
Case 23-40569-EJC                        527 Stephenson Ave., Ste. 2              1875 Century Park East, Suite 1900
Southern District of Georgia             Savannah GA 31405-5922                   Los Angeles, CA 90067-2519
Savannah
Tue Jul  2 14:19:58 EDT 2024

Alan Lipsitz                             Albert Jacobowitz Irrevocable Trust      Albert Jacobowitz Living Trust
401 Wheeler Street                       Mark S. Horoupian                        c/o Michelle Jacobowitz, Trustee
Savannah GA 31405-5957                   1875 Century Park East, Suite 1900       16891-D Isle of Palms Drive
                                         Los Angeles, CA 90067-2519               Delray Beach, FL 33484-7011


Albert Jacobowitz Living Trust           Alter Yeshaya Slatus                     Amanda Young
Mark S. Horoupian                        212 Groveland Circle                     10769 FM 822
1875 Century Park Wast, Suite 1900       Savannah GA 31405-5602                   Edna TX 77957-5164
Los Angeles, CA 90067-2519


Andrea Javetz                            Argo Partners                            Arlene G. Jaffie
160 Weatherly Woods Drive                12 West 37th Street, Ste. 900            6 Roundtree Circle
Winterville, GA 30683-3922               New York, NY 10018-7381                  Savannah GA 31405-5990



Arlene Yellin IRA                        Barbara Aronson                          Aronson Family Residence Trust
c/o Workmen's Circle CU                  15 Sweet Fern Retreat                    15 Sweet Fern Retreat
527 Stephenson Ave.,, Ste. 2             Savannah, GA 31411-2949                  Savannah GA 31411-2949
Savannah GA 31405-5922


Aronson Family Residence Trust           Avigail Malmacher                        Avigail Slatus
One Diamond Causeway, Ste. 21-308        c/o Avigdor Slatus                       233 Groveland Circle
Savannah, GA 31406-7417                  233 Groveland Circle                     Savannah, GA 31405-5601
                                         Savannah, GA 31405-5601


Avigdor Slatus                           Baila Simcha                             Baldomero R. Luis
233 Groveland Circle                     c/o Avigdor Slatus                       9295 NE 12th Ave.
Savannah GA 31405-5601                   233 Groveland Circle                     Miami Shores, FL 33138-2928
                                         Savannah GA 31405-5601


Mark A. Bandy                            James F. Banter                          Barbara Aronson
The Law Offices of Mark A. Bandy, P.C.   James-Bates-Brannan-Groover-LLP          One Diamond Causeway, Ste. 21-308
340 Eisenhower Drive                     231 Riverside Drive                      Savannah, GA 31406-7417
Suite 800                                Macon, GA 31201-3416
Savannah, GA 31406-1611


Barbara Aronson IRA                      Barbara Aronson IRA                      Barbara Kooden
15 Sweet Fern Retreat                    One Diamond Causeway, Ste. 21-308        6401 Habersham Street
Savannah GA 31411-2949                   Savannah, GA 31406-7417                  Unit 1B
                                                                                  Savannah GA 31405-5632


Barbara Kooden IRA                       Michael Barr                             Beryl & Susan F. Lovitz Trust
c/o Workmens' Circle CU                  4 Crossing Drive                         c/o Bob Lovitz
527 Stephenson Ave., Ste 2               Richmond Hill, GA 31324-3942             2020 SW Abercrombie Place
Savannah GA 31405-5922                                                            Portland OR 97225-4504
```

| | | |
|---|---|---|
| Brett Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Mark Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Troy Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 |
| Troy and Francis Bouy<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Francis Bouy, Estate of<br>31 Bartow Point Drive<br>Savannah, Ga 31404-1120 | Dana F. Braun<br>Ellis, Painter, Ratterree & Adams, LLP<br>P.O. Box 9946<br>Savannah, GA 31412-0146 |
| Robert M. Brennan<br>Parker, Hudson, Rainer & Dobbs<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, GA 30308-3225 | Broughton Kelly, Sr.<br>401 Jackson Woods Blvd.<br>Savannah GA 31405-5954 | Broughton R. Kelly, Sr. and<br>Josephine R. Kelly<br>401 Jackson Woods Blvd.<br>Savannah, GA 31405-5954 |
| David L. Bury Jr.<br>Stone & Baxter, LLP<br>577 Third Street<br>Macon, GA 31201-8256 | Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | Catherine Royal<br>1367 La Vista Circle<br>Pooler GA 31322-1303 |
| Chaim Rabhan<br>303 Johnston Street<br>Savannah, GA 31405-5608 | Chana Rabhan<br>308 McLaws Street<br>Savannah GA 31405-5621 | Charles Grossman<br>5450 Abercorn Street<br>Apt. 414<br>Savannah GA 31405-6925 |
| John Christy<br>1100 Peachtree Street<br>Suite 800<br>atlanta, GA 30309-4516 | John Anthony Christy<br>Schreeder Wheelern & Flint LLP<br>1100 Peachtree Street<br>Ste 800<br>Atlanta, GA 30309-4516 | Colonial Shoe Co. Profit Sharing Plan<br>4701 Riverview Road<br>Atlanta GA 30327-4231 |
| James Coursey Jr.<br>James Coursey<br>337 Commercial Dr<br>Ste 500<br>Savannah, GA 31406-9025 | DGK Real Estate<br>315 Waterfowl Road<br>Bluffton SC 29910-7750 | Dale Kaminsky<br>Jeremy Springer Mckenzie<br>21 West Park Avenue<br>Savannah, GA 31401-6440 |
| Dana F. Braun<br>Attorney at Law<br>P. O Box 9946<br>Savannah GA 31412-0146 | Daniel Kahn<br>315 Waterfowl Road<br>Bluffton, SC 29910-7750 | Daniel Klugman<br>P. O. Box 1229<br>Tybee Island GA 31328-1229 |
| Danny Kaminsky<br>402 Megan Court<br>Savannah GA 31405-5955 | David Kahn<br>Henry F. Sewell, Jr., Esq.<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305-4909 | David Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 |
| Diane L. Kahn<br>Henry F. Sewell, Jr., Esq.<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305-4909 | Dorain Baruch<br>100 Stuart Street<br>Savannah GA 31405-5600 | Dorain Ruben Baruch<br>100 Stuart Street<br>Savannah GA 31405-5600 |

| | | |
|---|---|---|
| Doris Klugman<br>P.O. Box 1596<br>Tybee Island GA 31328-1596 | Doris Klugman IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Adam Dozier<br>Dozier Law, P.C.<br>430 Silverwood Centre Drive<br>P.O. Box 410<br>Rincon, GA 31326-0410 |
| Dr. Fred E. Rabhan & Ester Rabhan<br>314 Johnston Street<br>Savannah GA 31405-5609 | Dr. Kalman Baruch<br>100 Stuart Street<br>Savannah GA 31405-5600 | Dr. Morris Geffen<br>5 Breckenridge Lane<br>Savannah GA 31411-1701 |
| James L. Drake Jr.<br>10 Gale Break Circle<br>Savannah, GA 31406-5205 | James L. Drake Jr.<br>P. O. Box 9945<br>Savannah, GA 31412-0145 | Howard M. Ehrenberg<br>Greenspoon Marder LLP<br>1875 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2519 |
| Elizabeth M. Jones<br>224 Oatland Island Road<br>Savannah GA 31410-1159 | Elizabeth Skeadas IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Ephraim Rabhan<br>308 McLaws Street<br>Savannah, GA 31405-5621 |
| Ephraim Y. Rabhan<br>308 McLaws Street<br>Savannah, GA 31405-5621 | Estate of Dr. Leon Aronson<br>One Diamond Causeway, Ste. 21-308<br>Savannah GA 31406-7417 | Estate of Gregory Martin Hirsch<br>James-Bates-Brannan-Groover-LLP<br>231 Riverside Drive<br>Macon, Georgia 31201-3427 |
| (p)ESTATE OF NORMAN DOLGOFF<br>MARCEY DOLGOFF ALTER<br>740 PARK MANOR DR SE<br>SMYRNA GA 30082-2819 | Ester Y. Rabhan<br>314 Johnston Street<br>Savannah, GA 31405-5609 | Ester Y. Rabhan IRA Account<br>314 Johnston Street<br>Savannah GA 31405-5609 |
| Eva Locker IRA<br>c/o Workmen's Circle CU<br>209 Kensington Drive<br>Savannah, GA 31405-5422 | Eve Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Francis Bouy IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste 2<br>Savannah GA 31405-5922 |
| Fred E. Rabhan<br>314 Johnston Street<br>Savannah, GA 31405-5609 | Frederick Halperin IRA<br>Robl Law Group, LLC<br>3754 Lavista Road<br>Suite 250<br>Tucker, GA 30084-5623 | Frederick M. Halperin IRA<br>c/o Jeffrey N. Berman, Esq.<br>3475 Piedmont Road, NE<br>Suite 1640<br>Atlanta, GA 30305-2992 |
| George Feehley IRA<br>306 Jackson Woods Blvd.<br>Savannah GA 31405-5913 | Neil C. Gordon I<br>Taylor English Duma<br>1600 Parkwood Circle SE<br>Suite 200<br>Atlanta, GA 30339-2119 | H.E.Y. Family Trust<br>c/o Dr. Fred E. Rabhan<br>303 McLaws Street<br>Savannah GA 31405-5620 |
| H.E.Y. Family Trust<br>c/o Dr. Fred E. Rabhan Co-Trustee<br>314 Johnston Street<br>Savannah GA 31405-5609 | Susan Elizabeth Hall<br>James Bates Brannan Groover LLP<br>231 Riverside Drive<br>Macon, GA 31201-3416 | Brian F. Hansen<br>Greenspoon Marder LLP<br>1230 Peachtree Street NE<br>Ste 1900<br>Atlanta, GA 30309-3578 |

| | | |
|---|---|---|
| Harriet Simowitz<br>c/o Pamela S. Lipsitz<br>401 Wheeler Street<br>Savannah, GA 31405-5957 | Harry Howard & Louise Howard<br>1 Savannah Square Drive<br>#207<br>Savannah GA 31406-6706 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NE, Suite 555<br>Atlanta, GA 30305 |
| Judson C Hill<br>Gastin & Hill<br>1020 Drayton Street<br>Suite 201<br>Savannah, GA 31401-6535 | Jonathan C Hirsch<br>45 West 60th Street #30F<br>New York, NY 10023-7948 | Judith D Hirsch<br>308 Megan Court<br>Savannah, GA 31405-5956 |
| Lena M Hirsch<br>608 Ralph McGill Blvd., Apt. 124<br>Atlanta, GA 30312-1334 | Hirsch & Company<br>Thomas J. Ratcliffe, Jr.<br>Executor of the Estate of Gregory Hirsch<br>103 North Main Street<br>Hinesville, GA 31313-3215 | Hirsh & Tucker, LLC<br>Attn: Jeffrey Tucker<br>440 Mall Blvd., Suite A<br>Savannah, GA 31406-4868 |
| Mark S. Horoupian<br>Greenspoon Marder, PA<br>1875 Century Park East<br>Los Angeles, CA 90067-2508 | Mark S. Horoupian<br>Greenspoon Marder, PA<br>1875 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2519 | I.L. Aronson P.C. Employee Pension Plan<br>1 Diamond Causeway, Ste 21-308<br>Savannah GA 31406-7417 |
| I.L. Aronson Pension Plan<br>One Diamond Causeway, Suite 21-3008<br>Savannah GA 31406-7417 | Isaac Rabhan<br>220 Groveland Circle<br>Savannah GA 31405-5602 | JEJ, Inc.<br>4607 Habersham Street<br>Savannah GA 31405-4212 |
| JGJ Inc.<br>403 N Duval St<br>Claxton GA 30417-5939 | JGJ, Inc.<br>4607 Habersham Street<br>Savannah GA 31405-4212 | Jack Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah GA 31404-4541 |
| James C. Wilson IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave, Ste. 2<br>Savannah GA 31405-5922 | James C. Wilson, Jr.<br>7370 Hodgson Memorial Drive, Suite D-10<br>Savannah, GA 31406-2541 | James E. Jones<br>224 Oatland Island Road<br>Savannah GA 31410-1159 |
| Jan Feehley<br>306 Jackson Woods Blvd<br>Savannah GA 31405-5913 | Jan K. Feehley<br>306 Jackson Woods Blvd.<br>Savannah, GA 31405-5913 | Jay Javetz<br>308 Jackson Woods Blvd.<br>Savannah GA 31405-5913 |
| Jeffrey Berman, Attorney<br>3475 Piedmont Road NE<br>Suite 1640<br>Atlanta GA 30305-2992 | Daniel C. Jenkins<br>Law Offices of Daniel C. Jenkins, LLC<br>24 Drayton St.<br>Ste 204<br>Savannah, GA 31401-2733 | Jeremy Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 |
| Jerry Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah GA 31404-4541 | John Carson, Attorney<br>1901 Abercorn Street<br>Savannah GA 31401-8138 | John P. Skeadas<br>10 Liberty Creek Drive<br>Savannah GA 31406-3224 |

Johnny G. Feebley
300 Hampton St., Unit 2
Savannah, GA 31405-5993

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308-1400

Jones on 17th, LLC
4607 Habersham Street
Savannah GA 31405-4212

Joseph Slatus
212 Groveland Circle
Savannah GA 31405-5602

Julie Mazo
309 Wickersham Drive
Savannah GA 31411-1377

K. Russell Simpson
Attorney at Law
2225 Norwood Avenue, Suite A
Savannah GA 31406-5148

Katherine Royal
124 High Cotton Drive
Statesboro GA 30461-0770

Klugman Investments LLC
P. O. Box 1229
Tybee Island GA 31328-1229

Lisa Gay
P.O. Box 75
Pooler, GA 31322-0075

Lisa Kaminsky
402 Megan Court
Savannah GA 31405-5955

Louis C. Young
261 Long Bridge Road
Springfield, GA 31329-5111

Louis Young
9409 Whitfield Avenue
Savannah, GA 31406-6946

Louis Young, III
261 Long Bridge Road
Springfield GA 31329-5111

Louis Young, Jr.
7370 Hodgson Mem Blvd.
Savannah GA 31406-2536

Louise Howard
1 Savannah Square Drive, Apt. #207
Savannah GA 31406-6706

Low Country Development Group, LLC
Gregory Hirsch, RA
Thomas J. Ratcliffe, Jr.
Executor of the Estate of Gregory Hirsch
103 North Main Street
Hinesville, GA 31313-3215

Marcey D. Alter, Executor of the
Estate of Norman Dolgoff
740 Park Manor Drive, SE
Smyrna, GA 30082-2819

Marcia Hirsch
Susan Hirsch Goldstein
2913 Ryton Court
Raleigh NC 27613-5463

Marcy D. Alter
740 Park Manor Drive, SE
Smyrna, Georgia 30082-2819

Marjorie C. Gordon
c/o Mrs. Susan Klugman
P.O. Boxn 1229
Tybee Island GA 31328-1229

Mark A. Bandy
340 Eisenhower Dr., Ste. 800
Savannah, GA 31406-1611

Mark T. Bouy
31 Bartow Point Drive
Savannah GA 31404-1120

Marlene Dobbs IRA
c/o Workmen's Circle CU
527 Stephenson Ave., Ste. 2
Savannah GA 31405-5922

Marshall Jacobowitz
Mark S. Horoupian
1875 Century Park East, Suite 1900
Los Angeles, CA 90067-2519

Mary Amanda Young
83 Brown Pelican Drive
Savannah GA 31419-2955

Master Lending Group, LLC
308 Megan Court
Savannah, GA 31405-5956

Master Lending Group, LLC
c/o Thomas J. Ratcliffe, Jr.
as Personal Representative
for the Estate of Gregory M. Hirsch
103 North Main Street
Hinesville, GA 31313-3215

Matel Simcha
c/o Avigdor Slatus
233 Groveland Circle
Savannah GA 31405-5601

Mattel Rabhan
303 Johnston Street
Savannah GA 31405-5608

| | | |
|---|---|---|
| Matthew Young<br>7370 Hodgson Memorial Drive<br>Savannah GA 31406-2536 | Matti Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 | Jeremy S. McKenzie<br>McKenzie Law Firm, LLC<br>21 W. Park Avenue<br>Savannah, GA 31401-6440 |
| Michael Kooden<br>P.O. Box 2388<br>Tybee Island GA 31328-2388 | Michael M. Dobbs IRA<br>260 Wiley Bottom Road<br>Savannah, GA 31411-1537 | Michelle Jacobowitz<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 |
| Mike Barr<br>Lowcountry Accounting, LLC<br>4 Crossing Drive<br>Richmond Hill GA 31324-3942 | Matthew E. Mills<br>Office of The U S Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Miriam Kreisel<br>218 Groveland Circle<br>Savannah GA 31405-5602 |
| Mordecai Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Moshe Rabhan<br>308 McLaws Street<br>Savannah GA 31405-5621 | Moshe Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| Murray Klugman<br>P.O. Box 1596<br>Tybee Island GA 31328-1596 | Neal Markowitz<br>16 Bartow Point Drive<br>Savannah GA 31404-1119 | Nicole Chu<br>7640 Abercorn Street<br>Savannah GA 31406-2464 |
| Norman Dolgoff<br>c/o Marcey Dolgoff Alter<br>339 Oxford Drive<br>Savannah GA 31405-5466 | Thomas B. Norton<br>Stone & Baxter<br>577 Third Street<br>Macon, GA 31201-8256 | Timothy Michael O'Brien<br>Levin, Papantonio, Thomas, Mitchell,<br>Rafferty & Proctor, P.A.<br>316 South Baylen Street<br>Ste. 600<br>Pensacola, FL 32502-5996 |
| Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | Jason L. Pettie<br>Taylor English Duma<br>1600 Parkwood Circle SE<br>Suite 200<br>Atlanta, GA 30339-2119 | Philip Rosenbaum Exempt Trust<br>Mark S. Horoupian<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2519 |
| Margaret S. Puccini<br>Bouhan Falligant LLP<br>P O Box 2139<br>Savannah, GA 31402-2139 | RBB Jacob R.D.F<br>233 Groveland Circle<br>Savannah, GA 31405-5601 | RBB Jacob R.D.F.<br>223 Groveland Circle<br>Savannah GA 31405-5601 |
| Rabbi Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Rabbi Avigdor Slatus<br>5444 Abercorn Street<br>Savannah GA 31405-6902 | Rabbi's Discretionary Fund (RDF)<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405-5601 |
| Randolph Chu<br>7640 Abercorn Street<br>Savannah GA 31406-2464 | Randy Chu<br>7640 Abercorn Street<br>Savannah GA 31406-2464 | Randy Chu SEP IRA<br>7640 Abercorn Street<br>Savannah GA 31406-2464 |

| | | |
|---|---|---|
| Redfish, LLC<br>306 Jackson Woods Blvd.<br>Savannah GA 31405-5913 | Renie Halperin<br>4701 Riverview Road NW<br>Atlanta GA 30327-4231 | John K. Rezac<br>Taylor English Duma LLP<br>1600 Parkwood Cir, Ste 200<br>Atlanta, GA 30339-2119 |
| William Wilson Riddle Jr.<br>6405 Ladbrook Ct.<br>Plano, TX 75024-7460 | William Wilson Riddle Jr.<br>64575 Palisade Dr., Apt. 16108<br>Bozeman, MT 59718 | Rita Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| River Street Liquor, LLC<br>425 E. River Street<br>Savannah GA 31401-1222 | Robert Lovitz<br>Henry F. Sewell, Jr., Esq.<br>2964 Peachtree Road NW, Suite 555<br>Atlanta, GA 30305-4909 | Robert M. Segall<br>405 Jackson Woods Blvd.<br>Savannah GA 31405-5954 |
| Robin DeAnne Riddle Robertson<br>3791 Broadmoor Way<br>Frisco, TX 75033-2850 | Robl Law Group, LLC<br>3754 Lavista Road<br>Suite 250<br>Tucker, GA 30084-5623 | Rochelle Javetz<br>2 Perriwinkle Lane<br>Savannah GA 31411-1329 |
| Natalie Rowland<br>Taylor English Duma<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, GA 30339-2119 | Sabrina Rabhan<br>308 McLaws Street<br>Savannah GA 31405-5621 | Sarah Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| Scott W. Peters<br>1100 Peachtree Street, NE<br>Suite 800<br>Atlanta GA 30309-4516 | Shaya Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | Shlomo Slatus<br>202 Johnston St.<br>Savannah, GA 31405-5607 |
| Shoshana Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Christian J. Steinmetz III<br>Gannam, Gnann & Steinmetz, LLC<br>P O Box 10085<br>Savannah, GA 31412-0285 | Susan S. Brinkley f/k/a Susan S. Young<br>36 St. Augustine Bend<br>Savannah, GA 31404-1123 |
| Susan S. Young IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Teresa Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah GA 31404-4541 | Terry Jones<br>131 Falligant Avenue<br>Savannah GA 31410-1411 |
| Troy & Frances Bouy<br>31 Bartow Point Drive<br>Savannah GA 31404-1120 | Troy Bouy IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>Savannah GA 31405-5922 | Truist Bank, Inc.<br>Attn: Officer or Agent, Kevin J. Patroni<br>214 North Tryon St.<br>Charlotte, NC 28202-2374 |
| Tzvi Rabhan<br>303 Johnston Street<br>Savannah GA 31405-5608 | Tzvi Slatus<br>212 Groveland Circle<br>Savannah GA 31405-5602 | U.S. Securities and Exchange Commission<br>950 East Paces Ferry Road, N.E., Suite 9<br>Attn: William M. Uptegrove<br>Atlanta, GA 30326-1180 |

| | | |
|---|---|---|
| (p)U S  ATTORNEY'S OFFICE<br>P O BOX 8970<br>SAVANNAH GA 31412-8970 | Vanessa Jones<br>4607 Habersham Street<br>Savannah GA 31405-4212 | Vanessa Jones<br>5 Judson Ct.<br>Savannah, GA 31410-1060 |
| Victor Belogorska<br>P.O. Box 462<br>Eden, GA 31307-0462 | Victor Belogorska Jr<br>P.O. Box 462<br>Eden, GA 31307-0462 | Virginia Rahn<br>401 Kinzie Avenue<br>Savannah, GA 31404-2447 |
| Jack Wardlaw<br>2702 Whatley Ave.<br>Savannah, GA 31404-4540 | Daniel Weigel<br>Taylor English Duma LLP<br>1600 Parkwood Circle SE, Suite 200<br>Atlanta, GA 30339-2119 | William Hall, Jr.<br>27 Bartow Point Drive<br>Savannah GA 31404-1120 |
| William J. Hall Jr.<br>8001 US Highway 80 East, Unit 603<br>Savannah, GA 31410-2975 | William M. Uptegrove<br>U.S. Securities and Exchange Commission<br>950 East Paces Ferry Road, N.E., Suite 9<br>Atlanta, GA 30326-1180 | Workermen's Circle Credit Union<br>Attn: Donna A. Smith, Registered Agent<br>527 Stephenson Avenue, Suite 2<br>Savannah, GA 31405-5922 |
| Doroteya N Wozniak<br>James-Bates-Brannan-Groover-LLP<br>2827 Peachtree Rd NE<br>Suite 300<br>Atlanta, GA 30305 | Yaakov Rabhan<br>136 Stratford Place<br>Lakewood NJ 08701-1467 | Yaakov Slatus<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 |
| Yedidah Rabhan<br>220 Groveland Circle<br>Savannah GA 31405-5602 | Yehudis Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah GA 31405-5601 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Estate of Norman Dolgoff<br>c/o Marcey Dolgoff Alter<br>740 Park Manor Drive SE<br>Smyrna GA 30082 | United States Attorney<br>P.O. Box 8970<br>Savannah GA 31412 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Abe Klugman IRA | (u)Marcey Dolgoff Alter<br>Executor of the estate of Norman Dolgoff | (d)Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018-7381 |

| | | |
|---|---|---|
| (d)Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405-5601 | (d)Barbara Aronson<br>15 Sweet Fern Retreat<br>Savannah GA 31411-2949 | (d)Barbara Aronson<br>One Diamond Causeway, Suite 21-308<br>Savannah, GA 31406-7417 |
| (u)John Read Brennan | (d)Brett Bouy<br>31 Bartow Point Drive<br>Savannah GA 31404-1120 | (u)Susan Brinkley |
| (d)Tiffany E. Caron<br>P.O. Box 711<br>West Palm Beach, FL 33402-0711 | (d)Howard M. Ehrenberg<br>Greenspoon Marder LLP<br>1875 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2519 | (u)Lisa Gay |
| (u)Morris Geffen | (u)Marjorie C. Gordon | (u)Harry Yellin IRA<br>c/o Workmen's Circle CU<br>527 Stephenson Ave., Ste. 2<br>GA 31450 |
| (d)Judson C. Hill<br>Gastin & Hill<br>1020 Drayton Street<br>Ste. 201<br>Savannah, GA 31401-6535 | (u)Gregory M Hirsch | (d)Mark S. Horoupian<br>Greenspoon Marder, PA<br>1875 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067-2519 |
| (u)Louise M. Howard | (u)JEJ, LLC | (u)JGJ, LLC |
| (u)Adam Jacobowitz | (u)Marshall Jacobowitz | (u)Michelle Jacobowitz |
| (u)James E. Jones | (u)Terri Jones | (u)Vanessa Jones |
| (u)Dale Kaminsky | (u)Danny Kaminsky | (u)Lisa Kaminsky |
| (u)KapilaMukamal, LLC | (u)Danny Klugman | (u)Doris Klugman |

| | | |
|---|---|---|
| (u)Murray Klugman | (u)Klugman Investments | (u)Alan Lipsitz |

| | | |
|---|---|---|
| (d)Michael Barr<br>4 Crossing Drive,<br>Richmond Hill, GA 31324-3942 | (u)Cathy Royal | (u)Katherine Royal |

| | | |
|---|---|---|
| (u)Avigdor Slatus | (u)Synergy Designer Homes, LLC | (u)Synergy Homes of Georgia, LLC |

| | | |
|---|---|---|
| (d)Victor Belogorska, Jr.<br>P.O. Box 462<br>Eden GA 31307-0462 | (d)Jerry Wardlaw<br>2702 Whatley Ave., Unit B-1<br>Savannah, GA 31404-4541 | (d)Teresa Wardlaw<br>2702 Whatley Avenue, Unit B-1<br>Savannah, GA 31404-4541 |

(u)Louis C. Young

End of Label Matrix
Mailable recipients 226
Bypassed recipients   46
Total                272