# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
  Debtor.

Case No.:   23−40569−EJC

Judge:   Edward J Coleman III

Chapter:   7

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*July 29, 2025, at 01:00 PM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

Motion to Approve Compromise/Settlement with Lewis Mazo [Doc 508], Motion to Approve Compromise/Settlement with Sanjay Patel [Doc. 509], Motion to Approve Compromise/Settlement with Motti Locker and the Eva Locker IRA [Doc. 510] filed May 29, 2025 by Chapter 7 Trustee, Tiffany E. Caron

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **June 2, 2025**

*B−33 [Rev. 11/23]* **CAH**