# Form 1



# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-40569-EJC
**Case Name:** MASTER LENDING GROUP, LLC

**For Period Ending:** 12/31/2025

**Trustee Name:** (300630) Tiffany E. Caron
**Date Filed (f) or Converted (c):** 07/06/2023 (f)
**§ 341(a) Meeting Date:** 08/09/2023
**Claims Bar Date:** 10/10/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | VOID - Cash on hand (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Truist Bank, xxxxxx6810 | 95,100.00 | 92,418.38 | | 92,966.64 | FA |
| 3 | 2701 Bull Street, Savannah GA 31401, Deed to Secure Debt& $300,000 note executed by 2701 Bull Street, LLC in June 2018 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | 10 West Victory Drive, Savannah GA 31405, Deed to Secure Debt& $339,574 note executed by 10 West Victory LLC in June 2018 | Unknown | 0.00 | OA | 0.00 | FA |
| 5 | 423 East River Street, Savannah GA 31401, Deed to Secure Debt and Note - Balance Unknown | Unknown | 0.00 | OA | 0.00 | FA |
| 6* | Unvested, Equitable Interest in Prudential Life Insurance Policy (Judith Hirsch, Beneficiary) (See Footnote) | 5,000,000.00 | 5,000,000.00 | | 0.00 | FA |
| 7 | Asset deleted by Amended Schedules (Doc. No. 162)<br>Findings Prior to Amendment:<br><br>Confirmed from Debtor's bank statements this was paid in full. Breach of promissory note claims against Rison Advisory Group, LP; HCI Missouri Holdings Company, Inc; Idaho Home Care Holdings, Inc.; RTJ Real Estate Development, LTD; RDR Real Estate, LLC; Robin Deanne Riddle Children's Trust March 2009; Robin D. Riddle; William Riddle, Jr. Balance @ $16,000,000 as of June 2013 / present balance unknown., Unpaid debt arising from Revolving Loan Agreement executed June, 2011. Amount Requested: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 8* | Breach of promissory note claims against Synergy Homes of Georgia, LLC; Synergy Homes of South Carolina, LLC & Affiliates; J. Read Brennan. Amount Requested: $0.00 (See Footnote) | Unknown | 5,000,000.00 | | 790,744.97 | 2,709,255.03 |
| 9* | Cash Value Life Insurance - NW Mutual John Brannen (u) (See Footnote) | 41,783.51 | 41,783.51 | | 0.00 | FA |
| 10 | Dean Flake Restitution Payments (u) | 650,000.00 | 650,000.00 | | 5,400.00 | 644,600.00 |
| 11* | Claim Against Probate Estate of Gregory Hirsch (u)<br>3/5/25 - Call with James Banter...unlikely there will be a distribution on this claim unless there is a significant positive valuation for GH ownership of H&T. Bob Brennan indicates no value for H&T interest. This claim may have no value. (See Footnote) | 42,573,714.89 | 42,573,714.89 | | 0.00 | 10,234,001.81 |

# Form 1



# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 23-40569-EJC
**Case Name:** MASTER LENDING GROUP, LLC

**For Period Ending:** 12/31/2025

**Trustee Name:** (300630) Tiffany E. Caron
**Date Filed (f) or Converted (c):** 07/06/2023 (f)
**§ 341(a) Meeting Date:** 08/09/2023
**Claims Bar Date:** 10/10/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12* | Claim Against Judith Hirsch (u)<br>Order Granting Motion to Approve Compromise/Settlement Doc No 280 entered on 8/12/24 Amendment to Order entered on 12/5/24 at Doc No. 287<br>Funds on hand in Court Registry through 12/6/24: $5,267,706.84...balance due from Judith Hirsch: $3,732,293.16 (See Footnote) | 5,000,000.00 | 5,000,000.00 | | 9,023,002.47 | FA |
| 13* | Refund of Retainer Payment from Gastin & Hill (u) (See Footnote) | 22,658.00 | 22,658.00 | | 0.00 | FA |
| 14* | Fraudulent Transfer Claim Against Sanjay Patel (u) (See Footnote) | 27,848.15 | 27,848.15 | | 27,848.15 | FA |
| 15* | Fraudulent Transfer Claim Against Lewis Mazo (u) (See Footnote) | 228,765.30 | 228,765.30 | | 228,765.30 | FA |
| 16* | Fraudulent Transfer Claim Against Motti Locker (u) (See Footnote) | 100,000.00 | 100,000.00 | | 76,000.00 | 24,000.00 |
| 17 | Promissory Note Balance owed by Franklin Square Real Estate, LLC (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | Promissory Note Balance owed by Abercorn Street Parking, LLC (u) | Unknown | 0.00 | OA | 0.00 | FA |
| 19 | Promissory Note Balance owed by 230 West Broughton, LLC (u) | Unknown | 0.00 | OA | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 246,666.08 | Unknown |
| **20** | **Assets** **Totals** (Excluding unknown values) | **$53,739,869.85** | **$58,737,188.23** | | **$10,491,393.61** | **$13,611,856.84** |

RE PROP# 1 Void Asset - Debtor filed Amended Schedules to Remove Asset

RE PROP# 6 Duplicative - This is included in the Claim Against Judith Hirsch at Asset #12

RE PROP# 8 Order Granting Motion to Compromise Entered on 3/11/24 at Doc No. 235

RE PROP# 9 This was collected as part of the Breach of promissory note claims against Synergy in Asset #8

RE PROP# 11 Claim filed in Probate Case, Mailed on 12/11/23
Order on Motion to Compromise entered on 7/6/26 at Doc No 601

RE PROP# 12 Settlement to be submitted for Court Approval of Pruco Adversary and Transfer Claims to Judith Hirsch

Settlement Payment to Increase to $9 million to obtain all creditor releases. Doc No. 287 Amendment to Order on Motion to Approve Compromise Filed on 12/5/2024

Filed Report of Settlement on 12/12/24 at Doc No. 290

RE PROP# 13 Order for Turnover of Retainer Funds entered on 1/6/26 at Doc No. 602

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 23-40569-EJC

**Case Name:** MASTER LENDING GROUP, LLC

**Trustee Name:** (300630) Tiffany E. Caron

**Date Filed (f) or Converted (c):** 07/06/2023 (f)

**§ 341(a) Meeting Date:** 08/09/2023

**For Period Ending:** 12/31/2025

**Claims Bar Date:** 10/10/2023

| | |
|---|---|
| RE PROP# 14 | See Order Approving Compromise at Doc No. 568 |
| RE PROP# 15 | See Order and Amended Order Approving Compromise at Doc Nos. 567 & 582 |
| RE PROP# 16 | See Order Approving Compromise at Doc No. 569 |

**Major Activities Affecting Case Closing:**

Meeting of Creditors Held on 8/15/23. Trustee is investigating various assets including interests in insurance policies, notes receivable, unpaid loans, and transfers. Special Counsel and forensic accountant hired to assist in investigation. 8/17/23
Investigating Assets and working on discovery including collecting bank statements for all accounts with transfers tracing funds from debtor bank account and access to emails and company computer. 11/16/23
Submitted Synergy Settlement for Court Approval 1/12/24 Synergy Settlement Approved 3/11/24
Mediation with Judith Hirsch over 2 days - Trustee will file a Motion to Approve Mediated Settlement for hearing in July 5/23/24
Hearing on Motion to Approve Settlement scheduled for July 30th. 7/17/24
Working on settlement with Judith Hirsch. 9/15/24
Settlement with Judith Hirsch consummated. Working on reviewing other assets and claim objections. 12/10/24
Working on reviewing claims and collecting remaining assets. 3/19/25
Filed 3 motions to compromise remaining claims. Working on claims review and 2004 examinations. 5/29/25
Working 2004 Examinations of investors. 9/1/25
Resolving Claims and working on collecting remaining assets. Resolving claim of probate estate. 12/15/25

**Initial Projected Date Of Final Report (TFR):** 07/09/2025

**Current Projected Date Of Final Report (TFR):** 06/30/2027

02/20/2026
Date

/s/Tiffany E. Caron
Tiffany E. Caron

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 23-40569-EJC
**Case Name:** MASTER LENDING GROUP, LLC
**Taxpayer ID #:** **-***7148
**For Period Ending:** 12/31/2025

**Trustee Name:** Tiffany E. Caron (300630)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******3981 Money Market Account
**Blanket Bond (per case limit):** $10,750,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/23 | {2} | Master Lending Group, LLC | Checking Account Balance | 1129-000 | 92,300.00 | | 92,300.00 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.17 | 92,240.83 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 162.62 | 92,078.21 |
| 09/15/23 | {2} | Truist Bank | Refund from Truist Bank for Balance of Bank Account | 1129-000 | 666.64 | | 92,744.85 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 143.15 | 92,601.70 |
| 10/27/23 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 92,801.70 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 158.35 | 92,643.35 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.48 | 92,494.87 |
| 12/08/23 | {10} | US Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 92,694.87 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 143.49 | 92,551.38 |
| 01/14/24 | {10} | United States Treasury | Dean Flak Restitution Payment | 1221-000 | 200.00 | | 92,751.38 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 162.92 | 92,588.46 |
| 02/09/24 | {10} | United States Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 92,788.46 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 143.26 | 92,645.20 |
| 03/04/24 | {10} | United States Treasury | Dean Flake Restiution | 1221-000 | 200.00 | | 92,845.20 |
| 03/25/24 | {10} | United States Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 93,045.20 |
| 03/26/24 | {8} | Master Lending Group, LLC | Order Granting Motion to Compromise Entered on 3/11/24 at Doc No. 235 | 1129-000 | 50,000.00 | | 143,045.20 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.42 | 142,893.78 |
| 04/03/24 | {8} | Northwestern Mutual | Synergy Settlement Order entered on 3/11/24 at Doc No. 235 | 1129-000 | 40,744.97 | | 183,638.75 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 302.23 | 183,336.52 |
| 05/01/24 | {10} | United States Treasury | Dean Flake Restitution Payments | 1221-000 | 200.00 | | 183,536.52 |
| 05/31/24 | {8} | Tiffany E. Caron, Chapter 7 Trustee | Order Approving Settlement entered on 3/11/24 at Doc No. 235 | 1129-000 | 200,000.00 | | 383,536.52 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 303.11 | 383,233.41 |
| 06/03/24 | {10} | United States Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 383,433.41 |
| 06/03/24 | 100 | Hays Financial Consulting, LLC | Order approving payment of expenses entered on 6/3/24 at Doc No. 267 | 3992-000 | | 11,567.24 | 371,866.17 |
| 06/03/24 | 101 | Tiffany E. Caron | Order approving payment of expenses entered on 6/3/24 at Doc No. 267 | 2200-000 | | 4,602.01 | 367,264.16 |
| | | | | **Page Subtotals:** | **$385,311.61** | **$18,047.45** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 23-40569-EJC
**Case Name:** MASTER LENDING GROUP, LLC
**Taxpayer ID #:** **-***7148
**For Period Ending:** 12/31/2025

**Trustee Name:** Tiffany E. Caron (300630)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******3981 Money Market Account
**Blanket Bond (per case limit):** $10,750,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/03/24 | 102 | Tiffany E. Caron | Order approving payment of expenses entered on 6/3/24 at Doc No. 267 | 3120-000 | | 4,035.88 | 363,228.28 |
| 06/03/24 | 103 | Gulfstream Legal Group | Order approving payment of expenses entered on 6/3/24 at Doc No. 267<br>Stopped on 07/05/2024 | 2990-005 | | 1,414.93 | 361,813.35 |
| 06/27/24 | 104 | Gulfstream Legal Group | Order approving Payment of Expenses entered on 6/3/24 at doc no 267 | 2990-000 | | 1,946.18 | 359,867.17 |
| 06/27/24 | 105 | International Sureties, Ltd | Payment of Trustee Bond - Case Specific | 2300-000 | | 55.88 | 359,811.29 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 551.06 | 359,260.23 |
| 07/03/24 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 359,460.23 |
| 07/05/24 | 103 | Gulfstream Legal Group | Order approving payment of expenses entered on 6/3/24 at Doc No. 267<br>Stopped: check issued on 06/03/2024 | 2990-005 | | -1,414.93 | 360,875.16 |
| 07/08/24 | 106 | Gulfstream Legal Group | Reissue of Check Order approving payment of expenses entered on 6/3/24 at Doc No. 267 | 2990-000 | | 1,414.93 | 359,460.23 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 633.80 | 358,826.43 |
| 08/08/24 | {10} | United States Treasury | Restitution Payment from Dean Flake | 1221-000 | 200.00 | | 359,026.43 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 573.76 | 358,452.67 |
| 09/13/24 | {10} | United States Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 358,652.67 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 553.99 | 358,098.68 |
| 10/30/24 | {10} | United States Treasury | Restitution Payment from Dean Flake | 1221-000 | 200.00 | | 358,298.68 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 629.67 | 357,669.01 |
| 11/12/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -1,183.66 | 358,852.67 |
| 12/10/24 | {12} | Judith HIrsch c/o Jones and Walden LLC | Partial Payment of Settlement Amount from Doc Nos. 280/287 | 1249-000 | 3,732,293.16 | | 4,091,145.83 |
| 12/27/24 | {8} | Synergy Homes of Georgia/Read Brennan c/o Schreeder, Wheeler and Flint LLP | December 31, 2024 installment of Settlement Order at Doc No. 235 entered on 3/11/24 | 1129-000 | 500,000.00 | | 4,591,145.83 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 3,915.98 | 4,587,229.85 |
| 01/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 10,713.56 | | 4,597,943.41 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,796.06 | 4,592,147.35 |
| 02/11/25 | {12} | Judith Hirsch c/o Bankruptcy Court Registry | Order Approving Settlement Entered on 8/12/24 at Doc #280 and amended on 12/5/24 at Doc #287 | 1249-000 | 5,302,392.56 | | 9,894,539.91 |

**Page Subtotals:** **$9,546,199.28** **$18,923.53**

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 23-40569-EJC
**Case Name:** MASTER LENDING GROUP, LLC
**Taxpayer ID #:** **-***7148
**For Period Ending:** 12/31/2025

**Trustee Name:** Tiffany E. Caron (300630)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******3981 Money Market Account
**Blanket Bond (per case limit):** $10,750,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/25 | 107 | Judith Hirsch | Refund of Overpayment of Settlement Amount - See Order at Doc #60 in AP 23-4021 entered on 1/27/25 | 1249-000 | -11,683.25 | | 9,882,856.66 |
| 02/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 16,870.14 | | 9,899,726.80 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,235.61 | 9,894,491.19 |
| 03/07/25 | {10} | United States Treasury | Dean Flake Restitution Payment for 5 months | 1221-000 | 1,000.00 | | 9,895,491.19 |
| 03/18/25 | 108 | International Sureties, LTD | Order Allowing Payment of Admin Expense entered on 3/18/25 at Doc No. 393 | 2300-000 | | 7,858.12 | 9,887,633.07 |
| 03/18/25 | 109 | Tiffany E. Caron | Order Approving Payment of Admin Expenses Entered on 3/18/25 at Doc No 393 | 2200-000 | | 2,510.83 | 9,885,122.24 |
| 03/18/25 | 110 | Tiffany E. Caron | Order Approving Payment of Admin Expenses Entered on 3/18/25 at Doc No 393 | 3120-000 | | 30.89 | 9,885,091.35 |
| 03/28/25 | {10} | United States Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 9,885,291.35 |
| 03/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 23,104.64 | | 9,908,395.99 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,422.60 | 9,902,973.39 |
| 04/30/25 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 9,903,173.39 |
| 04/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 22,383.00 | | 9,925,556.39 |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,983.56 | 9,919,572.83 |
| 05/19/25 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 9,919,772.83 |
| 05/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 22,420.71 | | 9,942,193.54 |
| 05/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,609.58 | 9,936,583.96 |
| 06/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 23,207.64 | | 9,959,791.60 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,422.60 | 9,954,369.00 |
| 07/30/25 | {10} | United States Treasury | Dean Flake Restitution Payments | 1221-000 | 400.00 | | 9,954,769.00 |
| 07/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 23,249.18 | | 9,978,018.18 |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6,170.54 | 9,971,847.64 |
| 08/04/25 | 111 | Hays Financial Consulting | Order Approving Fees Entered on 8/4/25 at Doc No. 570 | 3410-000 | | 207,060.00 | 9,764,787.64 |
| 08/04/25 | 112 | Hays Financial Consulting | Order approving expenses entered on 8/4/25 at Doc No. 570 | 3992-000 | | 3,437.14 | 9,761,350.50 |
| 08/04/25 | 113 | Tiffany E. Caron | Order allowing payment entered on 8/4/25 at Doc No. 571 | 2200-000 | | 26.20 | 9,761,324.30 |
| 08/04/25 | 114 | Tiffany E. Caron | Order allowing payment entered on 8/4/25 at Doc No. 571 | 3120-000 | | 9,018.85 | 9,752,305.45 |

**Page Subtotals:** **$121,552.06** **$263,786.52**

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 23-40569-EJC
**Case Name:** MASTER LENDING GROUP, LLC
**Taxpayer ID #:** **-***7148
**For Period Ending:** 12/31/2025

**Trustee Name:** Tiffany E. Caron (300630)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******3981 Money Market Account
**Blanket Bond (per case limit):** $10,750,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/05/25 | {14} | Sanjay Patel | WIRE FROM SANJAY K PATEL - See Order approving compromise at Doc No. 568 on 8/4/25 | 1241-000 | 27,848.15 | | 9,780,153.60 |
| 08/20/25 | {15} | Lewis Mazo | Order approving Compromise entered at Doc No. 567 & 582 | 1241-000 | 228,765.30 | | 10,008,918.90 |
| 08/27/25 | {10} | United States Treasury | Dean Flake Restitution Payment | 1221-000 | 200.00 | | 10,009,118.90 |
| 08/29/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 21,630.45 | | 10,030,749.35 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,422.60 | 10,025,326.75 |
| 09/02/25 | {16} | Motti Locker | Order approving compromise entered on 8/4/25 at Doc No. 569 | 1241-000 | 70,000.00 | | 10,095,326.75 |
| 09/26/25 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 10,095,526.75 |
| 09/30/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 23,659.45 | | 10,119,186.20 |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,983.56 | 10,113,202.64 |
| 10/03/25 | {16} | Motti Locker | Order approving compromise entered on 8/4/25 at Doc No. 569 | 1241-000 | 2,000.00 | | 10,115,202.64 |
| 10/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 21,837.11 | | 10,137,039.75 |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,796.57 | 10,131,243.18 |
| 11/04/25 | {16} | Motti Locker | Order approving compromise entered on 8/4/25 at doc no. 569 | 1241-000 | 2,000.00 | | 10,133,243.18 |
| 11/28/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 17,878.23 | | 10,151,121.41 |
| 11/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5,048.63 | 10,146,072.78 |
| 12/04/25 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 400.00 | | 10,146,472.78 |
| 12/04/25 | {16} | Motti Locker | Order approving compromise entered on 8/4/25 at doc no. 569 | 1241-000 | 2,000.00 | | 10,148,472.78 |
| 12/30/25 | {10} | United States Treasury | Dean Flake Restitution | 1221-000 | 200.00 | | 10,148,672.78 |
| 12/31/25 | Int | Metropolitan Commercial Bank | Interest Posting | 1270-000 | 19,711.97 | | 10,168,384.75 |
| 12/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6,357.53 | 10,162,027.22 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **10,491,393.61** | **329,366.39** | **$10,162,027.22** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **10,491,393.61** | **329,366.39** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,491,393.61** | **$329,366.39** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-40569-EJC | **Trustee Name:** | Tiffany E. Caron (300630) |
| **Case Name:** | MASTER LENDING GROUP, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7148 | **Account #:** | ******3981 Money Market Account |
| **For Period Ending:** | 12/31/2025 | **Blanket Bond (per case limit):** | $10,750,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $10,491,393.61 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $10,491,393.61 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3981 Money Market Account | $10,491,393.61 | $329,366.39 | $10,162,027.22 |
| | **$10,491,393.61** | **$329,366.39** | **$10,162,027.22** |