UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

COMES NOW, Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") in the bankruptcy case (the "**Case**") of Master Lending Group, LLC ("**Debtor**"), and respectfully represents as follows:

1.

Applicant is the duly qualified and acting Trustee herein. To administer the Case in a proper, efficient, and economical manner, Applicant requires the services of special counsel, and she wishes Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran of the law firm of Hunter, Maclean, Exley & Dunn, P.C. ("**HMED**" or "**Special Counsel**"), to be appointed to act as her special counsel in the Case for a limited purpose.

2.

Partners and associates of HMED are admitted to practice in this Court, have knowledge and experience in bankruptcy practice and are well qualified to represent the Trustee in this matter. Attached as Exhibit "A" are the Bankruptcy Rule 2014 Verification(s) of Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran.

3.

The current hourly billing rates of the attorneys and paralegals who may render services in

the Case are as follows:

| | | | |
|---|---|---|---|
| 1. | Francesca Macchiaverna | $610.00 | (Attorney) |
| 2. | Robert Hurst | $310.00 | (Attorney) |
| 3. | Luckshume Ketheeswaran | $310.00 | (Attorney) |
| 2. | Paralegals | $175-$280 | |

It is anticipated Francesca Macchiaverna will primarily be working on this case. Depending on the need for particular experience or the exigencies of the Case, other attorneys at HMED may also provide services. The above rates may be increased during the term of the proposed employment or if so awarded by the Court.

4.

Professional services for which Special Counsel for the Trustee are necessary in this Case relate specifically to the collection of the following asset: court approved settlement with Synergy Homes of Georgia, LLC (hereinafter "SHG"), Synergy Designer Homes, Inc. (hereinafter "SDH") and John Read Brennan (hereinafter "Brennan") (hereinafter, collectively, "Synergy") pursuant to the Order Approving Compromise entered by this Court on March 11, 2024 at Doc No. 235 for the benefit of the bankruptcy estate of the Debtor (the "**Estate**"). Special Counsel will assist Trustee by taking legal action to enforce the Settlement Agreement, including collection of the outstanding balance due to the Estate of approximately $2.7 Million.

5.

To the best of Applicant's knowledge, HMED's acting as Special Counsel in the Case will be in the best interest of the Estate, because Special Counsel has extensive expertise in collections and bankruptcy, the matters likely to arise in this Case and will not have the same learning curve as other counsel. Special Counsel also will be able to provide guidance to the Trustee that might

otherwise not be available from less experienced counsel.

6.

To the best of Applicant's knowledge, HMED's acting as Special Counsel in the Case will be in the best interest of the Estate, Debtor, Debtor's creditors, and other parties in interest. Except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verifications of Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran (the "Verifications"), HMED does not hold or represent an interest adverse to the Estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a). However, if Special Counsel becomes aware of any adverse interest in the future, Special Counsel will amend the Verification accordingly.

7.

In order to expedite the marshaling of the Estate's assets, HMED has heretofore performed certain professional services for the Estate or plans to perform such services, which may be rendered prior to the signing of any order upon this Application.

8.

Applicant proposes that Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran of the firm of Hunter, Maclean, Exley & Dunn, P.C. be compensated for services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

WHEREFORE, Applicant prays that Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran be authorized to act as Applicant's Special Counsel in the Case.

This 25th day of March, 2026.

RESPECTFULLY SUBMITTED,

By: _/s/ Tiffany E. Caron_

Tiffany E. Caron
State Bar No. 745089
Chapter 7 Trustee

215 Pilgrim Rd.
West Palm Beach, FL 33405
Ph: (404) 647-4917
Email: tiffany.caron@hotmail.com

**EXHIBIT "A"**

**RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS**

The undersigned hereby declares under penalty of perjury:

1. I am a partner with the law firm of Hunter Macelan, with offices at 200 E Saint Julian Street # 100, Savannah, GA 31401 (the "**Firm**").

2. I have been asked to act as special counsel for Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Master Lending Group, LLC ("**Debtor**"). To the best of my knowledge, and after an initial review, I have no professional, business, or other connection with the aforementioned Debtor, Debtor's creditors, or any party in interest in this case, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than possible professional or social relationships. I will continue to review this matter for conflicts and amend this verification accordingly as needed. Thus, it appears I represent no interest which would be adverse to the estate of Debtor in connection with the matters upon which I am to be engaged.

3. I will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing based on the hourly rates set forth in the subject Application for Appointment as Special Counsel, which may be increased from time to time in the normal course of business.

Dated this 25th th day of March, 2026.

By: Francesca Macchiaverna
Francesca Macchiaverna
State Bar No. 462924

SWORN TO AND SUBSCRIBED before me this 25 th day of March, 2026.

Bailey Peacock
Notary Public
My commission expires: July 31, 2028

BAILEY PEACOCK
My Commission Expires
NOTARY
PUBLIC
July 31, 2028
BACON COUNTY, GEORGIA

## EXHIBIT "A"

## RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1. I am an associate with the law firm of Hunter Macelan, with offices at 200 E Saint Julian Street # 100, Savannah, GA 31401 (the "**Firm**").

2. I have been asked to act as special counsel for Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Master Lending Group, LLC ("**Debtor**"). To the best of my knowledge, and after an initial review, I have no professional, business, or other connection with the aforementioned Debtor, Debtor's creditors, or any party in interest in this case, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than possible professional or social relationships. I will continue to review this matter for conflicts and amend this verification accordingly as needed. Thus, it appears I represent no interest which would be adverse to the estate of Debtor in connection with the matters upon which I am to be engaged.

3. I will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing based on the hourly rates set forth in the subject Application for Appointment as Special Counsel, which may be increased from time to time in the normal course of business.

Dated this 25 th day of March, 2026.

By: [signature]
Robert Hurst
State Bar No. 919180

SWORN TO AND SUBSCRIBED before
me this 25 th day of March, 2026.

Bailey Peacock
Notary Public
My commission expires: July 31, 2028

BAILEY PEACOCK
My Commission Expires
NOTARY PUBLIC
July 31, 2028
BACON COUNTY, GEORGIA

**EXHIBIT "A"**

**RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS**

The undersigned hereby declares under penalty of perjury:

1. I am an associate with the law firm of Hunter Macelan, with offices at 200 E Saint Julian Street # 100, Savannah, GA 31401 (the "**Firm**").

2. I have been asked to act as special counsel for Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Master Lending Group, LLC ("**Debtor**"). To the best of my knowledge, and after an initial review, I have no professional, business, or other connection with the aforementioned Debtor, Debtor's creditors, or any party in interest in this case, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than possible professional or social relationships. I will continue to review this matter for conflicts and amend this verification accordingly as needed. Thus, it appears I represent no interest which would be adverse to the estate of Debtor in connection with the matters upon which I am to be engaged.

3. I will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing based on the hourly rates set forth in the subject Application for Appointment as Special Counsel, which may be increased from time to time in the normal course of business.

Dated this 25 th day of March, 2026.

By: [signature]
Luckshume Ketheeswaran
State Bar No.981388

SWORN TO AND SUBSCRIBED before me this 25 th day of March, 2026.

Bailey Peacock
Notary Public
My commission expires: July 31, 2028

BAILEY PEACOCK
My Commission Expires
NOTARY PUBLIC
July 31, 2028
BACON COUNTY, GEORGIA

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Trustee's Application for Appointment of Special Counsel* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
33 Bull Street
Suite 400
Savannah, GA 31401

Master Lending Group, LLC
308 Megan Court
Savannah, GA 31405

And

All creditors and parties in interest receiving electronic notice through the Court's CM/ECF Filing System.

This 25th day of March, 2026.

*/s/ Tiffany E. Caron*
Tiffany E. Caron