**IT IS ORDERED as set forth below:**

**Date: April 2, 2026**

Edward J. Coleman, III
United States Bankruptcy Court Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
Debtor.

Case No.: 23−40569−EJC
Judge: Edward J Coleman III
Chapter: 7

## ***ORDER APPOINTING SPECIAL COUNSEL***

The Application of Trustee for appointment of ***Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran*** as Special Counsel for the Trustee having been considered and it appearing to the Court that the employment of ***Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran*** is necessary and beneficial to this estate,

It further appearing that the Special Counsel have no adverse interest to those of this estate, and that the employment is proper,

IT IS THEREFORE ORDERED that Trustee is authorized to employ the services of ***Francesca Macchiaverna, Robert Hurst, and Luckshume Ketheeswaran*** as Special Counsel for the Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Special Counsel will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

***[END OF DOCUMENT]***

*B−04e [05−24]*