**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| Master Lending Group, LLC, | ) | |
| | ) | CHAPTER 7 CASE NO.: 23-40569-EJC |
| | ) | |

**<u>APPLICATION FOR INTERIM STATUTORY COMPENSATION OF TRUSTEE</u>**

TO: THE HONORABLE EDWARD J. COLEMAN III, UNITED STATES BANKRUPTCY JUDGE

**COMES NOW** TIFFANY E. CARON, TRUSTEE, trustee in the captioned case, ("Applicant"), and requests statutory compensation in the amount of $193,357.74, and reimbursement for expenses incurred in the amount of $1,919.28.

In support of such request, Applicant shows that:

(a) Trustee commission is calculated by statute; the maximum compensation allowable pursuant to 11 USC §326 on funds collected as of April 8, 2026 would be $341,227.16.

(b) the Interim Distribution to creditors as proposed will pay, at this time, 50% of each timely filed allowed general unsecured claim.

(c) Interim trustee compensation has been calculated only on the amount of funds previously disbursed plus the amount of funds proposed to be disbursed in the Trustee's Interim Distribution, calculated as follows:

| ***Interim Trustee Compensation Calculation*** | |
|---|---|
| Total Disbursements through 4/8/26: | $ 357,979.74 |
| 25% of First $5,000: | $ 1,250.00 |
| 10% of Next $45,000: | $ 4,500.00 |
| 5% of Next $950,000: | $ 15,099.81 |
| **100% of Trustee Commission Due on Funds Previously Disbursed:** | **$ 20,849.81** |
| | |
| Proposed Interim Distribution (Admin & Unsecured): | $ 5,312,278.28 |
| Remaining 5% of Next $950,000: | $ 32,400.19 |
| 3% of Balance | $ 140,107.74 |
| **Total Commission on Interim Distribution:** | **$ 172,507.93** |
| | |
| Total Interim Allowable Commission ($20,849.81 + $172,507.93): | $ 193,357.74 |
| **Proposed Interim Payment on Commission:** | **$ 193,357.74** |

**WHEREFORE,** TIFFANY E. CARON, TRUSTEE, prays that she be allowed interim statutory compensation in the amount of $193,357.74, in addition to reimbursement for expenses in the amount of $1,919.28, and such other and further relief as is just and proper.

Dated this 8th day of April, 2026.

/s/ Tiffany E. Caron
TIFFANY E. CARON,
TRUSTEE/APPLICANT

Prepared By:
Tiffany E. Caron
GA Bar No. 745089
215 Pilgrim Rd
West Palm Beach, FL 33405
(404) 647-4917

Printed: 03/31/2026 1.02 PM Page: 1

# Expense Worksheet

**Period: 02/02/2026 - 03/31/2026**

**Trustee: Tiffany E. Caron**

| | | | |
|---|---|---|---|
| **Case Number:** | 23-40569-EJC | **Case Name:** | MASTER LENDING GROUP, LLC |
| **Case Type:** | Asset | **Judge:** | Edward J. Coleman III |
| **Petition Date:** | 07/06/2023 | **341a Meeting:** | 08/15/2023 2.00 PM |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/31/2026 | Copies of Interim Distribution for Mailout | 1.0 | $ 1,371.450000 | $1,371.45 |
| 02/20/2026 | Copy of Bond Invoice and order approving payment of expenses | 3.0 | $ 0.250000 | $0.75 |
| | **Total for category COPY** | **4.0** | | **$1,372.20** |

**Category:** DIST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/31/2026 | Postage and Envelopes for Mailout of Interim Distribution | 57.0 | $ 1.080000 | $61.56 |
| | **Total for category DIST** | **57.0** | | **$61.56** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/31/2026 | Postage for Mailout of Interim Distribution | 1.0 | $ 483.910000 | $483.91 |
| 02/20/2026 | Mailing Bond Payment to International Sureties | 1.0 | $ 0.830000 | $0.83 |
| 02/02/2026 | Mail 1099 to Hays Financial | 1.0 | $ 0.780000 | $0.78 |
| | **Total for category POST** | **3.0** | | **$485.52** |

**Total for case 23-40569-EJC: $1,919.28**

**Grand Total: $1,919.28**