UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL**

COMES NOW, Tiffany E. Caron, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") in the bankruptcy case (the "**Case**") of Master Lending Group, LLC ("**Debtor**"), and respectfully moves this Honorable Court for an Order which permits the Trustee to substitute Neil Gordon of Gordon and Pettie, LLC, 1600 Parkwood Circle SE, Suite 500, Atlanta, Georgia 30339, ngordon@gordonpettie.com as Special Counsel in place of Neil Gordon of Taylor English Duma LLP, Special Counsel for the Trustee (Order Employing Special Counsel entered on August 15, 2023 at Doc No. 93). The law firm of Taylor English Duma LLP no longer exists. Neil Gordon had formed his own firm, Gordon and Pettie, LLC and intends to continue as Special Counsel in this case to represent the Trustee.

WHEREFORE, Applicant prays that Neil Gordon of Gordon and Pettie, LLC be authorized to continue to act as Applicant's Special Counsel in this case through his newly formed law firm.

This 17th day of April, 2026.

RESPECTFULLY SUBMITTED,

By: */s/ Tiffany E. Caron*
Tiffany E. Caron
State Bar No. 745089
Chapter 7 Trustee

215 Pilgrim Rd.
West Palm Beach, FL 33405
Ph: (404) 647-4917
Email: tiffany.caron@hotmail.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Motion for Order Permitting Substitution of Counsel* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
33 Bull Street
Suite 400
Savannah, GA 31401

Master Lending Group, LLC
308 Megan Court
Savannah, GA 31405

And

All creditors and parties in interest receiving electronic notice through the Court's CM/ECF Filing System.

This 17th day of April, 2026.

*/s/ Tiffany E. Caron*
Tiffany E. Caron