UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER**

The matter arose on the Motion of Tiffany E. Caron, in her capacity as Chapter 7 Trustee ("**Trustee**") in the above-captioned bankruptcy case (the "**Case**") for the bankruptcy estate of Master Lending Group, LLC (the "**Estate**"). Trustee filed a Motion (the "**Motion**") for Order Permitting Substitution of Counsel for Neil Gordon ("**Special Counsel**") as Special Counsel for Trustee. The Motion request permission for the Trustee to substitute Neil Gordon of Gordon and Pettie, LLC, 1600 Parkwood Circle SE, Suite 500, Atlanta, Georgia 30339 as Special Counsel in place of Neil Gordon of Taylor English Duma LLP, Special Counsel for the Trustee. Accordingly, and after consideration of the Motion and the representations of counsel therein, '

IT IS ORDERED that the Motion is GRANTED, and the Clerk of Court shall substitute Neil Gordon of Gordon and Pettie, LLC, 1600 Parkwood Circle SE, Suite 500, Atlanta, Georgia 30339, ngordon@gordonpettie.com as Special Counsel in place of Neil Gordon of Taylor English Duma LLP, Special Counsel for the Trustee.

[END OF DOCUMENT]

Prepare and presented by:

By: */s/ Tiffany E. Caron*
Tiffany E. Caron
State Bar No. 745089
215 Pilgrim Rd.
West Palm Beach, FL 33405
Phone: (404) 647-4917
E-mail: tiffany.caron@hotmail.com