**IT IS ORDERED as set forth below:**

**Date: May 20, 2026**

Edward J. Coleman, III
United States Bankruptcy Court Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-40569-EJC |
| | ) | |
| MASTER LENDING GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR AUTHORITY TO MAKE INTERIM DISTRIBUTION**

This matter arose on the Motion of Tiffany E. Caron, in her capacity as the Chapter 7 Trustee for Master Lending Group, LLC ("**Trustee**"). The Trustee filed a Motion for Authority to Make Interim Distribution (the "**Motion**"), seeking authority to make interim distributions to certain creditors based on the Interim Distribution Analysis attached to the Motion.

The Court having reviewed the Motion and accompanying Exhibits, including the Interim Distribution Analysis, along with the entire record in this bankruptcy case; based on the lack of opposition to the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Trustee is authorized to make the interim distributions to the creditors identified in the Interim Distribution Analysis in the amounts set forth in the Interim Distribution Analysis attached as Exhibit A hereto.

**[END OF DOCUMENT]**

Prepare and presented by:

By: */s/ Tiffany E. Caron*
Tiffany E. Caron
State Bar No. 745089
215 Pilgrim Rd.
West Palm Beach, FL 33405
Phone: (404) 647-4917
E-mail: tiffany.caron@hotmail.com

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 39S | 09/19/23 | 100 | Dr. Morris Geffen<br>5 Breckenridge Lane<br>Savannah, GA 31411<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100: 0% Paid | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/14/23 | 610 | Fred E. Rabhan<br>314 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | 07/14/23 | 610 | H.E.Y. Family Trust<br>c/o Dr. Fred E. Rabhan Co-Trustee<br>314 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | 07/14/23 | 610 | Ester Y. Rabhan IRA Account<br>Workmen's Circle Credit Union as Custodian f/b/o Ester Y. Rabhan IRA<br>527 Stephenson Ave, Ste 1,<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 15,006.99 | $ 15,006.99 | $ 0.00 | $ 15,006.99 | $ 7,503.50 |
| 4 | 07/14/23 | 610 | Argo Partners<br>12 West 37th Street, Ste. 900<br>New York, NY 10018<br><7100-00 General Unsecured - § 726(a)(2)> | $ 236,937.61 | $ 236,937.61 | $ 0.00 | $ 236,937.61 | $ 118,468.81 |
| 5 | 07/16/23 | 610 | Yaakov Rabhan<br>655 NE 180 St<br>North Miami Beach, FL 33162<br><7100-00 General Unsecured - § 726(a)(2)> | $ 13,175.25 | $ 13,175.25 | $ 0.00 | $ 13,175.25 | $ 6,587.63 |
| 6 | 07/20/23 | 610 | Rochelle Javetz<br>2 Perriwinkle Lane<br>Savannah, GA 31411<br><7100-00 General Unsecured - § 726(a)(2)> | $ 18,825.23 | $ 18,825.23 | $ 0.00 | $ 18,825.23 | $ 9,412.62 |
| 7 | 07/20/23 | 610 | Yedidah Rabhan<br>220 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8 | 07/28/23 | 610 | Michael M. Dobbs IRA<br>260 Wiley Bottom Road<br>Savannah, GA 31411<br><7100-00 General Unsecured - § 726(a)(2)> | $ 63,374.88 | $ 63,374.88 | $ 0.00 | $ 63,374.88 | $ 31,687.44 |
| 9 | 08/03/23 | 610 | Michael Barr<br>4 Crossing Drive<br>Richmond Hill, GA 31324<br><7100-00 General Unsecured - § 726(a)(2)> | $ 40,291.66 | $ 40,291.66 | $ 0.00 | $ 40,291.66 | $ 20,145.83 |
| 10 | 08/04/23 | 610 | Eva Locker IRA<br>c/o Workmen's Circle CU<br>209 Kensington Drive<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 50,500.00 | $ 50,500.00 | $ 0.00 | $ 50,500.00 | $ 25,250.00 |
| 11 | 08/07/23 | 610 | Rita Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 373,333.28 | $ 373,333.28 | $ 0.00 | $ 373,333.28 | $ 186,666.64 |
| 12 | 08/07/23 | 610 | Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 397,293.62 | $ 397,293.62 | $ 0.00 | $ 397,293.62 | $ 198,646.81 |
| 13 | 08/07/23 | 610 | Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | 08/07/23 | 610 | Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | 08/07/23 | 610 | Moshe Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | 08/07/23 | 610 | Shaya Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 08/07/23 | 610 | Sarah Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18 | 08/07/23 | 610 | Matel Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,500.34 | $ 1,500.34 | $ 0.00 | $ 1,500.34 | $ 750.17 |
| 19 | 08/07/23 | 610 | Mordecai Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 5,666.84 | $ 5,666.84 | $ 0.00 | $ 5,666.84 | $ 2,833.42 |
| 20 | 08/07/23 | 610 | Yaakov Slatus<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 4,456.09 | $ 4,456.09 | $ 0.00 | $ 4,456.09 | $ 2,228.05 |
| 21 | 08/07/23 | 610 | Avigail Malmacher<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 | 08/07/23 | 610 | Shlomo Slatus<br>202 Johnston St.<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 23 | 08/07/23 | 610 | Rabbi's Discretionary Fund (RDF)<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 18,000.00 | $ 18,000.00 | $ 0.00 | $ 18,000.00 | $ 9,000.00 |
| 24 | 08/07/23 | 610 | Yehudis Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 25 | 08/07/23 | 610 | Baila Simcha<br>c/o Avigdor Slatus<br>233 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 26 | 08/09/23 | 610 | Baldomero R. Luis<br>9295 NE 12th Ave.<br>Miami Shores, FL 33138<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | 08/12/23 | 610 | Michael Kooden<br>P.O. Box 2388<br>Tybee Island, GA 31328<br><7100-00 General Unsecured - § 726(a)(2)> | $ 15,000.00 | $ 15,000.00 | $ 0.00 | $ 15,000.00 | $ 7,500.00 |
| 28 | 08/15/23 | 610 | Chana Rabhan<br>308 McLaws Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 29 | 08/15/23 | 610 | Moshe Rabhan<br>308 McLaws Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 30 | 08/15/23 | 610 | Ephraim Rabhan<br>308 McLaws Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 31 | 08/15/23 | 610 | Ephraim Rabhan<br>308 McLaws Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 32 | 08/15/23 | 610 | Sabrina Rabhan<br>308 McLaws Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 998.00 | $ 998.00 | $ 0.00 | $ 998.00 | $ 499.00 |
| 33-2 | 08/22/23 | 610 | Jan Feehley<br>306 Jackson Woods Blvd<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 34-2 | 08/24/23 | 610 | Jack Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 210,416.73 | $ 210,416.73 | $ 0.00 | $ 210,416.73 | $ 105,208.37 |
| 35 | 08/24/23 | 610 | Teresa Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 36 | 08/29/23 | 610 | Broughton R. Kelly, Sr. and<br>Josephine R. Kelly<br>401 Jackson Woods Blvd.<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 13,241.00 | $ 13,241.00 | $ 0.00 | $ 13,241.00 | $ 6,620.50 |
| 37-2 | 08/31/23 | 610 | Jerry Wardlaw<br>2702 Whatley Avenue<br>Unit B-1<br>Savannah, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 208,333.40 | $ 208,333.40 | $ 0.00 | $ 208,333.40 | $ 104,166.70 |
| 38 | 09/06/23 | 610 | Marcey D. Alter, Executor of the<br>Estate of Norman Dolgoff<br>740 Park Manor Drive, SE<br>Smyrna, GA 30082<br><7100-00 General Unsecured - § 726(a)(2)> | $ 116,162.53 | $ 116,162.53 | $ 0.00 | $ 116,162.53 | $ 58,081.27 |
| 39 | 09/19/23 | 610 | Dr. Morris Geffen<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 39U | 09/19/23 | 610 | Dr. Morris Geffen<br>5 Breckenridge Lane<br>Savannah, GA 31411<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 40 | 09/20/23 | 610 | Dale Kaminsky<br>103 Lee Boulevard<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 41 | 09/20/23 | 610 | Tzvi Slatus<br>212 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 283,209.22 | $ 283,209.22 | $ 0.00 | $ 283,209.22 | $ 141,604.61 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 42 | 09/20/23 | 610 | Alter Yeshaya Slatus<br>212 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,639.52 | $ 3,639.52 | $ 0.00 | $ 3,639.52 | $ 1,819.76 |
| 43 | 09/20/23 | 610 | Jeremy Slatus<br>212 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,556.19 | $ 3,556.19 | $ 0.00 | $ 3,556.19 | $ 1,778.10 |
| 44 | 09/20/23 | 610 | Joseph Slatus<br>212 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,722.85 | $ 3,722.85 | $ 0.00 | $ 3,722.85 | $ 1,861.43 |
| 45 | 09/20/23 | 610 | Matti Slatus<br>212 Groveland Circle<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 5,833.50 | $ 5,833.50 | $ 0.00 | $ 5,833.50 | $ 2,916.75 |
| 46 | 09/21/23 | 610 | Mattel Rabhan<br>303 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 5,247.04 | $ 5,247.04 | $ 0.00 | $ 5,247.04 | $ 2,623.52 |
| 47 | 09/21/23 | 610 | David Rabhan<br>303 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,858.37 | $ 1,858.37 | $ 0.00 | $ 1,858.37 | $ 929.19 |
| 48 | 09/21/23 | 610 | Tzvi Rabhan<br>303 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,858.37 | $ 1,858.37 | $ 0.00 | $ 1,858.37 | $ 929.19 |
| 49 | 09/21/23 | 610 | Shoshana Rabhan<br>303 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 50 | 09/21/23 | 610 | Eve Rabhan<br>303 Johnston Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 51 | 09/21/23 | 610 | Chaim Rabhan IRA<br>Workmen's Circle Credit Union as Custodian f/b/o Chaim B. Rabhan IRA<br>527 Stephenson Ave, Ste 1<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 11,984.94 | $ 11,984.94 | $ 0.00 | $ 11,984.94 | $ 5,992.47 |

# Claims Distribution Register

### Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 52 | 09/29/23 | 610 | Marshall Jacobowitz<br>4902 Sarazen Drive<br>Hollywood, FL 33021<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 53 | 09/29/23 | 610 | Albert Jacobowitz Irrevocable Trust<br>16981-D Isle of Palms Drive<br>Delray Beach, FL 33484<br><7100-00 General Unsecured - § 726(a)(2)> | $ 170,057.44 | $ 170,057.44 | $ 0.00 | $ 170,057.44 | $ 85,028.72 |
| 54-2 | 09/29/23 | 610 | Albert Jacobowitz Living Trust<br>16981-D Isle of Palms Drive<br>Delray Beach, FL 33484<br><7100-00 General Unsecured - § 726(a)(2)> | $ 286,311.96 | $ 286,311.96 | $ 0.00 | $ 286,311.96 | $ 143,155.98 |
| 55-2 | 09/29/23 | 610 | Philip Rosenbaum Exempt Trust<br>4902 Sarazen Drive<br>Hollywood, FL 33021<br><7100-00 General Unsecured - § 726(a)(2)> | $ 215,099.97 | $ 215,099.97 | $ 0.00 | $ 215,099.97 | $ 107,549.99 |
| 56 | 09/29/23 | 610 | Michelle Jacobowitz<br>16981-D Isle of Palms Drive<br>Delray Beach, FL 33484<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 57-2 | 09/29/23 | 610 | Adam Jacobowitz<br>16981-D Isle of Palms Drive<br>Delray Beach, FL 33494<br><7100-00 General Unsecured - § 726(a)(2)> | $ 35,763.84 | $ 35,763.84 | $ 0.00 | $ 35,763.84 | $ 17,881.92 |
| 58 | 10/01/23 | 610 | Alan Lipsitz<br>401 Wheeler Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 59 | 10/01/23 | 610 | Harriet Simowitz<br>401 Wheeler Street<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 5,947.86 | $ 5,947.86 | $ 0.00 | $ 5,947.86 | $ 2,973.93 |
| 60-2 | 10/01/23 | 610 | Lisa Kaminsky<br>402 Megan Court<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 79,499.85 | $ 79,499.85 | $ 0.00 | $ 79,499.85 | $ 39,749.93 |
| 61-2 | 10/01/23 | 610 | Danny Kaminsky<br>402 Megan Court<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 55,291.58 | $ 55,291.58 | $ 0.00 | $ 55,291.58 | $ 27,645.79 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 62 | 10/01/23 | 610 | Catherine Royal<br>1367 La Vista Circle<br>Pooler, GA 31322<br><7100-00 General Unsecured - § 726(a)(2)> | $ 33,333.60 | $ 33,333.60 | $ 0.00 | $ 33,333.60 | $ 16,666.80 |
| 63 | 10/01/23 | 610 | Katherine Royal<br>124 High Cotton Drive<br>Statesboro, GA 30461<br><7100-00 General Unsecured - § 726(a)(2)> | $ 31,250.00 | $ 31,250.00 | $ 0.00 | $ 31,250.00 | $ 15,625.00 |
| 64 | 10/01/23 | 610 | Lisa Gay<br>P.O. Box 75<br>Pooler, GA 31322<br><7100-00 General Unsecured - § 726(a)(2)> | $ 220,174.42 | $ 220,174.42 | $ 0.00 | $ 220,174.42 | $ 110,087.21 |
| 65 | 10/01/23 | 610 | Terry Jones<br>131 Falligant Avenue<br>Savannah, GA 31410<br><7100-00 General Unsecured - § 726(a)(2)> | $ 694,894.88 | $ 694,894.88 | $ 0.00 | $ 694,894.88 | $ 347,447.44 |
| 66 | 10/01/23 | 610 | Vanessa Jones<br>5 Judson Ct.<br>Savannah, GA 31410<br><7100-00 General Unsecured - § 726(a)(2)> | $ 872,060.99 | $ 872,060.99 | $ 0.00 | $ 872,060.99 | $ 436,030.50 |
| 67 | 10/01/23 | 610 | James E. Jones<br>224 Oatland Island Road<br>Savannah, GA 31410<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 68 | 10/02/23 | 610 | Marcia Hirsch<br>Susan Hirsch Goldstein<br>2913 Ryton Court<br>Raleigh, NC 27613<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 69 | 10/02/23 | 610 | Albert Jacobowitz Living Trust<br>Mark S. Horoupian<br>1875 Century Park Wast, Suite 1900<br>Los Angeles, CA 90067<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 70 | 10/02/23 | 610 | Victor Belogorska Jr<br>P.O. Box 462<br>Eden, GA 31307-0462<br><7100-00 General Unsecured - § 726(a)(2)> | $ 258,804.52 | $ 258,804.52 | $ 0.00 | $ 258,804.52 | $ 129,402.26 |

# Claims Distribution Register

**Case: 23-40569 MASTER LENDING GROUP, LLC**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 71 | 10/05/23 | 610 | Louise Howard<br>1 Savannah Square Drive, Apt. #207<br>Savannah, GA 31406<br><7100-00 General Unsecured - § 726(a)(2)> | $ 638,628.49 | $ 638,628.49 | $ 0.00 | $ 638,628.49 | $ 319,314.25 |
| 72 | 10/06/23 | 610 | David Kahn<br>315 Waterfowl Road<br>Bluffton, SC 29910<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 73-2 | 10/06/23 | 610 | Diane L. Kahn<br>277 Waterfowl Road<br>Blufton, SC 29910<br><7100-00 General Unsecured - § 726(a)(2)> | $ 21,513.50 | $ 21,513.50 | $ 0.00 | $ 21,513.50 | $ 10,756.75 |
| 74-2 | 10/06/23 | 610 | Robert Lovitz<br>2020 SW Abercrombie Pace<br>Portland, OR 97225<br><7100-00 General Unsecured - § 726(a)(2)> | $ 21,513.50 | $ 21,513.50 | $ 0.00 | $ 21,513.50 | $ 10,756.75 |
| 75 | 10/06/23 | 610 | Neal Markowitz<br>16 Bartow Point Drive<br>Savannah, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 76 | 10/06/23 | 610 | Daniel Klugman<br>P. O. Box 1229<br>Tybee Island, GA 31328<br><7100-00 General Unsecured - § 726(a)(2)> | $ 48,666.78 | $ 48,666.79 | $ 0.00 | $ 48,666.79 | $ 24,333.40 |
| 77 | 10/06/23 | 610 | Klugman Investments LLC<br>P. O. Box 1229<br>Tybee Island, GA 31328<br><7100-00 General Unsecured - § 726(a)(2)> | $ 124,999.54 | $ 124,999.54 | $ 0.00 | $ 124,999.54 | $ 62,499.77 |
| 78-2 | 10/06/23 | 610 | Marjorie C. Gordon<br>c/o Mrs. Susan Klugman<br>P.O. Boxn 1229<br>Tybee Island, GA 31328<br><7100-00 General Unsecured - § 726(a)(2)> | $ 46,666.88 | $ 46,666.88 | $ 0.00 | $ 46,666.88 | $ 23,333.44 |
| 79 | 10/06/23 | 610 | Barbara Kooden<br>6401 Habersham Street<br>Unit 1B<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 80-3 | 10/06/23 | 610 | Murray Klugman<br>P.O. Box 1596<br>Tybee Island, GA 31328<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 81 | 10/06/23 | 610 | William J. Hall Jr.<br>8001 US Highway 80 East, Unit 603<br>Savannah, GA 31410<br><7100-00 General Unsecured - § 726(a)(2)> | $ 554,535.21 | $ 554,535.21 | $ 0.00 | $ 554,535.21 | $ 277,267.61 |
| 82 | 10/06/23 | 610 | Barbara Aronson<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406<br><7100-00 General Unsecured - § 726(a)(2)> | $ 135,000.00 | $ 135,000.00 | $ 0.00 | $ 135,000.00 | $ 67,500.00 |
| 83 | 10/06/23 | 610 | Barbara Aronson IRA<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406<br><7100-00 General Unsecured - § 726(a)(2)> | $ 868,711.32 | $ 868,711.32 | $ 0.00 | $ 868,711.32 | $ 434,355.66 |
| 84-2 | 10/06/23 | 610 | Aronson Family Residence Trust<br>One Diamond Causeway, Ste. 21-308<br>Savannah, GA 31406<br><7100-00 General Unsecured - § 726(a)(2)> | $ 155,044.64 | $ 155,044.64 | $ 0.00 | $ 155,044.64 | $ 77,522.32 |
| 85-2 | 10/06/23 | 610 | Robert M. Segall<br>405 Jackson Woods Blvd.<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 820,000.00 | $ 820,000.00 | $ 0.00 | $ 820,000.00 | $ 410,000.00 |
| 86 | 10/09/23 | 610 | George Feehley IRA<br>306 Jackson Woods Blvd.<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 53,532.87 | $ 53,532.87 | $ 0.00 | $ 53,532.87 | $ 26,766.44 |
| 87 | 10/09/23 | 610 | Redfish, LLC<br>306 Jackson Woods Blvd.<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 88 | 10/09/23 | 610 | Mark T. Bouy<br>31 Bartow Point Drive<br>Savannah, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 89 | 10/09/23 | 610 | Brett Bouy<br>31 BARTOW POINT DRIVE<br>SAVANNAH, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 90 | 10/09/23 | 610 | Troy Bouy IRA<br>31 BARTOW POINT DRIVE<br>SAVANNAH, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 91 | 10/09/23 | 610 | Francis Bouy IRA<br>31 BARTOW POINT DRIVE<br>SAVANNAH, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 92 | 10/09/23 | 610 | Troy & Frances Bouy<br>31 BARTOW POINT DRIVE<br>SAVANNAH, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 93 | 10/09/23 | 610 | Jan Feehley<br>306 Jackson Woods Blvd<br>Savannah, GA 31405<br><7100-00 General Unsecured - § 726(a)(2)> | $ 41,079.71 | $ 41,079.71 | $ 0.00 | $ 41,079.71 | $ 20,539.86 |
| 94 | 10/09/23 | 610 | Frederick Halperin IRA<br>Robl Law Group, LLC<br>3754 Lavista Road, Suite 250<br>Tucker, GA 30084<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,308,359.12 | $ 1,308,359.12 | $ 0.00 | $ 1,308,359.12 | $ 654,179.56 |
| 95 | 10/09/23 | 610 | Louis C. Young<br>261 Long Bridge Road<br>Springfield, GA 31329<br><7100-00 General Unsecured - § 726(a)(2)> | $ 313,836.58 | $ 313,836.58 | $ 0.00 | $ 313,836.58 | $ 156,918.29 |
| 96 | 10/09/23 | 610 | Susan S. Brinkley f/k/a Susan S. Young<br>36 St. Augustine Bn.<br>Savannah, GA 31404<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 97 | 10/10/23 | 610 | James C. Wilson, Jr.<br>7370 Hodgson Memorial Drive, Suite D-10<br>Savannah, GA 31406<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 98 | 10/10/23 | 610 | U.S. Securities and Exchange Commission<br>6500 South MacArthur Boulevard<br>Oklahoma City, OK 73169<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 99 | 10/10/23 | 610 | Estate of Gregory Martin Hirsch<br>103 North Main Street<br>Hinesville, GA 31313<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,056,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

# Claims Distribution Register

## Case: 23-40569 MASTER LENDING GROUP, LLC

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 100 | 10/10/23 | 610 | Andrea Javetz<br>160 Weatherly Woods Drive<br>Winterville, GA 30683<br><7100-00 General Unsecured - § 726(a)(2)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 610: 50% Paid | $ 11,290,002.50 | $ 10,234,002.51 | $ 0.00 | $ 10,234,002.51 | $ 5,117,001.35 |
| 101 | 10/16/23 | 620 | Marcia Hirsch<br>Susan Hirsch Goldstein<br>2913 Ryton Court<br>Raleigh, NC 27613<br><7200-00 Tardy General Unsecured - § 726(a)(3)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 620: 0% Paid | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 11,290,002.50 | $ 10,234,002.51 | $ 0.00 | $ 10,234,002.51 | $ 5,117,001.35 |