**IT IS ORDERED as set forth below:**

**Date: May 20, 2026**

Edward J. Coleman, III
United States Bankruptcy Court Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

IN THE MATTER OF: )
)
Master Lending Group, LLC, )
) CHAPTER 7 CASE NO.: 23-40569-EJC
)

**ORDER**

Following notice of the application for statutory compensation of Tiffany E. Caron, as trustee, and upon consideration of the same and no objection thereto having been filed by any creditor or party in interest, interim statutory compensation is herewith awarded to Tiffany E. Caron, in the sum of $193,357.74, in addition to reimbursement for expenses in the amount of $1,523.86.

The trustee is authorized to make payment in the amount of $194,881.60 to Tiffany E. Caron.

END OF DOCUMENT

Prepared By:
s/Tiffany E. Caron, Trustee
TIFFANY E. CARON, TRUSTEE
GA Bar No. 745089
215 Pilgrim Rd
West Palm Beach, FL 33405
(404) 647-4917
tiffany.caron@hotmail.com