# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
Debtor.

Case No.: 23−40569−EJC
Judge: Edward J Coleman III
Chapter: 7

***NOTICE OF HEARING ON INTERIM APPLICATION FOR COMPENSATION***

The following Interim Application for Compensation (Docket #650) has been filed by Tiffany E. Caron for professional services rendered as Attorney for the Trustee for the period from July 10, 2023, to August 19, 2026:

| | | |
|---|---|---|
| Fees Requested<br>860.35 hours @ $465.00 (plus $126,500.00 recovery enhancement) | ................................................ | $ 526,562.75 |
| Expenses Requested | ................................................ | $ 1,557.95 |
| TOTAL AMOUNT REQUESTED | ................................................ | $ 528,120.70 |

A Hearing will be held to consider this Application for Compensation of fees on:

***November 10, 2026, at 11:00 AM***
***124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401***

***Dana M. Wilson, Clerk***
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **August 20, 2026**

*B−34 [Rev. 6/24]* ***LLE***