# EXHIBIT B

# EXHIBIT B

## Gordon's Travel Recorded as Unbilled and Now Sought

This exhibit lists the 15 legs of travel between Atlanta and Savannah that Gordon recorded as unbilled and that his application now asks the Court to allow (Doc. 651, Ex. A1), at $795.00 per hour. For eleven of the legs, Gordon's contemporaneous time entry for the trip states that the leg was not charged; that statement is quoted in the last column, with the date of the entry in which it appears.

| Date of leg | Leg now sought | Hours | Amount at $795.00 | Gordon's contemporaneous statement that the leg was not charged |
|---|---|---|---|---|
| 08/09/2023 | Travel to Savannah | 3.80 | 3,021.00 | — |
| 11/07/2023 | Travel to Savannah | 3.20 | 2,544.00 | "did not bill for the much longer trip to Savannah" (entry of 11/09/2023) |
| 11/29/2023 | Travel to Savannah | 3.20 | 2,544.00 | "did not bill incoming trip" (entry of 11/30/2023) |
| 03/06/2024 | Return Travel to Atlanta | 3.60 | 2,862.00 | "3.6--no charge for return travel" (entry of 03/06/2024) |
| 04/01/2024 | Return Travel to Atlanta | 3.90 | 3,100.50 | "3.9: note return travel not charged" (entry of 04/01/2024) |
| 07/09/2024 | Travel to Savannah | 4.90 | 3,895.50 | — |
| 07/29/2024 | Return Travel to Atlanta | 3.20 | 2,544.00 | — |
| 01/15/2025 | Return Travel to Atlanta | 4.50 | 3,577.50 | "no charge for return trip" (entry of 01/15/2025) |
| 03/05/2025 | Travel to Savannah | 4.50 | 3,577.50 | "did not bill for trip to Savannah" (entry of 03/06/2025) |
| 04/01/2025 | Return Travel to Atlanta | 3.20 | 2,544.00 | — |
| 05/05/2025 | Return Travel to Atlanta | 4.50 | 3,577.50 | "4.3--no charge for return trip of 4.5" (entry of 05/05/2025) |
| 05/12/2025 | Travel to Savannah | 3.50 | 2,782.50 | "3.5 --travel time for trip to Savannah not billed" (entry of 05/13/2025) |
| 07/16/2025 | Return Travel to Atlanta | 3.80 | 3,021.00 | "3.8: did not bill much longer return trip" (entry of 07/16/2025) |
| 07/28/2025 | Return Travel to Atlanta | 3.80 | 3,021.00 | "3.8 --return trip not billed" (entry of 07/28/2025) |
| 12/09/2025 | Travel to Savannah | 4.90 | 3,895.50 | "did not bill the trip to Savannah" (entry of 12/09/2025) |
| **Total** | **All 15 legs** | **58.50** | **46,507.50** | |
| | **Legs recorded as not charged** | **43.40** | **34,503.00** | **11 legs** |