# EXHIBIT C

# EXHIBIT C

## The Same Conversation, Billed by Attorney Caron and by Gordon's Firm

This exhibit lists each entry in Attorney Caron's time records (Doc. 650, Ex. A) that records nothing but a call, meeting or exchange with Gordon or his firm (sometimes joined by the estate's accountants), on a day on which Gordon's firm allocated time to a call or meeting with her (Doc. 651, Exs. A1–A3). Attorney Caron's figures are her whole entries, all at $465.00 per hour. The firm's figures are only the portions of its entries allocated to the contact with her, including preparation where the entry says so. Attorney Caron's entries are reproduced from Doc. 650, Ex. A; the firm's entries are transcribed from the scanned time records in Doc. 651, Ex. A1.

| Date | Caron hours | Caron amount | Attorney Caron's entry | Firm hours | Firm amount | Gordon's firm's entry (portion allocated to the contact) |
|---|---|---|---|---|---|---|
| 07/31/2023 | 1.90 | 883.50 | Telephone call with Neil Gordon regarding upcoming hearing, 2004 examinations and legal clams | 2.30 | 1,828.50 | Gordon 2.30 h: Telephone conference with trustee and provide tutorial on what claims will belong to the estate and which to the investors, in pari delicto defenses, deepening insolvency and other theories, Rule 2004s that are needed right away, how to respond to certain questions anticipated at the 341, whether a lawsuit should be filed now against the accounting firm, why I recommend it being to early to do so from a Rule 11 perspective, E&O policies and whether "wasting" policies or not, issues unique to affinity fraud and how this case differs due to the lack of a witness or documents thus far, that as a CPA there should be detailed records for MLG, etc. |
| 08/09/2023 | 1.75 | 813.75 | Telephone conference with Neil Gordon re preparation for hearing on employment application | 1.50 | 1,192.50 | Gordon 1.50 h: telephone conference with trustee regarding hearing tomorrow in Savannah (1.5) |

| Date | Caron hours | Caron amount | Attorney Caron's entry | Firm hours | Firm amount | Gordon's firm's entry (portion allocated to the contact) |
|---|---|---|---|---|---|---|
| 09/01/2023 | 0.50 | 232.50 | Correspondence with Natalie Rowland regarding call with Pruco attorney and claims against Judith Hirsch | 0.90 | 612.00 | Gordon 0.60 h: discuss further with N. Rowland (.4), telephone conference call with trustee to explain developments and recommendations and explain possibility of filing the lawsuit leading to an objection to taking her Rule 2004 examination and need to make clear in such a motion that no documents or questions will relate to the lawsuit being filed against her (.6) / Rowland 0.30 h: updated trustee regarding same and discussed plans to file impending lawsuit against Mrs. Hirsch for a determination that the proceeds are property of the bankruptcy estate, for turnover and other state law causes of action (.3) |
| 10/19/2023 | 1.50 | 697.50 | Telephone conference with Neil and Natalie regarding next steps in Adversary Proceeding and hearings on establishing Ponzi Scheme | 2.20 | 1,369.50 | Gordon 1.10 h: Telephone conference call with Trustee to discuss the 2004 motions, motions for turnover, objections to compensation, interplay between them all, evidence that might be needed, witnesses that can be expected to testify, likely substance of their expected testimony, and strategy with respect to the foregoing, Synergy issues and follow-up, etc, / Rowland 1.10 h: Phone call with Trustee to discuss adversary case, response to defendant's motion to dismiss, and strategies for resolving same |
| 11/15/2023 | 1.50 | 697.50 | Telephone call with Neil and Natalie regarding settlement proposal and adversary proceeding | 3.10 | 1,878.00 | Rowland 1.70 h: conference call with trustee and N. Gordon regarding potential for settlement in adversary case, status of forensic analysis as to source of funds used to purchase multiple life insurance policies on life of Gregory Hirsch, and results of U.S. Trustee's analysis and valuation of Tybee Island residence and allegations for inclusion in amended complaint (1.7) / Gordon 1.10 h: telephone conference with T. Caron and N. Rowland regarding global settlement discussions and subsidiary issues (1.1) / Gordon 0.30 h: confer with T.Caron regarding Tybee Island purchase and series of transfers (.3) |

| Date | Caron hours | Caron amount | Attorney Caron's entry | Firm hours | Firm amount | Gordon's firm's entry (portion allocated to the contact) |
|---|---|---|---|---|---|---|
| 11/17/2023 | 1.80 | 837.00 | Telephone conference with Neil Gordon and Natalie Rowland regarding discovery, 2004 exams, and adversary proceeding | 1.40 | 1,113.00 | Gordon 1.40 h: Telephone conference with T. Caron, forensic experts, and N. Rowland regarding division of labor, how to handle interest in Greg Hirsch probate estate, strategy regarding tracing of funds and gaps needed to be filled, depositions and rule 2004 exams and document productions, order of seeking evidence, document production from Judy Hirsch, etc. |
| 12/05/2023 | 1.10 | 511.50 | Call with Neil Gordon re hearing in AP on MTD | 1.10 | 874.50 | Gordon 1.10 h: Conference call with Tiffany Caron regarding hearing on November 30, next items to pursue, discovery outstanding, settlement discussions with Synergy, whether a Rule 1007 motion is necessary, and likely court rulings |
| 01/03/2024 | 2.00 | 930.00 | Telephone call with special counsel on discovery issues | 4.20 | 2,877.00 | Gordon 2.10 h: Prepare for and participate in conference call requested by T. Caron to review all pending matters and discuss strategy with respect to those and future actions to pursue / Rezac 2.10 h: Conference call with T. Caron, Neil Gordon, and Greg Hayes, regarding status and strategy for trustee's claims. |
| 02/14/2024 | 2.00 | 930.00 | Telephone conference with Neil Gordon and John Rezac regarding brief in support of JH 2004 examination, preparation for March 6th hearings, additional 2004 examinations and records of investor deposits and payments | 3.10 | 2,244.50 | Gordon 2.10 h: telephone conference with T. Caron regarding hearings on March 6th and suggested strategy, advise on testimony that should be provided for the Synergy settlement motion, need to file a response to the objection to Rule 2004 exam of Judy Hirsch notwithstanding dismissal of the AP and involve John Rezac in that part of the discussion and supporting case law, how to structure a myriad of Rule 2004 exams of others and what documents to seek and questions that need to be answered, whether investors will need to be deposed, etc. (2.1) / Rezac 1.00 h: Conference call with Tiffany Caron and Neil Gordon regarding Pruco a.p., Rule 2004 motions, and related discovery and litigation matters (1.0) |

| Date | Caron hours | Caron amount | Attorney Caron's entry | Firm hours | Firm amount | Gordon's firm's entry (portion allocated to the contact) |
|---|---|---|---|---|---|---|
| 02/29/2024 | 1.50 | 697.50 | Call with special counsel regarding preparation for hearings on March 6th, adversary proceeding, 2004 examination of JH and mediation | 1.50 | 1,192.50 | Gordon 1.50 h: Telephone conference call with T. Caron regarding upcoming hearings on various matters and how to prepare for and approach each, including motion for turnover, motion to strike, motion to settle, status conference on AP, and objection to Rule 2004 exam of J. Hirsch, as well as upcoming mediation, deposition of J. Hirsch, status of application for compensation of debtor counsel, etc. (1.5) |
| 03/11/2024 | 1.00 | 465.00 | Telephone call with NG re forensic work and preparation for 2004 examination | 1.10 | 874.50 | Gordon 1.10 h: telephone conference call with T. Caron regarding the evidence needed to establish the actual fraud/Ponzi scheme, her review of the text messages of Greg Hirsch and reading many of them to me, getting the forensic support to properly utilize such evidence for the Judy Hirsch deposition and later mediation, etc. (1.1) |
| 03/18/2024 | 0.75 | 348.75 | Telephone Conference with NG re Tybee transaction and preparation for 2004 Examination | 0.80 | 636.00 | Gordon 0.80 h: Telephone conference with T. Caron regarding documentation and evidence regarding MLG effectively funding the purchase of the Tybee Island property through a complicated real estate swap |
| 04/16/2024 | 0.75 | 348.75 | Telephone conference with NG re settlement discussions and continuing mediation | 0.60 | 477.00 | Gordon 0.60 h: Telephone conference with T. Caron to discuss various tracing methods and new developments with settlement discussions (.6) |
| 04/22/2024 | 1.25 | 581.25 | Telephone conference with Kevin, Soneet and Neil re reports for mediation | 0.60 | 477.00 | Gordon 0.60 h: Prepare for conference call with T. Caron and forensic accountants in preparation for mediation statement and mediation process (.6) |
| 07/30/2024 | 1.50 | 697.50 | Meeting with Neil Gordon for preparation for hearing on Motion to Approve Settlement | 0.90 | 715.50 | Gordon 0.60 h: confer with T. Caron (.6) / Gordon 0.30 h: confer with T. Caron regarding next steps (.3) |
| 12/18/2024 | 1.10 | 511.50 | Telephone conference with NG to discuss filing motion to establish Ponzi scheme, pursuing fraudulent transfers, proposed settlement with creditor and net winner analysis | 1.10 | 874.50 | Gordon 1.10 h: Telephone conference call with T. Caron regarding legal arguments for each approach and methodology that could be employed in objecting to claims |

| Date | Caron hours | Caron amount | Attorney Caron's entry | Firm hours | Firm amount | Gordon's firm's entry (portion allocated to the contact) |
|---|---|---|---|---|---|---|
| 12/19/2024 | 1.00 | 465.00 | Telephone conference with SK, KM, and NG re net winner analysis, Ponzi determination, and GH estate claim | 0.90 | 715.50 | Gordon 0.90 h: and participate in telephone conference call with T. Caron, Soneet Kapila and Kevin Mccoy regarding establishing the Ponzi scheme and having the court make that determination, whether and how to address any possible surplus, possible additional tier of claims for tax losses or other categories of loss, etc (.9) |
| 01/09/2025 | 1.40 | 651.00 | Telephone conference with NG re Ponzi determination, discovery issues, net winner analysis | 1.30 | 1,033.50 | Gordon 1.30 h: Telephone conference call with T. Caron regarding pending issues, strategies, defenses such as privacy and privilege, inordinate expense to the Estate, Truist not being a party in interest, Barton Doctrine issues, etc. and issues related to anticipated claim objections (1.3) |
| 01/16/2025 | 2.50 | 1,162.50 | Meeting with Neil Gordon/preparation for hearings on Motion for 2004 examination, Debtor's application for attorney's fees, motion to release funds from court registry; discussion of filing motion for Ponzi determination and law on claims analysis | 0.90 | 715.50 | Gordon 0.90 h: meeting with T. Caron to discuss same and presentations (.9) |
| 01/31/2025 | 1.50 | 697.50 | Telephone conference with SK, KM and NG re filing Motion for Pozni Presumption and 2004 examinations | 1.60 | 1,272.00 | Gordon 1.20 h: prepare for zoom conference with T. Caron and forensic accounants regarding claim objections, discovery needs, motion for Ponzi scheme determination, Motti offer, etc, (1.2) / Gordon 0.40 h: further telephone conference with T. Caron regarding foregoing (.4) |
| 03/31/2025 | 1.00 | 465.00 | Telephone conference with NG preparation for 2004 examination of Frederick Halperin | 1.30 | 1,033.50 | Gordon 1.30 h: telephone conference with T. Caron regarding foregoing issues raised and how to address, ongoing deposition and claims resolution issues with the challenge of being consistent through so many different fact patterns, and likely response to each possible scenario (1.3) |
| 05/28/2025 | 0.40 | 186.00 | Call with NG re settlements and hearings; schedule for final 2004 exams | 0.60 | 477.00 | Gordon 0.40 h: discussion with T. Caron regarding finalizing of motion and order, tolling agreement, etc. (.4) / Gordon 0.20 h: discussion with T.Caron regarding records preservation and storage (.2) |

| Date | Caron hours | Caron amount | Attorney Caron's entry | Firm hours | Firm amount | Gordon's firm's entry (portion allocated to the contact) |
|---|---|---|---|---|---|---|
| 08/01/2025 | 1.50 | 697.50 | Telephone conference with NG to review draft Rule 9019 Motion and Aronson claim resolution | 0.70 | 556.50 | Gordon 0.30 h: Review and consider proposed Rule 9019 motion with probate estate and discuss with T. Caron (.3) / Gordon 0.40 h: discussion with T. Caron regarding same and how to resolve (.4) |
| 07/01/2026 | 1.00 | 465.00 | Telephone call with NG re filing professional fee applications | 1.10 | 874.50 | Gordon 1.10 h: Strategy conference with T. Caron re remaining issues in the case and applicable 11th Circuit case law |
| **Total** | **32.20** | **14,973.00** | **24 days** | **34.80** | **25,914.50** | **Combined: $40,887.50** |