IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MASTER LENDING GROUP, LLC | ) | Chapter 7 |
| | ) | Case No. 23-40569-EJC |
| Debtor(s) | ) | |

**JOINDER OF LOUISE M. HOWARD IN ARONSON'S OBJECTION TO THE INTERIM FEE APPLICATIONS OF TIFFANY E. CARON, NEIL C. GORDON, AND KAPILAMUKAMAL, LLP**

COMES NOW Louise M. Howard (the "Joining Creditor"), the holder of an allowed general unsecured claim in this case (Claim No. 71), and hereby joins in, adopts, and incorporates by reference Aronson's Objection to the Interim Fee Applications of Tiffany E. Caron, Neil C. Gordon, and KapilaMukamal, LLP (Doc. 661) (the "Objection") for the reasons stated therein.

The Joining Creditor understands that counsel for Aronson will present the Objection at the hearing and consents to that presentation to the extent that it is consistent with the Objection. If counsel for the Joining Creditor is unable to attend the hearing in person, then neither that absence nor the absence of a separate argument is intended as a withdrawal or waiver of this joinder, and the Joining Creditor respectfully asks the Court to consider this joinder on the filings submitted to the Court.

WHEREFORE, the Joining Creditor requests that the Court grant the relief requested in the Objection and any other relief that is just and proper.

This the 3rd day of November, 2026.

Margaret S. Puccini
State Bar No. 645880
Attorneys for Louise M. Howard

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I electronically filed the Joinder of Louise M. Howard in Aronson's Objection to the Interim Fee Applications of Tiffany E. Caron, Neil C. Gordon, and KapilaMukamal, LLP using the CM/ECF system which will send notification of such filings to the following:

Judson C. Hill
U.S. Trustee

Tiffany Caron

and all other registered participants of the Electronic Case Filing System via Notice of Electronic Filing.

This the 3rd day of November, 2026.

Margaret S. Puccini, attorney for
Louise M. Howard

BOUHAN FALLIGANT LLP
Post Office Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000