**United States Bankruptcy Court**
**Southern District of Georgia**
**Savannah Division**

| | |
|---|---|
| **In Re:** | **Chapter 7 Case No.** |
| **Master Lending Group, LLC Debtor.** | **23-40569-EJC** |

**<u>Joinder in (Doc. # 661) Aronson Objection to Interim Fee Applications of Tiffany E. Caron (Trustee), Neil C. Gordon (Atty. for Trustee) and KapilaMukamal, LLP (Estate Accountant)</u>**

**Catherine Royal, Katherine Royal**, **Terri Jones, Lisa Gay,** and **Vanessa Jones,** holder of allowed general unsecured claims 62-2, 63-2, 64-2, 65-2, and 66-2 in the above-referenced case ("Joining Creditors"), by and through undersigned counsel, hereby join in, adopt, and incorporate by reference Aronson's Objection to the Interim Fee Applications of Tiffany E. Caron, Neil C. Gordon, and KapilaMukamal, LLP (Doc. # 661) (the "Objection") for the reasons stated in it.

Joining Creditors' counsel intends to appear with counsel for Aronson to present the Objection at the hearing and consents to Aronson's counsel's presentation to the extent that it is consistent with the Objection. If counsel for the Joining Creditors are unable to attend the hearing in person, then neither that absence nor the absence of a separate argument is intended as a withdrawal or waiver of this joinder, and the Joining Creditors respectfully request the Court to

consider this joinder on the papers.

WHEREFORE, the Joining Creditors requests that the Court grant the relief requested in the Objection and any other relief that is just and proper.

This day, November 3, 2026.

Gannam, Gnann & Steinmetz, LLC

Post Office Box 10085
Savannah, Georgia 31412-0285
Tel: 912.232.1192
Email: cjs@ggsattorneys.com

By: C.J. STEINMETZ III
Georgia Bar No. 278260

Attorneys for Catherine Royal, et al

# Certificate of Service

This certifies that a copy of the foregoing was on this day served upon:

| | | |
|---|---|---|
| Tiffany Caron, Esq. | Matt Mills, Esq. | Neil Gordon, Esq. |
| Chapter 7 Trustee | Asst U.S. Trustee | Atty for Chapter 7 Trustee |

and all other registered participants of the Electronic Case Filing System via Notice of Electronic Filing.

Served on this day, November 3, 2026.

Gannam, Gnann & Steinmetz, LLC

By: C.J. STEINMETZ III
Georgia Bar No. 278260

Attorneys for Catherine Royal, et al

Post Office Box 10085
Savannah, Georgia 31412-0285
Tel: 912.232.1192
Email: cjs@ggsattorneys.com