**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **MASTER LENDING GROUP, LLC,** | **CASE NO. 23-40569-EJC** |
| **Debtor.** | |

**JOINDER OF AVIGDOR SLATUS IN ARONSON'S OBJECTION TO THE INTERIM FEE APPLICATIONS OF TIFFANY E. CARON, NEIL C. GORDON, AND KAPILAMUKAMAL, LLP**

**COMES NOW** Avigdor Slatus (the "Joining Creditor"), the holder of an allowed general unsecured claim in this case (Claim No. 12-2), and hereby joins in, adopts, and incorporates by reference Aronson's Objection to the Interim Fee Applications of Tiffany E. Caron, Neil C. Gordon, and KapilaMukamal, LLP (Doc. 661) (the "Objection") for the reasons stated in it.

The Joining Creditor understands that counsel for Aronson will present the Objection at the hearing and consents to that presentation to the extent that it is consistent with the Objection. If counsel for the Joining Creditor is unable to attend the hearing in person, then neither that absence nor the absence of a separate argument is intended as a withdrawal or waiver of this joinder, and the Joining Creditor respectfully asks the Court to consider this joinder on the papers.

**WHEREFORE**, the Joining Creditor requests that the Court grant the relief requested in the Objection and any other relief that is just and proper.

Respectfully submitted this 3rd day of November, 2026.

**GREENSPOON MARDER LLP**
By:

*/s/ Howard M. Ehrenberg*
Howard M. Ehrenberg
**California Bar No. 125527**

1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 323.880.4520
Fax: 954.771.9264
*howard.enrenberg@gmlaw.com*

Counsel for Avigdor Slatus

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **MASTER LENDING GROUP, LLC,** | **CASE NO. 23-40569-EJC** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served this day using the CM/ECF filing system. .

This the 3rd day of November, 2026.

**GREENSPOON MARDER LLP**
By:

*/s/ Howard M. Ehrenberg*
Howard M. Ehrenberg
**California Bar No. 125527**

Counsel for Avigdor Slatus

1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 323.880.4520
Fax: 954.771.9264
*howard.enrenberg@gmlaw.com*