**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **MASTER LENDING GROUP, LLC,** | **CASE NO. 23-40569-EJC** |
| **Debtor.** | |

**JOINDER OF THE ALBERT JACOBOWITZ IRREVOCABLE TRUST, ALBERT JACOBOWITZ LIVING TRUST, PHILLIP ROSENBAUM EXEMPT TRUST, AND ADAM JACOBOWITZ IN ARONSON'S OBJECTION TO THE INTERIM FEE APPLICATIONS OF TIFFANY E. CARON, NEIL C. GORDON, AND KAPILAMUKAMAL, LLP**

**COMES NOW** The Albert Jacobowitz Irrevocable Trust, Albert Jacobowitz Living Trust, Phillip Rosenbaum Exempt Trust, and Adam Jacobowitz (the "Joining Creditors"), the holders of allowed general unsecured claims in this case (Claim Nos. 53, 54-2, 55-2 and 57-2, respectively), and hereby join in, adopt, and incorporate by reference Aronson's Objection to the Interim Fee Applications of Tiffany E. Caron, Neil C. Gordon, and KapilaMukamal, LLP (Doc. No. 661) (the "Objection") for the reasons stated in it.

The Joining Creditors understand that counsel for Aronson will present the Objection at the hearing and consent to that presentation to the extent that it is consistent with the Objection. If counsel for the Joining Creditors is unable to attend the hearing in person, then neither that absence nor the absence of a separate argument is intended as a withdrawal or waiver of this joinder, and the Joining Creditors respectfully ask the Court to consider this joinder on the papers.

**WHEREFORE**, the Joining Creditors request that the Court grant the relief requested in the Objection and any other relief that is just and proper.

**GREENSPOON MARDER LLP**

*By: /s/ Mark S. Horoupian*

Mark S. Horoupian
(*admitted pro hac vice)*
**California Bar No. 175373**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 323.880.4520
Fax: 954.771.9264
**mark.horoupian@gmlaw.com**

Counsel for *The Albert Jacobowitz Irrevocable Trust, Albert Jacobowitz Living Trust, Phillip Rosenbaum Exempt Trust, and Adam Jacobowitz*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**MASTER LENDING GROUP, LLC,**<br><br>**Debtor.** | **CHAPTER 7**<br><br>**CASE NO. 23-40569-EJC** |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served this day using the CM/ECF filing system this 3rd day of November, 2026.

**GREENSPOON MARDER LLP**

*By: /s/ Mark S. Horoupian*

Mark S. Horoupian
(*admitted pro hac vice)*
**California Bar No. 175373**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 323.880.4520
Fax: 954.771.9264
**mark.horoupian@gmlaw.com**

Counsel for *The Albert Jacobowitz Irrevocable Trust, Albert Jacobowitz Living Trust, Phillip Rosenbaum Exempt Trust, and Adam Jacobowitz*