# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Master Lending Group, LLC,**
Debtor.

Case No.: 23−40569−EJC
Judge: Edward J Coleman III
Chapter: 7

## NOTICE OF DEFICIENCY

Mark Horoupian, served via electronic notice

The pleading or document, Joint Objection (Docket #665), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

* Amended Certificate of Service must be submitted. See below for any further instructions.

*Please amend the Certificate of Service to show who was served and how they were served.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***INSTANTER ,*** the matter may be stricken, dismissed or denied.

***Dana M. Wilson, Clerk***
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **November 3, 2026**
*B−57[08/25]* ***LLE***