**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**MASTER LENDING GROUP, LLC,**<br><br>**Debtor.** | **CHAPTER 7**<br><br>**CASE NO. 23-40569-EJC** |

**AMENDED CERTIFICATE OF SERVICE**

I, Mark S. Horoupian, declare as follows:

1. I am not a party in this case and I am over the age of 18.

2. I have personal knowledge of the facts stated herein.

3. On November 3, 2026, I electronically filed the following document(s):

**JOINDER OF THE ALBERT JACOBOWITZ IRREVOCABLE TRUST, ALBERT JACOBOWITZ LIVING TRUST, PHILLIP ROSENBAUM EXEMPT TRUST, AND ADAM JACOBOWITZ IN ARONSON'S OBJECTION TO THE INTERIM FEE APPLICATIONS OF TIFFANY E. CARON, NEIL C. GORDON, AND KAPILAMUKAMAL, LLP [DKT NO. 665]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those parties who are currently on the list to receive CM/ECF notification:

- **Ellen Louise Ash** brent.wardrop@qpwblaw.com
- **Mark A. Bandy** bkdocs@markbandylaw.com, mark@markbandylaw.com;a.mr77089@notify.bestcase.com;ecf@casedriver.com
- **James F. Banter** jbanter@jamesbatesllp.com
- **Nancy H. Baughan** nbaughan@bradley.com, nancy-baughan-6174@ecf.pacerpro.com
- **Dana F. Braun** dbraun@epra-law.com
- **Robert M. Brennan** bbrennan@phrd.com
- **Alexis Miller Buese** abuese@bradley.com
- **David L. Bury** dbury@stoneandbaxter.com, tnorton@stoneandbaxter.com;lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com
- **Tiffany E. Caron** tiffany.caron@hotmail.com, tcaron@ecf.epiqsystems.com;ga68@ecfcbis.com

- **John Anthony Christy** jchristy@swfllp.com
- **James Coursey** jcoursey@tmahoneylaw.com
- **Adam Dozier** adam@dozierlawpc.com, sherrie@dozierlawpc.com;dozier.adamb123246@notify.bestcase.com
- **James L. Drake** jdrake@drakefirmpc.com, jamynjul3@aol.com
- **Howard M. Ehrenberg** howard.ehrenberg@gmlaw.com, denise.walker@gmlaw.com
- **Neil C. Gordon** ngordon@gordonpettie.com
- **Susan Elizabeth Hall** ehall@jamesbatesllp.com, cblizzard@jamesbatesllp.com
- **Brian F. Hansen** bhansen@spgattorneys.com, yillian.sarmiento@gmlaw.com
- **Judson C. Hill** bankruptcy@gastinhill.com, hilljr66100@notify.bestcase.com
- **Mark S. Horoupian** mark.horoupian@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Daniel C. Jenkins** daniel@djenkinslaw.com, djenkinslawecf@gmail.com;LawOfficesofDanielCJenkinsLLC@jubileebk.net
- **Leon S. Jones** ljones@joneswalden.com, jwdistribution@joneswalden.com,cmccord@joneswalden.com,lpineyro@joneswalden.com;eterrell@joneswalden.com,tvuncannon@joneswalden.com
- **Jon A. Levis** bkymail@levislawfirmllc.com
- **Francesca Macchiaverna** fmacchiaverna@huntermaclean.com, areeves@huntermaclean.com;lgibson@huntermaclean.com;bpeacock@huntermaclean.com
- **Jeremy S. McKenzie** jeremy@kmtrial.com
- **Matthew E. Mills** ustpregion21.sv.ecf@usdoj.gov
- **Thomas B. Norton** tnorton@stoneandbaxter.com, lchapman@stoneandbaxter.com;mwade@stoneandbaxter.com
- **Timothy Michael O'Brien** tobrien@levinlaw.com
- **Lawrence Stephen O'Hearn** sohearn@epra-law.com, rkennedy@ellispainter.com
- **Office of the U. S. Trustee** Ustpregion21.sv.ecf@usdoj.gov
- **Jason L. Pettie** jpettie@gordonpettie.com
- **Margaret S. Puccini** mpuccini@bouhan.com, mharper@bouhan.com
- **John K. Rezac** jrezac@ardis.law, lcarstarphen@taylorduma.com;dfeldman@taylorduma.com
- **Timothy D. Roberts** troberts@olivermaner.com
- **Natalie Rowland** nrowland@taylorenglish.com
- **Christian J. Steinmetz** cjs@ggsattorneys.com
- **Joshua Daniel Walker** josh@joshwalkerlaw.com
- **Christopher Brent Wardrop** brent.wardrop@qpwblaw.com, justin.plean@qpwblaw.com
- **Michael N White** mwhite@jamesbatesllp.com, imagallanes@jamesbatesllp.com
- **Lisa Wolgast** lisa.wolgast@btlaw.com, talia.wagner@btlaw.com,LOFarrell@btlaw.com,marisa.howell@btlaw.com
- **Erin Woodside** ewoodside@jamesbatesllp.com, imagallanes@jamesbatesllp.com

Dated: November 3, 2026

**GREENSPOON MARDER LLP**

*By: /s/ Mark S. Horoupian*

Mark S. Horoupian
(*admitted pro hac vice)*
**California Bar No. 175373**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: 323.880.4520
Fax: 954.771.9264
**mark.horoupian@gmlaw.com**

Counsel for *The Albert Jacobowitz Irrevocable Trust, Albert Jacobowitz Living Trust, Phillip Rosenbaum Exempt Trust, and Adam Jacobowitz*